IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC<br><br>  Plaintiffs,<br><br>  v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>) |

**PLAINTIFFS TV GUIDE ONLINE, INC. AND TV GUIDE
ONLINE, LLC'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiffs advise the Court that TV Guide Online, Inc. is wholly-owned by TV Guide Interactive Group, Inc., which is wholly-owned by TV Guide, Inc., which in turn is wholly-owned by Gemstar-TV Guide International, Inc., a publicly traded company in which News Corporation, a publicly traded company, owns greater than 10% of the stock. TV Guide Online, LLC is wholly-owned by Gemstar-TV Guide International, Inc. which is a publicly traded company in which News Corporation, a publicly traded company, owns greater than 10% of the stock.

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide
Online, Inc. and TV Guide Online, LLC

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Dated:  October 12, 2005

2