**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br>    Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br>    Defendant. | ) <br> ) <br> )    C.A. No. 05-725 KAJ <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant Tribune Media Services, Inc. shall answer, move, or otherwise respond to plaintiffs' complaint is hereby extended to and including February 1, 2006.

| | |
|---|---|
|   */s/ Steven J. Fineman* <br> Frederick L. Cottrell, III #2555 <br> Steven J. Fineman #4025 <br> RICHARDS, LAYTON & FINGER PA <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> cottrell@rlf.com <br> fineman@rlf.com <br> *Attorneys for Plaintiffs* <br> *TV Guide Online, Inc. and* <br> *TV Guide Online, LLC* |   */s/ Mary B. Matterer* <br> Richard K. Herrmann #405 <br> Mary B. Matterer # 2696 <br> MORRIS JAMES HITCHENS & WILLIAMS LLP <br> 222 Delaware Avenue, 10th Floor <br> Wilmington, DE 19801 <br> (302) 888-6800 <br> rherrmann@morrisjames.com <br> mmatterer@morrisjames.com <br> *Attorneys for Defendant* <br> *Tribune Media Services, Inc.* |

    **SO ORDERED** this ____ day of _____, 2006.

                                      _____
                                      Honorable Kent A. Jordan
                                      United States District Judge