**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br>            Plaintiffs, <br><br>       v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br>            Defendant. | ) <br> ) <br> )   C.A. No. 05-725 KAJ <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DEFENDANT'S RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Tribune Media Services, Inc. states that its sole parent corporation is Tribune Company, which is a publicly held company that owns 100% of its stock.

Dated: February 1, 2006

                                                      /s/ Richard K. Herrmann
                                                 Richard K. Herrmann (I.D. No. 405)
                                                 Mary B. Matterer (I.D. No. 2696)
                                                 MORRIS JAMES HITCHENS & WILLIAMS
                                                 222 Delaware Avenue, 10th Floor
                                                 Wilmington, Delaware 19801
                                                 302.888.6800
                                                 rherrmann@morrisjames.com

                                                 Mark A. Pals, P.C.
                                                 Linda S. DeBruin
                                                 Michael A. Parks
                                                 Laura A. Hepburn
                                                 Meredith Zinanni
                                                 KIRKLAND & ELLIS LLP
                                                 200 East Randolph Drive
                                                 Chicago, IL  60601
                                                 (312) 861-2000


                                                 *Attorneys for Defendant*
                                                 *Tribune Media Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2006, I electronically filed the foregoing document, **DEFENDANT'S RULE 7.1(a) DISCLOSURE STATEMENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801

Additionally, I hereby certify that on the 1st day of February, 2006, the foregoing document was served via email and overnight mail on the following non-registered participants:

Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Fish & Neave IP Group
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020

　　　　　　　　　　　　　　　　　　　　　　/s/ Richard K. Herrmann
　　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann (I.D. No. 405)
　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. No. 2696)
　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES HITCHENS & WILLIAMS
　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　302.888.6800
　　　　　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com