# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

February 3, 2006

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger P.A.
One Rodney Square
Wilmington, DE  19801

Richard K. Kerrmann, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue - 10th Fl.
Wilmington, DE  19801

Re:  TV Guide Online, Inc., et al. v. Tribune Media Services, Inc.
     Civil Action No. 05-725-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court