IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TV GUIDE ONLINE, INC., and TV GUIDE )
ONLINE, LLC,                        )
                                    )
                Plaintiffs,         )
                                    )
        v.                          )        Civil Action No. 05-725-KAJ
                                    )
TRIBUNE MEDIA SERVICES, INC.,       )
                                    )
                Defendant.          )

## ORDER FOR SCHEDULING CONFERENCE

At Wilmington, this 21st day of February, 2006

IT IS ORDERED that:

1.      A telephonic scheduling conference to be initiated by plaintiffs' counsel shall be held on **March 8, 2006 at 4:30 p.m.** *See* D. Del. LR 16.2.

2.      Prior to the telephone conference scheduled herein, counsel shall confer pursuant to Fed.R.Civ.P. 26(f) and shall submit a joint discovery plan to the undersigned not later than three (3) business days prior to the conference with the Court. The discovery plan shall conform to the form of scheduling order previously issued. Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) need not be made prior to the teleconference with the Court.

3.      At the teleconference with the Court, all parties shall be represented by counsel who shall have full authority to bind their clients in all pretrial matters.

4.      If any party enters an appearance after the date of this order and before the teleconference set by this order, counsel for plaintiff shall notify said party of the teleconference and forward to that party a copy of these materials.

5.    The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the scheduled teleconference may be canceled.

UNITED STATES DISTRICT JUDGE