IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>Defendant. | )<br>)<br>)<br>) C.A. No. 05-CV-725-KAJ<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>) |

**PLAINTIFFS TV GUIDE ONLINE, INC. AND TV GUIDE ONLINE, LLC'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM FOR ALLEGED PATENT MISUSE AND TO STRIKE DEFENDANT'S PATENT MISUSE DEFENSE**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC, by and through their undersigned counsel, move to dismiss Defendant's counterclaim for alleged patent misuse and to strike Defendant's patent misuse defense. The grounds for this motion are more fully set forth in the opening brief and supporting affidavit filed contemporaneously herewith.

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Dated: February 21, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

RLF1-2982991-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Richard K. Herrmann, Esquire
> Mary B. Matterer, Esquire
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE 19801

I hereby certify that on February 21, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participants:

> Mark A. Pals, P.C., Esquire
> Kirkland & Ellis, LLP
> 200 East Randolph Drive
> Chicago, IL 60601

> /s/ Steven J. Fineman
> Steven J. Fineman (#4025)
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700
> fineman@rlf.com