IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC <br><br> Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br><br> Defendant. | C.A. No. 05-CV-725-KAJ <br><br> **JURY TRIAL DEMANDED** |

### ORDER

WHEREAS, Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC ("Plaintiffs") having moved this Court for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f) dismissing Defendant's counterclaim for alleged patent misuse and striking Defendant's patent misuse defense ("Motion");

WHEREAS, the Court having considered the briefs and arguments in support of and in opposition to the Motion, and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2006 that Plaintiffs' Motion is GRANTED.

_____<br>United States District Judge