IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC <br><br> Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br><br> Defendant. | C.A. No. 05-CV-725-KAJ <br><br> **JURY TRIAL DEMANDED** <br><br> **REDACTED** <br> **- PUBLIC VERSION -** |

**DECLARATION OF SAMIR B. ARMALY IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM FOR ALLEGED PATENT MISUSE AND TO STRIKE DEFENDANT'S PATENT MISUSE DEFENSE**

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Dated: February 28, 2006

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND <br> TV GUIDE ONLINE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-CV-725-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF SAMIR B. ARMALY IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM FOR ALLEGED PATENT MISUSE AND TO STRIKE DEFENDANT'S PATENT MISUSE DEFENSE

I, Samir B. Armaly, hereby declare as follows:

1. I am employed by Gemstar-TV Guide International, Inc. ("Gemstar"). My title is Senior Vice President, Intellectual Property & Licensing. I submit this declaration in support of Plaintiffs' Motion To Dismiss Defendant's Counterclaim For Alleged Patent Misuse And To Strike Defendant's Patent Misuse Defense in the above-captioned litigation.

2. TV Guide Online, LLC is the owner by assignment of U.S. Patent No. 5,988,078 ("the '078 patent"). TV Guide Online, Inc. is the exclusive licensee of the '078 patent and has the right to bring suit for past infringement. The ultimate parent company of both TV Guide Online, LLC and TV Guide Online, Inc. (collectively, "TV Guide Online") companies is Gemstar.

3.

**REDACTED**

4. **REDACTED**

5. **REDACTED**

6. **REDACTED**

7. **REDACTED**

8. **REDACTED**

9. **REDACTED**

10. **REDACTED**

11. **REDACTED**

12. **REDACTED**

13. **REDACTED**

14.  **REDACTED**

15.  **REDACTED**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: February 21, 2006

_____
Samir B. Armaly

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

    Richard K. Herrmann, Esquire
    Mary B. Matterer, Esquire
    Morris James Hitchens & Williams
    222 Delaware Avenue, 10th Floor
    Wilmington, DE 19801

I hereby certify that on February 21, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participants:

    Mark A. Pals, P.C., Esquire
    Kirkland & Ellis, LLP
    200 East Randolph Drive
    Chicago, IL 60601

    /s/ Steven J. Fineman
    Steven J. Fineman (#4025)
    Richards, Layton & Finger, P.A.
    One Rodney Square
    P.O. Box 551
    Wilmington, Delaware 19899
    (302) 651-7700
    fineman@rlf.com

RLF1-2978403-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

>Richard K. Herrmann, Esquire
>Mary B. Matterer, Esquire
>Morris James Hitchens & Williams
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19801

I hereby certify that on February 28, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participants:

>Mark A. Pals, P.C., Esquire
>Kirkland & Ellis, LLP
>200 East Randolph Drive
>Chicago, IL 60601

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-2978403-1