# EXHIBITS
# A through L
# REDACTED