IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>   Plaintiffs,<br><br>  v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>   Defendant. | C.A. No. 05-725-KAJ |

## NOTICE OF SERVICE

TO:  Richard K. Herrmann, Esquire    Mark A. Pals, P.C., Esquire
    Mary B. Matterer, Esquire      Kirkland & Ellis, LLP
    Morris James Hitchens       200 East Randolph Drive
     & Williams           Chicago, IL 60601
    222 Delaware Avenue, 10th Floor
    Wilmington, DE 19801

  PLEASE TAKE NOTICE that two true and correct copies of Plaintiffs' First Set of Requests for Production of Documents and Things were caused to be served on March 2, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens
 & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

RLF1-2987004-1

|  |  |
|---|---|
|  | _/s/ Steven J. Fineman_<br>Frederick L. Cottrell, III (#2555)<br>Jeffrey L. Moyer (#3309) |
| OF COUNSEL:<br>Robert C. Morgan<br>Christopher J. Harnett<br>Stuart W. Yothers<br>Ropes & Gray LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 596-9000 | Steven J. Fineman (#4025)<br>Richards, Layton & Finger PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>cottrell@rlf.com<br>moyer@rlf.com<br>fineman@rlf.com<br>Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC |
| Dated: March 2, 2006 |  |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I hereby certify that on March 2, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participants:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com