**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br>       Plaintiffs, <br> <br>       v. <br> <br> TRIBUNE MEDIA SERVICES, INC., <br>       Defendant. | ) <br> ) <br> )    C.A. No. 05-725-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

Please take notice that on this 2nd day of March, 2006, copies of the following documents, **DEFENDANT'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS (NOS. 1-94) and DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS**, were served on counsel as indicated:

| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL AND FEDERAL EXPRESS** |
|---|---|
| Frederick L. Cottrell, III | Robert C. Morgan |
| Jeffrey L. Moyer | Christopher J. Harnett |
| Steven J. Fineman | Stuart W. Yothers |
| Richards, Layton & Finger P.A. | Fish & Neave IP Group |
| One Rodney Square | Ropes & Gray LLP |
| 920 North King Street | 1251 Avenue of the Americas |
| Wilmington, Delaware 19801 | New York, New York 10020 |

Dated: March 2, 2006

   /s/ Mary B. Matterer
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Mark A. Pals, P.C.
Linda S. DeBruin
Michael A. Parks
Laura A. Hepburn
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

*Attorneys for Defendant*
*Tribune Media Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801

Additionally, I hereby certify that on the 2nd day of March, 2006, the foregoing document was served via email and overnight mail on the following non-registered participants:

Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Fish & Neave IP Group
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020

                                                             */s/ Mary B. Matterer*
                                                   Richard K. Herrmann (I.D. No. 405)
                                                   Mary B. Matterer (I.D. No. 2696)
                                                   MORRIS JAMES HITCHENS & WILLIAMS
                                                   222 Delaware Avenue, 10th Floor
                                                   Wilmington, Delaware 19801
                                                   302.888.6800
                                                   mmatterer@morrisjames.com