# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
Cottrell@rlf.com

March 3, 2006

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
Federal Building
844 North King Street
Wilmington, Delaware 19801

Re: **TV Guide Online, Inc., et al. v. Tribune Media Services, Inc.,**
**C.A. No. 05-725-KAJ**

Dear Judge Jordan:

Pursuant to the Court's February 21, 2006 order and in anticipation of the March 8 Rule 16 teleconference, enclosed for Your Honor's consideration is the parties' agreed-upon proposed scheduling order in the above-captioned matter. Of course, if Your Honor has any questions regarding the proposed form of order or any other aspect of this matter, counsel remain available at the Court's convenience.

Respectfully,

Frederick L. Cottrell, III (#2555)

FLC/lll
Enclosure

cc: Richard K. Herrmann, Esquire (w/e) (By Electronic Filing and Hand Delivery)
Mark A. Pals, P.C., Esquire (w/e) (By Telecopy)
Christopher J. Harnett, Esquire (w/e) (By Telecopy)

RLF1-2987270-1