# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

March 9, 2006

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
Federal Building
844 North King Street
Wilmington, Delaware 19801

Re:   <u>TV Guide Online, Inc., et al. v. Tribune Media Services, Inc.</u>,
      C.A. No. 05-725-KAJ

Dear Judge Jordan:

As a result of the Rule 16 scheduling teleconference yesterday, I have revised the form of Scheduling Order and received the approval of Tribune's counsel for submission of the Order to the Court. Thus, enclosed is a final form of Scheduling Order for Your Honor's signature. If it is acceptable, please enter it on the docket.

Respectfully,

Frederick L. Cottrell, III (#2555)

FLC,III/afg
Enclosure

cc:   Richard K. Herrmann, Esquire (w/e) (By Electronic Filing and Hand Delivery)
      Mark A. Pals, P.C., Esquire (w/e) (By Telecopy)
      Christopher J. Harnett, Esquire (w/e) (By Telecopy)
      Ron Naves, Esquire (w/e) (By Telecopy)

RLF1-2989591-1