IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND <br> TV GUIDE ONLINE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-725-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

TO:  Richard K. Herrmann, Esquire            Mark A. Pals, P.C., Esquire
     Mary B. Matterer, Esquire               Kirkland & Ellis, LLP
     Morris James Hitchens                   200 East Randolph Drive
      & Williams                             Chicago, IL 60601
     222 Delaware Avenue, 10th Floor
     Wilmington, DE 19801

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Initial Disclosures were caused to be served on March 17, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**                          **BY FEDERAL EXPRESS**
Richard K. Herrmann, Esquire                  Mark A. Pals, P.C., Esquire
Mary B. Matterer, Esquire                     Kirkland & Ellis, LLP
Morris James Hitchens                         200 East Randolph Drive
 & Williams                                   Chicago, IL 60601
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000


Dated: March 17, 2006

/s/ 

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

>Richard K. Herrmann, Esquire
>Mary B. Matterer, Esquire
>Morris James Hitchens & Williams
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19801

I hereby certify that on March 17, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participants:

>Mark A. Pals, P.C., Esquire
>Kirkland & Ellis, LLP
>200 East Randolph Drive
>Chicago, IL 60601

>/s/ Steven J. Fineman
>Steven J. Fineman (#4025)
>Richards, Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, Delaware 19899
>(302) 651-7700
>fineman@rlf.com

RLF1-2978403-1