IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TV GUIDE ONLINE, INC. and TV )
GUIDE ONLINE, LLC )
)
        Plaintiffs, ) C.A. No. 05-725-KAJ
)
     v. ) **JURY TRIAL DEMANDED**
)
TRIBUNE MEDIA SERVICES, INC., )
)
        Defendant. )

## PLAINTIFFS TV GUIDE ONLINE, INC. AND TV GUIDE ONLINE, LLC'S REQUEST FOR ORAL ARGUMENT

On February 21, 2006, Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC ("Plaintiffs") filed a Motion to Dismiss Defendant's Counterclaim for Alleged Patent Misuse and to Strike Defendant's Patent Misuse Defense ("Motion") and opening brief in support thereof. (D.I. 11 and D.I. 12). On March 7, 2006, Defendant filed its answering brief in opposition. (D.I. 22). With the filing of Plaintiffs' reply brief on March 17, 2006, the parties have completed briefing on the Motion. (D.I. 33). Accordingly, pursuant to Delaware District Court Local Rule 7.1.4, Plaintiffs respectfully request that oral argument be scheduled on the Motion at the Court's convenience.

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000


Dated: March 21, 2006

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online,
Inc. and TV Guide Online, LLC

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2006, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

> Richard K. Herrmann, Esquire
> Mary B. Matterer, Esquire
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE 19801

I hereby certify that on March 21, 2006, I have sent by Federal Express, the foregoing

document to the following non-registered participants:

> Mark A. Pals, P.C., Esquire
> Kirkland & Ellis, LLP
> 200 East Randolph Drive
> Chicago, IL 60601

> Steven J. Fineman (#4025)
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700
> fineman@rlf.com