# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br>             Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br>             Defendant. | ) ) ) ) ) ) ) ) ) | C.A. No. 05-725 KAJ |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which both parties shall respond to the opposing party's First Set of Interrogatories and First Set of Requests for Production is extended to and including April 10, 2006.

\_\_/s/ Frederick L. Cottrell, III_____
Frederick L. Cottrell, III #2555
Steven J. Fineman #4025
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com
*Attorneys for Plaintiffs*
*TV Guide Online, Inc. and*
*TV Guide Online, LLC*

\_\_\_\_/s/ Richard K. Herrmann_____
Richard K. Herrmann #405
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant*
*Tribune Media Services, Inc.*

**SO ORDERED** this \_\_\_\_ day of _____, 2006.

_____
Honorable Kent A. Jordan
United States District Judge