# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

April 7, 2006

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
Federal Building
844 North King Street
Wilmington, Delaware 19801

Re: **TV Guide Online, Inc., et al. v. Tribune Media Services, Inc., C.A. No. 05-725-KAJ**

Dear Judge Jordan:

Enclosed for Your Honor's consideration is the parties' agreed-upon proposed protective order for the above-captioned matter. Of course, if Your Honor has any questions regarding the proposed form of order or any other aspect of this matter, counsel remain available at the Court's convenience.

Respectfully,

Frederick L. Cottrell, III (#2555)

FLC/lll
Enclosure

cc: Richard K. Herrmann, Esquire (w/e) (By Electronic Filing and Hand Delivery)
Mark A. Pals, P.C., Esquire (w/e) (By Telecopy)
Christopher J. Harnett, Esquire (w/e) (By Telecopy)

RLF1-3000745-1