**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br>         Plaintiffs, <br><br>         v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br>         Defendant. | ) <br> ) <br> )    C.A. No. 05-725 KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

Please take notice that on the 10th day of April, 2006, copies of the following documents,

**(1) TRIBUNE MEDIA SERVICES' RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS and**

**(2) TMS' RESPONSES TO TV GUIDE'S FIRST SET OF INTERROGATORIES**

were served on counsel as indicated:

| **VIA EMAIL & HAND DELIVERY** | **VIA EMAIL & FEDEX** |
|---|---|
| Frederick L. Cottrell, III | Robert C. Morgan |
| Jeffrey L. Moyer | Christopher J. Harnett |
| Steven J. Fineman | Stuart W. Yothers |
| Richards, Layton & Finger P.A. | Fish & Neave IP Group |
| One Rodney Square, | Ropes & Gray LLP |
| Wilmington, Delaware 19801 | 1251 Avenue of the Americas |
| | New York, New York 10020 |
| | 212.596.9000 |

Dated: April 10, 2006

   */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Mark A. Pals
Linda S. DeBruin
Michael A. Parks
Laura A. Hepburn
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

*Attorneys for Defendant*
*Tribune Media Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801

Additionally, I hereby certify that on the 10th day of April, 2006, the foregoing document was served hand delivery on the above referenced attorneys and via email and Federal Express on the following non-registered participants:

Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Fish & Neave IP Group
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
212.596.9000

    /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Attorneys for Defendant*
*Tribune Media Services, Inc.*