IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 05-725-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

TO:　　Richard K. Herrmann, Esquire　　　　Mark A. Pals, P.C., Esquire
　　　　Mary B. Matterer, Esquire　　　　　　Kirkland & Ellis, LLP
　　　　Morris James Hitchens　　　　　　　　200 East Randolph Drive
　　　　 & Williams　　　　　　　　　　　　　Chicago, IL 60601
　　　　222 Delaware Avenue, 10th Floor
　　　　Wilmington, DE 19801

　　　　PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Second Set of Interrogatories were caused to be served on May 17, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens
 & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

/s/ *[signature]*

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Dated: May 17, 2006

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I hereby certify that on May 17, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participant:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-2987004-1