## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br>　　　　Defendant. | )<br>)<br>)　C.A. No. 05-725 KAJ<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant Tribune Media Services, Inc. will respond to Plaintiffs' Second Set of Interrogatories is extended to and including June 23, 2006.

___/s/ Frederick L. Cottrell, III___
Frederick L. Cottrell, III #2555
Steven J. Fineman #4025
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com
*Attorneys for Plaintiffs*
*TV Guide Online, Inc. and*
*TV Guide Online, LLC*

___/s/ Richard K. Herrmann___
Richard K. Herrmann #405
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant*
*Tribune Media Services, Inc.*

**SO ORDERED** this ____ day of _____, 2006.

_____
Honorable Kent A. Jordan
United States District Judge