# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

June 23, 2006

**VIA EFILING AND HAND DELIVERY**
U.S. Marshals Service
ATTN: David W. Thomas
USDC for the District of Delaware
844 King Street, 1st Floor
Wilmington, DE 19801

Re: *TV Guide Online, Inc., et al. v. Tribune Media Services, Inc.,*
D. Del., C.A. No. 05-725-KAJ
Information re Videographer for Technology Tutorial

Mr. Thomas:

The parties in this matter are scheduled to appear for a Technology Tutorial in Courtroom 6A on Tuesday, June 27, 2006 commencing at 9:30 a.m. Judge Jordan has requested that this procedure be videotaped and we have made arrangements for a technician from Discovery Video to arrive around 9 a.m. with the appropriate equipment (i.e., video camera and audio equipment). Should you need any further information concerning this matter, do not hesitate to contact either myself at the number above or my paralegal on this matter, Susan Hadley at 302.888.6918. Thank you for your assistance.

Yours,

Richard K. Herrmann, I.D. No. 405
rherrmann@morrisjames.com

cc: Robert Cruikshank, Courtroom Deputy for the Hon. Kent A. Jordan (via hand delivery)
Frederick L. Cottrell, III, Esq. (via email)