# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

June 30, 2006

**VIA ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801-3570

         Re:   *TV Guide Online, Inc. et al v. Tribune Media Services, Inc.*
                Civil Action No.: 05-725 KAJ

Your Honor:

     As Your Honor observed during this week's Technology Tutorial, the technology involved in this action is very straightforward. The defendant believes a simple motion for summary judgment would resolve this matter at this early stage of the litigation. In light of the fact that Your Honor has taken the time to prepare for and attend the Tutorial, and in light of the fact that Your Honor's nomination to the Third Circuit has been announced (and we congratulate Your Honor on your appointment), TMS requests permission to file an early motion for summary judgment on non-infringement. We are so confident about the simplicity of the motion, TMS' opening brief will not exceed 15 pages.

                                                                        Respectfully,

                                                                        Richard K. Herrmann, I.D. No. 405
                                                                        rherrmann@morrisjames.com

RKH/

cc:    Frederick L. Cottrell, III, Esq. (by hand)
         Robert C. Morgan, Esq. (via email)
         Christopher J. Harnett (via email)