**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br>            Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br>            Defendant. | ) <br> ) <br> )  C.A. No. 05-725 KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

Please take notice that on the 14th day of July, 2006, copies of the following document, **TRIBUNE MEDIA SERVICES' FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORIES**, were served on counsel as indicated:

| **VIA EMAIL & HAND DELIVERY** | **VIA EMAIL & FEDEX** |
|---|---|
| Frederick L. Cottrell, III | Robert C. Morgan |
| Jeffrey L. Moyer | Christopher J. Harnett |
| Steven J. Fineman | Stuart W. Yothers |
| Richards, Layton & Finger P.A. | Fish & Neave IP Group |
| One Rodney Square, | Ropes & Gray LLP |
| Wilmington, Delaware 19801 | 1251 Avenue of the Americas |
| | New York, New York 10020 |
| | 212.596.9000 |

Dated:  July 14, 2006

   */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Mark A. Pals
Linda S. DeBruin
Michael A. Parks
Laura A. Hepburn
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

*Attorneys for Defendant*
*Tribune Media Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801

Additionally, I hereby certify that on the 14th day of July, 2006, the foregoing document was served as indicated on the following:

**VIA EMAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801

**VIA EMAIL AND FEDEX**
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Fish & Neave IP Group
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
212.596.9000

   */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Attorneys for Defendant*
*Tribune Media Services, Inc.*