IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TV GUIDE ONLINE, INC. AND TV GUIDE ONLINE, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-725-KAJ |
| v. | ) ) ) | |
| TRIBUNE MEDIA SERVICES, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

TO:    Richard K. Herrmann, Esquire      Mark A. Pals, P.C., Esquire
            Mary B. Matterer, Esquire           Kirkland & Ellis, LLP
            Morris James Hitchens           200 East Randolph Drive
             & Williams                  Chicago, IL 60601
            222 Delaware Avenue, 10th Floor
            Wilmington, DE 19801

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' July 14, 2006

Supplemental Responses and Objections to Defendant's First Set of Interrogatories were caused

to be served on July 14, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**         **BY FEDERAL EXPRESS**
Richard K. Herrmann, Esquire      Mark A. Pals, P.C., Esquire
Mary B. Matterer, Esquire         Kirkland & Ellis, LLP
Morris James Hitchens           200 East Randolph Drive
 & Williams                   Chicago, IL 60601
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Ronald E. Naves, Jr.
Sr. Vice President
Legal Affairs and Litigation
Gemstar-TVGuide International, Inc.
6922 Hollywood Boulevard
Hollywood, California 90028
(323) 817-4600

Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide
Online, Inc. and TV Guide Online, LLC

Dated: July 14, 2006

2

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2006, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

> Richard K. Herrmann, Esquire
> Mary B. Matterer, Esquire
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE 19801

I hereby certify that on July 14, 2006, I have sent by Federal Express, the foregoing

document to the following non-registered participant:

> Mark A. Pals, P.C., Esquire
> Kirkland & Ellis, LLP
> 200 East Randolph Drive
> Chicago, IL 60601

> Steven J. Fineman (#4025)
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700
> fineman@rlf.com

RLF1-2987004-1