IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC., and TV GUIDE ONLINE, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>TRIBUNE MEDIA SERVICES, INC., <br><br>Defendant. | Civil Action No. 05-725-KAJ |

### ORDER

At Wilmington this **20th** day of **July, 2006**,

IT IS ORDERED that a teleconference relating to two discovery disputes has been scheduled for **August 21, 2006 at 3:00 p.m.** with the undersigned. **Counsel for Plaintiffs' shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE