IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TRIBUNE MEDIA SERVICES, INC.<br><br>　　　　　Defendant. | )<br>)<br>)<br>)　C. A. No.: 05-CV-725-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TRIBUNE MEDIA SERVICES' NOTICE OF INDIVIDUAL DEPOSITIONS**

TO:　　Robert C. Morgan　　　　　　　Frederick L Cottrell, III
　　　　Christopher J. Harnett　　　　　Jeffrey L. Moyer
　　　　Stuart W. Yothers　　　　　　　Steven J. Fineman
　　　　FISH & NEAVE IP GROUP　　　　Richards, Layton & Finger PA
　　　　ROPES & GRAY LLP　　　　　　One Rodney Square
　　　　1252 Avenue of the Americas　　920 North King Street
　　　　New York, New York 10020　　　Wilmington, Delaware 19801

　　　　PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Tribune Media Services, Inc. ("TMS") will take the deposition upon oral examination of the following individuals on the following days:

　　　　Richard Cusick　　　August 14, 2006

　　　　Samir B. Armaly　　August 15, 2006

　　　　Mike McKee　　　　August 16, 2006

Each deposition will begin at 9:30 a.m. and will take place at the offices of Morris James Hitchens & Williams, 222 Delaware Avenue, 10th floor, Wilmington, Delaware 19801 beginning on the date and time specified above, or at such other time and place as may be agreed to by

counsel. TMS is informed and believes that each individual's mailing address is 6922 Hollywood Boulevard, Hollywood, California 90028.

Each deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by sound, sound-and-video, stenographic, and/or real-time text means. The deposition will continue from day to day until completed.

Dated: July 26, 2006                    By: /s/ Mary Matterer
                                        Richard K. Herrmann (I.D. No. 405)
                                        Mary B. Matterer (I.D. No. 2696)
                                        MORRIS JAMES HITCHENS & WILLIAMS
                                        222 Delaware Avenue, 10th Floor
                                        Wilmington, Delaware 19801
                                        302.888.6800
                                        mmatterer@morrisjames.com

                                        Mark A. Pals, P.C.
                                        Linda S. DeBruin
                                        Michael A. Parks
                                        Meredith Zinanni
                                        KIRKLAND & ELLIS LLP
                                        200 East Randolph Drive
                                        Chicago, IL 60601
                                        (312) 861-2000

                                        *Attorneys for Defendant Tribune Media Services, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2006, I electronically filed the foregoing document, **TRIBUNE MEDIA SERVICES' NOTICE OF INDIVIDUAL DEPOSITIONS**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801

Additionally, I hereby certify that on the 26th day of July, 2006, the foregoing document was served email and via hand delivery on the above referenced attorneys and via email and Federal Express on the following non-registered participants:

Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Fish & Neave IP Group
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
212.596.9000

Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS &
WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

*Attorneys for Defendant
Tribune Media Services, Inc.*