IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC ) ) ) | |
| Plaintiffs, ) | C.A. No. 05-CV-725-KAJ |
| ) v. ) ) | **JURY TRIAL DEMANDED** |
| TRIBUNE MEDIA SERVICES, INC., ) ) | |
| Defendant. ) | |

## TV GUIDE ONLINE'S OBJECTIONS TO TMS'S SUBPOENA OF O'MELVENY & MYERS LLP ISSUED THROUGH THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

TV Guide Online, Inc. and TV Guide Online, LLC (collectively "TV Guide Online") and their parent, affiliates, and related companies hereby join in the objections interposed by O'Melveny & Myers LLP in response to the subpoena served by Tribune Media Services, Inc. ("TMS") on July 13, 2006, including, without limitation, the objection that the subpoena seeks documents and things that are subject to the attorney-client privilege, constitute attorneys' work product, or are otherwise privileged and/or immune from discovery.

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Ronald E. Naves, Jr.
Gemstar-TV Guide International, Inc.
6922 Hollywood Boulevard
Hollywood, California 90028
(323) 817-4600

Dated: July 28, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

RLF1-3042038-1

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2006 true and correct copies of the foregoing were caused to be served on counsel of record at the following addresses as indicated:

**BY HAND DELIVERY**
Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

_____
Steven J. Fineman (#4025)