IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>　　　　Defendant. | C.A. No. 05-725-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of TV Guide Online's Notice of Deposition of TMS Pursuant To Federal Rule of Civil Procedure 30(b)(6), Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(1) (scheduled for September 28, 2006) and Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(1) (scheduled for September 29, 2006) were caused to be served on July 28, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens
 & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Ronald E. Naves, Jr.
Sr. Vice President
Legal Affairs and Litigation
Gemstar-TVGuide International, Inc.
6922 Hollywood Boulevard
Hollywood, California 90028
(323) 817-4600

Dated: July 28, 2006

RLF1-3041958-1

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899-0951

I hereby certify that on July 28, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participants:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601

_____
Frederick L. Cottrell, III (#2555)