IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC ) ) ) Plaintiffs, ) ) v. ) ) TRIBUNE MEDIA SERVICES, INC., ) ) Defendant. ) | C.A. No. 05-725-KAJ<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Plaintiffs shall file and serve their answering brief in response to TMS' Motion for Leave to Amend Its Answer, Affirmative Defenses and Counterclaims is extended to and including August 14, 2006.

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris James Hitchens & Williams LLP
PNC Bank Center, 222 Delaware Avenue,
10th Floor, P.O. Box 2306
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
Attorneys for Defendant Tribune Media Services, Inc.

SO ORDERED THIS ____ day of _____, 2006.

_____
United States District Judge