IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
_____
                                  )
TV GUIDE ONLINE, INC. AND         )
TV GUIDE ONLINE, LLC,             )
                                  )        C.A. No.: 05-CV-725-KAJ
          Plaintiffs,             )
                                  )
       v.                         )
                                  )
TRIBUNE MEDIA SERVICES, INC.      )
                                  )
          Defendant.              )
                                  )
                                  )
_____  )
```

**TV GUIDE ONLINE'S NOTICE OF INDIVIDUAL DEPOSITION**
**OF MICHAEL SILVER**

To:  Mark A. Pals, P.C.            Richard K. Herrmann, Esq.
     Linda S. DeBruin             Mary B. Matterer
     Michael A. Parks             MORRIS JAMES HITCHENS & WILLIAMS
     Laura A. Hepburn             222 Delaware Avenue, 10th Floor
     Meredith Zinanni             Wilmington, DE 19801
     KIRKLAND & ELLIS LLP
     200 E. Randolph Drive
     Chicago, IL 60601

        PLEASE TAKE NOTICE that pursuant to Rule 30, Fed. R. Civ. P., plaintiffs TV

Guide Online, Inc. and TV Guide Online, LLC (collectively "TV Guide Online") will take the

deposition upon oral examination of Michael Silver, commencing on Friday, September 15, 2006

at 9:30 a.m.

        The deposition will take place at the offices of Ropes & Gray LLP, 1251 Avenue

of the Americas, New York, New York 10020 beginning on the date and time specified above, or

at such other time and place as may be agreed to by counsel. The deposition will be taken before

an officer authorized to administer oaths by the laws of the United States and will be recorded by

stenographic and/or videographic means. The deposition of each person will continue from day

to day until completed.

You are invited to attend.

Frederick L. Cottrell, III (#2555)

OF COUNSEL:                          Jeffrey L. Moyer (#3309)
                                     Steven J. Fineman (#4025)
Robert C. Morgan                     RICHARDS, LAYTON & FINGER PA
Christopher J. Harnett               One Rodney Square
Stuart W. Yothers                    920 North King Street
FISH & NEAVE IP GROUP                Wilmington, Delaware 19801
ROPES & GRAY LLP                     Telephone: (302) 651-7700
1251 Avenue of the Americas          cottrell@rlf.com
New York, New York 10020             moyer@rlf.com
(212) 596-9000                       fineman@rlf.com

Ronald E. Naves, Jr.                 Attorneys for Plaintiffs TV Guide Online, Inc.
Sr. Vice President                   and TV Guide Online, LLC
Legal Affairs and Litigation
Gemstar-TV Guide International, Inc.
6922 Hollywood Boulevard
Hollywood, California 90028
(323) 817-4600

Dated:  August 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006 I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE   19899-0951


I hereby certify that on August 7, 2006, I have sent by Federal Express, the foregoing

document to the following non-registered participants:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601

Steven J. Fineman (#4025)