IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.<br><br>      Defendant. | C.A. No.: 05-CV-725-KAJ |

### TV GUIDE ONLINE'S NOTICE OF INDIVIDUAL DEPOSITION OF JAY BRODSKY

To: Mark A. Pals, P.C.      Richard K. Herrmann, Esq.
    Linda S. DeBruin      Mary B. Matterer
    Michael A. Parks      MORRIS JAMES HITCHENS & WILLIAMS
    Laura A. Hepburn      222 Delaware Avenue, 10th Floor
    Meredith Zinanni      Wilmington, DE 19801
    KIRKLAND & ELLIS LLP
    200 E. Randolph Drive
    Chicago, IL 60601

    PLEASE TAKE NOTICE that pursuant to Rule 30, Fed. R. Civ. P., plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC (collectively "TV Guide Online") will take the deposition upon oral examination of Jay Brodsky, commencing on Friday, September 1, 2006 at 9:30 a.m.

    The deposition will take place at the offices of Ropes & Gray LLP, 1251 Avenue of the Americas, New York, New York 10020 beginning on the date and time specified above, or at such other time and place as may be agreed to by counsel. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by

stenographic and/or videographic means. The deposition of each person will continue from day to day until completed.

    You are invited to attend.

OF COUNSEL:

Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Ronald E. Naves, Jr.
Sr. Vice President
Legal Affairs and Litigation
Gemstar-TV Guide International, Inc.
6922 Hollywood Boulevard
Hollywood, California 90028
(323) 817-4600

Dated: August 7, 2006

/s/
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com

Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2006 I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899-0951

I hereby certify that on August 7, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participants:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601

Steven J. Fineman (#4025)