## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TV GUIDE ONLINE, INC. AND TV GUIDE ONLINE, LLC, | ) ) ) ) | |
| Plaintiffs, | ) | C.A. No.: 05-CV-725-KAJ |
| v. | ) ) ) | |
| TRIBUNE MEDIA SERVICES, INC. | ) ) | |
| Defendant. | ) ) ) ) | |

### TV GUIDE ONLINE'S NOTICE OF INDIVIDUAL DEPOSITION OF GREG LOOSE

To:  Mark A. Pals, P.C.  
     Linda S. DeBruin  
     Michael A. Parks  
     Laura A. Hepburn  
     Meredith Zinanni  
     KIRKLAND & ELLIS LLP  
     200 E. Randolph Drive  
     Chicago, IL 60601  

     Richard K. Herrmann, Esq.  
     Mary B. Matterer  
     MORRIS JAMES HITCHENS & WILLIAMS  
     222 Delaware Avenue, 10th Floor  
     Wilmington, DE  19801  

        PLEASE TAKE NOTICE that pursuant to Rule 30, Fed. R. Civ. P., plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC (collectively "TV Guide Online") will take the deposition upon oral examination of Greg Loose, commencing on Friday, September 8, 2006 at 9:30 a.m.

        The deposition will take place at the offices of Ropes & Gray LLP, 1251 Avenue of the Americas, New York, New York 10020 beginning on the date and time specified above, or at such other time and place as may be agreed to by counsel. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by

RLF1-3045543-1

stenographic and/or videographic means. The deposition of each person will continue from day to day until completed.

You are invited to attend.

OF COUNSEL:

Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Ronald E. Naves, Jr.
Sr. Vice President
Legal Affairs and Litigation
Gemstar-TV Guide International, Inc.
6922 Hollywood Boulevard
Hollywood, California 90028
(323) 817-4600

Dated: August 7, 2006

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com

Attorneys for Plaintiffs TV Guide Online, Inc.
and TV Guide Online, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006 I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE   19899-0951


I hereby certify that on August 7, 2006, I have sent by Federal Express, the foregoing

document to the following non-registered participants:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601

Steven J. Fineman (#4025)