IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>  Defendant. | C.A. No. 05-725-KAJ |

### NOTICE OF SERVICE

TO:  Richard K. Herrmann, Esquire  　　Mark A. Pals, P.C., Esquire
　　　Mary B. Matterer, Esquire　　　　　Kirkland & Ellis, LLP
　　　Morris James Hitchens　　　　　　 200 East Randolph Drive
　　　 & Williams　　　　　　　　　　　Chicago, IL 60601
　　　222 Delaware Avenue, 10th Floor
　　　Wilmington, DE 19801

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Responses to Defendant's Second Set of Requests for the Production of Documents and Things (Nos. 95-104) were caused to be served on August 14, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**　　　　　　　**BY FEDERAL EXPRESS**
Richard K. Herrmann, Esquire　　　　Mark A. Pals, P.C., Esquire
Mary B. Matterer, Esquire　　　　　　Kirkland & Ellis, LLP
Morris James Hitchens　　　　　　　 200 East Randolph Drive
 & Williams　　　　　　　　　　　　Chicago, IL 60601
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

OF COUNSEL.:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Ronald E. Naves, Jr.
Sr. Vice President
Legal Affairs and Litigation
Gemstar-TV Guide International, Inc.
6922 Hollywood Boulevard
Hollywood, California 90028
(323) 817-4600

Dated:  August 14, 2006

/s/
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Richard K. Herrmann, Esquire
> Mary B. Matterer, Esquire
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE 19801

I hereby certify that on August 14, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participant:

> Mark A. Pals, P.C., Esquire
> Kirkland & Ellis, LLP
> 200 East Randolph Drive
> Chicago, IL 60601

> Steven J. Fineman (#4025)
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700
> fineman@rlf.com

RLF1-2987004-1