IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC,<br>  Plaintiffs,<br>  Counterclaim-Defendants,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br>  Defendant,<br>  Counterclaim-Plaintiff. | )<br>)<br>)   C.A. No. 05-725-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Chris Almand and Kevin M. Askew of the law firm of Kirkland & Ellis LLP to represent Defendant Tribune Media Services, Inc. in this matter.

Dated: August 16, 2006        /s/ Richard K. Herrmann
                              Richard K. Herrmann (#405)
                              MORRIS JAMES HITCHENS & WILLIAMS LLP
                              222 Delaware Avenue, 10th Floor
                              Wilmington, Delaware 19801
                              302.888.6800
                              rherrmann@morrisjames.com
                              Attorneys for Defendant

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                    The Honorable Kent A. Jordan

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: August 16, 2006        Signed: _____
                              Chris Almand, Esq.
                              Kirkland & Ellis LLP
                              777 South Figueroa Street
                              Los Angeles, CA  90017-5800
                              (213) 680-8400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: August 16, 2006                    Signed: _____
                                         Kevin M. Askew, Esq.
                                         Kirkland & Ellis
                                         777 South Figueroa Street
                                         Los Angeles, CA  90017-5800
                                         (213) 680-8400

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2006, I electronically filed the foregoing document, **MOTION FOR ADMISSION *PRO HAC VICE*,** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801

Additionally, I hereby certify that on the 16th day of August, 2006, the foregoing document was served via email on the following non-registered participants:

Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Fish & Neave IP Group
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020

          */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Attorneys for Defendant*
*Tribune Media Services, Inc.*