IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND <br> TV GUIDE ONLINE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )        C.A. No. 05-725-KAJ |

## NOTICE OF SERVICE

TO:     Richard K. Herrmann, Esquire        Mark A. Pals, P.C., Esquire
          Mary B. Matterer, Esquire        Kirkland & Ellis, LLP
          Morris James Hitchens        200 East Randolph Drive
           & Williams        Chicago, IL 60601
          222 Delaware Avenue, 10th Floor
          Wilmington, DE 19801

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Third Set of

Interrogatories were caused to be served on August 18, 2006 on counsel of record in the manner

indicated:

**BY HAND DELIVERY**                    **BY FEDERAL EXPRESS**
Richard K. Herrmann, Esquire          Mark A. Pals, P.C., Esquire
Mary B. Matterer, Esquire             Kirkland & Ellis, LLP
Morris James Hitchens                 200 East Randolph Drive
 & Williams                           Chicago, IL 60601
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide
Online, Inc. and TV Guide Online, LLC

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Ronald E. Naves, Jr.
Sr. Vice President
Legal Affairs and Litigation
Gemstar-TV Guide International, Inc.
6922 Hollywood Boulevard
Hollywood, California 90028
(323) 817-4600

Dated:  August 18, 2006

2

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

> Richard K. Herrmann, Esquire
> Mary B. Matterer, Esquire
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE 19801

I hereby certify that on August 18, 2006, I have sent by Federal Express, the foregoing

document to the following non-registered participant:

> Mark A. Pals, P.C., Esquire
> Kirkland & Ellis, LLP
> 200 East Randolph Drive
> Chicago, IL 60601

> Steven J. Pineman (#4025)
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700
> fineman@rlf.com