IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>Defendant. | C.A. No. 05-CV-725-KAJ<br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS TV GUIDE ONLINE, INC. AND TV GUIDE ONLINE, LLC'S MOTION TO BIFURCATE TRIAL AND STAY DISCOVERY OF TMS'S AFFIRMATIVE DEFENSE AND COUNTERCLAIM OF PATENT MISUSE**

Pursuant to Federal Rule of Civil Procedure 42(b), and after discussions with the Court during the August 21, 2006 teleconference, Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC, by and through their undersigned counsel, move to bifurcate trial and stay discovery directed to Tribune Media Services, Inc.'s affirmative defense and counterclaim of patent misuse. The grounds for this motion are more fully set forth in the opening brief filed contemporaneously herewith. A form of order is attached.

_/s/ signature_
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Dated: August 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006 I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899-0951

I hereby certify that on August 28, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participants:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601

_____
Steven J. Fineman (#4025)