IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND <br> TV GUIDE ONLINE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br><br> Defendant. | C.A. No. 05-725-KAJ |

### NOTICE OF SERVICE

TO:   Richard K. Herrmann, Esquire           Mark A. Pals, P.C., Esquire
      Mary B. Matterer, Esquire              Kirkland & Ellis, LLP
      Morris James Hitchens                  200 East Randolph Drive
      & Williams                             Chicago, IL 60601
      222 Delaware Avenue, 10th Floor
      Wilmington, DE 19801

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Fourth Set of Interrogatories Directed to Defendant were caused to be served on September 1, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**                         **BY FEDERAL EXPRESS**
Richard K. Herrmann, Esquire                 Mark A. Pals, P.C., Esquire
Mary B. Matterer, Esquire                    Kirkland & Ellis, LLP
Morris James Hitchens                        200 East Randolph Drive
& Williams                                   Chicago, IL 60601
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

RLF1-2987004-1

|  |  |
|---|---|
| | /s/ |
| | Frederick L. Cottrell, III (#2555) |
| | Jeffrey L. Moyer (#3309) |
| OF COUNSEL: | Steven J. Fineman (#4025) |
| Robert C. Morgan | Richards, Layton & Finger PA |
| Christopher J. Harnett | One Rodney Square |
| Ching-Lee Fukuda | 920 North King Street |
| Stuart W. Yothers | Wilmington, Delaware 19801 |
| Ropes & Gray LLP | Telephone: (302) 651-7700 |
| 1251 Avenue of the Americas | cottrell@rlf.com |
| New York, New York 10020 | moyer@rlf.com |
| (212) 596-9000 | fineman@rlf.com |
| | Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC |

Dated: September 1, 2006

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I hereby certify that on September 1, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participant:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com