IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)    C.A. No. 05-725-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

TO:    Richard K. Herrmann, Esquire    Mark A. Pals, P.C., Esquire
          Mary B. Matterer, Esquire       Kirkland & Ellis, LLP
          Morris James Hitchens          200 East Randolph Drive
           & Williams                     Chicago, IL 60601
          222 Delaware Avenue, 10th Floor
          Wilmington, DE 19801

    PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' First Set of Requests for Admission Directed to Defendant were caused to be served on September 1, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**          **BY FEDERAL EXPRESS**
Richard K. Herrmann, Esquire      Mark A. Pals, P.C., Esquire
Mary B. Matterer, Esquire           Kirkland & Ellis, LLP
Morris James Hitchens             200 East Randolph Drive
 & Williams                       Chicago, IL 60601
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

_/s/ Steven J. Fineman_
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Dated: September 1, 2006

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I hereby certify that on September 1, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participant:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-2987004-1