# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br>           Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br>           Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 05-725 KAJ |

## NOTICE OF SERVICE

Please take notice that on this 1st day of September 2006, copies of the following documents were served on counsel as indicated below:

    1)    Defendant and Counterclaim Plaintiff Tribune Media Services, Inc.'s Second Set of Interrogatories to Plaintiffs and Counterclaim Defendants TV Guide Online, Inc. and TV Guide Online, LLC (Nos. 20-24);

    2)    Defendant and Counterclaim Plaintiff Tribune Media Services, Inc.'s Second Set of Requests for Admission to Plaintiffs and Counterclaim Defendants TV Guide Online, Inc. and TV Guide Online, LLC (Nos. 7-99); and

    3)    TMS' Fourth Set of Document Requests to TV Guide (Nos. 123-129).

| **VIA EMAIL & HAND DELIVERY** | **VIA EMAIL & FEDEX** |
|---|---|
| Frederick L. Cottrell, III <br> Jeffrey L. Moyer <br> Steven J. Fineman <br> Richards, Layton & Finger P.A. <br> One Rodney Square, <br> Wilmington, Delaware 19801 | Robert C. Morgan <br> Christopher J. Harnett <br> Stuart W. Yothers <br> Fish & Neave IP Group <br> Ropes & Gray LLP <br> 1251 Avenue of the Americas <br> New York, New York 10020 <br> 212.596.9000 |

Dated: September 1, 2006

                                                        */s/ Richard K. Herrmann*
Richard K. Herrmann (No. 405)
Mary B. Matterer (No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Mark A. Pals
Linda S. DeBruin
Michael A. Parks
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

*Attorneys for Defendant
Tribune Media Services, Inc.*

...

Dated: September 1, 2006

                            */s/ Richard K. Herrmann*
Richard K. Herrmann (No. 405)
Mary B. Matterer (No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Mark A. Pals
Linda S. DeBruin
Michael A. Parks
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

*Attorneys for Defendant
Tribune Media Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801

Additionally, I hereby certify that on the 1st day of September, 2006, the foregoing document was served as indicated on the following:

| VIA EMAIL AND HAND DELIVERY | VIA EMAIL AND FEDEX |
|---|---|
| Frederick L. Cottrell, III | Robert C. Morgan |
| Jeffrey L. Moyer | Christopher J. Harnett |
| Steven J. Fineman | Stuart W. Yothers |
| Richards, Layton & Finger P.A. | Fish & Neave IP Group |
| One Rodney Square, 920 North King Street | Ropes & Gray LLP |
| Wilmington, Delaware 19801 | 1251 Avenue of the Americas |
| | New York, New York 10020 |
| | 212.596.9000 |

　　　　　　　　　　　　　　　　　　　　/s/ Richard K. Herrmann
　　　　　　　　　　　　　　　　　　Richard K. Herrmann (I.D. No. 405)
　　　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. No. 2696)
　　　　　　　　　　　　　　　　　　MORRIS JAMES HITCHENS & WILLIAMS
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　302.888.6800
　　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*Tribune Media Services, Inc.*