# SEALED   DOCUMENT

Case 1:05-cv-00725-SLR-LPS    Document 117    Filed 09/12/2006    Page 1 of 1