IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>TRIBUNE MEDIA SERVICES, INC.<br><br>            Defendant. | )<br>)<br>)<br>)  C. A. No.: 05-CV-725-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TRIBUNE MEDIA SERVICES' NOTICE OF DEPOSITION OF RICHARD BATTISTA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

TO:  Robert C. Morgan  Frederick L Cottrell, III
     Christopher J. Harnett  Jeffrey L. Moyer
     Stuart W. Yothers  Steven J. Fineman
     FISH & NEAVE IP GROUP  RICHARDS, LAYTON & FINGER PA
     ROPES & GRAY LLP  One Rodney Square
     1252 Avenue of the Americas  920 North King Street
     New York, New York 10020  Wilmington, Delaware 19801

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(1), Tribune Media Services, Inc. ("TMS") will take the deposition upon oral examination of Richard Battista on September 29, 2006.

The deposition will begin at 9:30 a.m. and take place at the offices of Morris James Hitchens & Williams, 222 Delaware Avenue, 10th floor, Wilmington, Delaware 19801 beginning on the date and time specified above, or at such other time and place as may be agreed to by counsel. TMS is informed and believes that Richard Battista's mailing address is 6977 Hollywood Boulevard, 12th Floor, Hollywood, California 90028.

1

The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

You are invited to attend.

TMS reserves the right to re-depose this witness on patent misuse issues once the Court resolves the current discovery dispute on patent misuse.

| | |
|---|---|
| Dated:  September 12, 2006 | By:  */s/ Richard K. Herrmann* <br> Richard K. Herrmann (I.D. No. 405) <br> Mary B. Matterer (I.D. No. 2696) <br> MORRIS JAMES HITCHENS & WILLIAMS <br> 222 Delaware Avenue, 10th Floor <br> Wilmington, Delaware 19801 <br> 302.888.6800 <br> rherrman@morrisjames.com <br><br> Mark A. Pals, P.C. <br> Linda S. DeBruin <br> Michael A. Parks <br> Meredith Zinanni <br> KIRKLAND & ELLIS LLP <br> 200 East Randolph Drive <br> Chicago, IL  60601 <br> (312) 861-2000 <br><br> *Attorneys for Defendant* <br> *Tribune Media Services, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2006, I electronically filed the foregoing document, **TRIBUNE MEDIA SERVICES' NOTICE OF DEPOSITION OF RICHARD BATTISTA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801

Additionally, I hereby certify that on the 12th day of September, 2006, the foregoing document was served via email and via hand delivery on the above referenced attorneys and also via email and via Federal Express on the following non-registered participants:

Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Fish & Neave IP Group
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
212.596.9000

  /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

*Attorneys for Defendant*
*Tribune Media Services, Inc.*