**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

TV GUIDE ONLINE, INC. and           )
TV GUIDE ONLINE, LLC,               )
            Plaintiffs,        )        C.A. No. 05-725 KAJ
                  )
        v.                  )
                  )
TRIBUNE MEDIA SERVICES, INC.,       )
            Defendant.         )

**STIPULATION AND ORDER TO EXTEND**

       IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which both parties shall respond to outstanding discovery requests is extended to and including Tuesday, October 10, 2006. Additionally, the date for the parties to exchange claim terms and their proposed constructions is extended to and including Thursday, October 12, 2006.


_____*/s/ Steven J. Fineman*_____        _____*/s/ Richard K. Herrmann*_____
Frederick L. Cottrell, III #2555                Richard K. Herrmann #405
Steven J. Fineman #4025                         Mary B. Matterer # 2696
RICHARDS, LAYTON & FINGER PA                     MORRIS JAMES HITCHENS & WILLIAMS LLP
One Rodney Square                               222 Delaware Avenue, 10th Floor
920 North King Street                           Wilmington, DE 19801
Wilmington, DE 19801                            (302) 888-6800
(302) 651-7700                                  rherrmann@morrisjames.com
cottrell@rlf.com                                mmatterer@morrisjames.com
fineman@rlf.com                                 *Attorneys for Defendant*
*Attorneys for Plaintiffs*                        *Tribune Media Services, Inc.*
*TV Guide Online, Inc. and*
*TV Guide Online, LLC*


       **SO ORDERED** this _____ day of _____, 2006.


                              _____
                              Honorable Kent A. Jordan