IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC, ) ) ) | |
| Plaintiffs, ) | C.A. No. 05-CV-725-KAJ |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| TRIBUNE MEDIA SERVICES, INC., ) ) | |
| Defendant. ) | |

**STIPULATION AND ORDER TO BIFURCATE TRIAL AND STAY DISCOVERY ON TMS'S AFFIRMATIVE DEFENSE AND COUNTERCLAIM OF PATENT MISUSE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that Defendant Tribune Media Services, Inc.'s Affirmative Defense and Counterclaim for Patent Misuse (hereinafter "TMS's patent misuse claims") will be bifurcated and tried separately pursuant to Fed. R. Civ. P. 42(b), and that discovery on TMS's patent misuse claims is hereby stayed.

The parties reserve all rights to pursue, enforce, or object to all outstanding discovery requests relating to TMS's patent misuse claims, including subpoenas to third parties issued pursuant to Federal Rule of Civil Procedure 45, after the stay is lifted. The parties shall jointly ask third parties who have been served with subpoenas to execute a stipulation, in the form of Exhibit A, staying the enforcement of such subpoenas. The stipulation set forth in Exhibit A will avoid the need to re-issue or re-serve the subpoenas after the stay is lifted and will ensure the ongoing preservation of requested documents. Should any subpoenaed third party refuse to execute the stipulation attached as Exhibit A, the party who issued the subpoena shall be entitled to pursue now any rights it has to enforce the subpoena.

The parties further agree that when this stay of discovery regarding TMS's patent misuse claims is lifted, a new discovery period relating to these claims shall be set. This discovery

period shall be long enough to allow for the completion of discovery already served and to pursue any necessary additional discovery.

The parties further agree that witnesses with knowledge related to TMS's patent misuse claims shall be made available for deposition, subject to the parties' objections, after the stay is lifted. To the extent such witnesses are no longer employed by the parties, the parties agree to use their best efforts to encourage these witnesses to appear for deposition and trial. A witness presented for deposition on other issues in the case who also has information related to TMS's patent misuse claims shall be presented for another deposition on patent misuse issues when the stay is lifted without a further order from the Court.

| | |
|---|---|
| ___/s/ Steven J. Fineman_____ | ___/s/ Richard K. Herrmann_____ |
| Frederick L. Cottrell, III (#2555) | Richard K. Herrmann #405 |
| Jeffrey L. Moyer (#3309) | Mary B. Matterer # 2696 |
| Steven J. Fineman (#4025) | MORRIS JAMES HITCHENS & WILLIAMS LLP |
| Richards, Layton & Finger PA | 222 Delaware Avenue, 10th Floor |
| One Rodney Square | Wilmington, DE 19801 |
| 920 North King Street | (302) 888-6800 |
| Wilmington, Delaware 19801 | rherrmann@morrisjames.com |
| (302) 651-7700 | mmatterer@morrisjames.com |
| cottrell@rlf.com | *Attorneys for Defendant* |
| moyer@rlf.com | *Tribune Media Services, Inc.* |
| fineman@rlf.com | |
| *Attorneys for Plaintiffs* | |
| *TV Guide Online, Inc. and* | |
| *TV Guide Online, LLC* | |

**SO ORDERED** this ____ day of _____, 2006.

_____
Honorable Kent A. Jordan

2

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRIBUNE MEDIA SERVICES, INC., )<br>)<br>Defendant. ) | C.A. No. 05-CV-725-KAJ<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION STAYING ENFORCEMENT OF SUBPOENA**

IT IS HEREBY STIPULATED AND AGREED, by and among TV Guide Online, Inc., TV Guide Online, LLC, Tribune Media Services, Inc., _____, and their respective counsel, that enforcement of the subpoena attached as Exhibit 1 (the "Subpoena") is hereby stayed until the stipulated stay relating to Tribune Media Services, Inc.'s Affirmative Defense and Counterclaim for Patent Misuse (hereinafter "TMS's patent misuse claims") in the case styled as *TV Guide Online, Inc., et al. v. Tribune Media Services, Inc.*, District of Delaware, C.A. No. 05-725 KAJ, is lifted.

The parties to this stipulation agree that, upon termination of the stay of discovery relating to TMS's patent misuse claims, the party who issued the Subpoena may seek to pursue and enforce the Subpoena without any need to re-issue or re-serve the Subpoena as if the stay had not occurred. The parties to this stipulation reserve all rights to pursue, enforce, or object to the discovery sought in the Subpoena. _____ agrees that it will ensure the ongoing preservation of all documents requested in the Subpoena.

| | |
|---|---|
| Frederick L. Cottrell, III (#2555)<br>Jeffrey L. Moyer (#3309)<br>Steven J. Fineman (#4025)<br>Richards, Layton & Finger PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>moyer@rlf.com<br>fineman@rlf.com<br>*Attorneys for Plaintiffs*<br>*TV Guide Online, Inc. and*<br>*TV Guide Online, LLC* | Richard K. Herrmann #405<br>Mary B. Matterer # 2696<br>MORRIS JAMES HITCHENS & WILLIAMS LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>*Attorneys for Defendant*<br>*Tribune Media Services, Inc.* |