IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>    Defendant. | C.A. No. 05-725-KAJ |

## NOTICE OF SERVICE

TO:    Richard K. Herrmann, Esquire    Mark A. Pals, P.C., Esquire
        Mary B. Matterer, Esquire       Kirkland & Ellis, LLP
        Morris James Hitchens          200 East Randolph Drive
         & Williams                       Chicago, IL 60601
        222 Delaware Avenue, 10th Floor
        Wilmington, DE 19801

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Responses and Objections to Defendant's Second Set of Interrogatories (Nos. 20-24) were caused to be served on October 10, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens
 & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Ronald E. Naves, Jr.
Sr. Vice President
Legal Affairs and Litigation
Gemstar-TVGuide International, Inc.
6922 Hollywood Boulevard
Hollywood, CA 90028
(323) 817-4600

Dated: October 10, 2006

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I hereby certify that on October 10, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participant:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com