**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC,<br>    Plaintiffs,<br><br>    v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br>    Defendant. | )<br>)<br>)  C.A. No. 05-725 KAJ<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the date for the parties to exchange claim terms and their proposed constructions is extended to and including Monday, October 16, 2006.

  /s/ Steven J. Fineman  
Frederick L. Cottrell, III #2555  
Steven J. Fineman #4025  
RICHARDS, LAYTON & FINGER PA  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
(302) 651-7700  
cottrell@rlf.com  
fineman@rlf.com  
*Attorneys for Plaintiffs*  
*TV Guide Online, Inc. and*  
*TV Guide Online, LLC*

  /s/ Richard K. Herrmann  
Richard K. Herrmann #405  
Mary B. Matterer # 2696  
MORRIS JAMES HITCHENS & WILLIAMS LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, DE 19801  
(302) 888-6800  
rherrmann@morrisjames.com  
mmatterer@morrisjames.com  
*Attorneys for Defendant*  
*Tribune Media Services, Inc.*

**SO ORDERED** this ____ day of _____, 2006.

_____
Honorable Kent A. Jordan