## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TV GUIDE ONLINE, INC. and )
TV GUIDE ONLINE, LLC, )
                 Plaintiffs, )   C.A. No. 05-725 KAJ
                        )
        v. )
                        )
TRIBUNE MEDIA SERVICES, INC., )
                Defendant. )

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties

and subject to the approval of the Court, that the Court's March 10, 2006 Scheduling Order is

amended as follows:

**3.d.**  **Disclosure of Expert Testimony**.  Unless otherwise agreed, the parties shall file

their Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on issues for

which they bear the burden of proof (whether such experts are specifically retained for this

litigation or are employees of a party) on or before November 17, 2006 and file a supplemental

disclosure to contradict or rebut evidence on the same subject matter identified by another party

on or before December 15, 2006.  To the extent any objection to expert testimony is made

pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579

(1993), such objection shall be made by motion no later than the deadline for dispositive motions

set forth herein, unless otherwise ordered by the Court.

2

_/s/ Steven J. Fineman_

Frederick L. Cottrell, III #2555
Steven J. Fineman #4025
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com

*Attorneys for Plaintiffs*
*TV Guide Online, Inc. and*
*TV Guide Online, LLC*

_/s/ Richard K. Herrmann_

Richard K. Herrmann #405
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant*
*Tribune Media Services, Inc.*


**SO ORDERED** this _____ day of _____, 2006.


_____
Honorable Kent A. Jordan