IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TV GUIDE ONLINE, INC. and | ) | |
| TV GUIDE ONLINE, LLC, | ) | |
|       Plaintiffs, | ) | C.A. No. 05-725 KAJ |
| | ) | |
|     v. | ) | |
| | ) | |
| TRIBUNE MEDIA SERVICES, INC., | ) | |
|       Defendant. | ) | |

**STIPULATION AND ORDER RESOLVING CERTAIN DISCOVERY DISPUTES AND WITHDRAWING NOTICES AND MOTION**

WHEREAS, Defendant Tribune Media Services, Inc. ("TMS") has noticed for deposition the CEO of Gemstar-TV Guide International, Inc., Richard Battista;

WHEREAS, Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC (collectively, "TV Guide Online") have noticed for deposition the Chairman and CEO of Tribune Company, Dennis FitzSimons;

WHEREAS TMS has filed a Motion for a Protective Order Quashing the Deposition of Dennis FitzSimons (D.I. 128); and

WHEREAS TV Guide Online and TMS wish to resolve their dispute regarding the depositions of Messrs. Battista and FitzSimons;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that:

1.    During the first trial scheduled in this action, regarding issues other than TMS' patent misuse claims, no testimony from Richard Battista will be presented.

2.    During the first trial scheduled in this action, regarding issues other than TMS' patent misuse claims, no testimony from Dennis FitzSimons will be presented.

3.    TV Guide Online withdraws its notice of deposition of Dennis FitzSimons.

4.  TMS withdraws its notice of deposition of Richard Battista.

5.  TMS withdraws its Motion for a Protective Order Quashing the Deposition of Dennis FitzSimons (D.I. 128).

The parties reserve the right to re-serve the withdrawn notices of deposition of Messrs. Battista and FitzSimons during any additional discovery period that may be set for discovery regarding TMS' patent misuse claims, bifurcated and stayed by Order of this Court on October 12, 2006.

| | |
|---|---|
| /s/ Frederick L. Cottrell, III | /s/ Richard K. Herrmann |
| Frederick L. Cottrell, III #2555 | Richard K. Herrmann #405 |
| Steven J. Fineman #4025 | Mary B. Matterer #2696 |
| RICHARDS, LAYTON & FINGER PA | MORRIS JAMES HITCHENS & WILLIAMS LLP |
| One Rodney Square | 222 Delaware Avenue, 10th Floor |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 651-7700 | rherrmann@morrisjames.com |
| cottrell@rlf.com | mmatterer@morrisjames.com |
| fineman@rlf.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Tribune Media Services, Inc.* |
| *TV Guide Online, Inc. and* | |
| *TV Guide Online, LLC* | |

**SO ORDERED** this ____ day of _____, 2006.

_____
Honorable Kent A. Jordan