IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TV GUIDE ONLINE, INC. AND TV GUIDE ONLINE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 05-725-KAJ

## NOTICE OF SERVICE

TO:     Richard K. Herrmann, Esquire        Mark A. Pals, P.C., Esquire
        Mary B. Matterer, Esquire           Kirkland & Ellis, LLP
        Morris James Hitchens               200 East Randolph Drive
         & Williams                         Chicago, IL 60601
        222 Delaware Avenue, 10th Floor
        Wilmington, DE 19801

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Amended Initial

Disclosures were caused to be served on November 8, 2006 on counsel of record in the manner

indicated:

**BY HAND DELIVERY**                      **BY FEDERAL EXPRESS**
Richard K. Herrmann, Esquire              Mark A. Pals, P.C., Esquire
Mary B. Matterer, Esquire                 Kirkland & Ellis, LLP
Morris James Hitchens                     200 East Randolph Drive
 & Williams                               Chicago, IL 60601
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide
Online, Inc. and TV Guide Online, LLC

Ronald E. Naves, Jr.
Sr. Vice President
Legal Affairs and Litigation
Gemstar-TVGuide International, Inc.
6922 Hollywood Boulevard
Hollywood, CA 90028
(323) 817-4600

Dated:  November 8, 2006

2

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2006, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

>  Richard K. Herrmann, Esquire
>  Mary B. Matterer, Esquire
>  Morris James Hitchens & Williams
>  222 Delaware Avenue, 10th Floor
>  Wilmington, DE 19801

I hereby certify that on November 8, 2006, I have sent by Federal Express, the foregoing

document to the following non-registered participant:

>  Mark A. Pals, P.C., Esquire
>  Kirkland & Ellis, LLP
>  200 East Randolph Drive
>  Chicago, IL 60601

>  Steven J. Fineman (#4025)
>  Richards, Layton & Finger, P.A.
>  One Rodney Square
>  P.O. Box 551
>  Wilmington, Delaware 19899
>  (302) 651-7700
>  fineman@rlf.com