IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC., and TV GUIDE ONLINE, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRIBUNE MEDIA SERVICES, INC., )<br>)<br>Defendant. ) | Civil Action No. 05-725-KAJ |

### ORDER

At Wilmington this 15th day of **November, 2006**,

IT IS ORDERED that the status teleconference presently set for **November 21, 2006 at 4:30 p.m.** is hereby rescheduled to **November 22, 2006 at 10:00 a.m.** Counsel for Plaintiffs shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE