# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRIBUNE MEDIA SERVICES, INC.<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)　C. A. No.: 05-CV-725-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TRIBUNE MEDIA SERVICES' NOTICE OF DEPOSITION OF PAUL GREENBERG PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

TO:   Robert C. Morgan　　　　　　　　　Frederick L Cottrell, III
　　　Christopher J. Harnett　　　　　　　Jeffrey L. Moyer
　　　Stuart W. Yothers　　　　　　　　　Steven J. Fineman
　　　FISH & NEAVE IP GROUP　　　　　RICHARDS, LAYTON & FINGER PA
　　　ROPES & GRAY LLP　　　　　　　　One Rodney Square
　　　1252 Avenue of the Americas　　　　920 North King Street
　　　New York, New York 10020　　　　　Wilmington, Delaware 19801

　　　PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(1), Tribune Media Services, Inc. ("TMS") will take the deposition upon oral examination of the following individual on the following day:

　　　　　　　　Paul Greenberg　　　　　　December 12, 2006

　　　The deposition will begin at 9:30 a.m. and take place at the offices of Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 beginning on the date and time specified above, or at such other time and place as may be agreed to by counsel. TMS is informed and believes that Paul Greenberg's mailing address is 1211 Avenue of the Americas, New York, NY 10036.

1

The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

You are invited to attend.

Dated: November 16, 2006

By: */s/ Mary B. Matterer*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Mark A. Pals, P.C.
Linda S. DeBruin
Michael A. Parks
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

*Attorneys for Defendant*
*Tribune Media Services, Inc.*