IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>) C.A. No.: 05-725 KAJ<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT TRIBUNE MEDIA SERVICES, INC.'S
### MOTION TO DISMISS PLAINTIFF TV GUIDE ONLINE, INC.

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant Tribune Media Services, Inc. moves to dismiss Plaintiff TV Guide Online, Inc. from this matter. As a non-exclusive licensee of the patent-in-suit, TV Guide Online, Inc. does not have standing to sue in this patent infringement action. A brief in support of this motion is being filed contemporaneously herewith.

Dated: November 20, 2006

    */s/ Richard K. Herrmann*
    Richard K. Herrmann (I.D. No. 405)
    Mary B. Matterer (I.D. No. 2696)
    MORRIS JAMES HITCHENS & WILLIAMS
    222 Delaware Avenue, 10th Floor
    Wilmington, Delaware 19801
    302.888.6800
    rherrmann@morrisjames.com

Mark A. Pals, P.C.
Linda S. DeBruin
Michael A. Parks
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
312.861.2000

*Counsel for Defendant*
*Tribune Media Services, Inc.*