IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>   Plaintiffs,<br><br>  v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>   Defendant. | C.A. No. 05-725-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' December 4, 2006 Supplemental Responses and Objections to Defendant's Interrogatory Nos. 1, 4, 10, 11, 12, 13, 14, 17, 18 and 19 were caused to be served on December 4, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens
 & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

|  |  |
|---|---|
| OF COUNSEL:<br>Robert C. Morgan<br>Christopher J. Harnett<br>Stuart W. Yothers<br>Ropes & Gray LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 596-9000<br><br>Ronald E. Naves, Jr.<br>Sr. Vice President<br>Legal Affairs and Litigation<br>Gemstar-TVGuide International, Inc.<br>6922 Hollywood Boulevard<br>Hollywood, California 90028<br>(323) 817-4600<br><br>Dated: December 4, 2006 | /s/<br>Frederick L. Cottrell, III (#2555)<br>Jeffrey L. Moyer (#3309)<br>Steven J. Fineman (#4025)<br>Richards, Layton & Finger PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>moyer@rlf.com<br>fineman@rlf.com<br>Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2006 I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-0951

I hereby certify that on December 4, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participants:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)