**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC,<br>      Plaintiffs,<br><br>      v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br>      Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05-725 KAJ<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the Court's March 10, 2006 Scheduling Order is amended as follows:

**3.d. Disclosure of Expert Testimony**. Unless otherwise agreed, the parties shall file their Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on issues for which they bear the burden of proof (whether such experts are specifically retained for this litigation or are employees of a party) on or before December 15, 2006 and file a supplemental disclosure to contradict or rebut evidence on the same subject matter identified by another party on or before January 16, 2007. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), such objection shall be made by motion no later than the deadline for dispositive motions set forth in the Court's March 10, 2006 Scheduling Order, unless otherwise ordered by the Court.

| | |
|---|---|
| */s/ Steven J. Fineman* | */s/ Richard K. Herrmann* |
| Frederick L. Cottrell, III #2555 | Richard K. Herrmann #405 |
| Steven J. Fineman #4025 | Mary B. Matterer # 2696 |
| RICHARDS, LAYTON & FINGER PA | MORRIS JAMES HITCHENS & WILLIAMS LLP |
| One Rodney Square | 222 Delaware Avenue, 10th Floor |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 651-7700 | rherrmann@morrisjames.com |
| cottrell@rlf.com | mmatterer@morrisjames.com |
| fineman@rlf.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Tribune Media Services, Inc.* |
| *TV Guide Online, Inc. and* | |
| *TV Guide Online, LLC* | |

**SO ORDERED** this ____ day of _____, 2006.

_____
Honorable Kent A. Jordan