IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>    Defendant. | C.A. No. 05-CV-725-KAJ<br><br>REDACTED - PUBLIC VERSION |

**DECLARATION OF SAMIR B. ARMALY IN SUPPORT OF TV GUIDE'S
OPPOSITION TO TMS'S MOTION TO DISMISS TV GUIDE ONLINE, INC.**

I, Samir B. Armaly, hereby declare as follows:

1. I am the Senior Vice President, Intellectual Property, of Gemstar-TV Guide International, Inc. ("Gemstar"). I am also the Senior Vice President, Intellectual Property, of TV Guide Online, Inc. I submit this declaration in support of TV Guide's Opposition to TMS's Motion to Dismiss TV Guide Online, Inc. in the above-captioned litigation.

2. TV Guide Online, LLC is the owner by assignment of U.S. Patent No. 5,988,078 ("the '078 patent"). TV Guide Online, Inc. is the exclusive licensee of the '078 patent and has the right to bring suit for past infringement. The ultimate parent company of both TV Guide Online, LLC and TV Guide Online, Inc. (collectively, "TV Guide") companies is Gemstar.

REDACTED



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: December 5, 2006

_____
Samir B Armaly, Esq.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I hereby certify that on December 5, 2006, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Morris James, LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494

I hereby certify that on December 12, 2006, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com