**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC,<br>              Plaintiffs,<br><br>      v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br>              Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 05-725 KAJ<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the deadline for TMS to file its reply in support of its Motion to Dismiss Plaintiff TV Guide Online, Inc. (D.I. #145) is extended to and including December 19, 2006.

| | |
|---|---|
|   */s/ Steven J. Fineman*<br>Frederick L. Cottrell, III #2555<br>Steven J. Fineman #4025<br>RICHARDS, LAYTON & FINGER PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com<br><br>*Attorneys for Plaintiffs*<br>*TV Guide Online, Inc. and*<br>*TV Guide Online, LLC* |   */s/ Richard K. Herrmann*<br>Richard K. Herrmann #405<br>Mary B. Matterer # 2696<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br><br>*Attorneys for Defendant*<br>*Tribune Media Services, Inc.* |

**SO ORDERED** this _____ day of _____, 2006.

_____
Honorable Kent A. Jordan