IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.<br><br>    Defendant. | Civil Action No. 05-725-***<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

This is the parties' joint status report, provided pursuant to Magistrate Judge Thynge's January 12, 2007 Order.

### BACKGROUND

This is a patent infringement action brought by plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC (collectively "TV Guide") against defendant Tribune Media Services, Inc. ("TMS"). TV Guide asserts that TMS's operation of its www.zap2it.com website and related affiliate sites infringe claims of TV Guide's United States Patent Nos. 5,988,078 ("the '078 patent").

### OUTSTANDING MOTIONS

On November 20, 2006, TMS filed a Motion to Dismiss Plaintiff TV Guide Online, Inc. (D.I. 145). That motion was fully briefed on December 19, 2006.

### STATUS OF DISCOVERY

TV Guide has produced over 180,000 pages of documents in this case, and TMS has produced approximately 62,500 pages. TV Guide has taken ten fact depositions and TMS

has taken eight fact depositions. The parties are working to resolve any remaining issues regarding document production and deposition issues among themselves, but would like to address it with the Court if it is not resolved by the January 22 status conference. The parties have agreed to exchange privilege logs on January 19, 2007.

Initial expert reports on the issues for which each party has the burden of proof were exchanged on December 15, 2006, and pursuant to agreement between the parties, rebuttal expert reports are due on January 23, 2007. No expert depositions have been scheduled or taken. The cut-off date for all discovery is currently set for January 30, 2007.

The parties' Joint Claim Chart, opening claim construction briefs, and case dispositive motions are due on February 20, 2007. Responsive briefs are due on March 22, 2007. A claim construction hearing is scheduled for April 20, 2007 at 9:30 am.

The joint proposed final pretrial order is due on or before July 13, 2007. The pretrial conference is scheduled for August 14, 2007 at 4:30 pm. A ten day jury trial has been scheduled to begin at 9:30 am on September 10, 2007 and continue on September 11-12, 14, 19-20, 21 (until midafternoon), 24-25 and 26 (morning).

### MEDIATION/ADR

The parties appeared for an ADR conference before this Court on October 13, 2006. Following that conference, TV Guide sent TMS a settlement proposal. Although the parties' respective in-house counsel have been in communication with each other, TV Guide has not received a counter-proposal from TMS. If the Court so desires, the parties can address settlement status with the Court at the January 22 status conference.

Dated: January 18, 2007

/s/                                            
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com

/s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2969)
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
Danielle C. Schillinger
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Ronald E. Naves, Jr.
Sr. Vice President
Legal Affairs and Litigation
Gemstar - TV Guide International, Inc.
6922 Hollywood Blvd. 4th floor
Hollywood, CA 90028
(323) 817-4600

Mark A. Pals, P.C.
Linda S. DeBruin
Michael A. Parks
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

Attorneys for Defendant Tribune Media Services, Inc.