IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC,<br>    Plaintiffs,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05-725-***<br>)<br>)<br>) |

**AMENDED SCHEDULING ORDER**

Pursuant to a teleconference with the Court on January 22, 2007, and as stipulated and agreed by and between counsel for the parties, the Scheduling Order in this case is amended as follows:

| | |
|---|---|
| Rebuttal Expert Reports due: | February 9, 2007 |
| Close of Discovery: | February 28, 2007<br>(with expert depositions to<br>be completed by March 16, 2007) |
| Claim Construction Briefs due: | March 30, 2007 |
| Case Dispositive Motions due: | March 30, 2007 |
| Claim Construction Responses due: | April 30, 2007 |
| Case Dispositive Motion Responses due: | April 30, 2007 |
| Case Dispositive Motion Replies due: | May 22, 2007 |

All remaining dates in this matter, including those for the hearing on case dispositive and claim construction motions, the pretrial order, the pretrial conference, and trial, are hereby canceled. These dates are to be rescheduled upon the consent of the parties to proceed before the

Magistrate Judge or the appointment of a Judge to the vacant judicial position to which this case is currently assigned.

| | |
|---|---|
| _/s/ Steven J. Fineman_ | _/s/ Richard K. Herrmann_ |
| Frederick L. Cottrell, III #2555 | Richard K. Herrmann #405 |
| Steven J. Fineman #4025 | Mary B. Matterer # 2696 |
| RICHARDS, LAYTON & FINGER PA | MORRIS JAMES LLP |
| One Rodney Square | 500 Delaware Avenue, Suite 1500 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 651-7700 | rherrmann@morrisjames.com |
| cottrell@rlf.com | mmatterer@morrisjames.com |
| fineman@rlf.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Tribune Media Services, Inc.* |
| *TV Guide Online, Inc. and* | |
| *TV Guide Online, LLC* | |

SO ORDERED this 6 day of February, 2007.

_____
Magistrate Judge Mary Pat Thynge