## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civil Action No. 05-725-*** <br> : |
| TRIBUNE MEDIA SERVICES, INC., | : <br> : |
| Defendant. | : |

## **ORDER**

At Wilmington this **9th** day of **February, 2007,**

IT IS ORDERED that the Markman hearing scheduled for April 20, 2007 at 9:30 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE