**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**


| | |
|---|---|
| TV GUIDE ONLINE, INC. and | ) |
| TV GUIDE ONLINE, LLC, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   C.A. No. 05-725-*** |
| | ) |
| TRIBUNE MEDIA SERVICES, INC., | ) |
| Defendant. | ) |


**SECOND AMENDED SCHEDULING ORDER**

As stipulated and agreed by and between counsel for the parties, the Scheduling Order in this case is amended as follows:

| | |
|---|---|
| Close of Discovery: | February 28, 2007 (with expert depositions to be completed by April 20, 2007) |
| Claim Construction Briefs due: | May 11, 2007 |
| Case Dispositive Motions due: | May 11, 2007 |
| Claim Construction Responses due: | June 15, 2007 |
| Case Dispositive Motion Responses due: | June 15, 2007 |
| Case Dispositive Motion Replies due: | July 6, 2007 |

All remaining dates in this matter, including those for the hearing on case dispositive and claim construction motions, the pretrial order, the pretrial conference, and trial, are hereby canceled. These dates are to be rescheduled upon the consent of the parties to proceed before the Magistrate Judge or the appointment of a Judge to the vacant judicial position to which this case is currently assigned.

_/s/ Steven J. Fineman_
Frederick L. Cottrell, III #2555
Steven J. Fineman #4025
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com

_Attorneys for Plaintiffs_
_TV Guide Online, Inc. and_
_TV Guide Online, LLC_

_/s/ Richard K. Herrmann_
Richard K. Herrmann #405
Mary B. Matterer # 2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

_Attorneys for Defendant_
_Tribune Media Services, Inc._

 

**SO ORDERED** this _____ day of _____, 2007.

_____
Magistrate Judge Mary Pat Thynge

2