Case 1:05-cv-00725-***   Document 185   Filed 03/22/2007   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br>    Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-725-*** <br> ) <br> ) <br> ) |

**THIRD AMENDED SCHEDULING ORDER**

As stipulated and agreed by and between counsel for the parties, the Scheduling Order in this case is amended as follows:

| | |
|---|---|
| Close of Discovery: | February 28, 2007 <br> (with expert depositions to <br> be completed by May 18, 2007) |
| Claim Construction Briefs due: | June 8, 2007 |
| Case Dispositive Motions due: | June 8, 2007 |
| Claim Construction Responses due: | July 13, 2007 |
| Case Dispositive Motion Responses due: | July 13, 2007 |
| Case Dispositive Motion Replies due: | August 3, 2007 |

All remaining dates in this matter, including those for the hearing on case dispositive and claim construction motions, the pretrial order, the pretrial conference, and trial, are hereby canceled. These dates are to be rescheduled upon the consent of the parties to proceed before the Magistrate Judge or the appointment of a Judge to the vacant judicial position to which this case is currently assigned.

| | |
|---|---|
| /s/ Steven J. Fineman | /s/ Richard K. Herrmann |
| Frederick L. Cottrell, III #2555 | Richard K. Herrmann #405 |
| Steven J. Fineman #4025 | Mary B. Matterer # 2696 |
| RICHARDS, LAYTON & FINGER PA | MORRIS JAMES LLP |
| One Rodney Square | 500 Delaware Avenue, Suite 1500 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 651-7700 | rherrmann@morrisjames.com |
| cottrell@rlf.com | mmatterer@morrisjames.com |
| fineman@rlf.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Tribune Media Services, Inc.* |
| *TV Guide Online, Inc. and* | |
| *TV Guide Online, LLC* | |

SO ORDERED this 23 day of March, 2007.

_____
Magistrate Judge Mary Pat Thynge

2