IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br>     Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-725-*** <br> ) <br> ) <br> ) |

### FOURTH AMENDED SCHEDULING ORDER

As stipulated and agreed by and between counsel for the parties, the Scheduling Order in this case is amended as follows:

| | |
|---|---|
| Close of Discovery: | February 28, 2007 <br> (with expert depositions to <br> be completed by June 22, 2007) |
| Claim Construction Briefs due: | July 20, 2007 |
| Case Dispositive Motions due: | July 20, 2007 |
| Claim Construction Responses due: | August 24, 2007 |
| Case Dispositive Motion Responses due: | August 24, 2007 |
| Case Dispositive Motion Replies due: | September 20, 2007 |

All remaining dates in this matter, including those for the hearing on case dispositive and claim construction motions, the pretrial order, the pretrial conference, and trial, are hereby canceled. These dates are to be rescheduled upon the consent of the parties to proceed before the Magistrate Judge or the appointment of a Judge to the vacant judicial position to which this case is currently assigned.

RLF1-3147492-1

| | |
|---|---|
| /s/ Frederick L. Cottrell, III | /s/ Mary B. Matterer |
| Frederick L. Cottrell, III #2555 | Richard K. Herrmann #405 |
| Steven J. Fineman #4025 | Mary B. Matterer # 2696 |
| RICHARDS, LAYTON & FINGER PA | MORRIS JAMES LLP |
| One Rodney Square | 500 Delaware Avenue, Suite 1500 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 651-7700 | rherrmann@morrisjames.com |
| cottrell@rlf.com | mmatterer@morrisjames.com |
| fineman@rlf.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Tribune Media Services, Inc.* |
| *TV Guide Online, Inc. and* | |
| *TV Guide Online, LLC* | |

**SO ORDERED** this ____ day of _____, 2007.

_____
Magistrate Judge Mary Pat Thynge