**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC,<br>    Plaintiffs, | )<br>)<br>)<br>) | |
| v. | ) | C.A. No. 05-725-*** |
| TRIBUNE MEDIA SERVICES, INC.,<br>    Defendant. | )<br>)<br>) | |

**FIFTH AMENDED SCHEDULING ORDER**

As stipulated and agreed by and between counsel for the parties, the Scheduling Order in this case is amended as follows:

| | |
|---|---|
| Rebuttal Damages Expert Report due: | July 20, 2007 |
| Damages Expert Depositions to be completed: | August 17, 2007 |
| Claim Construction Briefs due: | August 31, 2007 |
| Case Dispositive Motions due: | August 31, 2007 |
| Claim Construction Responses due: | September 28, 2007 |
| Case Dispositive Motion Responses due: | September 28, 2007 |
| Case Dispositive Motion Replies due: | October 19, 2007 |

All remaining dates in this matter, including those for the hearing on case dispositive and claim construction motions, the pretrial order, the pretrial conference, and trial, are to be rescheduled upon the consent of the parties to proceed before the Magistrate Judge or the appointment of a Judge to the vacant judicial position to which this case is currently assigned.

| | |
|---|---|
| */s/ Frederick L. Cottrell, III* | */s/ Richard K. Herrmann* |
| Frederick L. Cottrell, III #2555 | Richard K. Herrmann #405 |
| Steven J. Fineman #4025 | Mary B. Matterer # 2696 |
| RICHARDS, LAYTON & FINGER PA | MORRIS JAMES LLP |
| One Rodney Square | 500 Delaware Avenue, Suite 1500 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 651-7700 | rherrmann@morrisjames.com |
| cottrell@rlf.com | mmatterer@morrisjames.com |
| fineman@rlf.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Tribune Media Services, Inc.* |
| *TV Guide Online, Inc. and* | |
| *TV Guide Online, LLC* | |

**SO ORDERED** this _____ day of _____, 2007.

_____
Magistrate Judge Mary Pat Thynge