# Exhibit 1

quantitative economic solutions, LLC



**quantitative economic solutions, LLC**
Microeconomic Consultants

1280 Massachusetts Ave.
Cambridge, MA 02138
t: 617.995.7676
f: 617.995.7677

# CHRISTOPHER A. VELLTURO
## President

Over the course of his career, Dr. Vellturo has performed a wide variety of economic and econometric analyses and provided expert testimony in the context of mergers and acquisitions, antitrust litigation, intellectual property litigation and numerous other matters spanning a broad array of industries. Dr. Vellturo has testified on economics-related matters in numerous U.S. District Courts, as well as at the Canadian Competition Bureau, and the American Arbitration Association. He has appeared before the U.S. Department of Justice, the Federal Trade Commission, various states' Attorneys General offices, the Federal Reserve Bank Board of Governors, and numerous other regulatory agencies on merger-related issues and other antitrust matters. Dr. Vellturo has also made appearances at hearings before the European Commission, and other antitrust enforcement agencies around the world. To date, he has performed economic analyses in over one hundred merger matters, in excess of seventy antitrust actions and well over one hundred intellectual property actions.

Prior to forming Quantitative Economic Solutions, LLC (QES), Dr. Vellturo was a Principal at Analysis Group/Economics (AG/E) and a Senior Vice President and member of the Board of Directors at National Economic Research Associates (NERA).

Dr. Vellturo has published on a variety of topics, including merger and acquisition-related efficiencies, price discrimination, differentiated product analysis and market definition. His research has appeared in leading academic journals, including *Antitrust*, the *Antitrust Law Journal*, and the *Journal of Economics and Management Strategy*. Dr. Vellturo is a recipient of the Bradley Fellowship in Public Economics and has served as a referee for *American Economic Review* and *Rand Journal of Economics*.

A Ph.D. graduate in Economics from the Massachusetts Institute of Technology, Dr. Vellturo also holds a Sc.B. in Applied Mathematics and Economics from Brown University, where he graduated *magna cum laude* and *Phi Beta Kappa*.

*Christopher A. Velturo, page 2*

# EDUCATION

1989    Ph.D. in Economics, Massachusetts Institute of Technology
        *Primary Fields:* Econometrics, Industrial Organization
        *Secondary Fields:* Public Finance, Game Theory, Law and Economics

1983    Sc.B. in Applied Mathematics and Economics (*magna cum laude*), Brown
        University

# PROFESSIONAL EXPERIENCE

2002-Present    **Quantitative Economic Solutions, LLC**
                *President/Manager* -- Direct research on microeconomic issues in litigation and
                non-litigation matters. Areas of particular focus include: antitrust, regulation,
                and damages assessment in intellectual property and contract matters.

2000-2002       **Analysis Group/Economics**
                *Principal* - Direct research and provide expert testimony on a variety of
                microeconomic issues with particular emphasis on antitrust, intellectual
                property, and mergers and acquisitions. Expert reports and testimony presented
                in U.S. District Court. Presented antitrust economic analyses to Federal Trade
                Commission, U.S. Department of Justice, Federal Reserve Bank Board of
                Governors and the European Commission.

1996-2000       **National Economic Research Associates, Inc.**
                *Senior Vice President* (1999-00)
                *Vice President* (1996-99)

1991-1996       **Cambridge Economics, Inc.**
                *Director* - Directed research and provided expert testimony on a variety of
                microeconomic issues with particular emphasis on antitrust, intellectual
                property, and mergers and acquisitions. Prior expert testimony provided in U.S.
                District Court and before the American Arbitration Association. Presented
                antitrust economic analyses to U.S. Department of Justice, Federal Trade
                Commission (Antitrust Division), state Attorneys General offices, and the Federal
                Reserve Bank Board of Governors.

1989-1991       **National Economic Research Associates, Inc.**
                *Senior Consultant* - Directed and performed research relating to issues of
                antitrust, intellectual property, mergers and regulation.

1987            **Department of Economics, M.I.T.**
                *Teaching Assistant* - Undergraduate econometrics.

1985-1989       **Dean Ann F. Friedlaender, M.I.T.**
                *Research Associate* - Participated in research relating to transportation pricing
                and capital allocation responses to regulatory changes.

1983-1985       **National Economic Research Associates, Inc.**
                *Research Associate* - Conducted research on a wide variety of issues including
                antitrust, railroad rate setting, optimal landfill pricing, and PCB and asbestos
                abatement strategies.

## AWARDS AND PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1987-1989 | Recipient, Bradley Fellowship in Public Economics |
| 1986 | M.I.T. Departmental Fellowship |
| 1983 | Phi Beta Kappa, Brown University |
| 1983 | Sigma Xi, Brown University |
| Present | Journal Referee for *American Economic Review* and *Rand Journal of Economics* |
| Present | Member, American Economic Association |
| Present | Member, American Bar Association |

## TESTIFYING HISTORY (PAST FOUR YEARS)

- *Smith Kline & French Laboratories, Ltd. and SmithKline Beecham Corp. d/b/a GlaxoSmithKline v. Teva Pharmaceuticals USA, Inc.*
  U.S. District Court, District of Delaware, Civil Action No. 05-197.

- *Massachusetts Institute of Technology v. Harman International Industries, Inc.*
  U.S. District Court, District of Massachusetts, Civil Action No. 05-10990-DPW.

- *Tessera, Inc. v. Micron Technology, Inc., Micron Semiconductor Products, Inc., Infineon Technologies AG, Infineon Technologies Richmond, LP, Infineon Technologies North America Corp., Qimonda AG*
  U.S. District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2-05cv-94.

- *Gary D. Carter and Mary Elaine Carter v. CSX Transportation, Inc.*
  U.S. District Court, Western District of Kentucky, Louisville Division, Case No. 3:04-CV-487-S.

- *Anthony Park, Individually on Behalf Of Himself and On Behalf of All Others Similarly Situated v. The Thomson Corporation and Thomson Legal and Regulatory, Inc.*
  U.S. District Court, Southern District of New York, Case No. 05 Civ. 2931 (WHP).

- *Merck & Co., Inc. v Teva Pharmaceuticals USA, Inc.*
  U.S. District Court, District of Delaware, Civil Action No. 04-939.

- *Wavetronix, LLC v. Electronic Integrated Systems, Inc*
  U.S. District Court, District of Utah, Central Division, Civil Action No. 2:05 CV 00073 BJS.

- *Richard Lee Young and Tonja Young v. CSX Corporation, CSX Transportation, Inc., Dick Spatafore, and Bobby Ambrose*
  Circuit Court of Kanawha County, West Virginia, Civil Action No. 03-C-2837.

- *WeddingChannel.com Inc. v. The Knot, Inc. and The Knot, Inc. v. WeddingChannel.com Inc.*
  U.S. District Court, Southern District of New York, Civil Action No. 03 CV 7369 (RWS).

