IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRIBUNE MEDIA SERVICES, INC., )<br>)<br>Defendant. ) | C.A. No. 05-CV-725-KAJ<br><br>**REDACTED - PUBLIC VERSION** |

## SUPPLEMENTAL EXPERT REPORT OF
## DR. CHRISTOPHER A. VELLTURO

OF COUNSEL:
Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Ronald E. Naves, Jr.
Sr. Vice President
Legal Affairs and Litigation
Gemstar-TV Guide International, Inc.
6922 Hollywood Boulevard
Hollywood, California 90028
(323) 817-4600

Dated: December 29, 2006

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC

RLF1-2934717-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV Guide Online, Inc. and TV Guide Online, LLC<br><br>Plaintiffs,<br><br>v.<br><br>Tribune Media Services, Inc.,<br><br>Defendant. | Civil Action No. 05-CV-725-KAJ<br><br>REDACTED - PUBLIC VERSION |

# SUPPLEMENTAL EXPERT REPORT OF

# DR. CHRISTOPHER A. VELLTURO

1. I submitted my expert report in this case on December 15, 2006.

2. In subsequent review of the exhibits accompanying my expert report, I uncovered a few formula and sourcing errors. These errors were insignificant and do not change the results of my analysis. They are described below. One exhibit produced with my report was not the current version of that exhibit. The current version of this exhibit has been produced here.

**REDACTED**

Attached hereto are Supplemental Exhibits 14-E, 16-A, 17 and 21, which replace the exhibits currently attached to my report.

3.  I made the following corrections:

   a.  In Exhibit 14-E, I corrected formulae and sourcing discrepancies in rows [20] and [21]. This correction has no effect on the results of this exhibit.

   b.  In Exhibit 16-A, I corrected formulae and sourcing discrepancies in rows [3], [20], [21], [28] and [29]. This correction has no effect on the results of this exhibit.

   c.  The Exhibit 17 that was originally produced with my report was a prior version of that exhibit. The current version is produced here.

   d.  In Exhibit 21, **REDACTED** I also corrected entries in lines 11, 19-22, 24, 26, 27, 29, 32, and 33. I clarified the licensors to the licenses in lines 1-7, 9-18, 20, 21, 23-31, 33, 34, and 37.

December 29, 2006

_Christopher A. Vellturo_

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006 true and correct copies of the Supplemental Expert Report of Dr. Christopher A. Vellturo were caused to be served on counsel of record at the following addresses as indicated:

**BY ELECTRONIC MAIL**
Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James, LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**BY ELECTRONIC MAIL**
Mark A. Pals, P.C., Esquire
Linda S. DeBruin, Esquire
Michael A. Parks, Esquire
Meredith Zinanni, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
mpals@kirkland.com
ldebruin@kirkland.com
mparks@kirkland.com
mzinanni@kirkland.com

_____
Stuart W. Yothers, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
*Attorneys for Plaintiffs*
*TV Guide Online, LLC and TV Guide Online, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2007 I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Electronic Mail to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

I hereby certify that on July 12, 2007, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

Mark A. Pals, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601

/s/ Steven J. Fineman
Steven J. Fineman (#4025)