# SUPPLEMENTAL EXHIBIT 14-E

# REDACTED IN ENTIRETY

# SUPPLEMENTAL EXHIBIT 16-A

# REDACTED IN ENTIRETY

# SUPPLEMENTAL EXHIBIT 17
# REDACTED IN ENTIRETY

# SUPPLEMENTAL EXHIBIT 21

# REDACTED IN ENTIRETY