**Second Supplemental Exhibit 2**
**Documents Reviewed and Relied Upon Since December 15, 2006**

TG

| | | |
|---|---|---|
| TG191257 | - | TG191271 |
| TG191292 | - | TG191296 |
| TG191299 | - | TG191300 |
| TG191312 | - | TG191317 |
| TG191402 | - | TG191403 |
| TG191420 | - | TG191428 |
| TG191502 | - | TG191503 |
| TG191508 | - | TG191509 |
| TG191682 | - | TG191691 |
| TG191692 | - | TG191697 |
| TG191701 | - | TG191722 |
| TG191723 | - | TG191726 |
| TG191736 | - | TG191744 |
| TG191747 | - | TG191752 |
| TG191755 | | |
| TG191759 | - | TG191767 |
| TG191786 | - | TG191809 |
| TG191811 | | |
| TG191815 | - | TG191817 |
| TG191821 | - | TG191834 |
| TG191846 | - | TG191851 |
| TG191858 | - | TG192014 |
| TG192022 | - | TG192029 |
| TG192032 | - | TG192034 |
| TG192047 | - | TG192049 |
| TG192053 | - | TG192063 |
| TG192217 | | |
| TG192331 | - | TG192400 |
| TG192459 | - | TG192460 |
| TG192467 | - | TG192470 |
| TG192474 | | |
| TG192484 | - | TG192485 |
| TG192549 | | |
| TG192598 | - | TG192691 |
| TG192775 | - | TG192776 |
| TG192784 | - | TG192785 |
| TG192789 | - | TG192790 |
| TG192795 | - | TG192797 |
| TG192799 | - | TG192802 |
| TG192885 | - | TG192976 |
| TG192999 | - | TG193002 |
| TG193005 | - | TG193011 |
| TG193015 | | |
| TG193018 | - | TG193026 |
| TG193030 | - | TG193118 |
| TG193196 | | |
| TG193218 | - | TG193220 |
| TG193222 | - | TG193243 |
| TG193253 | - | TG193310 |
| TG193340 | - | TG193341 |
| TG193469 | - | TG193560 |
| TG193563 | - | TG193652 |
| TG193675 | - | TG193768 |
| TG193926 | - | TG193948 |
| TG193953 | - | TG194008 |
| TG194020 | - | TG194030 |

quantitative economic solutions, LLC

**Second Supplemental Exhibit 2**
**Documents Reviewed and Relied Upon Since December 15, 2006**

**TMS**

TMS 0068719 - TMS 0068737

**Depositions**

Deposition and Exhibits of Samir Armaly, Volume II, January 31, 2007

**Expert Reports**

Rebuttal Expert Report of Michael H. Chase on Damages

**Other**

Conversation with Samir Armaly, Gemstar TV Guide Sr. Vice President of Intellectual Property and Licensing, June 20, 2007
Conversation with Jonathan Kahan, TV Guide Online, Inc. Director, Finance and Research, June 21, 2007
http://www.techweb.com/wire/showArticle.jhtml?articleID=165702733
http://www.micropersuasion.com/2006/12/the_iminent_dem.html
http://scores.espn.go.com/mlb/scoreboard

quantitative economic solutions, LLC

# EXHIBIT 3

# REDACTED IN ITS ENTIRETY

# EXHIBIT 4

# REDACTED IN ITS ENTIRETY

# EXHIBIT 5

# REDACTED IN ITS ENTIRETY

# EXHIBIT 6

# REDACTED IN ITS ENTIRETY

# EXHIBIT 7

# REDACTED IN ITS ENTIRETY

# EXHIBIT 8

# REDACTED IN ITS ENTIRETY

# EXHIBIT 9

# REDACTED IN ITS ENTIRETY

# EXHIBIT 10

# REDACTED IN ITS ENTIRETY

# Exhibit 11

# Printouts of Yahoo!, AOL and MSN Television Grid Listings Pages

quantitative economic solutions, LLC













# Exhibit 12

## Printouts of Major Entertainment Websites
## Television Grid Listings Pages:

### TVGuide.Com
### Zap2It.Com
### TV.Com
### TitanTV.Com

















# EXHIBIT 13

# REDACTED IN ITS ENTIRETY

# EXHIBIT 13-A

# REDACTED IN ITS ENTIRETY

# EXHIBIT 13-A.1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 13-B

# REDACTED IN ITS ENTIRETY