# EXHIBIT 14

# REDACTED IN ITS ENTIRETY

# EXHIBIT 14-A

# REDACTED IN ITS ENTIRETY

# EXHIBIT 14-B

# REDACTED IN ITS ENTIRETY

# EXHIBIT 14-B.1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 14-C

# REDACTED IN ITS ENTIRETY

# EXHIBIT 14-D

# REDACTED IN ITS ENTIRETY

# EXHIBIT 14-D.1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 14-D.2

# REDACTED IN ITS ENTIRETY

# EXHIBIT 14-E

# REDACTED IN ITS ENTIRETY

# EXHIBIT 14-E.1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 15

# REDACTED IN ITS ENTIRETY

# EXHIBIT 15-A

# REDACTED IN ITS ENTIRETY

# EXHIBIT 15-B

# REDACTED IN ITS ENTIRETY

# EXHIBIT 15-B.1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 16

# REDACTED IN ITS ENTIRETY

# EXHIBIT 16-A

# REDACTED IN ITS ENTIRETY

# EXHIBIT 17

# REDACTED IN ITS ENTIRETY

# EXHIBIT 18

# REDACTED IN ITS ENTIRETY

# EXHIBIT 18-A

# REDACTED IN ITS ENTIRETY

# EXHIBIT 18-A.1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 18-A.2

# REDACTED IN ITS ENTIRETY

# EXHIBIT 18-B

# REDACTED IN ITS ENTIRETY

# EXHIBIT 18-B.1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 18-B.2

# REDACTED IN ITS ENTIRETY

# EXHIBIT 18-C

# REDACTED IN ITS ENTIRETY

# EXHIBIT 18-C.1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 19

# REDACTED IN ITS ENTIRETY

# EXHIBIT 19-A

# REDACTED IN ITS ENTIRETY

# EXHIBIT 19-B

# REDACTED IN ITS ENTIRETY

# EXHIBIT 19-C

# REDACTED IN ITS ENTIRETY

# EXHIBIT 20

# REDACTED IN ITS ENTIRETY

# EXHIBIT 20-A

# REDACTED IN ITS ENTIRETY

# EXHIBIT 21

# REDACTED IN ITS ENTIRETY

# EXHIBIT 22

# REDACTED IN ITS ENTIRETY

# EXHIBIT 23

# REDACTED IN ITS ENTIRETY

# EXHIBIT 24

# REDACTED IN ITS ENTIRETY

# EXHIBIT 25

# REDACTED IN ITS ENTIRETY

# EXHIBIT 25-A

# REDACTED IN ITS ENTIRETY

# EXHIBIT 26

# REDACTED IN ITS ENTIRETY

# EXHIBIT 27

# REDACTED IN ITS ENTIRETY

# EXHIBIT 27-A

# REDACTED IN ITS ENTIRETY

# EXHIBIT 28

# REDACTED IN ITS ENTIRETY

# APPENDIX 1

# REDACTED IN ITS ENTIRETY