# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br>　　　　　Defendant. | )<br>)<br>)　C.A. No. 05-725 KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

Please take notice that on the 20th day of July, 2007, copies of the following document, **SUPPLEMENTAL REBUTTAL EXPERT REPORT ON DAMAGES OF MICHAEL H. CHASE**, were served on counsel as indicated:

**VIA EMAIL & HAND DELIVERY**
Frederick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger P.A.
One Rodney Square,
Wilmington, Delaware 19801

**VIA EMAIL & FEDERAL EXPRESS**
Robert C. Morgan
Christopher J. Harnett
Stuart W. Yothers
Fish & Neave IP Group
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
212.596.9000

Dated: July 20, 2007

　/s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Mark A. Pals
Linda S. DeBruin
Michael A. Parks
Laura A. Hepburn
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

Tina Hernandez
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA  90017-5800
213.680.8400

*Attorneys for Defendant*
*Tribune Media Services, Inc.*