IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and ) | |
| TV GUIDE ONLINE, LLC, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 05-725-*** |
| ) | |
| TRIBUNE MEDIA SERVICES, INC., ) | |
| Defendant. ) | |

## MOTION FOR REASSIGNMENT

Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC ("TV Guide") move the Chief Judge of this Court for reassignment of this action to one of the Article III Judges of the District of Delaware. In support of this motion, TV Guide offers as follows:

1. This action was filed on October 12, 2005 and assigned to the Honorable Kent A. Jordan. As the Court is aware, on December 15, 2006 Judge Jordan became a member of the Third Circuit Court of Appeals. The case was then assigned to the Honorable Mary Pat Thynge for certain pretrial purposes. (D.I. 158). Shortly thereafter, TV Guide inquired as to whether Tribune would be agreeable to proceeding before Magistrate Judge Thynge for all purposes. Tribune declined. By letter dated August 16, 2007, TV Guide renewed its request that Tribune stipulate to the appointment of Magistrate Judge Thynge for all purposes including trial. Exhibit A hereto. Tribune again refused that request. Exhibit B hereto.[1]

2. While commentators have written about the judicial vacancy, there is no certainty as to when a nomination will be issued from the President nor when the Senate will act on the

---

[1] TV Guide suggests the stated basis, that Tribune would not want the Magistrate Judge to try the case because she has participated in mediation, is of little concern since there will be a jury trial. The Magistrate Judge has expressed her willingness in other pending jury cases to handle them for all purposes because a jury will be the ultimate fact finder.

expected nomination. Because this action has been pending for almost two years and for the additional reasons stated below, TV Guide respectfully requests reassignment.

3. The parties have completed both fact and expert discovery. At this juncture, the main action that needs to be taken prior to trial is claim construction and case dispositive motions. The case is otherwise ready for trial.[2] Unless the case is reassigned and set for trial, TV Guide will have no immediate remedy for Tribune's infringement. Moreover, TV Guide (and presumably Tribune) will incur unnecessary fees and costs if the case is not reassigned. By way of example, experts have been deposed recently and are prepared to testify accordingly. If the case is not reassigned, and trial does not occur for another year or longer, the experts and attorneys will be required to reacquaint themselves with this matter.

4. Due to the passage of time, the uncertainty of when Judge Jordan's vacancy will be filled and the desire of TV Guide to resolve its case without further delay and costs, TV Guide respectfully requests the reassignment of this action to one of the three Article III Judges of the District of Delaware for all purposes including trial. A form of order is attached hereto.

---

[2] While the parties have engaged in mediation with Magistrate Thynge to no avail, the absence of a trial date ensures that further settlement discussions would be of no value at this time. As the Court is well-aware, the presence of a firm trial date is the best mechanism to assure that settlement discussions have been exhausted.

2

OF COUNSEL:

Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
Vladamir V. Radovanov
Gemstar-TV Guide International, Inc.
6922 Hollywood Boulevard
Hollywood, California 90028
(323) 817-4600


Dated: August 28, 2007

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com

Attorneys for Plaintiffs TV Guide Online, Inc.
and TV Guide Online, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Morris James, LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494

I hereby certify that on August 28, 2007, I have sent by Federal Express, the foregoing document to the following non-registered participant:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com