## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for Plaintiffs has consulted with counsel for Defendant pursuant to District of Delaware Local Rule 7.1.1 and has determined that Defendant takes no position on the relief sought in the attached motion, but is opposed to proceeding before Magistrate Judge Thynge for all purposes, including trial.

_____
Frederick L. Cottrell, III (#2555)