IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br>     Plaintiffs, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-725-*** <br> ) <br> ) <br> ) |

## ORDER OF REASSIGNMENT

The Court having heard TV Guide's motion for reassignment and good cause having been shown,

IT IS HEREBY ORDERED this \_\_\_\_ day of _____, 2007 that this action is reassigned to the Honorable _____ for all purposes, including trial.

_____
Chief Judge Gregory M. Sleet