# EXHIBIT A

# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION

ONE RODNEY SQUARE

920 NORTH KING STREET

WILMINGTON, DELAWARE 19801

(302) 651-7700

FAX (302) 651-7701

WWW.RLF.COM

FREDERICK L COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF COM

August 16, 2007

**BY HAND DELIVERY AND ELECTRONIC MAIL**

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899

Re:   TV Guide Online, Inc., et al. v. Tribune Media Services, Inc.,
C.A. No. 05-725-***

Dear Richard:

As you know, this case was filed on October 12, 2005. As you also are aware, we are coming up on almost one year since Judge Jordan was elevated to the Third Circuit Court of Appeals. In addition, I am sure you are aware that the parties had discussions about stipulating to Magistrate Judge Thynge handling this case for all purposes including trial. It is my understanding that your client rejected this suggestion.

Of course, from our discussions and what we know about the judicial vacancy, while a name may be forthcoming from the White House in the next few weeks, there is no certainty as to when that person may receive a Senate hearing and a confirmation vote. Accordingly, in order to expedite this case to a conclusion, we renew our request that your client stipulate to the assignment of Magistrate Judge Thynge for all purposes including a trial and, thereafter, to agree to a prompt Rule 16 scheduling conference with the Magistrate so that a final schedule may be entered including a firm trial date. In the absence of such an agreement and in order to bring this case to a conclusion, my client has asked me to file a motion with the Chief Judge for appointment of one of the Article III judges to handle this case. In the motion, we will inform Chief Judge Sleet that my client had proposed the appointment of the Magistrate Judge for all purposes. Please let me know by August 21, 2007 whether your client will agree to the appointment of the Magistrate Judge.

Thank you for your attention to these matters.

RLF1-3190381-1

Richard K. Herrmann, Esquire
August 16, 2007
Page 2

Very truly yours,

Frederick L. Cottrell, III

FLC,III/afg

cc:    Ronald E. Naves, Esquire (via telecopy)
        Christopher J. Harnett, Esquire (via telecopy)
        Mark A. Pals, Esquire (via telecopy)
        Steven J. Fineman, Esquire

RLF1-3190381-1

# EXHIBIT B

# MorrisJames LLP

Richard K. Herrmann<br>
302.888.6816<br>
rherrmann@morrisjames.com

August 22, 2007

**VIA E-MAIL & HAND DELIVERY**
Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

> Re:  *TV Guide Online, Inc. et al v. Tribune Media Services, Inc.*
> **D. Del., Civil Action No.: 05-725 \*\*\***

Fred:

Thank you for your letter dated August 16, 2007. We too are mindful of the need to move this case to final resolution. However, as we indicated in the past, since the Magistrate Judge has participated in mediation, we do not believe it is appropriate for her to be the finder of fact or law in this case. Therefore, we cannot agree to have the Magistrate Judge resolve case dispositive motions or preside at trial.

Yours,

Richard K. Herrmann

RKH/

cc:   Steven J. Fineman, Esquire (via e-mail)
      Stuart W. Yothers, Esquire (via e-mail)