**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

August 28, 2007

**BY HAND DELIVERY AND ELECTRONIC MAIL**

The Honorable Gregory M. Sleet
Chief Judge, United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:  **TV Guide Online, Inc., et al. v. Tribune Media Services, Inc., C.A. No. 05-725-***

Dear Chief Judge Sleet:

The TV Guide plaintiffs have today filed a motion for reassignment of this action to one of the three Article III Judges of the District of Delaware. Magistrate Judge Thynge has been handling this case for certain pretrial purposes. While TV Guide had hoped to reach an agreement with Tribune on the appointment of the Magistrate Judge for all purposes, Tribune's agreement was not forthcoming. Tribune has stated that it takes no position with respect to the motion for reassignment.

Respectfully,

Frederick L. Cottrell, III

FLC,III/afg

cc: The Honorable Mary Pat Thynge
    Richard K. Herrmann, Esquire
    Ronald E. Naves, Esquire
    Christopher J. Harnett, Esquire
    Mark A. Pals, Esquire

RLF1-3190395-1