IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC,<br>      Plaintiffs, | )<br>)<br>)<br>) | |
| v. | )<br>) | C.A. No. 05-725-*** |
| TRIBUNE MEDIA SERVICES, INC.,<br>      Defendant. | )<br>)<br>) | |

### SEVENTH AMENDED SCHEDULING ORDER

As stipulated and agreed by and between counsel for the parties, the Scheduling Order in this case is amended as follows:

| | |
|---|---|
| Claim Construction Briefs due: | September 28, 2007 |
| Case Dispositive Motions due: | September 28, 2007 |
| Claim Construction Responses due: | November 2, 2007 |
| Case Dispositive Motion Responses due: | November 2, 2007 |
| Case Dispositive Motion Replies due: | November 16, 2007 |

All remaining dates in this matter, including those for the hearing on case dispositive and claim construction motions, the pretrial order, the pretrial conference, and trial, are to be rescheduled upon the consent of the parties to proceed before the

Magistrate Judge or the appointment of a Judge to the vacant judicial position to which this case is currently assigned.

|  |  |
|---|---|
| *Frederick L. Cottrell, III* | *Richard K. Herrmann* |
| Frederick L. Cottrell, III #2555 | Richard K. Herrmann #405 |
| Steven J. Fineman #4025 | Mary B. Matterer # 2696 |
| RICHARDS, LAYTON & FINGER PA | MORRIS JAMES LLP |
| One Rodney Square | 500 Delaware Avenue, Suite 1500 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 651-7700 | rherrmann@morrisjames.com |
| cottrell@rlf.com | mmatterer@morrisjames.com |
| fineman@rlf.com |  |
|  |  |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| *TV Guide Online, Inc. and* | *Tribune Media Services, Inc.* |
| *TV Guide Online, LLC* |  |

**SO ORDERED** this ____ day of _____, 2007.

_____
Magistrate Judge Mary Pat Thynge

2