# Morris James LLP

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

September 27, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Mary Pat Thynge
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

> Re:   *TV Guide Online, Inc. et al v. Tribune Media Services, Inc.*
>       **Civil Action No.: 05-725 KAJ**

Your Honor:

Tribune Media Services ("TMS") respectfully requests a one-week extension for the filing of opening summary judgment and claim construction briefs to address a dispute between the parties regarding the disputed claim terms.

On September 21, 2007, TMS sent a letter to the Plaintiffs, TV Guide Online, Inc. and TV Guide Online, LLC (collectively, "TV Guide") asking TV Guide to confirm TMS's understanding of (1) the claims being asserted and (2) the disputed claim terms and constructions. TMS had proposed constructions for several terms that TV Guide did not propose constructions for; as part of that letter, TMS agreed not to dispute a number of those terms, stating that they should have their plain and ordinary meaning.

TMS received a response to this letter on September 25, 2007, wherein TV Guide objected to TMS's removal of these terms from dispute. In response, TMS suggested a one-week extension for the parties to resolve this issue and address any changes required in the briefing as a result of this narrowing of issues. TMS has not received a response from TV Guide regarding this extension.

The extension is necessary to address TV Guide's objections to TMS's narrowing of issues and for the parties to reach consensus on the scope of the briefing. Without time to properly address this issue, the parties' briefing may contain inconsistencies regarding the disputed issues, unduly confusing and burdening the Court.

Morris James LLP

The Honorable Mary Pat Thynge
September 27, 2007
Page 2

Additionally, TMS personnel who are responsible for this litigation are unexpectedly traveling today and tomorrow and unable to provide final approval on these briefs.

TV Guide will suffer no prejudice due to this brief extension, and there are no hearing dates set that would be affected by this extension. TMS does not anticipate that any further extensions to the date for opening briefs will be required.

Respectfully,

Mary B. Matterer (I.D. No. 2696)

MBM/smg

cc: Frederick L. Cottrell, III, Esq. (via email and hand delivery)
Christopher J. Harnett (via email)

1615914/1