IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and TV GUIDE ONLINE, LLC,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)  C.A. No: 05-725-***<br>)<br>)<br>)<br>)<br>) |

## TRIBUNE MEDIA SERVICES, INC.'S MOTION FOR
## PARTIAL SUMMARY JUDGMENT BARRING PRE-SUIT DAMAGES

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, Defendant Tribune Media Services, Inc. moves for partial summary judgment barring damages for the time period prior to the filing of this suit because Plaintiffs did not provide notice of infringement. A brief in support of this motion is filed contemporaneously herewith.

Dated: October 5, 2007

Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Mark A. Pals, P.C.
Linda S. DeBruin, P.C.
Michael A. Parks
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
312.861.2000

*Counsel for Defendant Tribune Media Services, Inc.*