IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br><br>     Plaintiffs and Counterclaim Defendants, <br>                     v. <br><br> TRIBUNE MEDIA SERVICES, INC., <br><br>     Defendant and Counterclaim Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 05-725-*** <br> ) <br> ) <br> ) <br> ) |

**TRIBUNE MEDIA SERVICES' MOTION FOR
PARTIAL SUMMARY JUDGMENT BARRING LOST PROFITS DAMAGES ON THE
LICENSE BETWEEN GEMSTAR-TV GUIDE INTERNATIONAL AND YAHOO!**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Tribune Media Services, Inc. ("TMS") respectfully moves for judgment as a matter of law that Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC (collectively, "TV Guide") are not entitled to lost profits damages resulting from the license agreement between Gemstar-TV Guide International, Inc. ("Gemstar"), TV Guide's parent company, and Yahoo!, Inc. ("Yahoo!"). Grounds in support of this motion are set forth in the accompanying memorandum in support of this motion, which is incorporated herein by reference.

Dated: October 5, 2007

/s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
302.888.6800

Mark A. Pals, P.C.
Linda S. DeBruin, P.C.
Michael A. Parks
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
312.861.2000

*Counsel for Defendant Tribune Media Services, Inc.*