# EXHIBIT A

### TV Guide Online's Proposed Claim Term Constructions

### U.S. Patent No. 5,988,078

| Term or Phrase | Patent Claims | TV Guide's Proposed Construction |
|---|---|---|
| "viewing location" | 1-7 | "residence or other building at which a television signal can be received" |
| "available to a particular one of the viewing locations" | 1 | (no construction necessary) |
| "information ... regarding the geographical location of the particular viewing location" | 1-5 | "geographical information regarding the residence or other building at which a television signal can be received" |
| "information ... regarding the geographical area of the viewing location" | 6-7 | (same as above) |
| "information ... pertaining to the geographic location of the television receiver" | 8, 10 | "geographical information pertaining to the residence or other building at which a television receiver is located" |
| "transmitting" | 1-7 | "sending electronically" |
| "transmit" | 8, 10 | "send electronically" |
| "receiving" | 1-7 | "receiving electronically" |
| "receive" | 8, 10 | "receive electronically" |
| "modem" | 1-8, 10 | "data signal conversion device that connects data terminal equipment to a communication line" |
| "wide-area network" | 1, 6-7 | (no construction necessary) |
| "operator input" | 1, 8 | (no construction necessary) |
| "receive information through the operator input" | 8 | (no construction necessary) |
| "schedule of the television programming" | 3 | (no construction necessary) |
| "television programming schedule" | 6 | (no construction necessary) |
| "controller" | 6, 8, 10 | "a programmable electronic device" |
| "the controller being programmed to perform | 8 | (no construction necessary) |