# EXHIBITS A TROUGH D REDACTED IN ENTIRETY