IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC<br><br>    Plaintiffs,<br>    Counterclaim-Defendants,<br><br>    v.<br><br>TRIBUNE MEDIA SERVICES, INC.<br><br>    Defendants,<br>    Counterclaim-Plaintiffs | C.A. No 05-cv-725-***<br><br>REDACTED<br>PUBLIC VERSION |

**DECLARATION OF STUART W. YOTHERS IN
SUPPORT OF TV GUIDE ONLINE'S OPENING
CLAIM CONSTRUCTION BRIEF AND
MEMORANDUM IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT THAT TMS INFRINGES
CLAIMS 1-8 AND 10 OF THE '078 PATENT**

OF COUNSEL:

Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
Ropes &Gray LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
Vladamir V. Radovanov
Gemstar-TV Guide International, Inc.
6922 Hollywood Blvd.
Hollywood, California 90028
(323) 817-4600

October 5, 2007

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com

*Attorneys for Plaintiffs TV Guide Online,
Inc. and TV Guide Online, LLC*

I, Stuart W. Yothers, do hereby declare:

1. I am a member of the bars of the State of New York and the Commonwealth of Massachusetts and am an associate of the firm of Ropes & Gray LLP, counsel for plaintiffs and counterclaim defendants TV Guide Online, Inc. and TV Guide Online, LLC (collectively, "TV Guide Online"), in this action. I submit this declaration in support of TV Guide Online's Opening Claim Construction Brief.

2. Attached hereto as **Exhibit A** is a true and correct copy of United States Patent No. 5,988,078.

3. Attached hereto as **Exhibit B** is a true and correct copy of TV Guide's October 16, 2006 Claim Construction Issue Identification -- Proposed Terms and Constructions.

4. Attached hereto as **Exhibit C** is a true and correct copy of TMS's October 16, 2006 Proposed Constructions of Disputed Claim Terms.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Expert Report of Dr. Gary S. Tjaden Regarding Invalidity of United States Patent No. 5,988,078, dated December 14, 2006.

6. Attached hereto as **Exhibit E** is a true and correct copy of TMS' Responses to TV Guide's Second Set of Interrogatories, dated June 23, 2006.

7. Attached hereto as **Exhibit F** is a true and correct copy of TMS's January 18, 2007 Revised Proposed Constructions of Disputed Claim Terms.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Rebuttal Expert Report of Dr. Gary S. Tjaden Regarding Non-Infringement of United States Patent No. 5,988,078, dated February 9, 2007.

9. Attached hereto as **Exhibit H** is a true and correct copy of the transcript of Dr. Gary S. Tjaden's June 15, 2007 deposition.

10. Attached hereto as **Exhibit I** is a true and correct copy of the transcript of Michael R. Levine's August 25, 2006 deposition.

11. Attached hereto as **Exhibit J** is a true and correct copy of TG002252-256 from TV Guide's document production in this case, which is an amendment from the prosecution history of U.S. patent application No. 08/947,950, dated November 30, 1998.

12. Attached hereto as **Exhibit K** is a true and correct copy of TG0194143-151, an excerpt from *The New IEEE Standard Dictionary of Electrical and Electronics Terms (Fifth Edition)*, IEEE, 1993.

13. Attached hereto as **Exhibit L** is a true and correct copy of TG000773-783 from TV Guide's document production in this case, which is an amendment from the prosecution history of U.S. patent application No. 07/848,338, dated November 16, 1993.

14. Attached hereto as **Exhibit M** is a true and correct copy of TMS' Response to TV Guide's Third Set of Interrogatories.

15. Attached hereto as **Exhibit N** is a true and correct copy of the transcript of Kevin Walter McFall's October 2, 2006 deposition.

16. Attached hereto as **Exhibit O** is a true and correct copy of Exhibit 22 to Kevin Walter McFall's October 2, 2006 deposition.

17. Attached hereto as **Exhibit P** is a true and correct copy of Exhibit 23 to Kevin Walter McFall's October 2, 2006 deposition.

18. Attached hereto as **Exhibit Q** is a true and correct copy of Exhibit 24 to Kevin Walter McFall's October 2, 2006 deposition.

19. Attached hereto as **Exhibit R** is a true and correct copy of Exhibit 25 to Kevin Walter McFall's October 2, 2006 deposition.

20. Attached hereto as **Exhibit S** is a true and correct copy of Exhibit 26 to Kevin Walter McFall's October 2, 2006 deposition.

21. Attached hereto as **Exhibit T** is a true and correct copy of Exhibit 27 to Kevin Walter McFall's October 2, 2006 deposition.

22. Attached hereto as **Exhibit U** is a true and correct copy of TMS0002933 from TMS's document production in this case.

23. Attached hereto as **Exhibit V** is a true and correct copy of TMS' Responses to Plaintiffs' First Set of Requests for Admission, dated October 10, 2006.

24. Attached hereto as **Exhibit W** is a true and correct copy of TMS' Responses to TV Guide's First Set of Interrogatories, dated April 10, 2006.

24. Attached hereto as **Exhibit X** is a true and correct copy of a September 27, 2007 letter from Meredith Zinanni to Christopher Harnett.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in New York, New York,
on October 3, 2007

_____
Stuart W. Yothers

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James, LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494

I hereby certify that on October 15, 2007, I have sent by Federal Express, the foregoing document to the following non-registered participant:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-2978403-1