Includes TAPCIS™ on One 5¼" Disk
to Automate Your CompuServe Connection

A Complete Guide to Using the
CompuServe Information Manager

DVORAK Osborne
McGraw-Hill



# THE COMPLETE GUIDE to
# COMPUSERVE®

INCLUDES
DISK

Brad Schepp and Debra Schepp
Foreword by John C. Dvorak

TMS 0058354

A 159

Osborne McGraw-Hill
2600 Tenth Street
Berkeley, California 94710
U.S.A.

Osborne McGraw-Hill offers software for sale. For information on transla-
tions, software, or book distributors outside of the U.S.A., please write to
Osborne McGraw-Hill at the above address.

This book is printed on recycled paper.

The Complete Guide to CompuServe®

Copyright © 1990 by Brad Schepp and Debra Schepp. All rights reserved.
Printed in the United States of America. Except as permitted under the
Copyright Act of 1976, no part of this publication may be reproduced or
distributed in any form or by any means, or stored in a database or
retrieval system, without the prior written permission of the publisher,
with the exception that the program listings may be entered, stored, and
executed in a computer system, but they may not be reproduced for
publication.

1234567890 DOC 99876543210

ISBN 0-07-881632-7

Information has been obtained by Osborne McGraw-Hill from sources believed to be reliable. However, because of the
possibility of human or mechanical error by our sources, Osborne McGraw-Hill, or others, Osborne McGraw-Hill does not
guarantee the accuracy, adequacy, or completeness of any information and is not responsible for any errors or omissions or
the results obtained from use of such information.

A 160

learn how to connect to CompuServe and get started. You will also know the authors, and be confident that you have placed your travel plans in the hands of the right guides.

# THE COMPUSERVE INFORMATION SERVICE

CompuServe is an online information utility and a videotex system. An online information utility is an easy-to-use electronic information service. A videotex system is an interactive service that delivers information one page at a time. CompuServe is both of these. It provides information, delivered through friendly, menu-driven screens.

CompuServe is this nation's first videotex system and among the world's largest. With 600,000 subscribers, it is the King of the U.S. Videotex Mountain. Other systems have tried to topple it from its perch, but CompuServe survives, thrives, and expands amid a field of vanquished competitors.

The CompuServe Information Service resides in 40 Digital Equipment Corporation mainframes in and about Columbus, Ohio. CompuServe hands you the reins to these computers and places their power behind a screen as familiar as your own PC. If you can use your computer to create documents or build spreadsheets, you can use CompuServe. It is a large system that seems unwieldy to newcomers, but communicating with CompuServe is something most PC users can easily do.

CompuServe's success is rooted in its telecommunications network. As of this writing, the network has 1,800 communication nodes that service about 400 U.S. cities. Users in more than 100 foreign countries access the service through other networks that maintain links with CompuServe. Other information utilities rely solely on outside telephone networks to connect their users to their computers. CompuServe has its own network.

# COMPUSERVE, THE CORPORATION

The network supports more than the CompuServe Information Service. Indeed, CompuServe was a thriving, prosperous company long before the

A 161

# HOW CAN YOU USE COMPUSERVE?

This sounds great, you think, but online services remain a mystery to you. Sure, you use your PC all day, but that is to crunch numbers or process words. You cannot imagine accessing 1,400 databases? Well, consider this: Do you understand the theory behind your microwave? Can you rebuild the engine of your car? Does that stop you from cooking or driving?

Neither should a lack of understanding of online communications keep you from using CompuServe. CompuServe knows that in order to attract a general audience, its service must be readily accessible and easy to use. From the beginning, CompuServe dedicated itself to making its information available to a large group of users through an easy-to-understand format. You do not need to know *how* your computer is communicating with CompuServe; you only need to know enough to make that happen. The rest is between your computer and CompuServe's.

## Menu-Driven Screens

Once you get onto CompuServe, all the information is delivered via menu-driven screens. These menus are logical. They list all the commands and options you will need. As you get deeper into a service, the menus become more specific, each one sprouting from the one that came before. You can follow these menus into the system and back out again. While the menu-driven nature of CompuServe makes navigating it simple, it does not address its biggest problem: the sheer size of the system can be paralyzing. This is where the CompuServe Information Manager comes into play.

## CompuServe Information Manager

Late in 1989, CompuServe introduced the CompuServe Information Manager (CIM). This software provides a new interface between CompuServe and its users. The new user interface is graphic, and, by using icons and symbols that replicate a desktop, CIM makes it easier for users to take full advantage of everything CompuServe has to offer. You access CompuServe through a series of pull-down menus (see Figure 1-1) coupled with the icon commands. You do not need to understand any command vocab-

A 162



**Figure 1-1**

A sample CompuServe Information Manager pull-down menu

ulary. CIM is easy to use; pleasing, and non-threatening. It is certainly no more difficult to use than your word processing program.

CIM makes it easy for you to sign on and start using CompuServe right away. You will put all of your hardware settings into CIM. You will also put in your CompuServe telephone number, your CompuServe user ID, and your password. You set these parameters once, and forever after, CIM logs you on to CompuServe at the push of a button.

CIM also sets up a private work space on your computer. You have file cabinets for captured data and an address book for keeping track of your correspondents. CIM creates an environment that is logical, well organized, and easy to use. Even uploading (sending) and downloading (capturing) files, two activities that can confound new users, have been reduced to the touch of a key. With CIM's introduction, a new world has opened for CompuServe newcomers. People who may never before have tried online communication can now log on and start enjoying CompuServe almost immediately. If you are new to CompuServe, you owe it to yourself to use CIM.

A 163

about CompuServe's structure, and the CompuServe Information Manager (CIM) software, which makes it simple to move around that structure. You will learn how to get a CompuServe Membership Kit, and how to become a member. You will learn some basic commands for navigating the system, and you will begin thinking like a paying CompuServe customer.

Before we begin, remember this caveat. Every minute you spend connected to CompuServe costs you money (unless you are using designated free services). At 1200 or 2400 bits per second (bps) you will spend roughly $.22 a minute. You are charged the same amount if you are actively working or just sitting at your computer trying to decide your next move. When using CompuServe it is important to connect, accomplish what you want quickly, and log off. Let's begin with the task of getting you started.

## GOING ONLINE WITH COMPUSERVE

Many of you already have modems and communications software. For the sake of readers who do not, some basic details follow. If you already have the necessary equipment discussed here, feel free to skip ahead to the next section of the chapter.

Your computer needs three items to communicate with other computers. It needs a modem to transmit and receive data over standard telephone wires. It needs communications software to give your computer instructions for operating the modem. Finally, it needs access to a telephone line. You can use your regular phone line, or better yet, install a separate line for data.

## Modems

Modems come in two basic styles: internal and external. Internal modems reside within your computer. They use no additional desk space, but they do use an expansion slot on your computer's chassis. They are not really portable since removing one requires that you open up your computer. They also add some heat to your computer, which *may* ultimately affect your memory chips.

A 164

External modems work outside your computer. Cables connect them to your computer and your telephone line, and they require their own power supply. You can use an external modem with any machine. Lights on the modem show what is happening, letting you know, for example, when you are connected to a host or when data is moving to and from the host. If your external modem needs repair, you do not have to dismantle your computer to get to it. The choice between internal modems and external modems is a matter of taste, and you will find that reliable modems of either sort are readily available.

One detail that should not be left to choice is whether your modem is Hayes compatible. Hayes Microcomputer Products developed the Hayes AT (ATTENTION) command set, and used it as the control language for their modems. Hayes was one of the first modem manufacturers and it captured a majority of the market. As a result, Hayes compatibility is an industry standard, and most modems sold today support it. It is imperative that the modem you select be Hayes compatible.

Why not just buy a Hayes modem? You can if you like. They are excellent modems, but they are also more expensive than their Hayes-compatible competitors. Many good modems that are 100 percent Hayes compatible are sold by reputable and reliable distributors. You can shop to find a 1200 bps modem for under $100 and a 2400 bps internal modem for about $150 (external modems cost slightly more). The cheapest 2400 bps Hayes modem costs about $200. You will find plenty of advertisements for good modems in *Computer Shopper* and *Vulcan's Computer Monthly*, two publications readily available on newsstands.

## Communications Software

CompuServe Information Manager (CIM) is a software program expressly for accessing CompuServe. It is graphics-oriented, and a front-end software program in that it sits between you and the "host"—CompuServe's mainframe computers. Because we recommend CIM for new users, we discuss it in great detail later in this chapter. You can access CompuServe, however, with any communications software program. Procomm+ (Datastorm Technologies, Inc., Columbia, MO) is a favorite communications program among IBM users. Another recommended program is Hy-perAccess (Hilgraeve, Monroe, MI).

A 165

Recommended communications programs for the Macintosh include Red Ryder (The FreeSoft Company, Beaver Falls, PA), MacTerminal (Apple Computer, Inc., Cupertino, CA), and Smartcomm II (Hayes Microcomputer Products, Norcross, GA).

The documentation that comes with your communications software will describe how to "dial" out and connect with an online service such as CompuServe. Again, we provide such details only for CIM.

## Communications Parameters

An understanding of communications parameters—parity, stop bits, full or half duplex—has always been part of the price of communicating online; that is, until programs like CIM. CIM has the correct parameters for CompuServe preset, so you do not need to enter them yourself. If you use another communications program, however, you will be asked to enter CompuServe's parameters when you are setting up the software. So, just in case you need them, here they are:

- Seven data bits
- Even parity
- One stop bit
- Full duplex

## CompuServe Membership Kits

To get onto CompuServe you will also need some sort of Membership Kit with a password and a user ID number. CompuServe makes getting membership materials simple. The company is historically good at striking cooperative arrangements with hardware and software manufacturers. Many retailers also carry CompuServe Membership Kits.

