IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC<br><br>　　　Plaintiffs,<br>　　　Counterclaim-Defendants,<br><br>　　　v.<br><br>TRIBUNE MEDIA SERVICES, INC.<br><br>　　　Defendants,<br>　　　Counterclaim-Plaintiffs | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-cv-725-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TV GUIDE'S UNOPPOSED MOTION
REGARDING THE REMAINING BRIEFING DEADLINES**

OF COUNSEL:

Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
Ropes &Gray LLP
1211 Avenue of the Americas
New York, New York  10036
(212) 596-9000

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
Vladamir V. Radovanov
Gemstar-TV Guide International, Inc.
6922 Hollywood Blvd.
Hollywood, California  90028
(323) 817-4600

October 16, 2007

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com

*Attorneys for Plaintiffs TV Guide Online,
Inc. and TV Guide Online, LLC*

After conferring by telephone with TMS's counsel on Friday, October 12, 2007 and Monday, October 15, 2007, and upon receipt of an e-mail from TMS's counsel today, TV Guide Online files this unopposed motion to amend the Scheduling Order in this case as follows:

| | |
|---|---|
| Claim Construction Responses due: | November 16, 2007 |
| Case Dispositive Motion Responses due: | November 16, 2007 |
| Case Dispositive Motion Replies due: | December 14, 2007 |

OF COUNSEL:

Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
Vladamir V. Radovanov
GEMSTAR-TV GUIDE
INTERNATIONAL, INC.
6922 Hollywood Blvd.
Hollywood, California 90028
(323) 817-4600

October 16, 2007

/s/ 
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com

*Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Richard K. Herrmann, Esquire
> Mary B. Matterer, Esquire
> Morris James Hitchens & Williams
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19801-1494

I hereby certify that on October 16, 2007, I have sent by Federal Express, the foregoing document to the following non-registered participants:

> Mark A. Pals, P.C., Esquire
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL 60601

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
(302) 651-7700
fineman@rlf.com