IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC <br><br> Plaintiffs, <br> Counterclaim-Defendants, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC. <br><br> Defendant, <br> Counterclaim-Plaintiff | C.A. No. 05-cv-725-*** |

## TV GUIDE'S UNOPPOSED MOTION
## REGARDING THE REMAINING BRIEFING DEADLINES

OF COUNSEL:

Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
Ropes &Gray LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
Gemstar-TV Guide International, Inc.
6922 Hollywood Blvd.
Hollywood, California 90028
(323) 817-4600

Dated: November 12, 2007

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com

*Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC*

After conferring by telephone with TMS's counsel on Monday, November 12, 2007, TV Guide Online files this unopposed motion to amend the Scheduling Order in this case as follows:

| | |
|---|---|
| Claim Construction Responses due: | November 21, 2007 |
| Case Dispositive Motion Responses due: | November 21, 2007 |
| Case Dispositive Motion Replies due: | December 21, 2007 |

OF COUNSEL:

Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
GEMSTAR-TV GUIDE
INTERNATIONAL, INC.
6922 Hollywood Blvd.
Hollywood, California 90028
(323) 817-4600

November 12, 2007

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com

*Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC*

i

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

>Richard K. Herrmann, Esquire
>Mary B. Matterer, Esquire
>Morris James Hitchens & Williams
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801-1494

I hereby certify that on November 12, 2007, I have sent by Electronic Mail, the foregoing document to the following non-registered participants:

>Mark A. Pals, P.C., Esquire
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL 60601

>Steven J. Fineman (#4025)
>Richards Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899-0551
>(302) 651-7700
>fineman@rlf.com