## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for Plaintiffs has consulted with counsel for Defendant pursuant to District of Delaware Local Rule 7.1.1 and has determined that Defendant is not opposed to the relief sought in the attached motion.

_____
Steven J. Fineman (#4025)