IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC <br><br> Plaintiffs, <br> Counterclaim-Defendants, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC. <br><br> Defendants, <br> Counterclaim-Plaintiffs | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-cv-725-*** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

WHEREAS, TV Guide Online, Inc. and TV Guide Online, LLC having filed an unopposed motion regarding the remaining briefing deadlines;

IT IS HEREBY ORDERED this _13_ day of _November_, 2007, that the remaining briefing deadlines shall be as follows:

| | |
|---|---|
| Claim Construction Responses due: | November 21, 2007 |
| Case Dispositive Motion Responses due: | November 21, 2007 |
| Case Dispositive Motion Replies due: | December 21, 2007 |

_____
Magistrate Judge Mary Pat Thynge

RLF1-3223495-1