IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>    Defendant. | C.A. No. 05-CV-725-KAJ<br><br>**REDACTED**<br>**PUBLIC VERSION** |

**DECLARATION OF SAMIR B. ARMALY IN SUPPORT OF TV GUIDE'S
CONSOLIDATED OPPOSITION TO TMS'S SUMMARY JUDGMENT MOTIONS
DIRECTED TO DAMAGES ISSUES**

I, Samir B. Armaly, hereby declare as follows:

1. I am the Executive Vice President, Intellectual Property, of Gemstar-TV Guide International, Inc. ("Gemstar"). I am also the Executive Vice President, Intellectual Property, of TV Guide Online, Inc. I submit this declaration in support of TV Guide's Consolidated Opposition To TMS's Summary Judgment Motions Directed To Damages Issues in the above-captioned litigation.

2. TV Guide Online, LLC is presently the owner by assignment of U.S. Patent No. 5,988,078 ("the '078 patent"). TV Guide Online, Inc. is the exclusive licensee of the '078 patent and has the right to bring suit for past infringement. The ultimate parent company of both the TV Guide Online, LLC and TV Guide Online, Inc. (collectively, "TV Guide") companies is Gemstar. The '078 patent was previously assigned to Index Systems, Inc. ("Index Systems"), which is also a wholly-owned subsidiary of Gemstar.

2

REDACTED

**REDACTED**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: November 14, 2007

_____
Samir B. Armaly, Esq.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James, LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494

I hereby certify that on November 21, 2007, I have sent by Federal Express and electronic mail, the foregoing document to the following non-registered participant:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James, LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494

I hereby certify that on November 29, 2007, I have sent by electronic mail, the foregoing document to the following non-registered participant:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-2978403-1