IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC <br><br> Plaintiffs, <br> Counterclaim-Defendants, <br><br> v. <br><br> TRIBUNE MEDIA SERVICES, INC. <br><br> Defendant, <br> Counterclaim-Plaintiff | C.A. No. 05-cv-725-*** <br><br> PUBLIC VERSION |

AFFIDAVIT OF DR. CHRISTOPHER A. VELLTURO
IN SUPPORT OF TV GUIDE ONLINE'S BRIEFS
IN OPPOSITION TO TMS'S
<u>SUMMARY JUDGMENT MOTIONS</u>

OF COUNSEL:

Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
Ropes &Gray LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
Gemstar-TV Guide International, Inc.
6922 Hollywood Blvd.
Hollywood, California 90028
(323) 817-4600

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com

*Attorneys for Plaintiffs TV Guide Online,
Inc. and TV Guide Online, LLC*

November 21, 2007

## AFFIDAVIT OF DR. CHRISTOPHER A. VELLTURO IN SUPPORT OF TV GUIDE ONLINE'S BRIEFS IN OPPOSITION TO TMS'S SUMMARY JUDGMENT MOTIONS

State of MASSACHUSETTS )
) ss:
County of MIDDLESEX )

Christopher A. Vellturo, being duly sworn, hereby deposes and says as follows:

1. I have been retained by counsel for plaintiffs and counterclaim defendants TV Guide Online, Inc. and TV Guide Online, LLC (collectively, "TV Guide") to serve as an expert consultant in this action. I submit this affidavit in support of TV Guide's briefs in opposition to TMS's summary judgment motions.

2. On December 15, 2006, December 29, 2006, June 21, 2007, and August 7, 2007, I submitted an expert report, a supplemental expert report, a second supplemental expert report, and a supplemental statement pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P. In those reports, I set forth my opinion concerning damages sustained by TV Guide -- including lost profits and reasonable royalties -- as a result of TMS's infringing activities.

3. Attached hereto as **Exhibit A** is a true and correct copy of my Expert Report of Dr. Christopher A. Vellturo, dated December 15, 2006.

4. Attached hereto as **Exhibit B** is a true and correct copy of my Supplemental Expert Report of Dr. Christopher A. Vellturo, dated December 29, 2006.

5. Attached hereto as **Exhibit C** is a true and correct copy of my Second Supplemental Expert Report of Dr. Christopher A. Vellturo, dated June 21, 2007.

1

      6. Attached hereto as **Exhibit D** is a true and correct copy of my Supplemental Statement of Dr. Christopher A. Vellturo, dated August 7, 2007.

I swear under penalty of perjury that the foregoing is correct to the best of my knowledge.

Dated: November 16th, 2007

_____
Christopher A. Vellturo

Subscribed and sworn to before me on this 16th day of November, 2007.

My commission expires on September 11, 2009

[Seal]

_____
Angela Marino Fewell

ANGELA MARINO FEWELL
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 11, 2009

2

3485936_2.DOC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James, LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494

I hereby certify that on November 29, 2007, I have sent by electronic mail, the foregoing document to the following non-registered participant:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com