# EXHIBITS A - D

# REDACTED IN THEIR ENTIRETY