# EXHIBITS C - N

# REDACTED
# IN THEIR
# ENTIRETY