# EXHIBIT R

FORM PTO-1595
Rev. 10/95

04-28-1998

100696970

Docket No. 32316/WWM/G207

SHEET

APR 13 1998

RECEIPT

Box Assignment
Commissioner of Patents and Tradem
Washington, D.C. 20231

Post Office Box 7068
Pasadena, CA 91109-7068

Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof:

| 1. Name of conveying party(ies):<br><br>Michael R. Levine<br>Smart VCR Limited Partnership    4-13-98<br><br>Additional name(s) of conveying party(ies) attached: None | 2. Name and address of receiving party(ies):<br><br>Name: Index Systems, Inc.<br><br>Street Address:<br><br>Post Office Box 71<br>Craigmuir Chambers<br>Road Town, Tortola<br>British Virgin Islands |
|---|---|
| 3. Name of conveyance:<br><br>☒ Assignment       ☐ Merger<br>☐ Security Agreement  ☐ Change of Name<br>☐ Other:<br><br>Execution Date: January 6, 1998 | Additional name(s) & address(es) attached? No |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

| A. Patent Application No (s)<br>08/947,950 | B. Patent No (s) |
|---|---|

04/27/1998 DCOATES   00000126 08947950
01 FC:581              40.00 OP

Additional numbers attached? No

| 5. Please return the recorded document and address all correspondence to:<br><br>CHRISTIE, PARKER & HALE, LLP<br>P.O. Box 7068<br>Pasadena, CA 91109-7068<br><br>Attention: Wesley W. Monroe<br><br>10. ☐ Explanatory letter is enclosed. | 6. Total number of applications and patents involved: 1 |
|---|---|
| | 7. ☒ Total fee enclosed (37 CFR 3.41):  $ 40.00 |
| | 8. ☒ Any deficiency or overpayment of fees should be charged or credited to Deposit Account No. 03-1728, except for payment of issue fees required under 37 CFR § 1.18. Please show our docket number with any credit or charge to our Deposit Account |

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document

Date: April 6, 1998   By _____
Name: Wesley W. Monroe
626/795-9900; 213/681-1800

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE U.S. POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO: ASSISTANT COMMISSIONER FOR PATENTS, WASHINGTON, D.C. 20231 ON

4/6/98   Elaine Johnson
DATE      SIGNATURE

Total number of pages including cover sheet, attachments, and document: 3

WWM/ej
EJ PAS:25733 1-4/6/98 10:38 am

TG 000448

Docket No. G207:30/WWM                                                                 Joint

## ASSIGNMENT

WHEREAS, I, **Michael R. Levine**, residing at 2122 Northwest 60th Circle, Boca Raton, Florida 33496, have invented certain new and useful improvements disclosed in an application for United States Letters Patent entitled METHOD AND APPARATUS FOR RECEIVING CUSTOMIZED TELEVISION PROGRAMMING INFORMATION, Application No. (unassigned) filed October 9, 1997 and **Smart VCR Limited Partnership**, having a place of business at 2122 Northwest 60th Circle, Boca Raton, Florida 33496, is the assignee of record of said application (hereafter, collectively, together with any successors, legal representatives or assigns thereof, called "ASSIGNOR")

AND WHEREAS **Index Systems, Inc.**, a British Virgin Islands corporation, having a place of business at Post Office Box 71, Craigmuir Chambers, Road Town, Tortola, British Virgin Islands (hereafter, together with any successors, legal representatives or assigns thereof, called "ASSIGNEE") wants to acquire the entire right, title and interest in and to said improvements and application

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, ASSIGNOR has sold, assigned, transferred and set over, and does hereby sell, assign, transfer and set over to ASSIGNEE the entire right, title and interest in and to said improvements, and said application and all divisions and continuations thereof, and all United States Letters Patents which may be granted thereon and all reissues, reexaminations and extensions thereof, and all priority rights under all available international Agreements, Treaties and Conventions for the protection of intellectual property in its various forms in every participating country, and all applications for patents (including related rights such as utility-model registrations, inventor's certificates, and the like) heretofore or hereafter filed for said improvements in any foreign countries, and all patents (including all continuations, divisions, extensions, renewals, substitutes, and reissues thereof) granted for said improvements in any foreign countries; and ASSIGNOR hereby authorizes and requests the United States Commissioner of Patents and Trademarks, and any officials of foreign countries whose duty it is to issue patents on applications as aforesaid, to issue all patents for said improvements to ASSIGNEE in accordance with the terms of this Assignment;

AND ASSIGNOR HEREBY covenants that it has full right to convey the entire interest herein assigned, and that ASSIGNOR has not executed, and will not execute, any agreement in conflict herewith;

AND ASSIGNOR HEREBY further covenants and agrees that it will communicate to ASSIGNEE any facts known to us respecting said improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuation, substitute and reissue applications, make all rightful oaths and generally do everything possible to aid ASSIGNEE to obtain and enforce proper patent protection for said improvements in all countries.

TG 000449

ASSIGNMENT                                                              Joint
Docket No. G207:30/WWM

IN TESTIMONY WHEREOF, I hereunto set my hand this ___6___ day of __January 6__, 1998.

SMART VCR LIMITED PARTNERSHIP

By: _/s/ Michael R. Levine_
Michael R. Levine
General Partner

STATE OF Florida     )
COUNTY OF Palm Beach )

On __January 6, 1998__, before me __Elizabeth A. Wilsman, CPA__, Notary Public, personally appeared Michael R. Levine personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

ELIZABETH A WILSMAN
My Commission CC571198
Expires Jul. 21, 2000

WITNESS my hand and official seal.

_/s/ Elizabeth A. Wilsman_
Signature of Notary

* * * * * * * * *

IN TESTIMONY WHEREOF, I hereunto set my hand this ___6___ day of __January__, 1998.

_/s/ Michael R. Levine_
MICHAEL R. LEVINE

STATE OF Florida     )
COUNTY OF Palm Beach )

On __January 6, 1998__, before me __Elizabeth A. Wilsman, CPA__, Notary Public, personally appeared Michael R. Levine personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

ELIZABETH A WILSMAN
My Commission CC571198
Expires Jul. 21, 2000

WITNESS my hand and official seal.

_/s/ Elizabeth A. Wilsman_
Signature of Notary

* * * * * * * * *

ANH PAS119919 1-*-2/6/98 2:56 PM

-2-

TG 000449A

A S S I G N M E N T

WHEREAS, Index Systems, Inc. ("Index Systems"), a corporation organized and existing under the laws of the British Virgin Islands and having an office and place of business at Post Office Box 71, Craigmuir Chambers, Road Town, Tortola, British Virgin Islands, is the sole and exclusive owner of U.S. Patent No. 5,988,078, issued November 23, 1999 ("the '078 patent"); and

WHEREAS, TV Guide Online, LLC ("TV Guide Online"), a limited liability company organized and existing under the laws of the State of Delaware and having an office and place of business at 6922 Hollywood Blvd., Los Angeles, CA 90028, is desirous of acquiring the '078 patent.

NOW, THEREFORE, be it known that in consideration of the payment of good and valuable consideration, the sufficiency and receipt of which is hereby acknowledged, Index Systems does hereby sell, assign, and transfer to TV Guide Online, its successors, assigns, and legal representatives, the '078 patent, together with all right, title and interest therein held by Index Systems, including, but not limited to, the right to sue and recover for past infringement thereof, and any and all causes of action and remedies, either legal and/or equitable, related thereto.

Index Systems, Inc.
a British Virgin Islands Corporation

Name: Samir Armah
Title: Senior Vice President
Date: October 6, 2005