# EXHIBITS S - W

# REDACTED IN THEIR ENTIRETY