# EXHIBIT X

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Meredith Zinanni
To Call Writer Directly:
(312) 861-2010
mzinanni@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: (312) 660-8036

September 21, 2007

**<u>Via E-Mail</u>**

Christopher J. Harnett
Fish & Neave IP Group of Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Re:     *TV Guide Online v. Tribune Media Services*

Dear Chris:

I write to confirm the disputed claim construction issues for the upcoming briefing in this matter.

First, please confirm whether TV Guide will agree to drop any of the asserted claims in an effort to narrow the disputed issues between the parties. If TV Guide will not so agree, TMS understands that claims 1-8 and 10 of the '078 patent are being asserted.

Second, TMS understands that the terms listed on the attached chart are being disputed by the parties. The only term for which TV Guide previously proposed a construction that is not identified on this chart is "controller." TMS will agree to TV Guide's proposed construction: "a programmable electronic device." TMS confirms that its position is that the remaining terms in the asserted claims should be given their plain and ordinary meaning. Please let us know if TV Guide's understanding regarding these disputed terms is different so that we may resolve any differences promptly.

Sincerely,

Meredith Zinanni

cc:    Stuart Yothers

**TV Guide v. TMS: Proposed Claim Constructions as of September 21, 2007**

| Term | Claims | TV Guide Proposed Constructions | TMS Proposed Constructions |
|---|---|---|---|
| viewing location | 1-7 | residence or other building at which a television signal can be received | the specific room within a building where a television set is positioned and watched |
| transmitting | 1-7 | sending electronically | making an affirmative indication |
| transmit | 8, 10 | send electronically | make an affirmative indication |
| receiving | 1-7 | receiving electronically | no construction necessary; see "receiving … information" constructions below |
| receive | 8, 10 | receive electronically | |
| receiving … information specific to the type of programming available to the particular viewing location | 1-5 | no construction necessary; see "receive" construction above | having data transferred to a computer such that a user can perform database-type manipulations directly on the transferred data without being connected to the original source of the data |
| receiving … television programming schedule information specific to the viewing location | 6-7 | | having data transferred to a computer such that a user can perform database-type manipulations directly on the transferred data without being connected to the original source of the data |
| receive … the information specific to the type of television programming available to the receiver | 8, 10 | | having data transferred to a computer such that a user can perform database-type manipulations directly on the transferred data without being connected to the original source of the data |
| modem | 1-8, 10 | data signal conversion device that connects data terminal equipment to a communication line | a data signal conversion device that converts digital signals to analog signals (and vice versa) and allows a computer to exchange data over a standard dial-up telephone line |
| controller being programmed to perform | 8, 10 | no construction necessary; plain and ordinary meaning | computer application programs are installed on the controller prior to its user by a user to perform |

TV Guide v. TMS: Proposed Claim Constructions as of September 21, 2007

| Term | Claims | TV Guide Proposed Constructions | TMS Proposed Constructions |
|---|---|---|---|
| information … regarding the geographical location of the particular viewing location | 1-5 | geographical information regarding the residence or other building at which a television signal can be received | any information, irrespective of how the information is encoded, that expressly indicates in geographic language (e.g., name of a continent, country, province, state, city, town, region, street address, zip code, area code, etc.) the approximate portion of the planet in which the particular viewing location is located |
| information … regarding the geographical area of the viewing location | 6-7 | geographical information regarding the residence or other building at which a television signal can be received | any information, irrespective of how the information is encoded, that expressly indicates in geographic language (e.g., name of a continent, country, province, state, city, town, region, street address, zip code, area code, etc.) the approximate portion of the planet in which the viewing location is located |
| information … pertaining to the geographic location of the television receiver | 8, 10 | geographical information pertaining to the residence or other building at which a television receiver is located | any information, irrespective of how the information is encoded, that expressly indicates in geographic language (e.g., name of a continent, country, province, state, city, town, region, street address, zip code, area code, etc.) the approximate portion of the planet in which the television receiver is located |

# EXHIBIT Y

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Meredith Zinanni
To Call Writer Directly:
(312) 861-2010
mzinanni@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: (312) 660-8036

September 27, 2007

<u>Via E-Mail</u>

Christopher J. Harnett
Fish & Neave IP Group of Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Re:    *TV Guide Online v. Tribune Media Services*

Dear Chris:

I write in response to your letter from earlier today.

