# EXHIBITS BB - DD

# REDACTED
# IN THEIR
# ENTIRETY