- *Advanced Technology Materials, Inc. v. Praxair, Inc. and Praxair, Inc. v. Advanced Technology Materials, Inc. and Praxair, Inc. and Praxair Technology, Inc. v. ATMI, Inc. and Advanced Technology Materials, Inc.*
  U.S. District Court, Southern District of New York, Civil Action No. 03 CV 5161 (RO) and U.S. District Court, District of Delaware, Civil Action No.: 03-1158-SLR.

- *In the Matter of the Arbitration Between Celanese LTD., et al., and JO Tankers AS, et al.*

- *Cross Medical Products, Inc. v. Medtronic Sofamor Danek, Inc and Medtronic Sofamor Danek U.S.A. and Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek U.S.A. and SDGI Holdings, Inc. v. Cross Medical Products, Inc*
  U.S. District Court, Central District of California, Southern Division, Case No. SACV 03-110 GLT (ANx).

- *Robert Bosch GMBH v. TRW Automotive, Inc., TRW Vehicle Safety Systems Inc., and TRW Automotive U.S. LLC*
  U.S. District Court, District of Arizona, Case No.: CIV-03-0045 PHX FJM.

- *Honeywell International Inc. against The GetPaid Corporation, a/k/a/ GetPaid Software, a/k/a Software Experts, Inc.*
  American Arbitration Association, Case No: 18 133 00073 03.

- *Samsung Electronics Co., Ltd. v. Tessera Technologies, Inc. and Tessera, Inc. and Tessera Technologies, Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America and Samsung Semiconductor, Inc.*
  U.S. District Court, Northern District of California, Oakland Division, Case No. C 02-05837 CW.

- *Merck & Co., Inc. and Merck Frosst Canada & Co. v. The Minister of Health and Novopharm Ltd.*
  Canada Federal Court, Federal Court File No. T-1627-03.

- *Verizon California Inc., a California Corporation v. Ronald A. Katz Technology Licensing, L.P., a California limited partnership*
  U.S. District Court, Central District of California, Case No. 01 CV-09871 RGK (RCx).

- *Massachusetts Eye and Ear Infirmary v. Novartis Ophthalmics, Inc. and QLT, Inc., QLT, Inc. v. Massachusetts Eye and Ear Infirmary, Evangelos S. Gragoudas, M.D. and Joan W. Miller, M.D., The General Hospital Corporation v. Massachusetts Eye and Ear Infirmary, Evangelos S. Gragoudas, M.D. and Joan W. Miller, M.D.*
  U.S. District Court, District of Massachusetts, Civil Action No. 01-10747-EFH.

- *Milliken & Company v. Mohawk Industries, Inc., et al./ Shaw Industries Group, Inc., et al./ Interface, Inc., et al.*
  U.S. District Court, District of South Carolina, Spartanburg Division, Civil Action Nos. 7-02-3631-20/7-02-3632-20/7-02-3633-2.

- *Torah Soft, Ltd. v. Michael Drosnin*
  U.S. District Court, Southern District of New York, 2000 Civ.: 0676 (JCF).

- *Dresses for Less, Inc., DFL Management Inc., The DFL Apparel Group, an unincorporated association, Allison-Che' Fashions, Inc., Bicci Studio Ltd., Garden City Dresses for Less, Inc., Donald Weiner and Barbara Weiner, individually and derivatively as shareholder of Stella N. Bishop Fashion Corp., and I.S.B. Fashions Corp. v. CIT Group/Commercial Services, Inc. and The Uptown Credit Group, Inc.*
  U.S. District Court for the Southern District of New York, C.A. No. 01 CIV. 2669 (WHP).

- *First Citizens Bank and Trust Company of South Carolina, as Conservator for Alex Compton, a minor and Alex Reid Compton and Lisa Compton, in their individual capacity, as the natural parents of Alex Compton, a minor v. CSX Transportation, Inc.*
  U.S. District Court, District of South Carolina, Anderson Division, Civil Action File No. 8-01-4613-20.

- *DePuy AcroMed, Inc. and Biedermann Motech GMBH v. Medtronic Sofamor Danek, Inc., f/k/a Sofamor Danek Group, Inc. and Medtronic Sofamor Danek, U.S.A. Inc.*
  U.S. District Court, District of Massachusetts, Civil Action No. 01-CV-10165 (EFH).

- *Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc.*
  U.S. District Court, District of Delaware, Civil Action No. 01-0048 –JJF.

- *The Toro Company v. White Consolidated Industries, Inc. and WCI Outdoor Products, Inc*
  U.S. District Court, District of Minnesota, Civil Action No. 4-95-656.

- *In Re: Vitamins Antitrust Litigation*
  U.S. District Court for the District of Columbia, Misc. No. 99-197 (TFH) MDL No. 1285.

- *Jack Webb vs. CSX Transportation, Inc., South Carolina Department of Transportation and Anderson County*
  South Carolina Court for Common Pleas, Anderson County, C/A No: 01-PC-04-504 and C/A No: 01-CP-04-505

## PUBLICATIONS AND PRESENTATIONS

"Differentiated Products" in *Issues in Competition Law and Policy*, ed. D. Wayne Collins, American Bar Association, *forthcoming*

"When Fraud on the Patent Office Violates Section 2: A Mock Trial." Presented at the 52nd Annual Spring Meeting of the ABA Section of Antitrust Law, Washington, DC, April 1, 2004

"What Drives Consolidation?" Presented at the 28th Semiannual Members Meeting MIT/CRE, Cambridge, MA, May 14, 1998.

"Proving Unilateral Effects and Efficiencies in Merger Cases: A Demonstration." Presented at the 46th Annual Spring Meeting of the ABA Section of Antitrust Law, Washington, DC, April 1, 1998.

"Creating An Effective Diversion: Evaluating Mergers With Differentiated Products," *Antitrust*, Spring 1997.

"Economic Battles in the Antitrust Wars: Network Industries and Their Relevance to Antitrust in the Computer Industry." Presented at the Washington State Bar Association's Thirteenth

Annual Antitrust, Consumer Protection and Unfair Business Practices Conference, November 8, 1996.

"Differentiated Products: New Tools for New Methods." Presented at NERA's Seventeenth Annual Antitrust & Trade Regulation Seminar, Santa Fe, NM, July 5, 1996.

"Market Definition Under Price Discrimination" (with J. A. Hausman and G. K. Leonard), Antitrust Law Journal, Vol. 64, No. 2 (Winter 1996).

"Learning-by-Doing in the Context of Antitrust Analysis" (with J. Hausman), April 1995.

"An Economic Analysis of ATM Surcharging," prepared for Southeast Switch Inc., October 5, 1995.