## IntroPaks

A CompuServe Introductory Membership is often bundled with communications software packages and modems. In fact, every modem and communications program we have ever bought came with a CompuServe IntroPak. This costs you nothing more than the price you paid for the

A 166

| Table 2-1 |
|---|

**CompuServe's Connect Charges**

| Speed (bps) | Cost $/Hour |
|---|---|
| Up to 300 | 6.00 |
| 450* | 6.00 |
| 1200 | 12.50 |
| 2400* | 12.50 |

*Note:* CompuServe charges an additional $.30 per hour telecommunications surcharge.

*This speed is not available from all locations.

explains how). You will find a complete list of CompuServe's charges, including those for surcharged services that cost money in addition to your standard connect-time charges.

# COMPUSERVE: THE LAY OF THE LAND

Now you are ready to communicate. Your PC has a modem and communications software. You have your Membership Kit or IntroPak with a user ID and a password, and you have your local telephone access number. Now follow the advice of an age-old adage and "look before you leap."

## Pages and Menus

CompuServe is delivered to your PC's screen in "pages." Each page has its own identifying number or word. The pages are organized under menus. For example, the word for the main menu of CompuServe's daily newspaper, Online Today Daily Edition, is ONLINE (shown in Figure 2-1). When you select an option from this menu, such as Monitor Daily



Figure 2-13

CIM's Favorite Places menu

history as recorded by CIM's menus. As you can see, the menus you have already used do not disappear; they remain for you to use. You can access them again by pressing ESC until you reach the one you want.

CIM's Favorite Places feature (Figure 2-13) allows you to create your own menu of favorite CompuServe haunts. This way, you can point and shoot your way to your favorite CompuServe services. You can then direct CIM to display this Favorite Places menu as soon as you load the software. This way, you have a road map as soon as you enter CIM.

## CIM Hardware Requirements

Currently, both MS-DOS and Macintosh users can use CIM. Any Macintosh computer with one megabyte of memory can run CIM. MS-DOS machines require the following hardware:

* An IBM or IBM-compatible PC
* A color or monochrome monitor (no graphics necessary)
* A hard disk and one floppy drive

A 168

- MS-DOS 2.0 or higher
- A serial port/Hayes-compatible modem

A mouse is optional. As mentioned, CIM's point-and-shoot approach lends itself very well to a mouse, but you can easily use CIM without one.

## CIM 2.0 and Beyond

CIM is new, released only at the end of 1989. Upgraded versions are already in the works. CIM 2.0, due out the third quarter of 1990, will include enhancements that will improve the program's reliability and performance. These enhancements will directly address the complaints from long-time CompuServe users that CIM is slow. The new version will also put more of CompuServe's services into the desktop, windowed interface, thereby reducing the number of services that you must view in Terminal Emulation mode. Perhaps the most significant service to be put into CIM's desktop with CIM 2.0 is the Executive News Service (see Chapter 4 for details). The CB Simulator, as explained in Chapter 5, will also be different. Finally, CIM 2.0 should allow you to download files from a forum library while also using the forum for some other activity such as viewing messages. (Chapter 6 explains using forums.) Current CIM users will likely be able to upgrade to the new version for a modest fee.

## YOUR FIRST TRIP ONLINE

Now that you know what to expect when you arrive online, you can start planning for that first trip. First, read the description of the preliminaries you will have to get out of the way. For example, CompuServe will ask you how you plan to pay your bill. Next, step through the process of connecting with CompuServe for the first time.

## Decisions You Must Make

When you log on to CompuServe for the first time, the system will ask you to make some decisions about the way in which you will use the service.

A 169

60    The Complete Guide to CompuServe

you will gain a view of the system that might otherwise have taken weeks for you to discover. Plus, the Tour is free of connect time; wandering is not. You do not incur any connect-time charges until you enter one of the profiled services. The word FREE appears above any screen of information that is still without charge. You must willingly command the system to take you to the service you request before you start to incur charges.

While you are in the Tour, you may want to download the discussions for the areas that interest you. If you print them and bind them together, they provide a handy offline guide to CompuServe's offerings.

## Find a Topic (GO TOPIC)

The other part of the first selection on the Free menu is Find a Topic. This is a handy tool that you'll use right from the start. It allows you to search CompuServe's subject index for topics of interest. (You can do the same thing with the FIND command at any ! prompt, but the FIND command comes with connect-time charges, while Find a Topic is free.)

When you select Find a Topic from the Tour menu, you will alternately see screens of menus and descriptions of the Find a Topic feature. Keep on going, and you will finally arrive at the menu, shown in Figure 3-5, that actually offers you access to Find a Topic. Choosing to enter Find



**Figure 3-5**

Access Find a Topic menu

```
┌─────── CompuServe (FREE) ────────┐
│ Do you wish to:                   │
│ Continue the Tour                 │
│ Go To FIND A TOPIC                │
│ Exit to CompuServe TOP Menu       │
│                                   │
│                                   │
│ ─────── CIS:TOU-14 ──────         │
└───────────────────────────────────┘
```

A 170

Customer Assistance **"61"**

a Topic takes you into the Terminal Emulation mode to actually begin searching. The search is still fully menu driven, so you should have no trouble proceeding. The first menu in Terminal Emulation mode is shown in Figure 3-6.

## A Sample Search

Let's do a search so you can see how simple it is. Figure 3-6 shows that you have prompted the system to conduct a search. You are then told to enter a key word describing your search request. Suppose you want to see what information CompuServe can offer about AIDS. Enter AIDS and you will quickly receive a menu made of five topics, as shown in Figure 3-7. These represent articles, forums, and databases that include information about AIDS. Selecting one of these topics will take you out of the Find a Topic area to view your selection. You will then begin to incur connect-time charges.

If you want to gather information, you have done your search at no cost. But let's not leave Find a Topic yet; there is still more to see.

Next, choose Option 2, List ALL Indexed Topics, from the menu shown in Figure 3-6. This will bring you to the beginning of an enormous

---

**Figure 3-6**

**Find a Topic main menu**

```
FIND A TOPIC

1 Search for Topics of Interest
2 List ALL Indexed Topics
3 Explanation of Index




Enter choice !AIDS
```

A 171

## NewsGrid (GO NEWSGRID)

NewsGrid is a product of Comtex Scientific, Corp. It is a broad-based news service emphasizing business news. Through NewsGrid, you can view current and breaking general news, periodic stock market updates, and business news. Figure 4-3 shows NewsGrid's menu of news categories. Approximately one new story is added to the database every two minutes.

Stories are compiled from major international newswires including:

- United Press International
- The Associated Press
- PR Newswire
- Agence France Presse (France)
- Deutsche Presse-Agentur (West Germany)
- Kyodo (Japan)
- Xinhua (China)

Option 5 from NewsGrid's main menu lets you search the database by keyword. Stories from the last seven days are available for searching. NewsGrid editors assign five to ten keywords for each story. Keywords are most often:

- Proper names
- Country names

**Figure 4-3**

NewsGrid main menu

```
NEWSGRID (sm)

1 US/World Headline News
2 US Business Headline News
3 World Business Headline News

4 Market Update

5 Keyword Search
6 How to use NewsGrid

A product of Comtex Scientific Corp.
```

A 172

- Regions of the world

- Industry names

- Company names

- Ticker symbols

- Words covering an entire category such as sports or weather

More common words are also used, but much less frequently.

NewsGrid also offers automatic truncation, or wildcard searching, that will search for keywords beginning with the string or word you specify. You will know it has done this because it will display an * (asterisk) following the keyword when it is redisplayed to you. For example, if you enter the keyword ROBOT it will reappear as ROBOT* followed by stories containing the keywords robot, robots, or robotics. To bypass this feature and search only for the term *exactly* as you entered it, end your keyword with an ! (exclamation point).

## Newspaper Library (GO NEWSLIB)

Newspaper Library, a surcharged service, gives you electronic access to more than 40 separate newspapers from across the country. It is a product of DIALOG Information Services, Inc. and VU/TEXT Information Services, Inc. It is offered on CompuServe through a joint effort with Telebase Systems, Inc.

Newspaper Library includes papers from cities as small as Akron, Ohio and Wichita, Kansas mixed in with papers from large urban centers including New York, Boston, and Los Angeles. Their electronic versions include the full text of selected articles. The newspapers' classified ads are not included. The database is updated daily, but there is a two-day lag in coverage. You cannot view Monday's paper until Wednesday.

**Searching Newspaper Library**   You can search for words that appear in the headline or text of stories. Some of the papers in the database require that you include punctuation and some do not. The text before the prompt will tell you how to input your search.

You can use a / (slash) as a wildcard in searches and use AND to link search terms. You can narrow a search by the date the article appeared.

A 173

### Other Sources of Entertainment News

Hollywood Hotline is the biggest source of information about the world of entertainment. As you see from the menu shown in Figure 4-8, other services are also available online that provide more specific entertainment news.

**Rocknet (GO ROCK)**  This is a forum for people interested in rock music. The forum often sponsors conferences featuring guest appearances by stars of the music industry. For more information about using CompuServe's many forums, see Chapter 6.

**Soap Opera Summaries (GO SOS)**  Soap Opera Summaries is a surcharged product of All My Features, Inc. It offers synopses of both daily soap operas and prime-time soap operas. You will also find news stories from the soap opera industry and previews of next week's shows. The surcharge for using the service is $6 per hour.

**Magill's Survey of Cinema (GO MAGILL)**  This service offers reviews of movies released since 1902. Each listing includes information about the movie's cast and crew, and a plot synopsis. This is a surcharged and searchable database. For more information about how to use this service, see Chapter 11.

**TV News/Information Transcripts (GO TRANSCRIPT)**  This selection takes you to the Journal Graphics' Transcripts service. Here you can order transcripts from television documentaries and talk shows, such as "Nova" and "Donahue." See Chapter 7 for more details about using this service.