TMS cannot provide "unequivocal written assurance" that the plain and ordinary meaning of the terms for which constructions were previously proposed do not "include any of the definitions that TMS previously proposed," as you request, because TMS does not fully understand your request. For the majority of these terms, TMS is of the view that its previously proposed constructions were consistent with the plain and ordinary meaning of the term. TV Guide appeared to be of the same view, as TV Guide's expert did not identify any substantive dispute between the parties regarding the constructions of "available to a particular one of the viewing locations," "operator input," "memory for storing the information," "receive information through the operator input," or "electronic terminal unit."

It appears from your objections, however, that TV Guide has a different view regarding the plain and ordinary meaning of these terms. TMS will not agree to limit its ability to put forth arguments or testimony regarding the proper construction of these terms without further clarification from TV Guide regarding its objection.

Again, to ensure that the parties are on the same page, here are the terms in the disputed claims for which TMS previously proposed a construction and is now proposing have their plain and ordinary meaning:

- "available to a particular one of the viewing locations"

- "operator input"

- "schedule of the television programming"

Hong Kong      London      Los Angeles      Munich      New York      San Francisco      Washington, D.C

Christopher J. Harnett
September 27, 2007
Page 2

- "memory for storing the information"

- "download"

- "receive information through the operator input"

- "wide area network"

- "electronic terminal unit"

Additionally, we have agreed to TV Guide's proposed construction of "controller" to be a "programmable electronic device."

If TV Guide can provide a more focused request clarifying where it believes TMS's previous proposed constructions conflict with the plain and ordinary meaning of these terms, TMS will gladly consider it in order to resolve this issue. However, TMS cannot agree to make a blanket assurance that there is no overlap between the plain and ordinary meaning of these claim terms and the constructions previously proposed by TMS.

Sincerely,

Meredith Zinanni

cc:    Frederick Cottrell III
       Richard Herrmann

# EXHIBIT Z

IEEE Std 100-1992

# The New IEEE Standard Dictionary of Electrical and Electronics Terms

**Fifth Edition**
**Newly Revised and Expanded**



**IEEE**

Published by the
Institute of
Electrical and
Electronics
Engineers, Inc.

TG0194143

IEEE Std 100-1992

# The New IEEE Standard Dictionary of Electrical and Electronics Terms
[Including Abstracts of All Current IEEE Standards]

## Fifth Edition



Gediminas P. Kurpis, Chair

Christopher J. Booth, Editor

TG0194144



The Institute of Electrical and Electronics Engineers, Inc
345 East 47th Street, New York, NY 10017-2394, USA

Copyright © 1993 by the
Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1993
Printed in the United States of America

ISBN 1-55937-240-0

*No part of this publication may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.*

*January 15. 1993*

SH15594

# Acronyms and Abbreviations

The Acronyms and Abbreviations Section was added to this dictionary to help the user identify some of the acronyms and abbreviations that have become part of the engineering vocabulary. It is not intended to aid in the proliferation or creation of new acronyms and abbreviations or to encourage their indiscriminate usage.