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TG

TG000448 - TG000450
TG000459 - TG000465
TG000467 - TG000483
TG000485 - TG000505
TG003054 - TG003065
TG003068 - TG003072
TG003079 - TG003082
TG003089
TG003094 - TG003097
TG003100 - TG003103
TG003105 - TG003110
TG003139 - TG003177
TG003184 - TG003186
TG003206 - TG003233
TG003270
TG003308
TG003311 - TG003313
TG003317 - TG003320
TG003329 - TG003331
TG003334 - TG003344
TG003359
TG003372 - TG003375
TG003377 - TG003378
TG003413 - TG003416
TG003433 - TG003434
TG003437 - TG003438
TG003450 - TG003451
TG003466 - TG003468
TG003471 - TG003472
TG003474
TG003489 - TG003495
TG003507 - TG003512
TG003516 - TG003517
TG003531 - TG003554
TG003582 - TG003668
TG003670 - TG003687
TG003698 - TG003701
TG003706 - TG003712
TG003732 - TG003734
TG003777 - TG003813
TG003827 - TG003891
TG003937 - TG003943
TG003945 - TG003946
TG003959 - TG003966
TG003977 - TG003995
TG004254 - TG004261
TG004525 - TG004526
TG004539 - TG0045454
TG004571 - TG004575
TG004583 - TG004594
TG004850
TG004858 - TG004872
TG004880 - TG004892
TG004903 - TG004906
TG005147 - TG005200
TG005227 - TG005292
TG005295 - TG005301
TG005307 - TG005309

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TG005336 - TG005339
TG005341 - TG005473
TG005477 - TG005487
TG005496 - TG005499
TG005676 - TG005677
TG005680 - TG005695
TG005706
TG005708 - TG005713
TG005724
TG005729 - TG005736
TG005741 - TG005743
TG005989 - TG006008
TG006014 - TG006024
TG006033 - TG006037
TG006041 - TG006044
TG006057 - TG006058
TG006069 - TG006150
TG006156 - TG006230
TG006234 - TG006324
TG006328 - TG006343
TG006353 - TG006359
TG006368 - TG006372
TG006381 - TG006464
TG006473 - TG006481
TG006577 - TG006613
TG006621 - TG006644
TG006676 - TG006841
TG006851 - TG006852
TG006870
TG006871 - TG006885
TG006886 - TG006964
TG006966 - TG006972
TG007011 - TG007069
TG007077
TG007092 - TG007093
TG007095 - TG007099
TG007106 - TG007109
TG007126 - TG007134
TG007139 - TG007141
TG007143 - TG007147
TG007149
TG007152 - TG007192
TG007196 - TG007198
TG007200 - TG007204
TG007206 - TG007342
TG007361 - TG007362
TG007365 - TG007405
TG007407 - TG007408
TG007411 - TG007485
TG007488 - TG007513
TG007515 - TG007520
TG007523 - TG007546
TG007549 - TG007551
TG007567 - TG007588
TG007761 - TG007784
TG007895 - TG007905
TG007914 - TG007916
TG007940 - TG007941
TG007992 - TG008014

quantitative economic solutions, LLC

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TG008017 -  TG008046
TG008048 -  TG008072
TG008074 -  TG008100
TG008102 -  TG008126
TG008128 -  TG008145
TG008147 -  TG008164
TG008166 -  TG008169
TG008193 -  TG008214
TG008216 -  TG008279
TG008281 -  TG008295
TG008301 -  TG008322
TG008493 -  TG008548
TG008556 -  TG008569
TG008662 -  TG008673
TG008675 -  TG008677
TG008679 -  TG008693
TG008707 -  TG008728
TG008901 -  TG008922
TG009120 -  TG009125
TG009172 -  TG009507
TG009722
TG009910 -  TG009911
TG009915
TG010058
TG010415
TG010520
TG010578
TG010666 -  TG010701
TG013096 -  TG013282
TG013360 -  TG013374
TG013380 -  TG013381
TG018842 -  TG018887
TG018888 -  TG018916
TG018917 -  TG018919
TG018937 -  TG018947
TG018957 -  TG018968
TG019007
TG019011 -  TG019014
TG019017 -  TG019055
TG019066
TG019081 -  TG019082
TG021609 -  TG021615
TG021620 -  TG021625
TG021650
TG021657
TG022090 -  TG022093
TG022101 -  TG022159
TG022974 -  TG022996
TG022999 -  TG023003
TG023006 -  TG023010
TG023015 -  TG023024
TG023032 -  TG023067
TG024078 -  TG024114
TG024128 -  TG024130
TG024141 -  TG024151
TG024170 -  TG024171
TG024173 -  TG024174
TG024176 -  TG024185
TG024187 -  TG024197

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TG024199 - TG024202
TG024204 - TG024209
TG024211 - TG024213
TG024215 - TG024220
TG024222
TG024224 - TG024239
TG024241 - TG024249
TG024251 - TG024252
TG024254 - TG024265
TG024267 - TG024271
TG024273 - TG024275
TG024277 - TG024278
TG024280
TG024283 - TG024305
TG024307 - TG024312
TG024321 - TG024350
TG024354 - TG024381
TG024406 - TG024413
TG024415 - TG024441
TG024444
TG024492 - TG024497
TG024563 - TG024575
TG024803 - TG024805
TG024815 - TG024820
TG024830 - TG024835
TG024846 - TG024858
TG024893 - TG024898
TG024926 - TG025052
TG025179 - TG025182
TG025185 - TG025187
TG025189
TG025192
TG025194 - TG025195
TG025197
TG025255 - TG025274
TG025934 - TG025950
TG025957 - TG025959
TG025962 - TG025968
TG025970 - TG025974
TG025978
TG025982 - TG025986
TG025991 - TG026000
TG026027 - TG026079
TG026136 - TG026204
TG026206 - TG026261
TG026263 - TG026301
TG026505 - TG026519
TG026546 - TG026549
TG026565 - TG026586
TG026729 - TG026753
TG026757 - TG026759
TG026765 - TG026772
TG026774 - TG026791
TG026798 - TG026819
TG026837 - TG026852
TG026872 - TG026884
TG026886 - TG026913
TG026959 - TG026966
TG027142 - TG027178

quantitative economic solutions, LLC

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TG027294 - TG027362
TG027364 - TG027419
TG027421 - TG027459
TG027462 - TG027543
TG027569 - TG027594
TG027600 - TG027635
TG027639 - TG027662
TG027844 - TG027864
TG027893 - TG027901
TG027915 - TG027929
TG027941 - TG027983
TG028022 - TG028206
TG028298 - TG028353
TG028358 - TG028391
TG028393 - TG028425
TG028428 - TG028450
TG028455 - TG028461
TG028550 - TG028578
TG028585 - TG028587
TG028589 - TG028597
TG028603 - TG028627
TG028632
TG028635 - TG028640
TG028646
TG028648
TG028662 - TG028663
TG028687
TG028691 - TG028693
TG028700 - TG028703
TG028753 - TG028763
TG028753 - TG028763
TG028784
TG028794 - TG028799
TG028855 - TG028980
TG028985 - TG029036
TG029038 - TG029040
TG029043 - TG029064
TG029066 - TG029085
TG029310 - TG029337
TG029348 - TG029371
TG029401 - TG029407
TG029502 - TG029505
TG029527 - TG029264
TG029532 - TG029572
TG029829 - TG029831
TG029833 - TG029884
TG029886 - TG029894
TG029896 - TG029900
TG029905 - TG029910
TG030130 - TG030153
TG030263 - TG030266
TG030495 - TG030503
TG030512 - TG030536
TG030538 - TG030552
TG030554 - TG030560
TG030564 - TG030633
TG030652 - TG030671
TG030747 - TG030808
TG030921 - TG030935