## COMPUSERVE'S WEATHER SERVICES (GO WEATHER)

Through CompuServe you can tap into several sources of weather data. Figure 4-10 shows the menu that appears when you type GO WEATHER. With the exception of AP Videotex Weather, the National Weather Service supplies CompuServe's weather information. (AP Videotex Weather is the weather section of the AP Online service discussed earlier in this chapter.) National Weather Service information can be divided into two major categories. *Public* weather is for all-purpose general weather information.

A 174



Figure 4-10

Weather main menu

```
┌─── News/Weather/Sports ──────────────┐
│  WEATHER                             │
│  NWS Public Weather                  │
│  AP Videotex Weather                 │
│  NWS Aviation Weather ($)            │
│  Weather Maps                        │
│                                      │
│                                      │
└──────── CIS:WEATHER ─────────────────┘
```

*Aviation* weather is specifically for pilots. You can also get a variety of radar and depiction weather maps.

The easiest and fastest way to get a quick forecast for your area is to select the Weather option from CIM's Services pull-down menu. When you do, the dialog box shown in Figure 4-11 appears. As you can see, the default shows you a local weather forecast for the node from which you are calling. You can also choose a report by city and state or by National Weather Service reporting station. The report you will receive includes the current day's forecasted temperature, winds, precipitation probability, sun or clouds, and the forecast for tonight and tomorrow. If you are in the Terminal Emulation mode, you can type WEA at any ! prompt (*do not* type GO WEA) to get the same report. If you want to get the same information for another area while in that mode, type WEA plus the

Figure 4-11

CIM weather dialog box

```
┌──────────── Weather ────────────────┐
│  (*) Local                          │
│  ( ) City: _____        State: __│
│  ( ) Station: ____                  │
│                                     │
│    ┌──────┐           ┌────────┐    │
│    │  OK  │           │ Cancel │    │
│    └──────┘           └────────┘    │
└─────────────────────────────────────┘
```

A 175

name of the city and state (for example, you would type WEA Atlantic City, NJ). The report you receive will include all of the same information for the node nearest the city you request.

## Public Weather (GO WEA)

This is CompuServe's weather service for most of us, produced by the National Weather Service. The main menu for Public Weather is shown in Figure 4-12. The weather reports in this service are in plain English and are very easy to use. The two-letter code that appears before each report listing is the direct access code you can use to go directly to that weather report type.

The National Weather Service issues reports for more than 200 major cities in all 50 states, plus Puerto Rico and the Virgin Islands. If you live in or near a city, you can simply enter the name of that city to get your area's forecast. If you do not live near a city, you can enter the name of your state instead. You will get a general weather report for the entire state. These can be misleading as weather conditions can vary greatly across a state, especially one that is large, mountainous, or on the coast. To improve its coverage, the National Weather Service developed a series of several hundred geographic zones designed to separate areas based on weather patterns. Reporting stations within these zones are identified by three-letter codes.

---

**Figure 4-12**

Public Weather main menu

```
PUBLIC WEATHER

 1 (SF) Short Term Forecasts
 2 (EF) Extended Forecasts
 3 (SW) Severe Weather Alerts
 4 (PP) Precipitation Probability
 5 (SS) State Summaries
 6 (CL) Daily Climatological Reports
 7 (SP) Sports and Recreation
 8 (MF) Marine Forecasts
 9 (AW) Aviation Weather
10 (WM) Weather Maps

Enter choice!
```

A 176

**READ.ME**

## Online Search Tips (*continued*)

- To devise your search, strip that reference request down to the bare bones, leaving only essential words (eliminate conjunctions, articles, and other extraneous words). For example, suppose you told the librarian, "I'd like information about building solar homes with green-houses." The keywords are "solar," "home," "building," and "green-houses." It is the keywords that make up your search.

- Consider which source will be likely to cover the topic you are researching—general magazines, trade journals, scholarly journals, a directory?

- If you need help with any of these steps, call for it. Call CompuServe, call a database vendor such as DIALOG, or use IQuest's SOS feature. Don't rush to get online so you can get an answer. If you do, the results may disappoint you.

- Use wildcards (in IQuest it is a /) to find alternate forms of search terms. Wildcards are placeholders that tell the system to retrieve any word containing the word stem that precedes the wildcard (also called *truncation*) symbol. Typing comput/, for example, would retrieve computer, computers, computerized, and so on.

- Do not worry too much about devising fancy search statements complete with Boolean operators, nesting, or any other strategies you may have heard of. If you enjoy that sort of thing, fine. Otherwise, for the occasional searcher, they are not necessary. Simply *ANDing* your terms is often sufficient (for example, work *and* home *and* computer).

- Occasionally, a search—even a carefully devised one—will result in an unmanageable number of hits. In those cases, a search containing Boolean operators (AND, OR, and NOT) may be necessary. Connecting search terms with AND means that the results must contain all the terms (FORD *and* CHRYSLER *and* GM). OR means that it must contain just one of the terms (FORD *or* CHRYSLER *or* GM). NOT means that the search result must contain certain terms but not others (FORD *and* CHRYSLER *not* GM).

- Many IQuest databases enable you to search by field quite easily. A database record (the complete hit) is divided into distinct searchable parts called *fields*, enabling searchers to pull out only the information they need. Examples of fields include company name, SIC code, geographic area, and a person's name. The ability to search by field effortlessly, through IQuest and its spinoffs, is a great boon.

A 177

you will instantly receive a Travelshopper access number. Once you have this you can make reservations. Like OAG and EAASYSABRE, Travelshopper is both menu- and command-driven. It is not surcharged.

Travelshopper has been a CompuServe feature since 1984. The company estimates it has about 2,000 CompuServe users. It is also available on the American Home Network and Delphi online systems.

# HOTEL INFORMATION

EAASY SABRE, OAG, and Travelshopper provide some basic information about hotels—certainly enough background to book a room. EAASY SABRE's recently enhanced hotel area, for example, offers the following features:

- The database is searchable by zip code or area code
- Hotel descriptions include details on special services offered, parking, and room descriptions

## ABC Worldwide Hotel Guide (GO ABC)

The hotel information available through the online reservation services is basic compared to what another CompuServe service, ABC Worldwide Hotel Guide, includes. ABC International, a British company, has been in the travel guide business since 1863. Its first publication was a list of rail schedules within the United Kingdom. (ABC tracks trains to this day.) It also, however, provides information on more than 60,000 hotels worldwide (Figure 12-15 shows its opening menu). These hotel listings give descriptions that include:

Street address
Phone number
Toll-free number
Telex
Number of rooms
Rate guidelines
Hotel facilities
Business services
Credit cards accepted

A 178



**Figure 12-15**

The ABC Worldwide Hotel Guide's main menu

```
ABC WORLDWIDE HOTEL GUIDE

 1 What is ABC Worldwide Hotel
   Guide?
 2 Worldwide Hotel Listings
 3 How to Use ABC Worldwide
   Hotel Guide
 4 Index to Countries
 5 Feedback
```

The descriptions also give details on when the hotel was built, and, if applicable, refurbished. In some cases you can find out how close it is to major attractions; the descriptions may even suggest local places of interest to visit. Finally, several thousand descriptions include insiders' descriptions of the hotels. They are called insiders' descriptions because they are often written by the establishment; the ABC staff does very little editing. (Of course, that means that unfavorable comments are missing.)

## A Sample ABC Search

When you select Option 2 from ABC's main menu (Figure 12-15), the menu shown in Figure 12-16 appears. Once you narrow down your choice by country and city, ABC allows you to choose just the exact accommodations you want. For example, if you choose to limit the listing by Location/Amenities, the menu shown in Figure 12-17 appears. (You can choose more than one option by which to narrow your selection.)

This database is fun to browse, even if you are not actually planning a trip. We decided to look for hotels in Amsterdam (as part of our imaginary vacation). Using the Location/Amenities menu, we selected hotels in

A 179

426   The Complete Guide to CompuServe

**Figure 12-16**

**How ABC breaks down its hotel listings**

```
ABC WORLDWIDE HOTEL LISTINGS

  1 United States
  2 Other Countries/Islands

ISLAND MENUS

  3 Bahamas
  4 Caribbean
  5 Hawaii
  6 Pacific
```

**Figure 12-17**

**Choosing ABC hotels based on location or amenities**

```
       1 At Airport
       2 At City Center
       3 Resort
       4 Business Center
       5 Conference Center
       6 Entertainment
       7 Air Conditioned
       8 Telephone
       9 TV
      10 Computer Terminal
      11 Bar/Hotel
      12 Fitness Center


    MORE !
```

A 180

—————— Travel Services: See the World Today the CompuServe Way   427

Amsterdam that were also in the resort category, and that included fitness centers. Not only that, we limited our choices to hotels in the medium price range (rooms costing $50 to $150). ABC found four hotels that met these search criteria. The first screen from the listing for one of these hotels, the Victoria, is shown in Figure 12-18.

## How to Use ABC's Listings

Many CompuServe members read through the hotel listings before contacting their travel agents so they can make specific requests. As one user of online travel information on CompuServe put it, "I gathered my data, and she (the travel agent) did her thing, then we compared notes. By doing this, it helped speed the process ... and indeed, I identified newly built hotels that she was not aware of."

## TRAVEL-RELATED FORUMS

Forums are covered in detail in Chapter 6. Here we mention those that offer information of interest to travelers.