**0V RTN:** zero volt return (signal ground reference)

**1GL:** first generation language

**2GL:** second generation language

**3GL:** third generation language

**4GL:** fourth generation language

**5GL:** fifth generation language

## A

**A/m:** ampere per meter (unit of magnetic field strength)

**A/N:** alphanumeric

**A:** ampere

**A:** asynchronous (type of line)

**AAAS:** American Association for the Advancement of Science

**AAES:** American Association of Engineering Societies

**AB:** Aeronautical Board

**ABC:** automatic bandwidth control

**ABC:** automatic brightness control

**ABM:** asynchronous balanced mode

**AC:** Advisory Committee

**AC:** analog computer

**AC:** automatic control

**ac:** alternating current

**ACA:** adjacent channel attenuation

**ACB:** air circuit breaker

**ACI:** automatic card identification

**ACO:** alarm cut-off

**ACS:** auxiliary cooling system

**ACS:** auxiliary core storage

**ACSR:** aluminum cable steel reinforced

**ACT:** automatic code translation

**ACU:** automatic calling unit

**ACUI:** automatic calling unit interface

**ACV:** alarm check valve

**A-D:** analog to digital

**ADC:** analog-to-digital converter

**ADC:** automatic data collection

**ADL:** automatic data link

**ADMSC:** automatic digital message switching centers



**ADP:** automatic data processing; automated data processing; administrative data processing

**ADPC:** automatic data processing center

**ADS:** automatic depressurization system

**ADU:** automatic dialing unit

**AEC:** American Engineering Council

**AEC:** Atomic Energy Commission

**AES/CoS:** Control Systems Panel (IEEE, AES)

**AES/CrS:** Crew Stations Panel (IEEE, AES)

**AES/ETS:** Electrical Test Systems Panel (IEEE, AES)

**AES/GAP:** Gyro Accelerometer Panel (IEEE, AES)

**AES/GTF:** Ground Test Facilities Panel (IEEE, AES)

**AES/IA:** Integrated Avionics Panel (IEEE, AES)

**AES/ISS:** Inertial Sensors and Systems Panel (IEEE, AES)

**AES/MEP:** Mobile Electric Power Panel (IEEE, AES)

**AES/RN:** Radar Navigation Panel (IEEE, AES)

**AES/RS:** Radio Systems Panel (IEEE, AES)

**AES/SS:** Space Systems Panel (IEEE, AES)

**AF:** audio frequency

**AFB:** antifriction bearing

**AFC:** automatic frequency control

**AFS:** audio frequency shift

**AGA:** American Gas Association

**AGC:** automatic gain control

**AGDS:** American Gage Design Standard

**AH:** ampere hour

**AI:** artificial intelligence

**AICE:** American Institute of Consulting Engineers

**AIChE:** American Institute of Chemical Engineers

**AIME:** American Institute of Mechanical Engineers

**AIS:** alarm indication signal

**AKWIC:** author and keyword in context

**ALC:** automatic load control

**ALD:** analog line driver

**ALP:** automated language processing

TG0194146

**IROD:** instantaneous readout detector
**IRS:** isotope removal service
**IS:** incomplete sequence (relay)
**IS:** information science
**IS:** information separator
**IS:** interference suppressor
**ISA:** international standard atmosphere
**ISAM:** indexed sequential access method
**ISB:** independent sideband
**ISD:** International Subscriber Dialing
**ISDN:** integrated services digital network
**ISFET:** ion-sensitive field-effect transistor
**ISI:** in-service inspection
**ISI:** intersymbol interference
**ISL:** integrated Schottky logic
**ISO:** International Organization for Standardization
**ISP:** information structure perspective
**ISR:** interrupt service routine
**ISS:** information storage system
**ISSN:** international standard serial number
**IST:** international standard thread (metric)
**IT:** Information Theory (IEEE Society)
**IT:** input translator
**IT:** instantaneous trip (device)
**IT:** insulating transformer
**ITV:** industrial television
**IU:** interference unit
**IUNDH:** in-service unit derated hours
**IV&V:** independent verification and validation
**IV:** intermediate voltage
**IZ:** isolation zone

**J**

**J/g:** joules/gram
**J/I:** power-to-current transducer
**J:** joule
**JCL:** job control language
**JI:** power indicator
**JR:** power recorder
**JSAC:** Journal for Selected Areas in Communication (IEEE)