quantitative economic solutions, LLC

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TG030937 - TG030942
TG030944 - TG030958
TG030960
TG030962 - TG031018
TG031020 - TG031041
TG031043
TG031049 - TG031057
TG031059
TG031061 - TG031064
TG031068 - TG031081
TG031085
TG031087 - TG031112
TG031152 - TG031158
TG031160 - TG031162
TG031259 - TG031262
TG031289 - TG031400
TG031434 - TG031449
TG031451 - TG031472
TG031555 - TG031563
TG031565 - TG031580
TG031624 - TG031625
TG031627 - TG031628
TG031635 - TG031636
TG031639 - TG031640
TG037361 - TG037384
TG037391 - TG037398
TG037401 - TG037406
TG037578 - TG037581
TG037583 - TG037608
TG037822
TG037842 - TG037863
TG037870 - TG037871
TG037876 - TG037899
TG037909 - TG037933
TG037977 - TG037978
TG038086 - TG038087
TG038089
TG038117 - TG038140
TG038198 - TG038201
TG038203 - TG038206
TG038226 - TG038227
TG038314 - TG038316
TG038331 - TG038332
TG038335 - TG038338
TG038345
TG038348
TG038440 - TG038443
TG038458 - TG038461
TG038465 - TG038466
TG038508 - TG038511
TG038599 - TG038603
TG038933 - TG038936
TG039008 - TG039010
TG039035 - TG039038
TG039065 - TG039066
TG039082 - TG039088
TG039103
TG039116 - TG039117
TG039128

quantitative economic solutions, LLC

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TG039141 - TG039144
TG039209 - TG039211
TG039253 - TG039275
TG039280 - TG039282
TG039289 - TG039290
TG039292 - TG039293
TG039295 - TG039296
TG039313 - TG039316
TG039389 - TG039390
TG039392 - TG039394
TG039396 - TG039398
TG039400 - TG039402
TG039406 - TG039409
TG039479 - TG039480
TG039482 - TG039484
TG039497 - TG039500
TG039614 - TG039617
TG039619 - TG039622
TG039718 - TG039720
TG039725 - TG039727
TG039758 - TG039762
TG039782 - TG039787
TG040122 - TG040123
TG040144 - TG040150
TG040153 - TG040176
TG040184 - TG040201
TG040203 - TG040220
TG040277 - TG040287
TG040292 - TG040298
TG040707 - TG040733
TG040939 - TG040962
TG040964 - TG040973
TG040998 - TG041007
TG041127 - TG041130
TG041268 - TG041291
TG041339 - TG041344
TG041347 - TG041353
TG041386 - TG041484
TG041588 - TG041593
TG041939 - TG041957
TG042133 - TG042152
TG042154 - TG042159
TG042194 - TG042210
TG042212 - TG042223
TG042373 - TG042375
TG042658 - TG042710
TG042712 - TG042733
TG042865 - TG042870
TG043030 - TG043104
TG043135 - TG043137
TG043308 - TG043317
TG043330 - TG043346
TG043393 - TG043395
TG043708 - TG043710
TG043739 - TG043764
TG043767 - TG043789
TG043827 - TG043843
TG043914 - TG043947
TG044002 - TG044036

quantitative economic solutions, LLC

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TG044139 - TG044164
TG044181 - TG044200
TG044221 - TG044240
TG044578 - TG044607
TG044646 - TG044650
TG044671 - TG044674
TG044780 - TG044783
TG044834 - TG044841
TG045214 - TG045216
TG045219 - TG045224
TG045235 - TG045275
TG045280 - TG045308
TG045378 - TG045380
TG045408 - TG045463
TG045592 - TG045594
TG045626
TG045681 - TG045718
TG045721 - TG045730
TG045844 - TG045846
TG046064 - TG046067
TG046077 - TG046081
TG046091 - TG046104
TG046106 - TG046108
TG046110 - TG046112
TG046128 - TG046130
TG046134 - TG046146
TG046167 - TG046198
TG046202 - TG046204
TG046266 - TG046271
TG046282 - TG046284
TG046388 - TG046478
TG046480 - TG046482
TG046483 - TG046499
TG046504 - TG046506
TG046513 - TG046515
TG046536 - TG046560
TG046606 - TG046636
TG046642 - TG046675
TG046685 - TG046708
TG046711 - TG046716
TG046721 - TG046723
TG046794 - TG046811
TG046888 - TG046893
TG046906 - TG046923
TG047031 - TG047062
TG047116 - TG047137
TG047142 - TG047144
TG047148 - TG047153
TG047157 - TG047162
TG047179 - TG047184
TG047260 - TG047264
TG047303 - TG047313
TG047317 - TG047319
TG047363 - TG047408
TG047420 - TG047459
TG047474 - TG047476
TG047479 - TG047504
TG047515 - TG047525
TG047548 - TG047549

quantitative economic solutions, LLC

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TG047560 - TG047585
TG047635 - TG047647
TG047694 - TG047726
TG047732 - TG047789
TG047821 - TG047828
TG047860 - TG047879
TG047893 - TG047896
TG047914 - TG047933
TG047938 - TG047939
TG047945 - TG047947
TG047949 - TG048000
TG048095 - TG048097
TG048102 - TG048104
TG048226 - TG048365
TG048370 - TG048431
TG048460 - TG048462
TG048473 - TG048492
TG048531 - TG048557
TG048580 - TG048611
TG048642 - TG048644
TG048679 - TG048681
TG048729 - TG048737
TG048747
TG048752 - TG048777
TG048799 - TG048804
TG048809 - TG048811
TG048931 - TG048936
TG048979 - TG048990
TG048996 - TG048998
TG049016 - TG049050
TG049053 - TG049101
TG049198 - TG049229
TG049252 - TG049319
TG049432 - TG049443
TG049552 - TG049555
TG049567 - TG049570
TG049578 - TG049580
TG049598 - TG049600
TG049606 - TG049608
TG049618 - TG049639
TG049649 - TG049666
TG049673 - TG049694
TG049697 - TG049721
TG049729 - TG049738
TG049806 - TG049819
TG050041 - TG050060
TG050080
TG050270 - TG050282
TG050318 - TG050327
TG050375 - TG050394
TG050470 - TG050472
TG050741 - TG050752
TG050773 - TG050780
TG050880 - TG050892
TG050894
TG050979 - TG050997
TG051000 - TG051002
TG051152 - TG051211
TG051289 - TG051312