——————————————— Figure 12-18 ———————————————

**Sample ABC record. This is for the Victoria hotel in Amsterdam**

```
VICTORIA

Damrak 1/6
Amsterdam  1012 LG
Netherlands

Telephone: 20 23 42 55  Telex: 16625
Fax: 25 29 97
Cable Address: VICOHOTEL
Manager: J. Postma

Finder Text: Netherlands, NW Europe
            Central Amsterdam, Centrum District,  City Center

Originally constructed in 1890 and now undergoing major renovation, the Victoria
Hotel is situated in the very heart of Amsterdam overlooking the central railway
station. The main shopping streets and the Royal Palace are only 200 metres
away. Room facilities include colour TV, direct- dial telephone, mini-bar and
air-conditioning. Schiphol Airport is 13 km away, linked to the city by a direct
train service every 10 minutes. Upon presentation of hotel confirmation at
Airport Railway Ticket Office a free first class rail ticket is issued
```

A 181



CompuServe
Information Service

# TODAY

JULY 1981                    PRICE $2.50

CB: America On-Line

Bank-at-Home Debuts

CompuServe On QUBE

The Electronic
Washington Post

Better Homes Offers
Food Information

And More...

Premiere Issue

TMS 0001091
A 182



**LATEST NEWS**            **5**    **12,000 customers and growing**
                                    **CNS offers latest commodities news, prices**
                                    **College Board goes on-line**

**PRODUCTS**               **8**    **MicroQuote Means Business**
                                    *You now have a window on Wall Street with the MicroQuote*
                                    *securities database.*

                           **8**    **Got Your Ears On?**
                                    *CompuServe's CB Simulator turns your personal computer into a*
                                    *good buddy.*

                           **11**   **Bank-at-Home**
                                    *A Knoxville, Tenn, organization is banking on the growing home*
                                    *information industry.*

**FUTURE**                 **12**   **Looking Toward the Future**
                                    *Futurists say today's technology will help us make an even better life*
                                    *for tomorrow.*

**CUSTOMER SERVICE**       **15**   **Q&A**
                                    *Answers to the most frequently asked questions about CompuServe.*

**SUBJECT INDEX**          **16**   *A printed copy for you to tear out and keep.*

**LIFE, LOVE & TRIVIA**    **18**   **Ask Aunt Nettie**
                                    *A sample of Aunt Nettie's weekly on-line column.*

**I.P. SPOTLIGHT**         **20**   **The Washington Post**
                                    *The Post, one of several newspapers on CompuServe, talks about*
                                    *the future of electronic news dissemination.*

                           **22**   **Better Homes & Gardens**
                                    *The nation's 4th-largest magazine sees on-line services as a way to*
                                    *expand its service to readers.*

**CABLE NEWS**             **24**   **CompuServe on QUBE**
                                    *The two-way interactive cable system now offers CompuServe to*
                                    *customers.*

**TECHNOLOGY**             **26**   **The CompuServe Network**
                                    *CompuServe's communications network means reliability and*
                                    *performance to information service customers.*

                           **27**   **Modems**
                                    *Read about various modems and why they're important to you.*

**CUSTOMER PROFILE**       **30**   **Mark Turner**
                                    *For Mark Turner, CompuServe provides a vital communications link*
                                    *in managing his company.*

The Cover: ·
Photograph courtesy of Radio Shack®

TMS 0001092

A 183

# Subjec

The CompuServe Information Service subject index is updated constantly.
For the latest list of subjects and services, access main menu item 5,
CompuServe User Information, or Go IND-1.

For your convenience you may tear out and keep this printed Subject Index.

TMS 0001093

A 184

# t Index



TMS 0001094

A 185

# Now The Washington Post delivers to your home computer.





There's a brand new way to read The Washington Post.

It's an exciting system that links your home computer to each day's news and features through The Post's new "electronic" information service.

You can select from The Post's business and financial reports, editorials and commentary, sports articles, and much more. And you'll even have access to stored information like The Post's Dining Guide, movie reviews, and guides to the new Congress and the Reagan administration.

All information is transmitted via telephone and appears on your computer terminal or television monitor.

So let state-of-the-art technology keep you informed with CompuServe. Just send in the coupon and we'll explain exactly how it works.

**Please send me more information.**

NAME_____

ADDRESS_____

CITY_____

STATE_____ ZIP_____

Mail to: Beth Loker
The Washington Post
1150 15th Street, N.W.
Washington, D.C. 20071

# Introducing your home computer's direct line to The Washington Post.

TMS 0001095

A 186

## I.P. Spotlight

# POST DELIVERS WITH ELECTRONIC EDITION

**Each issue of TODAY will feature Information Providers (I.P.s) to the CompuServe Information Service.**

Suppose that you have never cared much for your local newspaper. National news coverage is minimal, you say, and you find that you don't share much common ground with its columnists. The business news is woefully inadequate, perhaps, and the only sports coverage that could be called extensive revolves around your win-

less Hometown Hotshots. You haven't once agreed with the veteran critic's movie reviews, and the only investment advice you read is so much gobbledygook you might as well put your savings on the Daily Double at Saratoga.

You know, however, that the alternative — no newspaper at all — has always been even less desirable. No news may be good news in certain circles, but to a newsaholic it can be fatal, and to a concerned citizen, downright annoying.

But as of February, 1981, another alternative arrived on the scene. The Electronic Washington Post was "delivered" in cities across the country (Access The Electronic Washington under main menu item

1, Newspapers or Go TWP-1).

CompuServe subscribers, by making a local telephone call and using a hookup known as a modem, were able to view the first electronic edition of The Post on February 17. And every evening since then, a separate staff of Post editors has sent — via telephone lines—some 60 to 70 news, sports and financial stories from the next morning's paper for viewing that night.

Viewers may also choose from such Post offerings as editorials and editorial commentary; Associated Press wire stories; investment, real estate, tax and consumer advice; movie, television, record and book reviews; entertainment guides; and letters to the editor. With the fed-



*Washington Post staff member Sara Fitzgerald enters stories for the electronic edition.*

TMS 0001096
A 187

**I.P. Spotlight**

eral government a major news-maker in 1981, CompuServe subscribers can count on *The Post* for information such as guides to Congress and the Reagan administration, plus other federal government news.

have become more accustomed as an organization to dealing with sophisticated technology as basic manufacturing tools and to some extent as internal information resources," she points out, "the newspaper is certainly not a high

modity to most people."

CompuServe fulfills the present needs of *The Post* in several categories, Ms. Loker says. The information service is targeted to the consumer at home; it was designed as an information and en-

## "We're involved with CompuServe because we want to see if we can give better service to our readers."

*Washington Post* Publisher Donald E. Graham stated in a March 2, 1981 *Post* article, "We're involved with CompuServe because we want to see if we can give better service to our readers this way. We want to learn about this and other ways of bringing the news to people."

*The Post's* involvement is part of a project coordinated by the Associated Press to give its member newspapers experience with electronic publishing. In addition to *The Washington Post*, ten other major regional newspapers — including *The New York Times*, the *Columbus Dispatch*, the *Los Angeles Times*, and the *Norfolk Virginian-Pilot and Ledger Star*—are available electronically on CompuServe's information network.

Publishers, like other information providers on the CompuServe system, are eager to conduct research which will determine what kinds of information home computer users are interested in and what kind of market exists for electronic publishing.

Both Loker of *The Washington Post* stresses the "need to learn" aspect of the newspaper's involvement with CompuServe. "While we

technology company."

She continues, "We need to learn about the technology, its potential and its limitations. We also need to learn a great deal more about the marketplace's needs, desires and acceptance of non-traditional information sources and tools. Will the consumer pay more for the convenience of selectivity, time-shifting and variety?" Ms. Loker also stresses the need for publishers to learn "how to present information in new media. How should our editing and presentation change? What unique resources do these media offer that paper and ink do not? What is taken away?"

Ms. Loker explains that the basic considerations which led *The Washington Post* and other newspapers into electronic publishing "relate to our perception of the marketplace." She elaborates by noting, "we serve the home consumer... This consumer market is changing and has been for some time."

She notes the consumer trend toward home-based activities and also the emphasis in recent years on tailoring one's lifestyle to individual taste and convenience. "Time," she points out, "has become an extremely valuable com-

tertainment service rather than a research tool; it offered the opportunity to include advertising copy; and there was a growing customer base among personal computer owners for other CompuServe offerings such as time sharing computing services, games and personal finance services.

Ms. Loker concludes, "The CompuServe approach was also attractive to us because it is, in fact, interactive and capable of presenting a wide variety of material. This contrasts with other services, both broadcast and cable, which are more limited." CompuServe and its capabilities, then, make for "potential richness" in technological terms for *The Washington Post*.

TMS 0001097

*by Patricia H. Carro*

**21 TODAY**/July 1981

A 188

## Cable News

# QUBE OFFERS COMPUSERVE USING CABLE

In the beginning, there was the personal computer terminal. Then came interactive cable television. These two new technologies have now joined forces, as three leading communications companies join to pioneer the first truly interactive information retrieval service using two-way cable.

In a project involving CompuServe, Warner Amex Cable Communications Inc. and Atari, a subsidiary of Warner Communications and leader in the video game and home computer industry, subscribers of Warner Amex's two-way interactive cable system —called QUBE—can now retrieve a variety of consumer information from CompuServe's data banks.

QUBE, which began service in 1977 in Columbus, Ohio, is a revolutionary new cable service which allows viewers to "talk back" to their television screens by pushing response buttons on a small console. In addition to the "live" community programming which makes use of the unique interactive feature, QUBE's 30-channel system features consumer information, games and the regular cable fare of movies and television programs.

The new service using CompuServe's information system was launched in January 1981. The first terminal, utilizing an Atari 800 personal computer hooked up to a television set, was installed in Columbus, Ohio's City Hall for municipal use. (Columbus is corporate headquarters for CompuServe in addition to being the first city to receive QUBE.) One of the main objectives of the first installation, QUBE officials say, is to learn first-hand how this new



Discussing CompuServe on QUBE are (from left) Jeffrey Wilkins, president of CompuServe; Robert Sullivan, senior vice president, Warner Amex New Business Development; John Schmuhl, vice president and general manager, Warner Amex QUBE; Roger Bederlacher, president, Atari; and James Fischer, senior vice president, Warner Amex Advanced Engineering and EDP Systems

technology can benefit municipal operations in addition to serving business and the general public.