**K**

**K:** cathode (vacuum tube)
**K:** kelvin
**k:** Boltzmann's constant
**k:** kilo- (prefix for $10^3$)
**KAS:** keep alive signal
**KDR:** keyboard data recorder
**KE:** kinetic energy
**keV:** kilo-electron-volt
**kgm:** kilogram-meter
**kg/m³:** kilogram per cubic meter
**kHz:** kilohertz
**KLIC:** key letter in context
**kMc:** kilomegacycle (obsolete)—use gigahertz (GHz)
**KOPS:** kilo-operations per second—i.e., thousands of operations per second
**KPIC:** key phrase in context
**kvar:** kilovar
**KWAC:** keyword and context
**kWh:** kilowatt-hour
**KWIC:** keyword in context
**KWOC:** keyword out of context

**L**

**L/M:** lines per minute
**LAN:** local area network
**LANNET:** large artificial neuron network
**LAPD:** limited axial power distribution
**Laser:** light amplification by stimulated emission of radiation
**lb:** pound (1 lb = 16 ounces = 453.59 grams)
**LBO:** line buildout
**LC-MARC (or LCMARC):** Library of Congress MAchine-Readable Cataloging
**LC:** inductance-capacitance
**LC:** level control
**LC:** line connector
**LC:** line of communication
**LC:** liquid crystals
**LCC:** life cycle cost
**LCD:** liquid crystal display
**LCS:** loop control system



cognized
elopment
oluntary.
stry standards
ng-edge

IEEE

EEE Standards
45 Hoes Lane
PO Box 1331
NJ 08855-1331 USA

ormation on IEEE
d programs, please
0) 678-IEEE.



**LD:** level drive
**LD:** long distance
**LDB:** light distribution box
**LDC:** line drop compensator
**LDDS:** low density data system
**LDR:** low data rate
**LED:** light-emitting diode
**LEF:** light-emitting film
**LEO:** Lasers and Electro-Optics (IEEE Society)
**LF:** low frequency (30 to 300 kHz)
**LFC:** laminar flow control
**LFO:** low-frequency oscillator
**LH:** left-hand
**LH:** liquid hydrogen
**LHC:** level hand/automatic control station
**LI:** Longitudinal Interference Working Group (IEEE, COM)
**LIFO:** last-in, first-out
**LKY:** Lefschetz-Kalman-Yakubovich (lemma)
**LL:** low level
**llc:** logical link control
**LMS:** least-mean-square
**ln:** natural logarithm (base e = 2.7183...)
**LO:** local oscillator
**LO:** lock-on
**LO:** lunar orbiter
**LOF:** loss of flow
**LOF:** loss of frame
**LOF:** lowest operating frequency
**LOFA:** loss of frame alignment
**log:** logarithm (base 10)
**LORAN:** long range navigation
**LOS:** line of sight
**LOS:** loss of signal
**LOX:** liquid oxygen
**LP:** linear programming
**LP:** low pass
**LP:** low pressure
**LPD:** linear power density
**LPM:** lines per minute
**LR:** level recorder
**LR:** load ratio
**LS:** level switch
**LSAP:** link layer service access point
**LSB:** least significant bit

**LSB:** low speed breaker (relay)
**LSB:** lower sideband
**LSD:** low-speed data
**LSI:** large scale integration
**LSM:** linear synchronous motor
**LSR:** load shifting resistor
**LSTTL:** low-level Schottky transistor-transistor logic
**LT:** level transmitter
**LT:** line telecommunications
**LT:** low tension
**LTC:** long time constant
**LTS:** long-term stability
**LTTL:** low-power transistor-transistor logic
**LV:** low voltage
**LVDT:** linear variable differential transformer
**LVP:** low voltage protection
**lx:** lux (1 lux = 1 lumen/m²)