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TG051451 - TG051480
TG051557 - TG051568
TG051605 - TG051619
TG051624 - TG051627
TG053392 - TG053401
TG053601 - TG053621
TG054088 - TG054101
TG054119 - TG054128
TG054297 - TG054317
TG054452 - TG054455
TG054855 - TG054875
TG055652 - TG055672
TG056478 - TG056481
TG056494
TG056498 - TG056505
TG056508 - TG056509
TG060065 - TG060088
TG060191 - TG060202
TG060542 - TG060549
TG060550 - TG060577
TG060578 - TG060586
TG060587 - TG060615
TG060616 - TG060648
TG060649 - TG060700
TG060701 - TG060741
TG060776 - TG060787
TG061476 - TG061481
TG061496 - TG061497
TG061981 - TG062000
TG062019 - TG062020
TG062051
TG062061
TG062071
TG062083
TG062127
TG062166
TG062180
TG062188
TG062189
TG062241 - TG062248
TG062249 - TG062256
TG062261 - TG062262
TG062267 - TG062270
TG062369 - TG062370
TG062413 - TG062415
TG062506 - TG062507
TG066592 - TG066595
TG067720
TG067912
TG079168 - TG079199
TG079214 - TG079221
TG079250 - TG079254
TG079255 - TG079276
TG080047 - TG080052
TG080073 - TG080076
TG080109 - TG080225
TG080238 - TG080298
TG080311 - TG080312
TG080320

quantitative economic solutions, LLC

Exhibit 2
Documents Reviewed and Relied Upon

TG080374 - TG080376
TG080509 - TG080510
TG081287 - TG081323
TG081394 - TG081430
TG081435 - TG081477
TG082410 - TG082476
TG082480 - TG082550
TG138492 - TG138494
TG140231 - TG140329
TG141387 - TG141505
TG142536 - TG142764
TG145864 - TG145867
TG147331
TG148810 - TG148811
TG149013 - TG149036
TG149206 - TG149209
TG149221 - TG149224
TG149235 - TG149237
TG149253 - TG149290
TG149461
TG149498 - TG149505
TG149507 - TG149509
TG149517 - TG149518
TG149520 - TG149521
TG149608 - TG149612
TG149614 - TG149618
TG149620 - TG149627
TG149659 - TG149665
TG149669 - TG149677
TG149679 - TG149687
TG149690 - TG149698
TG149700 - TG149710
TG150078 - TG150080
TG150312 - TG150313
TG150343 - TG105346
TG150359 - TG150367
TG150377 - TG150384
TG150386 - TG150388
TG150402
TG150484 - TG150485
TG150489 - TG150493
TG150505 - TG150507
TG150907 - TG151017
TG151018 - TG151115
TG151116 - TG151153
TG151154 - TG151185
TG151186 - TG151225
TG151802 - TG151860
TG152172 - TG152174
TG152253 - TG152312
TG153815 - TG153907
TG155539 - TG155605
TG155949 - TG155973
TG159703 - TG159710
TG159855 - TG159883
TG159884 - TG159902
TG159903 - TG159927
TG159984 - TG159902
TG162614 - TG162675

quantitative economic solutions, LLC

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TG163083 - TG163092
TG163083 - TG163083
TG163376 - TG163386
TG163376 - TG163376
TG163425 - TG163434
TG163425 - TG163425
TG163441 - TG163443
TG163441 - TG163441
TG163496 - TG164160
TG164785 - TG164793
TG164800 - TG165097
TG165244
TG180350 - TG180516A
TG180357 - TG180652
TG181011 - TG181130
TG181228 - TG181698
TG181715 - TG181730
TG181715 - TG181730
TG185524 - TG185603
TG185652 - TG185715
TG185731
TG185792 - TG185799
TG185801 - TG185953
TG185970 - TG185984
TG185985 - TG186008
TG188563 - TG188624
TG188625 - TG188626

**TMS**

TMS 000001 - TMS 000007
TMS 001307 - TMS 001388
TMS 001622 - TMS 001695
TMS 001701 - TMS 001720
TMS 001756 - TMS 001801
TMS 001844
TMS 001846 - TMS 001906
TMS 001911
TMS 001916
TMS 001917
TMS 002030 - TMS 002054
TMS 002056 - TMS 002069
TMS 002072 - TMS 002081
TMS 002086 - TMS 002088
TMS 002095 - TMS 002096
TMS 002109 - TMS 002111
TMS 002113 - TMS 002137
TMS 002174 - TMS 002179
TMS 002183 - TMS 002185
TMS 002209 - TMS 002210
TMS 002233 - TMS 002245
TMS 002251 - TMS 002252
TMS 002283 - TMS 002294
TMS 002298 - TMS 002309
TMS 002325 - TMS 002352
TMS 002356 - TMS 002363
TMS 002376 - TMS 002400
TMS 003169 - TMS 003231
TMS 003325 - TMS 003360

quantitative economic solutions, LLC

Exhibit 2
Documents Reviewed and Relied Upon

TMS 003944 - TMS 003982
TMS 004518 - TMS 004528
TMS 004579 - TMS 004599
TMS 005110 - TMS 005137
TMS 005227 - TMS 005296
TMS 005412 - TMS 005426
TMS 005471 - TMS 005487
TMS 005507 - TMS 005508
TMS 006188
TMS 006189
TMS 006190
TMS 006234
TMS 006354 - TMS 006358
TMS 006385 - TMS 006386
TMS 006387 - TMS 006388
TMS 006389 - TMS 006390
TMS 006453
TMS 006454
TMS 007163 - TMS 007169
TMS 007833 - TMS 007835
TMS 008823 - TMS 008828
TMS 008829
TMS 008831 - TMS 008833
TMS 008967 - TMS 008979
TMS 008984 - TMS 009024
TMS 009025 - TMS 009040
TMS 009165 - TMS 009177
TMS 009378 - TMS 009380
TMS 013014 - TMS 013023
TMS 013025
TMS 013026
TMS 013069 - TMS 013113
TMS 013211 - TMS 013213
TMS 013649 - TMS 013652
TMS 014001 - TMS 014048
TMS 014054 - TMS 014067
TMS 014069 - TMS 014099
TMS 014835 - TMS 014847
TMS 015035
TMS 015036
TMS 015038
TMS 015039
TMS 015376 - TMS 015383
TMS 015591 - TMS 015593
TMS 015652 - TMS 015674
TMS 015726 - TMS 015729
TMS 015857 - TMS 015871
TMS 015883 - TMS 015893
TMS 015897 - TMS 015903
TMS 015963 - TMS 015965
TMS 016483
TMS 016923 - TMS 016924
TMS 016942 - TMS 016969
TMS 016987 - TMS 016991
TMS 017102 - TMS 017104
TMS 017106 - TMS 017109
TMS 017117 - TMS 017122
TMS 017147
TMS 017248 - TMS 017259