A limited number of QUBE subscribers were chosen to participate in this initial project following a special interactive program in December on QUBE. They are educated on the use of CompuServe services through special interactive "narrowcast" programming which makes use of QUBE's interactive capabilities. By pushing appropriate response buttons on the QUBE console, subscribers are able to interact with instructors on the more complex retrieval techniques. QUBE subscribers can also exchange ideas and experiences regarding the new service by using the two-way communication system.

That service, says Robert J. Sullivan, vice president of business development for Warner Amex, "represents another major step in the evolution of cable television application." He adds, "We see this as a forerunner to several emerg-

ing cable applications, notably in the areas of home shopping, home management and home banking."

By using two-way cable as an information retrieval system, executives of Warner Amex, Atari and CompuServe hope to learn answers to several key questions: How large is the market for an information retrieval service? What type of information and what terminal features will the business person, government official and home consumer find most useful? Officials are also exploring, in this initial stage of the project, appropriate pricing structures for such a service.

QUBE subscribers have access to the full CompuServe data base — news, weather and sports via wire services, home information from Better Homes & Gardens, stocks and financial information, personal finance services, entertainment and electronic editions of major daily newspapers such as The New York Times and The Washington Post. As CompuServe adds new features to its information service, QUBE subscribers will have access to those as well.

*by Patricia H. Carro*

TMS 0001098

A 189



CompuServe
Information Service

# TODAY

JANUARY 1982          PRICE $2.50

Space War!

Comp U-Star
on CompuServe

How Much Are
You Worth?

Industry
Watch

And More...

TMS 0001076

A 190



# TODAY

**LATEST NEWS**

5 **Middlesex Completes Newspapers on CompuServe**
**CompuServe Announces Major Network Service**
**New Offering Can Save You a Bundle**
**World Book Encyclopedia, CompuServe Sign Pact**

**PRODUCTS**

6 **Space War!**
*Enemy space ships and crystallized clouds. Conquering the universe has never been so much fun.*

9 **Blackjack: It's a Gamble!**
*Can't make it to Las Vegas this weekend? Play against the dealer in CompuServe's blackjack game.*
**Concentration Can Be Consternating**
*Your screen turns into a stage with numbered "doors" hiding "prizes," like the TV game show.*

10 **Talk Shop with Comp-U-Star**
*Call up crystal, tune in TVs–all on your personal computer. Electronic shopping has arrived.*

13 **FINTOL Answers Your Financial Questions**
*From mortgage loan calculations to salary schedules, FINTOL can answer your personal financial questions.*
**How Much Are You Worth?**
*Determine your assets and liabilities the easy way with our program which prompts you with all the questions.*

**CABLE NEWS**

14 **CompuServe Encourages Data Services for Cable**
*CompuServe is working to establish data services as an important part of the cable TV industry.*

**CUSTOMER SERVICE**

15 **Q&A**
*Answers to the most frequently asked questions about CompuServe.*
30 **Magazine, Manuals Available to Customers**
*Customers receive TODAY magazine and our Update newsletter as part of their CompuServe subscription, but other printed material is available upon order.*

**SUBJECT INDEX**

16 *A printed copy for you to tear out and keep.*

**LIFE, LOVE & TRIVIA**

18 **Ask Aunt Nettie**
*Our on-line authority on everything discusses guidelines for using CB and bulletin boards.*

**TECHNOLOGY**

20 **CIS Customers Will Benefit from Network Expansion**
*More and more customers can access CompuServe directly as the result of a massive network expansion program.*

**CUSTOMER PROFILE**

22 **Al Smith: Computing is a Family Affair**
*Al Smith uses his microcomputer at work, but when he takes it home, microcomputing becomes a family activity.*

**INDUSTRY WATCH**

24 **Is There a Microcomputer in Your Future?**
*Read why microcomputing is becoming an increasingly popular activity. Also read brief news announcements within the microcomputing industry.*

**FUTURE**

28 **Dear Mom and Dad:**
*Ricky writes home from summer camp, only this is no ordinary letter and no ordinary camp.*

The Cover:
An artist's conception of CompuServe's Colossal Cave.

TMS 0001077

A 191

## NEW OFFERING CAN SAVE YOU A BUNDLE

Refundle Bundle, a clearinghouse for consumer information about making and saving money through manufacturers' refund offers, is now an information provider on the CompuServe Information Service.

For the veteran refunder and novice alike, Refundle Bundle offers valuable hints and tips on such topics as what to save from packages and how to save it, definitions of terms involved in refunding and descriptions of the various kinds of refund offers, such as the "form required" versus "no form required." An interactive section is also available through which readers can receive answers to specific questions.

CompuServe subscribers can access this information for the standard rate of $5 per hour weekday evenings, all day Saturday, Sunday and holidays. Weekday daytime access is also available. To access the service, a subscriber needs a personal computer or terminal, a telephone and a modem. The Refundle Bundle is accessible through main menu item 7, Home Information, or Go TRB-1.

## WORLD BOOK ENCYCLOPEDIA, COMPUSERVE SIGN PACT

The CompuServe Information Service has signed an agreement with World Book Encyclopedia to cooperate in developing the online electronic version of the encyclopedia.

Robert King, chairman of the board of directors at World Book, a subsidiary of Scott & Fetzer Company, said, "We welcome the opportunity to work with the CompuServe Information Service to make the World Book Encyclopedia available in the new, exciting videotex format. We expect to develop significant new services utilizing our existing database, both for the home and business markets. This service will add a new dimension to the printed edition of World Book."

When development is completed, CompuServe subscribers will be able to access the World Book service for the standard service charge weekday evenings, all day weekends and holidays. Weekday daytime access will also be available. Currently there are over 19,000 personal computer and terminal owners who use the CompuServe Information Service in their homes and offices across the country.

CompuServe is available through a local telephone call in more than 260 U.S. cities and in Canada.

## COMPUSERVE ANNOUNCES MAJOR NETWORK SERVICE

CompuServe Incorporated has announced the formation of ComLink, a major new network service for the value-added network (VAN) market (see related story under the heading "Technology").

ComLink customers will be able to access their own host computers via the CompuServe data communications network, obtaining many of the advanced features that CompuServe customers have come to expect.

"We have initiated an ambitious network expansion program designed to bring the full advantage of ComLink communications to over 300 domestic locations by the end of 1983. The combined needs of CompuServe's remote computing customers, the CompuServe Information Service and ComLink customers will make this growth possible," said Alexander B. Trevor, executive vice president, CompuServe network services.

Current market research indicates a high level of prospective customer interest in the company's new VAN offering. This is due to the CompuServe network's reputation for high reliability and responsiveness throughout the industry.

CompuServe has 26 commercial marketing offices across the country marketing computer services to more than 700 major corporations, financial institutions and government agencies.

## MIDDLESEX COMPLETES NEWSPAPERS ON COMPUSERVE

The addition of The (Framingham, Mass.) Middlesex News to CompuServe's stable of electronic newspapers completes the original list of newspapers who had agreed to offer an electronic edition of their news.

The Columbus Dispatch was the first newpaper to join CompuServe on July 1, 1980. Since then, the newspapers joined the CompuServe Information Service *(continued on page 13)*

*(continued on page 13)*



# A Window on the World

The Middlesex News (Framingham, Mass.), has joined ten other newspapers across the country in helping to pioneer a computer information network for use in homes and businesses all across the nation.

The Middlesex VideoNews, as the electronic edition is called, is covering the Boston—Eastern Massachusetts area with sections on restaurants, theaters and movies, sports, breaking national and state news, personal columns, Classified Advertising and a special section with emphasis on local news mirroring its printed pages.

Subscribers also have access to the CompuServe Information Service, a nationwide network of computerized information and entertainment.

*The Future Is Now*
*And The Middlesex News*
*Is A Part Of It All!*

## The MIDDLESEX VIDEO NEWS

(617) 872-4321

A Division of Harte-Hanks Communications

TMS 0001079

A 193

**Products**

# FINTOL ANSWERS YOUR FINANCIAL QUESTIONS

Think of FINTOL as a set of computerized financial tools. Just give the command, and the FINTOL tools will go to work for you, figuring solutions to common financial problems.

If you're considering buying a home, for instance, FINTOL can tell you the amount of your monthly mortgage loan payment. Money in the bank? FINTOL will provide compound interest calculations, plus the sum of a periodic investment, sinking fund deposit, and present value. Other FINTOL features include depreciation analysis and compound growth rate calculations.

Let's return to that mortgage question, and command FINTOL to display its loan amortization program. FINTOL tells us, "This program computes mortgage loan values and will print an amortization schedule given any three of the four loan values:

1) *interest rate*
2) *monthly payment*
3) *life of the loan*
4) *amount of the loan*

Enter values for three of the four following inputs and a zero for the one you wish computed. . ." FINTOL tells you. If you're buying a home for $50,000 and you're making a $20,000 down payment, you know that the amount of the loan is $30,000. You also know that the current interest rate is 17.5% and the life of the loan is 30 years. FINTOL then tells you that the monthly payment is $493.90 and the total interest you pay on the loan is $128,363.00. If you wish, FINTOL will then provide an amortization schedule.

Other FINTOL programs guide the user with the same types of brief explanations and descriptive prompts. Use FINTOL by selecting MicroNET Personal Computing, main menu item 9 and typing R FINTOL.