**M**

**M:** mega - (prefix for 10⁶)
**m:** milli - (prefix for 10⁻³)
**MAC:** media access control
**MAC:** Membership Affairs Council (IEEE COM)
**MAD:** multiple access device
**MAG/ET:** Electronic Transformers Committee (IEEE, IM)
**MAG/Mag Rec:** Magnetic Recording Committee (IEEE, MAG)
**MAG/Relay Mag:** Relay Magnetics Committee (IEEE, IM)
**MAG:** Magnetics (IEEE Society)
**MAGAMP:** magnetic amplifier
**MAN:** metropolitan area network
**MAR:** memory address register
**MARC:** MAchine Readable Cataloging
**MASER:** microwave amplification by stimulated emission of radiation
**MAT:** machine-aided translation
**MAU:** medium attachment unit
**max:** maximum
**Mb/s:** megabits per second
**MBD:** magnetic-bubble device
**MBM:** magnetic bubble memory
**MBT:** metal-base transistor
**MC:** magnetic core

**USITA:** United States Independent Telephone Association

**USNC:** United States National Committee (IEC)

**USWB:** U.S. Weather Bureau

**UT:** universal time

**UV:** ultraviolet

**UV:** under voltage

### V

**V:** volt, voltmeter, vacuum tube (in U.K., valve)

**VA:** Veterans Administration

**VA:** voltampere

**VAM:** voltammeter

**V&V:** verification and validation

**VARACTOR:** variable-reactance diode

**VARISTOR:** variable resistor

**VBD:** voice band data

**VBD:** voice band data

**VC:** voice coil

**VC:** voice conference

**Vc:** voltage common

**VCCS:** voltage-controlled current source

**VCD:** variable capacitance diode

**VCM:** common mode voltage

**VCO:** voltage-controlled oscillator

**VCR:** video cartridge (cassette) recorder

**V/D:** voice/data

**Vdc:** volts dc

**VDD:** version description document

**VDM:** differential mode voltage

**VF:** variable frequency

**VF:** voice frequency

**VFO:** variable frequency oscillator

**VFR:** visual flight rules

**VHF:** very high frequency

**VLF:** very low frequency (3 to 30kHz)

**VLSI:** very large scale integration

**VM:** velocity modulation

**VM:** voltmeter

**VMOS:** virtual memory operating system

**VN:** noise voltage

**VOCODER:** voice-operated coder

**VP:** vertical polarization

**VP:** voltage plus

**VR:** voltage regulator

**VS:** signal voltage

**VS:** variable speed

**VSAM:** virtual sequential access method

**VSB:** vestigial sideband

**VT:** vacuum tube

**VT:** Vehicular Technology (IEEE Society)

**VT:** vertical tabulation character

**VT:** virtual tributary

**VT:** voltage transformer

**VT/Lnd:** Land Transportation Committee (IEEE, VT)

**VU:** voice unit



### W

**W:** watt

**W:** write

**WADEX:** word and author index

**WAN:** wide area network

**WATS:** wide area telephone service

**WB:** wide band

**WBD:** wide-band data

**WBDL:** wide-band data link

**WDM:** wavelength division multiplexing

**WG:** waveguide

**WG:** wire gage

**WM:** wattmeter

**WP:** word processing; word processor

**WPM:** words per minute

**WPOM:** word processing output microfilm

**WPS:** words per second

**WW:** wire-wound

### X

**X ray:** energetic high-frequency electromagnetic radiation

**XCONN:** cross connection

**XO:** crystal oscillator

**XOR:** exclusive OR

**XTAL:** crystal

imation, representation, or idealization of selected aspects of the structure, behavior, operation, or other characteristics of a real-world process, concept, or system. *Note:* Models may have other models as components. (B) To serve as a model as in (A). (C) To develop or use a model as in (A).                    610.3-1989

(4) **(computer graphics).** An accurate and complete graphical representation of an object. *See also:* **modeling system.**                    610.6-1991