quantitative economic solutions, LLC

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TMS 017264 - TMS 017266
TMS 017433 - TMS 017456
TMS 017459 - TMS 017473
TMS 017483 - TMS 017511
TMS 017618 - TMS 017631
TMS 017649 - TMS 017757
TMS 018700
TMS 018714 - TMS 018718
TMS 018765 - TMS 018782
TMS 018835 - TMS 018839
TMS 018852 - TMS 018855
TMS 018866 - TMS 018915
TMS 018935 - TMS 018948
TMS 018954 - TMS 018964
TMS 018967 - TMS 018977
TMS 018981 - TMS 019011
TMS 019014 - TMS 019040
TMS 019052 - TMS 019066
TMS 019068 - TMS 019074
TMS 019100 - TMS 019102
TMS 019140 - TMS 019192
TMS 019196
TMS 019204 - TMS 019205
TMS 019245 - TMS 019246
TMS 019262 - TMS 019264
TMS 019370 - TMS 019371
TMS 019381 - TMS 019387
TMS 019391 - TMS 019395
TMS 019418 - TMS 019422
TMS 019432 - TMS 019433
TMS 019451 - TMS 019456
TMS 019459 - TMS 019464
TMS 019468
TMS 019541 - TMS 019552
TMS 019566 - TMS 019597
TMS 019671 - TMS 019672
TMS 019692 - TMS 019697
TMS 019704 - TMS 019716
TMS 019722 - TMS 019744
TMS 019776 - TMS 019783
TMS 019808 - TMS 019840
TMS 019888 - TMS 019896
TMS 019897 - TMS 019946
TMS 020150 - TMS 020169
TMS 020293 - TMS 020332
TMS 020400 - TMS 020418
TMS 021031
TMS 021042 - TMS 021095
TMS 021097 - TMS 021156
TMS 021163 - TMS 021228
TMS 021240 - TMS 021245
TMS 021252
TMS 021353 - TMS 021388
TMS 021444 - TMS 021455
TMS 021458 - TMS 021468
TMS 021484 - TMS 021489
TMS 021494 - TMS 021509
TMS 021532 - TMS 021539
TMS 021543

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TMS 021547 - TMS 021549
TMS 021558 - TMS 021593
TMS 021704 - TMS 021708
TMS 021747 - TMS 021751
TMS 022176 - TMS 022185
TMS 022202 - TMS 022252
TMS 022816 - TMS 022820
TMS 023162 - TMS 023165
TMS 023607 - TMS 023608
TMS 023614 - TMS 023618
TMS 023625 - TMS 023627
TMS 023849 - TMS 02406
TMS 023849 - TMS 024006
TMS 023852 - TMS 023853
TMS 023858 - TMS 023861
TMS 023865 - TMS 023866
TMS 023870 - TMS 023871
TMS 023875 - TMS 023876
TMS 023880 - TMS 023881
TMS 023885 - TMS 023886
TMS 023890 - TMS 023891
TMS 023895 - TMS 023896
TMS 023900 - TMS 023901
TMS 023905 - TMS 023906
TMS 023910 - TMS 023911
TMS 023915 - TMS 023916
TMS 023921 - TMS 023924
TMS 023928 - TMS 023929
TMS 023934 - TMS 023935
TMS 023939 - TMS 023940
TMS 023945 - TMS 023946
TMS 023950 - TMS 023951
TMS 023955 - TMS 023956
TMS 023960 - TMS 023961
TMS 023965 - TMS 023966
TMS 023970 - TMS 023971
TMS 023974 - TMS 023975
TMS 023978 - TMS 023979
TMS 023985 - TMS 023986
TMS 023990 - TMS 023991
TMS 023995 - TMS 023996
TMS 024000 - TMS 024002
TMS 024010 - TMS 024011
TMS 024010 - TMS 024018
TMS 024017 - TMS 024018
TMS 024022 - TMS 024031
TMS 024025 - TMS 024026
TMS 024030 - TMS 024031
TMS 024034 - TMS 024057
TMS 024036 - TMS 024037
TMS 024040 - TMS 024041
TMS 024045 - TMS 024046
TMS 024049 - TMS 024054
TMS 024062 - TMS 024065
TMS 024063 - TMS 024065
TMS 024067 - TMS 024069
TMS 024072 - TMS 024074
TMS 024076 - TMS 024080
TMS 024109 - TMS 024114

quantitative economic solutions, LLC

Exhibit 2
Documents Reviewed and Relied Upon

```
TMS 024112 - TMS 024114
TMS 024118 - TMS 024119
TMS 024118 - TMS 024121
TMS 024121 - TMS 024127
TMS 024125 - TMS 024184
TMS 024129 - TMS 024130
TMS 024154 - TMS 024155
TMS 024214 - TMS 024221
TMS 024679 - TMS 024721
TMS 025059 - TMS 025081
TMS 025548
TMS 025549
TMS 025552 - TMS 025553
TMS 025562 - TMS 025587
TMS 025592 - TMS 025595
TMS 025600 - TMS 025606
TMS 025609 - TMS 025622
TMS 026067 - TMS 026074
TMS 026261 - TMS 026396
TMS 026923 - TMS 026999
TMS 026923 - TMS 026999
TMS 029521 - TMS 029536
TMS 029688 - TMS 029698
TMS 029833 - TMS 029842
TMS 029942 - TMS 029946
TMS 030112 - TMS 030116
TMS 030148 - TMS 030164
TMS 030234 - TMS 030240
TMS 030771 - TMS 030774
TMS 030779 - TMS 030781
TMS 030784 - TMS 030794
TMS 030806 - TMS 030816
TMS 031146 - TMS 031147
TMS 031150 - TMS 031151
TMS 031176 - TMS 031193
TMS 031520 - TMS 031564
TMS 031596 - TMS 031599
TMS 031602
TMS 032108 - TMS 032132
TMS 032394 - TMS 032406
TMS 032408 - TMS 0324429
TMS 032507 - TMS 032510
TMS 032539 - TMS 032545
TMS 033042 - TMS 033048
TMS 033570 - TMS 033589
TMS 033591 - TMS 033596
TMS 033687
TMS 033714 - TMS 033723
TMS 033765
TMS 033766
TMS 033807 - TMS 033808
TMS 033814 - TMS 033815
TMS 033825
TMS 034017 - TMS 034018
TMS 034049 - TMS 034052
TMS 034101
TMS 034102
TMS 034107
TMS 034109
```

quantitative economic solutions, LLC

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TMS 034112 - TMS 034121
TMS 034166 - TMS 034167
TMS 034175
TMS 034177 - TMS 034179
TMS 034189 - TMS 034195
TMS 034199
TMS 034201 - TMS 034203
TMS 034245 - TMS 034246
TMS 034264 - TMS 034272
TMS 034373 - TMS 034374
TMS 034373 - TMS 034513
TMS 034441
TMS 034534
TMS 034590 - TMS 034591
TMS 034609 - TMS 034617
TMS 034620 - TMS 034650
TMS 034656 - TMS 034658
TMS 034670 - TMS 034671
TMS 034738 - TMS 034745
TMS 035137
TMS 035139 - TMS 035140
TMS 035192 - TMS 035193
TMS 035200 - TMS 035280
TMS 035207 - TMS 035208
TMS 035284 - TMS 035290
TMS 035311
TMS 035311 - TMS 035314
TMS 035385 - TMS 035393
TMS 035462 - TMS 035463
TMS 035473 - TMS 035480
TMS 035484
TMS 035539 - TMS 035540
TMS 035545 - TMS 035547
TMS 035559 - TMS 035560
TMS 035561 - TMS 035563
TMS 035566 - TMS 035583
TMS 035585
TMS 035613 - TMS 035626
TMS 035642 - TMS 035658
TMS 035665
TMS 035758
TMS 036859 - TMS 036860
TMS 036868 - TMS 036886
TMS 036913
TMS 036958
TMS 037121
TMS 037162
TMS 037219 - TMS 037243
TMS 037224 - TMS 037229
TMS 037231 - TMS 037236
TMS 037238 - TMS 037243
TMS 037255 - TMS 037269
TMS 037284 - TMS 037287
TMS 037289 - TMS 037292
TMS 037296 - TMS 037299
TMS 037364 - TMS 037365
TMS 037374
TMS 037440
TMS 037465