## HOW MUCH ARE YOU WORTH?

Determining what your assets and liabilities are is no easy task to undertake on your own. To be sure, certain procedures are rather elementary — adding up the worth of your house, money you have in savings accounts, for instance. In fact, you may think you have a fairly good estimate of your assets and liabilities.

But wait a minute. Didn't you forget to include the cash in your individual retirement account? And how about the diamond pendant you inherited from Aunt Bessie? Did you enter that $750 loan you owe to your brother-in-law under liabilities? Perhaps not. However, such information must be included for any true accounting of your net worth. Hmmmm. . . maybe this procedure isn't so simple, at that.

The CompuServe Information Service has the answer, with a Personal Assets/Liabilities Program. By asking you the proper questions and recording your monetary answers, the program offers a precise system for determining your total assets and liabilities.

The program, of course, operates accurately only with your help. You, not the computer, must have the financial facts at hand. You must know the cash value of your life insurance policy, for instance, and the approximate worth of that diamond pendant.

The program acts as a kind of "prompter," by listing categories you may not have considered. The program then totals your net worth by adding up your responses in various categories and subtracting the amount of your liabilities.

Of course, the personal financial information that you enter on the CompuServe Information Service is totally confidential.

You can find the Assets/Liabilities program by choosing MicroNET Personal Computing, main menu item 9, and typing R WORTH.

*by Patricia H. Carro*

---

(continued from page 5)
one at a time to help pioneer the world of electronic newpapers.

Each newspaper offers an electronic edition of their daily news over CompuServe. In many cases the news appears on CompuServe before it appears in the printed edition of the newpaper.

In addition to the newspapers, The live Associated Press news wire is available continuously. The news is unedited and is updated as AP reporters around the world file their stories for transmission over the AP wire.

In addition to *The Middlesex News*, the other newspapers and The Associated Press can be found under main menu item 1, Newspapers, and include *The Columbus Dispatch*, *The New York Times*, *The Washington Post*, *The St. Louis Post-Dispatch*, *The (Norfolk, Va.) Virginian-Pilot and Ledger-Star*, *The Atlanta Constitution and Journal*, *The Minneapolis Star and Tribune*, *The San Francisco Examiner*, *The San Franciso Chronicle* and *The Los Angeles Times*.

## Cable News

### COMPUSERVE ENCOURAGES DATA SERVICES FOR CABLE

Which came first, the chicken or the egg?

That question has been deliberated for years, but now, in terms of data communications, the query has taken on new meaning. And CompuServe is looking for some answers.

In this case, the dilemma isn't with chickens and eggs, but with multiple systems operators (MSOs) and cable equipment manufacturers. However, the same chicken-and-egg quandary applies.

According to George Minot, senior vice president at CompuServe, time sharing networks are looking for a viable alternative to increasing local telephone charges, especially now, with the knowledge that time and distance tolls for local calls are already in effect in the greater Boston area.

It is Minot's opinion that within three years, cost effective data transmission will take place over wide-band coaxial cables, the same kind of cable used to transmit clearer television images on home TV sets.

However, says Minot, it's been a tough struggle to convince cable company operators and potential cable equipment suppliers that two-way data transmission is one wave of the future that stands to benefit all sides. But who will be first to commit to development? Back to the chicken-and-egg dilemma.

Minot explains that cable operators have directed their attention more toward acquiring urban franchises than they have in developing enhanced services,



George M. Minot

among them, data transmission. He also feels that it is only a matter of time, within just a few years, before receiving thirty channels in a home won't produce enough revenue to support a particular cable franchise in urban areas. And that is where CompuServe steps in. Cable operators and their equipment manufacturers are slowly realizing the benefits of enhanced services. How is the evolution taking place? "You try to explain from the ground up what data communications is, what the size of the industry is, what the problems are, and what we see as the opportunities for somebody to step in and take the dollars that we're all spending for local telephone service, and tell them you can have a big chunk of that business,' " says Minot.

He also explains that cable companies are making promises

in order to gain urban franchises that may not be kept easily because of a lack of awareness of the technology it takes to fulfill the promises.

Furthermore, cable equipment manufacturers are not encouraged to spend additional dollars to develop the technology because cable operators currently don't show an overwhelming interest in it. Who will give in first? Chickens or eggs again.

Minot, however remains undaunted.

"We're in the middle trying to make it happen because we think it is important in the long term," he explains. "For example, we called a meeting of the 12 major manufacturers, the vendors, back in May. We hired a consultant to find out who the right people were, who were the leaders in the industry. Since we were outsiders, we actually had the consultant set it up. We held a meeting in Chicago and presented what we thought the industry needed technically in order to make it a business for us and for the MSOs.

"It was a beginning. Then we had our vice president of research and development go to a cable television engineering conference to make a speech."

The evolution of the technology and the increased awareness take time to happen. Minot feels that the light at the end of the tunnel is beginning to glow a little brighter, and that it's merely a matter of time until two-way data transmission through coaxial cables becomes state-of-the-art.

*by Glady J. Fazio*

TMS 0001081

A 195



TMS 0001082

A 196



TMS 0001083



A CompuServe Publication    January, 1985    $2.50

# the TODAY

## THE COMPUTER COMMUNICATIONS MAGAZINE

Database
Downloading

SuperSite Demographic
Retrieval System

Information Hotlines

TMS 0054628

A 198



## SUPERSITE LISTS DEMOGRAPHICS

Gathering the demographic information you need to make business decisions can be expensive, time consuming and frustrating. That's why CompuServe is offering SuperSite™, a powerful demographic retrieval and reporting system. Whether you're deciding where to locate your next franchise, determining your sales territories, or allocating your advertising dollars, SuperSite can help you make sound business decisions and avoid costly errors.

SuperSite information comes from CACI, a management consulting firm specializing in demographic analysis. Information is provided for every ZIP code and county in the United States and comes from such sources as the U.S. Census Bureau, the Bureau of Labor Statistics, the National Cancer Institute and government population studies.

Demographic forecasts are developed using a sophisticated modeling approach rather than simple linear extrapolations. This attention to detail is what makes SuperSite such a valuable decision support tool.

There are two categories of reports in SuperSite: demographic and sales potential. Demographic reports contain data from the 1980 U.S. Census, with annual updates to reflect current conditions. There are 12 demographic reports covering income, housing, education, employment, general demographics and forecasts. The sales potential reports cover 16 types of retail business and three types of consumer financial institutions. These reports measure consumer spending power for any ZIP code or county.

All SuperSite reports are preformatted and are of presentation quality. You simply specify the areas you want to look at and the reports you need. The information is displayed immediately for you to review or print on hard copy. Each report has a surcharge, with prices ranging from $25 to $50 for demographic reports and $65 to $85 for sales potential reports. You are shown the cost of your requested reports before they are displayed so that you may discontinue the run without being surcharged. Demonstration reports are provided at no extra cost to illustrate the information shown on each report.

SuperSite is available by selecting "Demographics" from the Decision Support menu in the Executive Information Service, or by simply typing GO SITE at any prompt. We encourage you to browse through the demonstration reports to get an idea of the quality and depth of information available through SuperSite.

— *Kevin Knott*

Online Today 10

TMS  0054629



INCLUDES
MONEY-SAVING
OFFER FROM
COMPUSERVE.
SEE DETAILS
INSIDE.

TMS  0054630

A 200

# Alfred Glossbrenner's Master Guide to CompuServe®

Alfred Glossbrenner

A Brady Book
Published by Prentice Hall Press
New York, New York 10023

TMS 0054631

A 201

Copyright © 1987 Alfred Glossbrenner.
All rights reserved,
including the right of reproduction
in whole or in part in any form

A Brady Book
Published by Prentice Hall Press
A Division of Simon & Schuster, Inc.
Gulf + Western Building
One Gulf + Western Plaza
New York, New York 10023

PRENTICE HALL PRESS is a trademark of Simon & Schuster, Inc.

Manufactured in the United States of America

10  9  8  7  6  5  4  3  2  1

Library of Congress Cataloging-in-Publication Data

Glossbrenner, Alfred.
    Alfred Glossbrenner's Master Guide to CompuServe.

    "A Brady book."
Includes index.
1. On-line data processing.  2. Information
storage and retrieval systems.  I. Title.  II. Title:
Master Guide to CompuServe.
QA76.55.G58  1987          005.7              87-1300

    ISBN 0-13-159302-1

TMS  0054632

A 202

As an online reader, this is both a plus and a minus. Simply displaying the more than dozen menus that are available at any one time takes longer, to say nothing of reading all of the headlines. Thus, you may find the most efficient way to use this feature is to download and capture all of the headline menus. You can speed up the display process by firing off several bursts of <ENTER>'s the first time you are prompted to "Enter choice or <CR> for more !".

Write the material to disk, sign off, and print it out. Then review the headlines at your leisure—without paying connect time charges. Next circle the menu pages of the stories you want. Then sign back on and GO directly to those pages to request the articles.

## Information and Commentary

### SUPERSITE: Demographics and Geodemographics Online

When asked why he robbed banks, Willy Sutton, one of the more famous members of the profession, is said to have replied, " 'Cause that's where the money is." It makes a kind of off-beat sense when you think about it. And a variation of his answer makes even more sense should a legitimate businessperson be asked why he or she opened a store at a given location: "Because that's where my customers are." If you listen closely, though, the individual's reply may trail off into a mumble that can be translated as, ". . .I think. At least I hope there are enough people around here with enough money to buy my products or services."

The fact of the matter is that most businesspeople—particularly most small businesspeople—cannot respond with Willy Sutton's certainty. Too often important business decisions are made on the basis of a hunch and a prayer, and as Small Business Administration figures repeatedly show, the failure rate is appallingly high.