**modeling.** Technique of system analysis and design using mathematical or physical idealizations of all or a portion of the system. Completeness and reality of the model are dependent on the questions to be answered, the state of knowledge of the system, and its environment. *See:* **system.**                    [63]

**modeling system.** A system in which a computer graphics model can be defined or transformed using world coordinates.                    610.6-1991

**model space.** The coordinate system used by a computer graphics model.                    610.6-1991

**model validation.** The process of determining the degree to which the requirements, design, or implementation of a model are a realization of selected aspects of the system being modeled. *See also:* **fidelity.** *Contrast with:* **model verification.**                    610.3-1989

**model verification.** The process of determining the degree of similarity between the realization steps of a model; for example, between the requirements and the design, or between the design and its implementation. *Contrast with:* **model validation.**                    610.3-1989

**modem (1) (data transmission).** A contraction of MOdulator-DEModulator, an equipment that connects data terminal equipment to a communication line.                    599-1985w

(2) **(supervisory control, data acquisition, and automatic control).** A MOdulator/ DEModulator device which converts serial binary digital data to and from the signal form appropriate for the respective communication channel.                    C37.1-1987

(3) **(broadband local area networks).** A modulator-demodulator device. The modulator encodes digital information onto an analog carrier signal by varying the amplitude, frequency, or phase of that carrier. The demodulator extracts digital information from a similarly modified carrier. A modem transforms digital signals into a form suitable for transmission over an analog medium.                    802.7-1989

**mode mixer.** *See:* **mode scrambler.**                    812-1984

**mode of operation (rectifier circuit).** The characteristic pattern of operation determined by the sequence and duration of commutation and conduction. *Note:* Most thyristor converters and rectifier circuits have several modes of operation, which may be identified by the shape of the current wave. The particular

mode obtained at a given load depends upon the circuit constants. *See:* **rectification; rectifier circuit element.**                    444-1973

**mode of propagation (waveguides).** A form of propagation of guided waves that is characterized by a particular field pattern in a plane transverse to the direction of propagation, which field pattern is independent of position along the axis of the waveguide. *Note:* In the case of uniconductor waveguides the field pattern of a particular mode of propagation is also independent of frequency. *See:* **waveguide.**                    146-1980w, 148-1959w

**mode of propagation, ionospheric.** Representation of a transmission path by the number of hops between the end points of the path, the ionospheric layers producing the ionospheric reflections being indicated for each hop. Example: 1F + 1E represents a hop with an ionospheric reflection in the F region followed by a reflection at the ground, followed, in turn, by a hop with a reflection from the E region.                    211-1990

**mode of propagation.** A form of electromagnetic wave that can advance and can transport energy along the axis of a transmission line without change in the form of the electromagnetic field pattern in successive transverse sections (except for a monotonic decrease in amplitude along the direction of propagation, due to energy dissipation, which is present to some degree in every transmission line).                    1004-1987

**mode of resonance (waveguide).** A form of natural electromagnetic oscillation in a resonator, characterized by a particular field pattern.                    146-1980w

**mode of vibration (vibratory body, such as a piezoelectric crystal unit).** A pattern of motion of the individual particles due to (1) stresses applied to the body; (2) its properties; and (3) the boundary conditions. Three common modes of vibration are (A) flexural, (B) extensional, and (C) shear. *See:* **crystal.**                    [119]

**mode scrambler (fiber optics).** (A) A device for inducing mode coupling in an optical fiber. (B) A device composed of one or more optical fibers in which strong mode coupling occurs. *Note:* Frequently used to provide a mode distribution that is independent of source characteristics or that meets other specifications. *Syn:* **mode mixer.** *See:* **mode coupling.**                    812-1984

**mode shape.** A plot of the displacements of various points in which the vibrating structure at a particular instant in time. *Note:* With each natural frequency of a vibrating structure there is associated a characteristic mode shape.                    C37.122-1983