**Exhibit 2**
**Documents Reviewed and Relied Upon**

```
TMS 037499 - TMS 037501
TMS 037510 - TMS 037511
TMS 037513 - TMS 037517
TMS 037520 - TMS 037521
TMS 037524 - TMS 037548
TMS 037556 - TMS 037557
TMS 037559 - TMS 037561
TMS 037566
TMS 037586 - TMS 037602
TMS 037611 - TMS 037614
TMS 037618 - TMS 037619
TMS 037618 - TMS 037621
TMS 037623 - TMS 037625
TMS 037633 - TMS 037638
TMS 037644 - TMS 037660
TMS 037663 - TMS 037687
TMS 037690 - TMS 037714
TMS 037756 - TMS 037760
TMS 037760
TMS 037773 - TMS 037775
TMS 037806 - TMS 037809
TMS 037891
TMS 037898 - TMS 037899
TMS 037902
TMS 037903
TMS 037962 - TMS 037985
TMS 037991 - TMS 038015
TMS 038018 - TMS 038042
TMS 038061 - TMS 038062
TMS 038067 - TMS 038091
TMS 038096 - TMS 038099
TMS 038099
TMS 038100 - TMS 038154
TMS 038160 - TMS 038174
TMS 038175 - TMS 038184
TMS 038193 - TMS 038211
TMS 038225
TMS 038282 - TMS 038283
TMS 038607 - TMS 039153
TMS 039769
TMS 039771 - TMS 039773
TMS 039795 - TMS 039809
TMS 039811 - TMS 039813
TMS 042113 - TMS 042118
TMS 043207 - TMS 043212
TMS 043245 - TMS 043298
TMS 050221 - TMS 050228
TMS 050266 - TMS 050267
TMS 050379 - TMS 050381
TMS 050382 - TMS 050384
TMS 050478 - TMS 050504
TMS 050478 - TMS 050504
TMS 050526 - TMS 050567
TMS 054826 - TMS 054861
TMS 055101 - TMS 055118
TMS 055123 - TMS 05523
TMS 055228 - TMS 055230
TMS 055232 - TMS 055233
TMS 055236 - TMS 055237
```

quantitative economic solutions, LLC

**Exhibit 2**
**Documents Reviewed and Relied Upon**

```
TMS 055289  -  TMS 055290
TMS 055291  -  TMS 055352
TMS 055468
TMS 055513  -  TMS 055541
TMS 055544  -  TMS 055545
TMS 055688  -  TMS 055690
TMS 055697  -  TMS 055703
TMS 055704
TMS 055705
TMS 055712  -  TMS 055718
TMS 055931  -  TMS 055935
TMS 055939  -  TMS 055944
TMS 055947  -  TMS 055949
TMS 055953  -  TMS 055959
TMS 055982  -  TMS 056011
TMS 056034
TMS 056164  -  TMS 056169
TMS 056200  -  TMS 056233
TMS 056329  -  TMS 056333
TMS 056730  -  TMS 056734
TMS 056897  -  TMS 056918
TMS 057078  -  TMS 057114
TMS 057148  -  TMS 057160
TMS 057313  -  TMS 057343
TMS 057663  -  TMS 057713
TMS 057771  -
TMS 057798  -  TMS 057814
TMS 057840  -  TMS 057849
TMS 057851  -  TMS 057867
TMS 058342  -  TMS 058353
TMS 058357
TMS 058431
TMS 058502  -  TMS 058503
TMS 058568  -  TMS 058629
TMS 058651  -  TMS 058657
TMS 058739  -  TMS 058743
TMS 058879  -
TMS 059156  -  TMS 059168
TMS 059375  -  TMS 059376
TMS 060666  -  TMS 060679
TMS 060914  -  TMS 060915
TMS 061456  -  TMS 061466
TMS 061944  -  TMS 061955
TMS 061986  -  TMS 061987
TMS 062001  -  TMS 062003
TMS 062011  -  TMS 062014
TMS 062039  -  TMS 062051
TMS 062054  -  TMS 062056
TMS 062070  -  TMS 062071
TMS 062091  -  TMS 062109
TMS 062158  -  TMS 062159
TMS 062167  -  TMS 062169
TMS 062177  -  TMS 062178
TMS 062195  -  TMS 062197
TMS 062300  -  TMS 062306
TMS 062372  -  TMS 062400
TMS 062430  -  TMS 062441
TMS 062480  -  TMS 062484
TMS 062487  -  TMS 062503
```

**Exhibit 2**
**Documents Reviewed and Relied Upon**

TMS 062510 - TMS 062934
TMS 067957 - TMS 067961
TMS 067968 - TMS 067998
TMS 067999 - TMS 068061

**Depositions**

Deposition and Exhibits of Samir Armaly, October 18, 2006
Deposition of Barry Berkov, October 11, 2006
Deposition and Exhibits of Richard Cusick, October 19, 2006
Deposition and Exhibits of Richard Cusick, November 15, 2006
Deposition and Exhibits of Jay Felmel, October 25, 2006
Deposition of Paul Greenberg, December 7, 2006
Deposition and Exhibits of Kevin McFall, October 2, 2006
Deposition and Exhibits of Robin Mulvaney, October 20, 2006
Deposition and Exhibits of Barbara Needleman, September 29, 2006
Deposition and Exhibits of Michael Alan Silver, September 8, 2006
Deposition and Exhibits of Kathleen Frances Tolstrup, August 9, 2006
Deposition and Exhibits of Akira Mark Yamada, August 29, 2006