SUPERSITE, a feature produced by CACI, Inc., and offered to CompuServe Executive Option subscribers, can't solve all of a small business's problems, but the demographic data it makes available can give any businessperson a degree of certainty unavailable any other way. CACI began its corporate life as an official summary tape processor of the 1970 U.S. census. But it quickly realized that the U.S. economy and population change so fast that one official census every 10 years couldn't possibly provide the kind of information businesses need. So the company established a Board of Demographers and developed a

TMS  0054633

A 203

number of proprietary techniques for projecting age, income, population, and other data into the future.

That was only the beginning, though. Both the database and the techniques have been developed and refined to the point that, for a fee, you can now get an instant report on any ZIP code or U.S. county. You can also search on the basis of Metropolitan Statistical Area (formerly Standard Metropolitan Statistical Area or, SMSA), and Arbitron or Nielsen television market. Reports include general demographics, income, housing, education, employment, and 1985 and 1990 forecasts.

SUPERSITE also offers reports on the sales potential of some 16 major types of retail stores, like this excerpt from one for the footwear business:

```
                 FOOTWEAR STORE SALES POTENTIAL REPORT
                      1986 RETAIL MARKET POTENTIAL FOR
                      FOOTWEAR STORE MERCHANDISE
ANYZIP,                     AREA REFERENCE:           INCLUSION/EXCLUSION
U.S.A.
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
•                   1980 CENSUS   1986 UPDATE   ANNUAL CHANGE        •
•    POPULATION         38946         45648         2.68%            •
•    HOUSEHOLDS         12370         15190         3.48%            •
•    MEDIAN HSHLD INCOME $ 24080      $ 37850        7.83%            •
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
MARKET POTENTIAL INDEX:  104.7                ECONOMIC REGION:
MARKET GROWTH INDEX:     102.7                  MIDWEST METRO
TYPE OF EXPENDITURE:              MPI         ANNUAL      ANNUAL      ANNUAL
1986                           (BASE=100)     TOTAL      $ PER       $ PER
                                            (THOU $)     HSHLD      CAPITA••
-------------------------------------------------------------------------
TOTAL FOOTWEAR STORE MRCH.       104.7        7606.0     500.72     166.62
MENS' FOOTWEAR:  SHOES           110.2        2125.5     139.92     144.08
  (AGE 18+)      SPORT SHOES      114.1         171.9      11.31      11.71
                OTHER            109.6         163.6      10.77      11.15
BOYS' FOOTWEAR:  SHOES            99.0         462.6      30.45      59.78
  (AGE <18)      SPORT SHOES      99.7         207.3      13.65      26.79
                OTHER            100.6          52.5       3.46       6.79
LADIES' FOOTWEAR: SHOES          108.4        3254.9     214.28     204.69
  (AGE 18+)      SPORT SHOES      114.8         122.9       8.09       7.73
```

In addition, SUPERSITE offers ACORN (A Classification Of Residential Neighborhoods) reports. CACI has created 44 neighborhood/market segments, which taken together define the salient demographic characteristics of every household in the country. This makes it possible for a

TMS  0054634

C H A P T E R

# 15

---

# *Travel Services: Join CompuServe and See the World*

CompuServe offers a plethora of travel-related services—everything from Rocky Mountain Connections, a service that provides extensive ski information for the western states, to Discover Orlando, a service with all the information you could want about the number 1 tourist destination in the world. Like most of CompuServe's travel services, Discover Orlando uses a simple menu-driven approach to guide you in selecting information on Walt Disney World, EPCOT, and the Kennedy Space Center, as well as hotels and motels, area dining, entertainment, and campgrounds. You can even make reservations at and purchase discount coupons for many of the area attractions through the service.

## Getting the Big Picture

To tap into CompuServe's travel-related services, the thing to do first is GO TRAVEL and enter the selection for "What's New in Travel":

```
CompuServe                    TRAVEL

TRAVEL AND LEISURE
 1 SKI AMERICA
 2 What's New in Travel
 3 Air Information/Reservations
 4 Hotel Information
 5 Car Information
```

395

TMS 0054635

A 205

396 • *Alfred Glossbrenner's Master Guide to CompuServe*

```
        6 Tours and Cruises
        7 U.S. Domestic Information
        8 International Information
        9 Travel Potpourri
       10 Forums
       11 Aviation

      Enter choice 12


      One moment please...

      CompuServe                    WNT-1

      WHAT'S NEW IN TRAVEL

        1 Wrap up Holiday Travels w/OAG
        2 Cruise Travel
        3 SEALDM COMPETITION Update
        4 GO SKIING!
        5 Previous What's New Articles
        6 Adventures In Travel,
          Cruising the Caribbean
        7 Subscriber *SPECIALS*
        8 How To Use Travel Services
        9 Your Comments/Suggestions

      Enter choice 1
```

Next, choose "How to Use Travel Services," item 8 on the "What's New in Travel" menu. This will cause the following page to be displayed:

```
      CompuServe                    WNT-9

      HOW TO USE COMPUSERVE'S TRAVEL
      SERVICES

        1 Guided Tour of Travel
          Services
        2 Index to Help You Find the
          Services You're Looking For

      Enter choice 1!

      CompuServe                    WNT-4

        1 Introduction
        2 Air Information/Reservations
        3 Hotel Information
        4 Car Information
        5 Tours and Cruises
        6 U.S. Domestic Information
        7 International Information
```

TMS  0054636

A 206

```
        8 Travel Potpourri
        9 Travel Forums

        Enter choice !
```

Obviously, you could have entered GO WNT-4 to get to this What's New in Travel page directly. We took you the long way around because it let us give you some idea of the wide range of travel services actually available. Now that we are here, the best thing to do is set your comm program to capture information and download all of the items on this menu. This is the fastest way we know to get a comprehensive overview of CompuServe's travel-related services. Remember that as always you can go directly from the "Last page !" prompt of one menu item to the start of the next simply by entering the desired menu selection number. You do not have to keep returning to the "WNT-4" menu. So enter 1, and when you see "Last page !," enter 2, and so on, to get all of this information.

There is a lot of information to get, for the services are numerous and extensive. However, we think it is a good investment in connect time because it is really the only way to discover all of the services and capabilities you have at your command. Print out the download and store it with your *Users Guide* for easy reference.

## Using the WNT Travel Index Feature

If you're in a hurry you can try the index feature on page "WNT-9" shown here. This will generate a "menuized" list of some 47 general travel-related topics. When you choose an item from one of these menus, you will see a subsidiary menu, and so on, until you have been guided directly to the services you seek. For example, suppose you wanted to locate all of the features on the system that you can use to find out about hotels and other accommodations. Here is what you would do:

```
        CompuServe                     WNT-9

        HOW TO USE COMPUSERVE'S TRAVEL
        SERVICES

        1 Guided Tour of Travel
          Services
        2 Index to Help You Find the
          Services You're Looking For

        Enter choice !2
```

TMS 0054637

A 207

```
CompuServe                      WNT-11

Select the kind of service you
are interested in and the
products' GO commands for that
topic will be displayed.

 1 Accommodations
 2 Advisories, Travel
 3 Air Mileage
 4 Airline Information
 5 Camping
 6 City Information

Enter choice or <CR> for more !!

CompuServe                      WNT-13
Which type of Accommodation:
  1 Hotels/Motels
  2 Bed & Breakfast
  3 Condominiums/Cottages
  4 Country Inns
  5 Resorts

Enter choice !!

CompuServe                      WNT-14

HOTELS/MOTELS
 ABC Hotel Guide            HOTELS
 AMEX(R) ADVANCE            AXP
 OAG Electronic Edition     OAG
 Rocky Mtn. Connections     ROCKIES
 Sun 'N Sand Vacations      SNS
 Vermont Tourism            VERMONT
 Worldwide Property Guide   WWX

      Last page !
```

The words listed in the right column of page "WNT-14" are Compu-
Serve Quick Reference Words, of course. So your next step (at the "Last
page!" prompt or any other system prompt) would be to enter GO HO-
TELS or one of the other words on the list.

## The ABC Worldwide Hotel Guide

There is so much material about hotels and accommodations available
that we could spend the rest of this chapter on that topic alone. How-
ever, as an example of what you can expect, we'll look at the ABC
Worldwide Hotel Guide. Not only is it a good service that makes good
use of the power of the computer, it is also the stuff dreams are made of.

TMS  0054638

A 208

With just a little imagination and the Guide, you can mentally transport yourself anywhere in the world.

We'll show you what we mean. We began using the Guide without any specific location in mind. We ended up in Nice, France. Paris would have been too obvious and easy. Besides, we've never been to Nice. Here is the sequence we followed:

```
Last page ! GO HOTELS


CompuServe                    HOTELS

HOTEL INFORMATION
  1 ABC Worldwide Hotel Guide
  2 OAG Electronic Edition
  3 SUN AND SAND Vacations
  4 American Express (R) ADVANCE
  5 Worldwide Property Guide

Enter choice: 1!


One moment please...


CompuServe                    ABC-1

ABC WORLDWIDE HOTEL GUIDE

  1 What is ABC Worldwide Hotel
    Guide?
  2 Worldwide Hotel Listings
  3 How to Use ABC Worldwide
    Hotel Guide
  4 Index to Countries
  5 Feedback

Enter choice 1
```

If you find that you will be using the Guide frequently, we definitely recommend that you download items 1, 3, and 4 from this menu. However, you really don't have to do this to start using the service. If you just want to give the service a try, enter 2 to access the "Worldwide Hotel Listings." Here is what you will see:

```
Please enter Country or 2-letter State Code: FRANCE
Please enter City: NICE
```

It is important to point out that there appears to be a bug in the program at this point. If you enter a state or country or city incorrectly or if