**mode stripper.** *See:* **cladding mode stripper.**

**mode transducer (waveguide components).** A device for transforming an electromagnetic

puter program; execution; instruction; proof of correctness.                729-1983

**program level.** The magnitude of program in an audio system expressed in volume units.
151-1965w

**program library (software).** *See:* **software library.**
610.12-1990

**program listing.** A printout or other human readable display of the source and, sometimes, object statements that make up a computer program.                              610.12-1990

**programmable (programmable instrumentation).** That characteristic of a device that makes it capable of accepting data to alter the state of its internal circuitry to perform a specific task(s).                          488.1-1987

**programmable breakpoint.** A breakpoint that automatically invokes a previously specified debugging process when initiated. *See also:* **code breakpoint; data breakpoint; dynamic breakpoint; epilog breakpoint; prolog breakpoint; static breakpoint.**      610.12-1990

**programmable controller.** Solid state control system with programming capability that performs functions similar to a relay logic system.                              1020-1988

**programmable digital computer (programmable digital computer systems in safety systems of nuclear power generating stations).** A device that can store instructions and is capable of the execution of a systematic sequence of operations performed on data that is controlled by internally stored instructions.
7432-1982w

**programmable equipment (supervisory control, data acquisition, and automatic control).** A remote or master station having one or more of its operations specified by a program contained in a memory device.    C37.1-1987

**programmable measuring apparatus (programmable instrumentation).** A measuring apparatus that performs specified operations on command from the system and may transmit the results of the measurement(s) to the system.                              488.1-1987

**programmable stimuli (test, measurement, and diagnostic equipment).** Stimuli that can be controlled in accordance with instructions from a programming device.          [2]

**programmed check.** A check procedure designed by the programmer and implemented specifically as a part of his program. *See:* **check, automatic; check problem; mathematical check.**              [20], [85]

**programmed control (industrial control).** A control system in which the operations are determined by a predetermined input program from cards, tape, plug boards, cams, etc. *See:* **control system, feedback.**        [60]

**programmed instruction.** A self-instructional method using materials that lead the student through a systematic sequence of steps to a predetermined learning objective.  610.2-1987

**programmer (1) (power switchgear).** An arrangement of operating elements or devices that initiates, and often controls, one or a series of operations in a given sequence.
C37.100-1981
**(2) (test, measurement, and diagnostic equipment).** (A) A device having the function of controlling the timing and sequencing operations; and (B) a person who prepares sequences of instructions for a programmable machine.                              [2]

**programmer-comparator (test, measurement, and diagnostic equipment).** (A) A device that reads commands and data from a sequential program usually on tape or cards; (B) sets up delays, switching, and stimuli, and performs measurements as directed by the program; and (C) compares the results of each measurement with fixed programmed tolerance limits to arrive at a decision. Often numerous other operations, such as branching on no-go or other conditions, are included.        [2]

**programmer manual.** A document that provides the information necessary to develop or modify software for a given computer system. Typically described are the equipment configuration, operational characteristics, programming features, input/output features, and compilation or assembly features of the computer system. *See also:* **diagnostic manual; installation manual; operator manual; support manual; user manual.**              610.12-1990

**Programmer's Hierarchical Interactive Graphics System (PHIGS).** A computer graphics standard that provides a complete graphics system designed for interactive three-dimensional applications using complex data structures and modeling. It was developed by the American National Standards Institute (ANSI).
610.6-1991

**programming (1) (electronic computation).** The ordered listing of a sequence of events designed to accomplish a given task. *See:* **linear programming; multiprogramming; automatic programming.**      [2], [61], [64]
**(2) (power supplies).** The control of any power-supply functions, such as output voltage or current, by means of an external or remotely located variable control element. Control elements may be variable resistances, conductances, or variable voltage or current sources. *See:* **power supply.**              [41]

**programming delay (power switchgear).** A relay whose function is to establish or detect electrical sequences.  C37.100-1981

**programming language (software).** A language used to express computer programs. *See also:* **assembly language; high-order language;**

# EXHIBIT AA

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Levine

Serial No.: 08/947,950

Filed: Oct. 9, 1997

Group No.: 2782

Examiner: 2782

For: PERSONAL COMPUTER-BASED SCHEDULE GUIDE AND CONTROLLER FOR VIDEO RECORDER

## RESPONSE TO OFFICE ACTION

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the Office Action mailed February 19, 1999, the Examiner's attention is directed to the remarks below.