**Pleadings and Attorney Communications**

Plaintiff's Motion to Dismiss Defendant's Counterclaim for Alleged Patent Misuse and to Strike Defendant's
Patent Misuse Defense (including Exhibits and Declarations)
Defendant's Opposition to Plaintiff's Motion Dismiss Defendant's Counterclaim for Alleged Patent Misuse
and to Strike Defendant's Patent Misuse Defense (including Exhibits and Declarations)
Plaintiff's Reply Brief in Support of its Motion to Dismiss Defendant's Counterclaim for Alleged Patent
Misuse and to Strike Defendant's Patent Misuse Defense (including Exhibits and Declarations)
Plaintiff's Motion to Bifurcate Trial and Stay Discovery of TMS's Affirmative Defense and Counterclaim of
Patent Misuse (including Exhibits and Declarations)
Defendant's Opposition to Plaintiff's Motion to Bifurcate Trial and Stay Discovery of Their Affirmative
Defense and Counterclaim of Patent Misuse (including Exhibits and Declarations)
Plaintiff's Reply Briefs in Support of Their Motion to Bifurcate Trial and Stay Discovery of TMS's
Affirmative Defense and Counterclaim of Patent Misuse (including Exhibits and Declarations)
Stipulation to Bifurcate and Stay Discovery on TMS's Affirmative Defense and Counterclaim of Patent
Misuse
Complaint
Answer
Answer to Counterclaims
Plaintiffs' and Defendant's Initial Disclosures
TMS's Response to TV Guide's First set of Interrogatories
TMS's Response to TV Guide's Second Set of Interrogatories
TMS's First Supplemental Response to TV Guide's Interrogatories
TMS's Response to TV Guide's Third Set of Interrogatories
TMS's Response to TV Guide's Fourth Set of Interrogatories
TV Guide's Response to TMS's First Set of Interrogatories
TV Guide's Supplemental Response to TMS's First set of Interrogatories
TV Guide's Supplemental Response to TMS's Interrogatories #18, 19 (Corrected Version)
TV Guide's Response to TMS's Second Set of Interrogatories
TV Guide's Supplemental Response to TMS's Interrogatory Numbers 1,4,10,11,12,13,14,17,18 and 19
TV Guide's Response to TMS's First Set of Requests for Admissions
TV Guide's Response to TMS's Second Set of Requests for Admissions
TMS's Response to TV Guide's First Set of Requests for Admissions
May 17, 2006 30(b)(6) Deposition notice of TMS

**Exhibit 2**
**Documents Reviewed and Relied Upon**

August 7, 2006 30(b)(6) Deposition notice of TMS
September 6, 2006 30(b)(6) Deposition notice of TV Guide
Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC's Answering Memorandum in Opposition to
TMS's Motion to Dismiss Plaintiff TV Guide Online, Inc. (including Exhibits and Declarations)
Declaration of Samir B. Armaly in Support of TV Guide's Opposition to TMS's Motion to Dismiss TV Guide
Online, Inc., December 5, 2006
Plaintiffs' Corrected September 6, 2006 Supplemental Responses and Objections to Defendant's Interrogatory
Nos. 18 & 19

**Expert Reports**
Final Infringement Report of J. Tipton Cole

**Other**
Conversations with Samir Armaly, Gemstar TV Guide Sr. Vice President of Intellectual Property and
Licensing, November 13, 2006, December 12, 2006
Conversations with Tipton Coles, TV Guide Technical Expert, November 7, 2006, December 7, 2006 and
December 14, 2006
Conversation with Richard Cusick, TV Guide Vice President and General Manager of Digital Media, October
18, 2006
Conversation with Brandon DeMassa, TV Guide Online Director of Online Advertising Sales, November 2,
2006
Conversations with Paul Greenberg, TV Guide Online General Manager, October 18, 2006 and November 3,
2006
Conversation with Jim Hoos, TV Guide Online Director of Online Advertising Sales, November 7, 2006
Conversation with Jonathan Kahan, TV Guide Online Director of Finance, December 7, 2006
Conversation with Mary Lau, TV Guide Vision Group Director of Business Developement, November 2,
2006
http://www.tvguide.com/listings/default.aspx
http://tvlistings5.zap2it.com/tvlistings/CustomizeAction.do#customize
http://i.ncta.com/ncta_com/PDFs/NCTAAnnual%20Report4-06FINAL.pdf
http://www.ncta.com/Organizations.aspx?type=orgtyp2&contentId=2907
http://sports.espn.go.com/espntv/espnGuide
http://www.tvguide.com.
http://www.tvguide.com/listings/setup/localize.aspx.
http://www.tvguide.com/listings/setup/localizeus.aspx.
http://www.tvguide.com/listings/default.aspx.
http://tvlistings.aol.com/listings/state/city/provider?zipcode=
http://tv.yahoo.com/lineup/?co=us&.intl=us&.done=%2Fgrid%2F
http://tv.msn.com/tv/default.aspx?stTz=300&dstTz=240
http://www.tv.com/listings/index.html?tag=nav-top;listings
http://www.cnetnetworks.com/aboutus/brands.html
http://www.accesshollywood.com/television/
http://www.imdb.com/tvgrid/2006-11-07/2000/
Federal Trade Commission, "Annual Assessment of the Status of Competition in the Market for the Delivery
U.S. Census Bureau, "Computer and Internet Use in the United States: 2003," October 2005
TNS Media Intelligence/CMR, "Internet Ad Spending Continues Along Strong Growth Track," February 5,
TNS Media Intelligence, "TNS Media Intelligence Reports U.S. Advertising Expenditures Increased 3.0
U.S. Census Bureau, "Income, Poverty, and Health Insurance Coverage in the United States: 2005," Table A-
Christopher Vellturo, "Creating an Effective Diversion: Evaluating Mergers with Differentiated Products," 11
Paul A. Samuelson and William D. Nordhaus, *Economics, Seventeenth Edition* (New York, NY 2001), pp.
Gemstar-TV Guide International, Inc. SEC Form 10-K, 2005
Gemstar-TV Guide International, Inc. SEC Form 10-Q, September 24, 2006
Gemstar International, Inc. SEC Form S-4, February 8, 2000
*Georgia-Pacific Corp. v. United States Plywood* , 318 F, Supp. 1116, 1120 (S.D.N.Y. 1970).

**Exhibit 2**
**Documents Reviewed and Relied Upon**

*Panduit Corp. v. Stahlin Bros. Fibre Works, Inc.* , 575 F. 2d 1152 (6th Cir. 1978)
*State Industries v. Mor-Flo, Industries, Inc* ., 12 USPQ 2d 1026 (Fed. Cir. 1989)
*BIC Leisure Products, Inc. v. Windsurfing International, Inc.* 27 U.S.P.Q. 2d 1671 (Fed.Cir. 1992)

# EXHIBIT 3
# REDACTED IN ENTIRETY

# EXHIBIT 4

# REDACTED IN ENTIRETY

# EXHIBIT 5

# REDACTED IN ENTIRETY

# EXHIBIT 6

# REDACTED IN ENTIRETY

# EXHIBIT 7

# REDACTED IN ENTIRETY

# EXHIBIT 8

# REDACTED IN ENTIRETY

# EXHIBIT 9

# REDACTED IN ENTIRETY

# EXHIBIT 10

# REDACTED IN ENTIRETY

# Exhibit 11

# Printouts of Yahoo!, AOL and MSN Television
# Grid Listings Pages

CONFIDENTIAL
TV Guide Online v TMS
C.A. No. 05-725(KAJ)

quantitative economic solutions, LLC