TMS 0054639

the system has no information on your correctly entered request, it says No Hotels Found, and returns you to the "Please enter Country" prompt. In our testing of this, we could find no way to get out. Even CompuServe's universal scram command, Control-C, would not work. The only way to solve the problem is to feed the system *something* and let it take you to a succeeding menu. From there you can GO someplace or move around within the Guide. In any case, here the system responded with

```
37 Hotel(s) Found

CompuServe                    QKO-100

1 Display Hotel List

2 List Options for Narrowing
3 Narrow by Location/Amenities
4 Restore Previous Selection Set

5 Begin a New Search
6 Exit Search

Enter choice ! 3
```

If you wanted to, you could begin looking at the actual hotel information right now (item 1). But 37 hotels is a lot of hotels, so we opted to look at item 2, "List Options for Narrowing." That produced a menu ("QKO-6") that offered price range, exact hotel name, hotel chain, and location/amenities. We chose the last item, and these are the pages that were then displayed:

```
CompuServe                    QKO-15

1 At Airport        8 Air Condi,
2 At City Center    9 Telephone
3 On Beach         10 TV
4 Resort           11 Bar/Hotel
5 Business Ctr.    12 Fitness Ctr.
6 Conf. Center     13 Restaurant
7 Entertainment    14 Coffee Shop

Enter choice or <CR> for more !

CompuServe                    QKO-16

1 Parking/Hotel     8 Handicapped
2 Outdoor Pool          Facilities
3 Indoor Pool       9 24 hr Porter
4 Golf             10 Casino
5 Tennis           11 Babysitting
6 Hotel                Services
```

TMS  0054640

```
    7 Watersports    12 Pets Allowed

    Last menu page, enter choice !
```

Using a combination of the choices and the other options available for reducing the number of hotels on the list, we got things narrowed down to 17 hotels and decided to take a look:

```
                              QKO

    1 Atlantic Hotel
Nice, France
    2 Beach Regency Hotel
Nice, France
    3 Hotel Bedford
Nice, France
    4 Hotel Brice
Nice, France
    5 Busby
Nice, France

    Enter choice or <CR> for more 15

CompuServe                    QKO-8292

        BUSBY

    38 RUE MARECHAL JOFFRE, 06000 NICE,
    ALPES-MARITIMES, FRANCE
    Tel: 93.88.19.41  Tx: 461053
```

This hotel dates from 1910, but was completely renovated and fitted with all modern comforts in 1980. It is situated in the center of Nice, in one of the most fashionable areas, about 200 meters from the Promenade des Anglais, and near the casino, the gardens and the sea. The Hotel Busby has 80 rooms, all with direct dial telephone, and is conveniently located only 6km from Nice Cote d'Azur Airport.

```
Press <CR> for more !
CompuServe                    QKO-8292

Rates (Meal Plan: CP).
<TAB>Single with bath:    $32'     $36
<TAB>Twin with bath:      $47      $51
Credit Cards: Amex, Diners Club, Visa

Facilities
(In Rooms) Direct dial telephone
(In Hotel) Bar, restaurant (French Cuisine), coffee shop,
24-hr porter, concierge, self parking, valet/laundry service,
facilities for handicapped, dogs/pets permitted, elevator
Languages Spoken: French, Italian, Spanish.

    Last page !
```

TMS 0054641

A 211

As we said, given the listings in the ABC Worldwide Hotel Guide and a little imagination, you can transport yourself virtually anywhere.

## The Official Airline Guide and TWA Travelshopper

To investigate more down-to-earth forms of transport, you might want to check the TWA Travelshopper or the electronic edition of the Official Airline Guide (OAG). Both are surcharged services. Using Travelshopper during prime time costs an additional $6 an hour; during standard time (evening hours), costs an additional $3 an hour. For the OAG, the surcharges are $32 and $21 an hour for prime and standard time, respectively.

"Travelshopper" may not be the most descriptive of names—it has nothing to do with buying luggage, duty-free perfume, or other travel-related goods—but both Travelshopper and the electronic OAG can help you locate the lowest fares and most convenient flights. Some users report finding fares and flights on these services that the airlines don't like to admit exist. Should you ever encounter a situation like this, the electronic OAG and TWA Travelshopper may supply the conviction (and hard evidence) you need to stick to your guns.

As you can see from the following menus, both services offer information and explanatory material online, and both have toll-free customer service/assistance numbers:

```
        CompuServe              FLIGHTS

     AIR INFORMATION/RESERVATIONS

        1 OAG Electronic Edition
        2 Travelshopper

        Enter choice !


CompuServe        OAG-1      TRAVELSHOPPER           TWA-1

OFFICIAL AIRLINE GUIDE EE     TRAVELSHOPPER (sm)

  1 How to use OAG EE          1 Introduction to TRAVELSHOPPER
  2 OAG EE Feedback            2 Commands in TRAVELSHOPPER
  3 Accessing OAG EE ($)       3 Enrolling in TRAVELSHOPPER
  4 SKI AMERICA                4 Expert Mode Information
                               5 Access TRAVELSHOPPER ($)
  OAG Help Desk:               6 Talk to TWA
    U.S./Hawaii:  800-323-4000 7 SKI AMERICA
    Outside U.S.: 312-682-4455 ****************************
                               * TWA Help Desk: 800-TWA-1011 *
                               ****************************

                               Enter choice !
```

TMS 0054642

A 212

Although it's not obvious from these two lead menus, both services can not only supply you with current flight schedule information, they can also be used to check prices and actually make a reservation and order a ticket. The OAG is owned by the Dun & Bradstreet Corporation. And, at least in part to facilitate ticket ordering and the checking of seat availability, D&B purchased Thomas Cook Travel.

With access to Thomas Cook's travel agency services, OAG users now have some seven different ticketing options online. These include next-day delivery by Federal Express and the option of picking up your ticket at the terminal without the additional fee (about $20) charged by the airlines and passed on by most travel agents (OAG absorbs the fee).

Both the OAG and Travelshopper are separate from the CompuServe system, and when you choose to use one of them you are gated through to the system of your choice. That's fine, but it does mean that you'll have to become familiar with a whole set of non-CompuServe commands (lists of these are available online, of course).

We found both services very easy to use. For example, here is a small portion of an OAG Electronic Edition session designed to locate all flights and fares between Los Angeles, California, and Cleveland, Ohio:

```
          ENTER DEPARTURE CITY NAME OR CODE
---------->   lax
          ENTER DESTINATION CITY NAME OR CODE
---------->   cleveland
          ENTER DEPARTURE DATE
          OR PRESS RETURN TO USE 11 DEC
          OR ENTER 99 FOR FARES ON ALL DATES
---------->   99


                        FARE MENU

          FARES FOR               FARES FOR
          DIRECT FLIGHTS          DIRECT FLIGHTS
          AND CONNECTIONS         ONLY
          ---                     ---
          1  COACH AND BUSINESS CLASS FARES      6
          2  FIRST CLASS AND EQUIVALENT FARES    7
          3  COACH, BUSINESS AND FIRST CLASS     8
          4  ADVANCE-PURCH AND EXCURSION FARES   9
          5    ALL OF THE ABOVE FARES           10

          PLEASE ENTER A NUMBER
---------->   9
          FARES IN US DOLLARS        OPEN DATE
          SELECTED FOR LAX-OLE
```

TMS 0054643

A 213

```
 #   ONE-WAY  RND-TRP ARLN/CLASS FARECODE
     NO LOWER FARES IN CATEGORY
 1•         198.00   AA/Q    QHLE30
 2•         198.00   AA/Q    QE30Z23G
 3•         198.00   UA/Q    QE30D23G
 4•         198.00   UA/Q    QHLE30
 5•         198.00   AA/Q    QE30Z23G
 6•         198.00   AA/Q    QHLE30
 7•         238.00   AA/Q    QE30X23G
 8•         238.00   UA/Q    QE30X23G
       ENTER L# TO VIEW LIMITATIONS
     ENTER +,L#,X#,S#,R#,M,RF(#=LINE NUMBER)
---------    L1

     LIMITATIONS DISPLAY        OPEN DATE
     LAX-CLE:    CLASS:Q  FARECODE:QHLE30
     AMERICAN AIRLINES
     FARE DESCRIPTION: EXCURSION FARES
     BOOKING CODE: Q
     FARE IS ONLY AVAILABLE FOR TRAVEL FROM
     27 NOV 86 THRU 29 NOV 86; AND FROM 23
     DEC 86 THRU 24 DEC 86; AND ON 31 DEC
     86; AND FROM 13 APR 87 THRU 14 APR 87.
     TRAVEL MUST BEGIN ON OR BEFORE
     15 DEC 86.
     PRESS RETURN TO VIEW MORE LIMITATIONS
     ENTER S TO VIEW SELECTED AA SCHEDULES
     ENTER F TO RETURN TO FARES DISPLAY
```

We've added the arrows to the left to make it easier for you to follow what we entered. As you can see, a 40-column display all in uppercase letters is not very easy to read. We know from calling OAG customer service, however, that the database is available in upper- and lowercase. Apparently a decision has been made here to offer the lowest common denominator format.

Indeed, due to the separate command structure, both the OAG and Travelshopper will take some getting used to. This combined with the surcharges may make a casual traveler think twice about using the system, although anyone who routinely uses the pocket OAG printed guide will take these services immediately. And getting your information online has a particular advantage—frequent updates. The OAG updates its information as that information changes in the airlines' computers. According to TWA Travelshopper, "flight availability and fares are updated on an 'as needed' basis through a complex communications link operated by the airline industry. This means TRAVEL-SHOPPER provides you with the most up-to-date information to assist you in finalizing your travel plans."

TMS  0054644

A 214



A Macmillan Book Club Alternate Selection

ISBN 0-13-159302-1

TMS  0054645

A 215

# PAGES A-216 – A-237 REDACTED

# PAGES A-238 – A-299 REDACTED

# PAGES A-300 – A-321 REDACTED

# PAGES A-322 – A-328 REDACTED