### Remarks

All of the claims of this application are being resubmitted in unamended form in view of the following remarks.

Claims 19-28 stand rejected under 35 U.S.C. §103(a) as being unpatentable over Young ('121 of record). Applicant respectfully disagrees with the Examiner's interpretation of the Young patent, and submits that obviousness is precluded in this case.

All of Applicant's independent claims include the limitation, in one form or another, of transmitting, from a computerized unit situated at a viewing location, information regarding geographical location. The Young patent does not disclose or suggest such a limitation. The Examiner argues that the Young patent teaches "transmitt[al of], from the computerized unit, information to a service provider (Compuserve or The Source-- col. 22 lines 1-9) regarding the geographic location (locality-- col. 22

GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKI, P.C.    280 N. OLD WOODWARD AVENUE, STE. 400, BIRMINGHAM, MICHIGAN 48009-5394 (248) 647-6000

Serial No. 08/947,950          - 2 -                          91705sh

lines 1-9) of the particular viewing location." However, retrieval
of information from a database does not, by definition, include or
even suggest transmittal of a viewer's geographic location. The '121
patent describes the process of "download[ing] the program schedule
information for his or her locality" (Young patent-- col. 22, ln. 5-
7). This description does not imply transmitting particular
geographical location information. Most database applications allow
a user to passively select information from a list/menu, or to search
a database without transmitting location-specific information. Such
applications provide choices from which a user may select without
transmitting a request.

In contrast, Applicant's claim 19 clearly sets forth the
active transmittal of "geographical location of the particular
viewing location." This language explicitly requires data
transmission from the user "to a wide-area-network through [a] modem"
before retrieval of the desired information can occur. The user of
Applicant's device must transmit an affirmative indication of his
viewing location before receiving programming data. Although the
Young patent specification considers user inputs to a "utility's
mainframe for running a selection program on the mainframe" (col. 22,
ln. 3-4), and this may occur via a modem, it does not require a
user's geographical input.

Since it Applicant's position that all of the independent
claims distinguish over the Young patent, Applicant need not argue
the dependent claims separately. Nevertheless, with specific
reference to dependent claims 20 and 25, the Examiner concedes that

GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKI, P.C.  280 N. OLD WOODWARD AVENUE, STE. 400, BIRMINGHAM, MICHIGAN 48009-5394 (248) 647-6000

Serial No. 08/947,950          - 3 -                    91705sh

Young does not teach using zip codes, but contends that such a teaching would be "obvious to one of skill in the art." Applicant disagrees and requests that the Examiner either find a reference addressing the limitations of claims 20 and 25, or withdraw the rejection. MPEP §2143, *et seq.*

Based upon the foregoing comments, Applicant believes all pending claims 19-28 continue to be in condition for allowance, and notice to that affect is solicited at this time. Questions regarding this application should be directed to the undersigned attorney at the telephone and facsimile numbers provided.

Respectfully submitted,

By: _____
John G. Posa
Reg. No. 37.424
Gifford, Krass, Groh, Sprinkle,
Anderson & Citkowski, PC
280 N. Old Woodward Ave., Ste 400
Birmingham, MI  48009
(734) 913-9300  FAX (734) 913-6007

Date: __May 17, 1999__

CERTIFICATE OF MAILING (37 CFR 1.8(a))

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231.

Date: 5/18/99        _____
Sheryl L. Hammer

TG 002284