# EXHIBIT EE

Mark Kaplinsky    October 05, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


TV GUIDE ONLINE, INC, and TV    )
GUIDE MEDIA SERVICES, LLC,      )
                                )
        Plaintiffs,             )
                                )
    vs.                         )C.A. No. 05-
                                )CV-725-KAJ
TRIBUNE MEDIA SERVICES, INC.,   )
                                )
        Defendant.              )
_____ )




        VIDEOTAPED DEPOSITION OF MARK KAPLINSKY

        Taken on Thursday, October 5, 2006

                At 1:36 p.m.

            At Courtyard Marriott
                3275 Paradise Road

            Las Vegas, Nevada




Reported by:  Maria C. Wooley, CCR NO. 488

Mark Kaplinsky    October 05, 2006

## Page 2

```
1   APPEARANCES:
2   For the Plaintiffs:
3      CHING-LEE FUKUDA, ESQ.
       Ropes & Gray
4      1251 Avenue of the Americas
       New York, NY 10020-1104
5      (212) 596-9000
6
    For the Defendant:
7
       LINDA S. DeBRUIN, ESQ.
8      Kirkland & Ellis, LLP
       200 East Randolph Drive
9      54th Floor
       Chicago, Illinois 60601
10     (312) 861-2378
11
    Also Present:
12
       KENNY LAURSEN, VIDEOGRAPHER
13
14        * * * * *
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
1          EXHIBITS
2   DEFENDANT'S   DESCRIPTION      PAGE
3    16   Color Photograph      10
4    17   PEG Project Timeline    15
5    18   October 3rd, 1990 letter   19
6    19   Composite of screen shots   21
7    20   letter to Alan Straub    26
         dated December 10, 1990
8
    21   Letter dated January 8,    28
9        1991
10   22   Letter dated February 4,   37
         1991
11
    23   Document titled      39
12       Presentation to United
         Media by Lookahead
13       Communications, Inc April
         19, 1991
14
    24   Copy of a flier      42
15
    25   Cover letter dated August   44
16       20, 1991, with an attached
         copy of a flier
17
    26   Personal Entertainment    45
18       Guide
19   27   Complete Weekly TV      55
         Listings on your IBM PC
20
    28   Envelope      57
21       (Retained by Ms. DeBriun
         and is not attached.)
22
    29   Envelope      57
23       (Retained by Ms. DeBriun
         and is not attached.)
24
25
```

## Page 3

```
1          INDEX
2
3   WITNESS:
4   MARK KAPLINSKY
5
6
7
8   EXAMINATION:        PAGE:
9   Examination by Ms. Debruin      8
10  Examination by Ms. Fukuda     80
11  Further Examination by Ms. DeBruin   149
```

## Page 5

```
1          EXHIBITS
2   DEFENDANT'S   DESCRIPTION      PAGE
3    30   Cover sheet dated 5/26/92,   62
         with an attached press
         release
4
5    31   Video Review article    64
6    32   Cover page, with an    70
         attached CompuServe
7        Magazine article
8    33   Text of a speech given by   71
         Mr. Mark Kaplinsky at an
9        IFRA symposium
10   34   Letter dated December 13,   79
         1993
11
12
13         EXHIBITS
14  PLAINTIFFS'   DESCRIPTION     PAGE
15   35   Letter dated March 27,   126
         1996
```

LegaLink, a Merrill Communications Company
Tel: 312-263-3524 Fax: 312-263-3544

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky    October 05, 2006

---

**Page 6**

1  Las Vegas, Nevada, Thursday, October 5, 2006
2
3      THE VIDEOGRAPHER: Today is
4  Thursday, October 5, 2006. The time is
5  approximately 1336 hours as indicated on the
6  video screen. The location is Courtyard
7  Marriott Hotel, 3275 Paradise Road, Las Vegas,
8  Nevada.
9      My name is Kenneth Laurson,
10  certified legal video specialist, Member No.
11  00037, American Guild of Court videographers
12  from the firm Legalink of Chicago, located at
13  230 West Monroe Street, Suite 1500, Chicago,
14  Illinois 60606. The court reporter is Maria
15  Wooley from the firm Bonanza Reporting of
16  Las Vegas.
17      This is Case No. 05-CV-725-KAJ in
18  U.S. District Court, District of Delaware. The
19  case is entitled TV Guide Online, Inc. and TV
20  Guide Online, LLC, versus Tribune Media
21  Services, Inc.
22      The deponent is Mark Kaplinsky. The
23  videographed deposition is requested by the
24  defense. Counsel and all present will please
25  identify themselves for the record and then the

**Page 7**

1  court reporter will swear in the deponent.
2      MS. DeBRUIN: Linda DeBruin from
3  Kirkland and Ellis, on behalf of Tribune Media
4  Services.
5      MS. FUKUDA: June Fukuda from Ropes
6  & Gray, on behalf of TV Guide, the plaintiffs.
7      Before we get started, I wanted to
8  put on the record that I was just handed a
9  number of documents by Ms. DeBruin which she
10  represented were documents that Mr. Kaplinsky
11  had provided to her today during a morning
12  meeting between Ms. DeBruin and Mr. Kaplinsky.
13      I have had about 20 minutes or so to
14  flip through them; however, I wasn't able to
15  read every single word and haven't been able to
16  analyze it in detail.
17      So TV Guide is going to reserve its
18  right to call the witness back and to resume its
19  cross-examination to the extent that it's going
20  to relate to these new documents and any new
21  information that may be uncovered through them.
22      MS. DeBRUIN: And I'd just like to
23  note for the record that there is a very limited
24  number of documents, approximately eight to ten,
25  and that we are amenable to counsel taking

**Page 8**

1  whatever time she needs to review them and have
2  given you some time now and are happy to give
3  you more time if you'd like to review them
4  because I do not expect my questioning to take
5  very long. We can fight about this another day,
6  though, and let's get on with the deposition.
7
8  Thereupon--
9      MARK KAPLINSKY,
10  was called as a witness, and having been first
11  duly sworn, was examined and testified as
12  follows:
13
14  BY MS. DeBRUIN:
15      Q.  Mr. Kaplinsky, would you please
16  introduce yourself.
17      A.  Okay. My name is Mark Kaplinsky.
18  And do you want my address?
19      Q.  Where do you live?
20      A.  Right. 10660 Habersham Court,
21  Las Vegas, Nevada.
22      Q.  What do you do for a living?
23      A.  We -- I would call myself a business
24  owner/inventor and computer programmer, and I've
25  been that since about 1962 when I was 12 years

**Page 9**

1  old.
2      Q.  What schooling do you have to
3  prepare you for the type of work that you do?
4      A.  None. I'm completely self-trained.
5  I was taught by my father in 1962 when I was 12,
6  and my father was one of the first in the
7  business. And back in those days the industry
8  was first becoming transistorized, it's so far
9  back, and we used paper tape and punch cards.
10  So I've been in a very, very long time and
11  everything I've learned I've learned on my own.
12      Q.  Are you familiar with a company
13  called Metasystems Concept, Inc.?
14      A.  Yes. Metasystems Concept was our
15  first company between myself and Marge, my wife,
16  who is sitting here to my right, and it was
17  incorporated I believe in 1977, and I would
18  defer to the record if that's not correct.
19      And that was primarily to do
20  financial software for banks, which my wife and
21  I had met at Chemical Bank that used to exist in
22  those days. And she was my boss and we met and
23  we got together, and then we quit our jobs and
24  formed Metasystems Concept, Incorporated.
25      Q.  You and your wife were both partners

3 (Pages 6 to 9)

60e8a755-a63c-4799-b4b6-a7fe95236a73



Mark Kaplinsky        October 05, 2006

Page 10

1  in Metasystems?
2      A.  Yes.
3      Q.  What type of work did Metasystems
4  do?
5      A.  Metasystems did personal trust
6  systems and other financial systems for banking.
7  Our clients were the major banks, Citibank in
8  those days before all the mergers, Chase,
9  Manufacturers Hanover, Chemical Bank, and many
10 other banks.
11          And we ran Metasystems Concept up
12 until we folded -- we didn't really fold.  As a
13 matter of fact, it's still active today as a New
14 York State corporation, but we ceased doing
15 business when we formed Lookahead Communications
16 to do the TV listings package.
17          (Defendant's 16 was marked
18          for identification.)
19 BY MS. DeBRUIN:
20     Q.  I'm going to hand you a photograph
21 that I've marked as Exhibit No. 16.  Do you
22 recognize Exhibit 16?
23     A.  Yes.
24         This is a photograph of one of our
25 shows for the American Bankers Association,

Page 11

1  which shows the usage and I believe to be, if
2  not the very first, certainly one of the very
3  earliest based on my conversations with people
4  who have been given credit with having invented
5  the technology, namely, Ward Christensen of IBM,
6  the bulletin board and the distributed
7  processing system consisting of network PCs.
8          In this particular case, we used
9  seven IBM PCs first generation -- no.  I'd
10 correct it.  I have to say second generation,
11 the ones with the hard disk, the first
12 generation with the hard disk, and a device of
13 our own design to form the bulletin board and
14 also to do distributed processing.  And it was
15 very revolutionary at the time and it still
16 forms the basis of what's called network service
17 today.
18     Q.  Where was Exhibit 16 taken?  Where
19 was the photo taken?
20     A.  We did these shows all over the
21 country, so it may have been New Orleans or
22 Atlanta.  Can I ask my wife?  Or --
23     Q.  It doesn't really --
24     A.  Okay.
25     Q.  It was taken at a trade show?

Page 12

1      A.  It was taken at a trade show in one
2  of the major cities such as New Orleans or
3  Atlanta or San Diego, but we did many of these
4  shows, so I can't remember exactly what city
5  this was in.
6      Q.  Now, you mentioned another company,
7  Lookahead Communications.  What is Lookahead
8  Communications?
9      A.  Metasystems Concept had a -- let's
10 say a business purpose of doing financial
11 software.  And at the time Metasystems Concept
12 was working, basically my wife, and potentially
13 at that time other subcontractors, I went and
14 formed Lookahead Communications for the purpose
15 of doing consumer product because we wanted to
16 make use of this technology for consumers and we
17 saw many applications for that.
18     Q.  When you say "this technology," what
19 are you talking about?
20     A.  There is -- incorporated in this
21 picture and in this technology is the bulletin
22 board, which we invented in the early '80s prior
23 to, at least in my understanding, when Ward
24 Christensen claims to have invented the bulletin
25 board, distributed processing, so that processes

Page 13

1  that work independently on these different
2  machines are coordinated by a central machine,
3  and the seven machines link up to be one
4  supermachine, power load processing is another
5  term for this, the screen generators, the
6  database handlers and what we commonly call
7  infrastructure software today.
8          I mean today company's like D base
9  and Microsoft and Oracle put out packages, but
10 in those days there were no packages such as
11 this and we wrote our own, and we invented many
12 of the processes.
13     Q.  What made you think that your
14 bulletin board system would be used for consumer
15 applications?
16     A.  Well, when we marketed it to the
17 banks, we found that the banks were very
18 reticent to apply such advanced technology at
19 the time to secure transactions, many times
20 handling a trillion dollars a day.
21          Financial transfer -- or electronic
22 funds transfer applications we did, and we did
23 several and we found that senior management was
24 very reticent to entrust huge sums of money, and
25 literally, I mean one transaction could be

4 (Pages 10 to 13)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky        October 05, 2006

Page 14

1  $100 million.
2      And so we came to the decision that
3  consumer products would be better suited for
4  this advanced technology if the banking
5  executives were not prepared to go forward with
6  this.
7      Eventually, they caught up and now
8  they use distributed service systems all the
9  time. But back in the early '80s, it was a
10  concept that was not proven to be safe.
11      Q.  When did you start Lookahead
12  Communications?
13      A.  Lookahead was started -- oh, boy.
14      Q.  Is there anything that would refresh
15  your recollection?
16      A.  Yeah. I do have the date. It was
17  '89. Do you have --
18      Q.  Is there something that would
19  refresh your recollection?
20      A.  Right. I prepared a little sheet
21  and I don't know if I put on that date, but it
22  was --
23      Q.  Just for the record I'm going to
24  mark your sheet as Exhibit No. 17.
25  ///

Page 15

1      (Defendant's 17 was marked
2      for identification.)
3  BY MS. DeBRUIN:
4      Q.  Is Exhibit --
5      A.  Unfortunately, I didn't put down
6  when Lookahead was started, but it was -- it was
7  sometime -- I mean it's on the record in New
8  York State, so it's sometime between June and
9  December of '89.
10      Would you say about September '89?
11      MS. MARGARET KAPLINSKY: Yes.
12      THE WITNESS: September '89 is the
13  best guess, but somewhere between June and
14  the -- the fall of '89 is my best recollection.
15  BY MS. DeBRUIN:
16      Q.  Now, you said you were interested in
17  working on consumer applications with Lookahead
18  Communications.
19      Did you have specific consumer
20  applications in mind?
21      A.  At the beginning in June, no. And
22  we had never done a consumer application and,
23  you know, we were quite excited at the
24  possibility. And we tried coming up with a
25  number of different applications and finally

Page 16

1  because of an incident that happened with my
2  wife, we decided that a TV listings database
3  package would be a good candidate.
4      Q.  Would you tell us about the incident
5  that happened with your wife.
6      A.  Okay. My wife is an Agatha Christie
7  fan and she loves watching the mystery series on
8  public broadcasting.
9      In New York we had between four and
10  five different public broadcasting stations, and
11  within each one of those public broadcasting
12  stations they would play the different mystery
13  series from the BBC and most of these series
14  were multipart, sometimes as many as 13 parts,
15  and the TV listings that we got which was either
16  TV Guide or the newspapers made no mention of
17  which episode was being shown.
18      So my wife had no idea as to whether
19  a particular episode was the one she wanted
20  to see, and she complained bitterly to me as
21  wasn't there some way that we can tell how --
22  which episode of which series is going to be on
23  and what time.
24      And it kind of hit us like a bolt of
25  lightening, is that we needed and the other

Page 17

1  people like us, we needed to be able to do
2  further research in like a database application.
3  Since we were both used databases and used to
4  computer applications, we wanted to see TV
5  listings on the computer.
6      Q.  Would you step through for us --
7  about when did you have the idea of doing TV
8  listings on the computer?
9      A.  Sometime in September, October,
10  thereabouts.
11      Q.  What was the first thing that you
12  did in connection -- in following up on that
13  idea?
14      A.  We asked everybody that we could,
15  all of our friends, as to what they thought of
16  the idea and everybody said that they thought it
17  was a terrible idea.
18      Q.  So what did you do?
19      A.  We did it. We did it anyway. We
20  had -- we figured that there were other people
21  like ourselves out there but we just didn't know
22  them.
23      Q.  And would you describe for us -- did
24  you ultimately develop a product based on your
25  idea?

LegaLink, a Merrill Communications Company
Tel: 312-263-3524 Fax: 312-263-3544

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky          October 05, 2006

Page 18

1      A.   Yes.
2      Q.   What was the product?
3      A.   The product was initially called
4  Telewatch, and we did a copywrite search on the
5  name -- or trademark search, sorry, on the name
6  Telewatch.  We found there were too many marks
7  in use or too close to that name, so we finally
8  named it the Personal Entertainment Guide, which
9  is described as a program for displaying
10 television listings on a computer using a
11 downloaded database.  And all of the technology
12 that we use was the technology that we developed
13 for the banks.
14     Q.   And that was the bulletin board
15 system that you described earlier?
16     A.   Bulletin board, database, screen
17 handling, transaction handling.  I mean there is
18 a number of different subpackages within -- it
19 was -- now they would call it a rapid -- they
20 would call it a Rapid Application Development, I
21 think is the term, RAD, which is all of the
22 infrastructure, and then you just put the
23 finishing touches on it, and the finishing
24 touches was the application to do the TV
25 listings.

Page 19

1          (Defendant's 18 was marked
2          for identification.)
3  BY MS. DeBRUIN:
4      Q.   I'm handing you a document that I've
5  marked as Exhibit No. 18.  It's an October 3rd,
6  1990 letter to you from a Miss Madoff.
7      A.   Emily Madoff.
8      Q.   Madoff, excuse me.
9          Do you recognize Exhibit --
10         MS. FUKUDA:  Give me just a second.
11 Let me pull mine out.
12         MS. DeBRUIN:  Sure.
13         MS. FUKUDA:  October 3rd?
14         MS. DeBRUIN:  October 3rd.
15 BY MS. DeBRUIN:
16     Q.   Do you recognize exhibit 18?
17     A.   Yes.  This is when we tried to get a
18 copyright or -- let's see -- copyright.  Now --
19     Q.   Is Exhibit 18 a copy of a letter
20 from your files?
21     A.   Yes.  This is a copy of a letter
22 from our files.
23     Q.   Is Exhibit 18 a letter that you
24 created in the ordinary course of the business
25 of Lookahead Communications?

Page 20

1      A.   Yes, it is.
2      Q.   Was Exhibit 18 maintained in the
3  ordinary course of your business?
4      A.   Yes, it was.
5      Q.   What is Exhibit 18?
6      A.   It's an application for -- well,
7  it's a letter from the lawyer Emily Madoff, that
8  she prepared an application for copyrighting the
9  Personal Entertainment Guide code.
10         Now, we couldn't -- we didn't
11 choose to patent the code.  What we chose to do
12 is copyright the code.
13     Q.   Why is that?
14     A.   Well, mostly because of the finances
15 involved, is that it was too costly for us as a
16 small company to patent the code.  So we were
17 told that an alternative was to copyright the
18 code, which is not as -- it's not as powerful or
19 is -- I'm not sure what the best word is, but
20 it's not as good a way of protecting your
21 invention.
22         Copywriting the code, we took the
23 first ten pages and the last ten pages of the
24 source code of the application, that is, the
25 computer program, the first ten pages and the

Page 21

1  last ten pages of the computer program, and we
2  submitted this to the copyright office as per
3  the instructions of this lawyer.
4      Q.   I'm handing you a -- if I can find a
5  place to put a sticker on it -- I'm handing you
6  another document that I have marked as Exhibit
7  19.
8          (Defendant's 19 was marked
9          for identification.)
10 BY MS. DeBRUIN:
11     Q.   Do you recognize Exhibit 19?
12     A.   Yes.
13     Q.   What is Exhibit 19?
14     A.   This is a composite of screen shots
15 from the first version -- no, strike that.
16 That's not the first version.
17         This would be the final version of
18 our first product which is a D-O-S product.
19     Q.   D-O-S is sometimes referred to as
20 DOS?
21     A.   DOS, right.
22         And it's -- I mean if you look at
23 it, you can see.  It's not a Windows based
24 product.  It's a fixed screen size of 25 by 80
25 and it's a lot -- I mean it's considered kind of

6  (Pages 18 to 21)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky    October 05, 2006

Page 22

1 clunky today, but it's older technology. And
2 Microsoft put out a DOS version of their
3 operating system before they put out the Windows
4 version. And this was written in the DOS system
5 and this is our first version. I think it's
6 labeled V 1.0 and -- but it's not the first
7 version of the system as we did it.
8       The very, very first version was
9 tested out by some of our friends and we made
10 many changes to come to this version. So what
11 this is is the -- let's say the fourth or the
12 fifth revision of our first version of our
13 system, if that makes any sense.
14       Q.   Did you create the -- did you make
15 the screen shots that are shown on Exhibit 19?
16       A.   Yes.
17       I believe that this was done by
18 physically taking a camera and shooting the
19 screen and then putting those together and color
20 copying them. Because there is two, four, six,
21 eight different screens in this one page.
22       Q.   Did you create the fixtures of those
23 screens as part of your work for Lookahead?
24       A.   Yes.
25       Q.   Did you maintain these copies of the

Page 23

1 screens as part of your work for Lookahead?
2       A.   Yes. And this I believe was because
3 TV Data wanted a copy of our work to see what we
4 were doing with their data before they would
5 approve the usage of their data in our package.
6       Q.   Now, you mention there is a date
7 shown on this screen, 11/2/1990?
8       A.   Yes.
9       Q.   Do you see that?
10       A.   That was the date that the
11 photographs were taken of the screen, and that
12 was the time, 4:11 in the afternoon -- actually,
13 no. 4:11 in the morning I believe.
14       Q.   You were up early.
15       A.   Yeah.
16       Q.   What was the status of your Personal
17 Entertainment Guide system at the time that
18 these screen shots shown in Exhibit 19 were
19 taken?
20       MS. FUKUDA: Objection to form.
21 BY MS. DeBRUIN:
22       Q.   You may go ahead and answer.
23       A.   You're asking me what was the status
24 of this system at this time?
25       Q.   Yes.

Page 24

1       A.   This version we considered and in
2 fact was the last and final version of the
3 system. It had been through several revisions
4 prior to this, but on 11/2/90 and at the time we
5 made it -- I mean actually this 11/2/90 was --
6 the package had been -- this particular version
7 of the package, the DOS version of the package
8 had been already developed.
9       Q.   Now, this is before --
10       A.   I'm sorry.
11       Q.   Strike that.
12       Now, were you doing any testing of
13 this version of the Personal Entertainment
14 Guide? By "this version," I mean the version as
15 it existed on 11/2/1990.
16       A.   Yes. We tested this version.
17       Q.   Would you describe for us the
18 testing that you did.
19       A.   We picked out some unfortunate
20 friends who we twisted their arms to try -- it
21 was actually co-workers, friends, anybody we
22 could get really, but a few of them, four or
23 five, and we asked them to run through the
24 system with test data. That is, test data is
25 data that we generated ourselves from the

Page 25

1 newspaper.
2       Q.   How did you go about doing that?
3       A.   We actually had somebody come in
4 from -- in those days it was called Kelly Girls,
5 the temp firm, and we gave them a copy of the
6 New York times or whatever newspaper we used and
7 they key-punched in the data, and it took
8 forever. It took an eternity. It was a huge
9 effort.
10       Q.   Did you ultimately go to some other
11 source to get your data?
12       A.   Yes.
13       MS. FUKUDA: Objection to form.
14 BY MS. DeBRUIN:
15       Q.   You may go ahead and answer.
16       A.   Okay. I mean is there a better
17 form? I'm not sure what that means.
18 BY MS. DeBRUIN:
19       Q.   She's just making objections to my
20 questions. She needs to do that to preserve her
21 objections for later.
22       A.   Okay.
23       We ultimately found TV Data and
24 originally we went -- originally we thought
25 we -- until we realized what a huge job it was

7 (Pages 22 to 25)

Mark Kaplinsky     October 05, 2006

Page 26

1  to produce TV listings, we did it ourselves and
2  we figured -- and I actually went to movie
3  production houses, agents, HBO, Cinemax, CBS
4  television, and all told us they would be more than
5  happy to give us all the information we wanted
6  as to their upcoming schedules.
7         And then when we realized the
8  enormity of the task, we thought that we -- we
9  were looking for somebody else. We had never
10 heard of TV Data or TMS. And we thought that
11 the people who did this were the people who
12 produced the TV Shoppers, which are the little
13 magazines you pick up in supermarkets. And we
14 went to them and we finally traced it back to TV
15 Data and ultimately we contracted with TV Data
16 to produce the raw data.
17        But we originally started out -- and
18 I guess the story is is that we live within six
19 or eight blocks of CBS, ABC, NBC, HBO, right
20 there in the middle of Manhattan, so we thought
21 we'd just have to go down the street to get all
22 this data. We didn't realize it took 200 people
23 to put it together.
24        (Defendant's 20 was marked
25         for identification.)

Page 27

1  BY MS. DeBRUIN:
2     Q.   I'm handing you a document that I
3  have marked as Exhibit 20. For the record, it's
4  a letter to Alan Straub from you dated December
5  10, 1990.
6        Do you recognize Exhibit 20?
7     A.   Yes.
8     Q.   Is Exhibit 20 a document from your
9  files?
10    A.   Yes.
11    Q.   Did you create Exhibit 20 in the
12 ordinary course of your business?
13    A.   Yes.
14    Q.   Did you maintain Exhibit 20 in the
15 ordinary course of your business?
16    A.   Yes.
17    Q.   What was the purpose of your writing
18 the letter that we've marked as Exhibit 20?
19    A.   In this letter we were telling
20 TV Data that we were happy with the form of the
21 database that they had transmitted to us and
22 that we were happy and ready to sign the
23 contract. And in fact in this letter we sent
24 them a check for I guess the first installment.
25        And we had been working with them

Page 28

1  for sometime, I don't know how many months it
2  was, but it was awhile before we got it to the
3  point where we liked it.
4     Q.   Who did you work with at TV Data?
5     A.   Initially Alan Straub and then later
6  on Dick Guay, that's G-u-a-y, and then later on
7  the president.
8        Well, we ended up working with a lot
9  of people there, I mean the presidents, Charlie
10 Stackhouse, United Media, their parent
11 organization, so Brad -- do you want --
12    Q.   That's fine. You've answered it.
13    A.   Okay.
14        (Defendant's 21 was marked
15         for identification.)
16 BY MS. DeBRUIN:
17    Q.   I'm handing you a document I've
18 marked as Exhibit 21. For the record, it bears
19 production numbers TMS 8737 through 8746.
20        Do you recognize Exhibit 21?
21    A.   Yes.
22    Q.   What is it?
23    A.   It's a letter -- it's a letter from
24 Dick Guay who was at that time the director of
25 special projects. It's a letter from me to Dick

Page 29

1  Guay, who was the director of special projects,
2  which answered on their part as to what kind of
3  an application the Personal Entertainment Guide
4  package really was.
5        Because when we first contracted it,
6  Alan Straub basically licensed us as a TV
7  Shopper. And even though I had explained to
8  them many, many times what it was, the true
9  impact of what our package was hadn't really
10 sunk in. They had never seen a package like
11 that before.
12        And I got a call one day from Dick
13 Guay and he said, you know, that's not exactly
14 what we thought -- what you're doing is not
15 exactly a TV listing, a TV Shopper, an ordinary
16 printed magazine. You're doing something very
17 new to us and we need more information on it.
18        So in order to keep on going, they
19 required me to answer any number of questions
20 which this letter of -- well, I don't know,
21 about 10, 15 pages, thereabouts, attempts to
22 answer.
23    Q.   When you say "in order to keep on
24 going," you mean in order to keep on obtaining
25 listings from TV Data?

8 (Pages 26 to 29)

Mark Kaplinsky     October 05, 2006

Page 30

1    A.   That's correct.
2         They were worried about whether
3  their data was protected, whether people could
4  use their data to steal it, or whether people
5  could use our package to steal their data, and
6  there was certainly legitimate concerns.
7         And we had thought a lot about it
8  and taken many, many steps within our package,
9  such as encryption, to make sure that the data
10 could not be stolen wholesale.
11   Q.   When did you first start getting
12 data from TV Data?
13   A.   Now, this is going back 16 years,
14 and the only thing I can do is say that the date
15 of this letter is December 10th, 1990, the first
16 one from Alan Straub.  And we had received at
17 least a month or two of data before that to test
18 with.
19        So I can't tell you the first day
20 that we contacted TV Data, but it had to have
21 been prior to December 10th, 1990 and allow
22 enough time for us to have tested with and had
23 several go-arounds with the database because
24 there was a lot in the database that needed
25 fixing at the time.

Page 31

1    Q.   Now, what did you -- when you say
2  test with the data, what do you mean by that?
3    A.   TV Data had a bulletin board and we
4  would download the data from TV Data and the
5  data would be in a certain format and it would
6  contain certain things.
7         For example, it would contain like
8  the year of the movie, it would contain the
9  actors in the movie, and stupid little things,
10 for example, whether a comma was used to say
11 that something, some piece of the data was
12 missing or what type of ending punctuation on a
13 line or whether or not movie air was just like
14 '80 or -- 1980 or the format.
15        And we had particularly a lot of
16 trouble with the categories, comedy, series,
17 many, many, many inconsistencies in the format
18 for the categories, comedy, horror, science
19 fiction, series, whatever.
20        And we spent a long time having to
21 straighten that out because they had never --
22 when they coded, they coded for people who are
23 going to just drop it wholesale into a
24 typesetting machine for a printing press, and
25 here our computer system had to make sense of

Page 32

1  it.
2         If you were going to be able to pull
3  out all the science fiction, you had to be able
4  to have a code that means science fiction.
5  Sometimes it was SCI, sometimes it was SCI-FI,
6  sometimes it was SF.
7         And then we had to make sure it was
8  consistent, so we went through a lot of
9  go-arounds to get all that compatible with our
10 package, which is why we write:  We've examined
11 the latest transmission from TV Data and found
12 them to be most satisfactory.
13   Q.   So that means you were working out
14 some of the problems that you had with the data
15 at that time?
16   A.   That's correct, yes.
17   Q.   Now, at the time that you were --
18 once you started to get the data from TV Data in
19 the late 1990 -- was that in the late 1990,
20 early 1991 time frame?
21   A.   That's correct.
22   Q.   Once you started to get the data
23 from TV Data, were you still testing your
24 Personal Entertainment Guide?
25   A.   Yes.

Page 33

1    Q.   Did you have other people than
2  people within Lookahead Communications testing
3  it?
4    A.   Well, the people weren't within
5  Lookahead Communications.  They were outside of
6  Lookahead Communications.  They were essentially
7  volunteers.
8         But we wanted people out -- well,
9  Lookahead Communications only consisted of
10 myself and Marge.  So anybody who tested it was
11 outside of Lookahead Communications.  They
12 weren't paid.  They did it as a favor.
13   Q.   Did you have any confidentiality
14 agreements with them?
15   A.   No, we didn't.
16   Q.   What type of things could the
17 Personal Entertainment Guide do at that time?
18 And I'm talking by "that time" the late 1990,
19 early 1991 time frame.
20   A.   That would be --
21        MS. FUKUDA:  Objection to form.
22 BY MS. DeBRUIN:
23   Q.   You can ahead and answer.
24   A.   That would be the DOS version, and
25 I'm going to just -- I'm going to take the time

9  (Pages 30 to 33)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky          October 05, 2006

Page 34

1   slice 11/02/90.  You could look at program
2   listings by time, by time slot, which would now
3   be known as a grid, and by type of show, science
4   fiction, horror, comedy.
5           You could set up clippings folders
6   so that you could specify within the clippings
7   folders that you wanted a particular actor, like
8   Kirk Douglas, and the system would generate a
9   listing every cycle, which our cycles were
10  weekly.  Within these clippings folders then you
11  could have up to 255 clippings folders.
12          Then we had a transmission schedule
13  where you would download the data and it had to
14  be downloaded -- we set up a system so that you
15  could specify a unattended download.  That means
16  you could do it in the middle of the night while
17  you went to sleep, and that was a big deal
18  because people used to use their phone lines and
19  they needed to use the phone lines during the
20  day, so overnight download was the way that
21  worked.
22          And we also had alphabetic listings
23  so you could see different kinds of shows, and
24  we segregated that by movie, sports, and other,
25  also known as program.  And one of the most

Page 35

1   convenient listings was the other times listing.
2   So that, for example, if you're looking at a
3   show, then -- or let's say you saw a movie on
4   Cinemax, then it would tell you all other times
5   over the next three weeks, and our system went
6   on three weeks.  It would tell you over the next
7   three weeks when that movie would be playing
8   again.
9           And those are the functions it would
10  perform.  That's that particular generation.
11  Later on we added more.
12          Q.   Were you familiar with any other
13  systems at this time, late 1990, early 1991,
14  that could provide the capabilities that your
15  Personal Entertainment Guide provided?
16          A.   Initially -- to the best of your
17  knowledge, initially there were electronic
18  program guides that is on the screen, such as
19  OnStar.
20          Q.   You mean on the television screen?
21          A.   On the television screen, but
22  nothing on the computer.
23          And since we ultimately ended up
24  either talking to or having e-mail interactions
25  or having some relationship with everybody we

Page 36

1   were aware of, and there was at least five or
2   six or seven different companies, everybody who
3   we knew was in the business ultimately had
4   either talked to us about it first or had been
5   one of our subscribers, for example, or had
6   e-mailed or some sort of electronic
7   communication.
8           In other words, there was nobody who
9   we found that had done this at that time before
10  us.  And that was confirmed to the best of my
11  knowledge by Dick Guay who -- and also Larry
12  Shulman there at TV Data where they said they
13  had never heard or seen anything like this
14  before, and if anybody would know, they would
15  know because they dealt with everybody.
16          Q.   So if someone was using your system,
17  they would actually see the data on their PC?
18          A.   Yes.
19          Q.   So it wouldn't show up on the
20  television screen --
21          A.   No.
22          Q.   -- is that right?
23          A.   Unless the PC was plugged into the
24  television screen.  And, actually, some people
25  did do that, but mostly it was designed for the

Page 37

1   PC.
2           Q.   What kind of PCs were used in the
3   1990, 1991 time frame?
4           A.   It was --
5           MS. FUKUDA:  Objection to form.
6           THE WITNESS:  The IBM PC with 10
7   megabytes of disk, and it had to have at least a
8   1200 board modem, minimum configuration, else
9   otherwise.
10          (Defendant's 22 was marked
11          for identification.)
12  BY MS. DeBRUIN:
13          Q.   I'm handing you a document that I've
14  marked as Exhibit 22.
15          Please go ahead and have some water,
16  if you like.
17          A.   Yeah, okay.
18          Q.   For the record, Exhibit 22 bears
19  production numbers TMS 1274 through TMS 1280.
20          Do you recognize Exhibit 22?
21          A.   I --
22          Q.   And take a moment and look through
23  it.
24          A.   Right.  I mean I recognize it as
25  something that I -- it was the contract between

10  (Pages 34 to 37)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky    October 05, 2006

Page 38

1   us and TV Data, it's dated February 4, 1991, but
2   I mean I don't remember it, you know, from 16 or
3   15 years ago per se. This isn't one of the
4   documents that we gave you. This must have come
5   from your files.
6       Q.   But you recognize Exhibit 22 as an
7   agreement -- as a cover letter and an agreement
8   between you and TV Data; is that right?
9       A.   Yes.
10          I mean we certainly did have -- this
11  does look like our contract and this is -- this
12  must be the finalized contract between us and
13  TV Data when everybody -- when TV Data was
14  finally satisfied that we had protected their
15  copyrights sufficiently.
16          See, there was a lot of discussion
17  back and forth as to whether their copyrights
18  were properly protected, so this was that final
19  negotiation.
20      Q.   How did you go about marketing your
21  Personal Entertainment Guide?
22      A.   Originally, as I said, we asked for
23  volunteers and we corralled who we could.
24          And then we went to United Media,
25  and United Media is the parent of TV Data, and

Page 39

1   United media offered to assist us with the
2   marketing and they gave us access to a
3   consultant, I believe the name was School
4   Listing Data Services or something roughly
5   equivalent to that.
6          (Defendant's 23 was marked
7           for identification.)
8   BY MS. DeBRUIN:
9       Q.   Let me hand you a document that I've
10  marked as Exhibit No. 23. For the record,
11  Exhibit 23 bears production numbers TMS 8767
12  through 8783.
13          Do you recognize Exhibit 23?
14      A.   Yes. This is a copy of the -- today
15  we would call it Power Point notes, but the --
16  the bullets are a presentation that I made to
17  United media in April 19, 1991.
18      Q.   Now, who is United Media?
19      A.   United Media is the parent company
20  of TV Data. TV Data is a company who produces
21  TV listings for newspapers and was subsequently
22  purchased by TMS, Tribune Media Services.
23          United media is a large syndication
24  company that has many cartoons like Peanuts and
25  I Think Dilbert, things like that, but also

Page 40

1   owned the subsidiary called TV Data.
2          And United Media, the parent, took
3   an interest in us because we were revolutionary
4   at the time and asked for a presentation on
5   everywhere we saw this package going. So we
6   gave them a rather conclusive and detailed
7   presentation on how this product would work and
8   how this product would be expanded and future
9   uses of this product and --
10      Q.   And by "this product," you're
11  referring to your Personal --
12      A.   Personal Entertainment Guide, that's
13  correct.
14      Q.   Okay.
15      A.   And that's where they decided to
16  help us market and give us expert advice in
17  marketing, which they did.
18      Q.   How did they help you in marketing?
19      A.   They set up meetings with us with
20  their marketing people, and they gave us access
21  to a consultant, and they -- basically, they
22  gave us the instructions on how one would market
23  a retail package.
24      Q.   What approach -- working along with
25  United Media, how did you go ahead and how did

Page 41

1   you go about marketing the Personal
2   Entertainment Guide?
3       A.   We came up with a mailer, a direct
4   marketing mailer. It was a four side, blue and
5   black, and it advertised the Personal
6   Entertainment Guide.
7          And let me just say parenthetically
8   that the problem we had is that nobody had ever
9   heard of anything like this, so we had the
10  problem of trying to introduce the package in
11  terms of form, function, and also try to sell it
12  at the same time.
13          And one of the problems we had was
14  we had to try to explain to people what it was
15  because it was unknown at the time. And as I
16  said, everybody I talked to thought it was a
17  waste of time.
18          And we took a mailing list off of
19  PC Magazine and we took 10,000 names
20  cross-selected by Zip Code and Area Code for
21  Manhattan Cable and Paragon Cable TV areas,
22  which was the island of Manhattan, and comprised
23  two different cable systems and we sent out
24  10,000 fliers.
25  ///

11 (Pages 38 to 41)

Mark Kaplinsky        October 05, 2006

Page 42

1          (Defendant's 24 was marked
2          for identification.)
3  BY MS. DeBRUIN:
4     Q.   I'm going to hand you a document
5  I've marked as Exhibit No. 24. Do you recognize
6  Exhibit No. 24?
7     A.   Yes. This is the -- this is a copy
8  of the flier, the four-page flier that we sent
9  out to the 10,000 people.
10    Q.   Do you have -- can you date for me
11 approximately when you would have sent the flier
12 out to the people in trying to market --
13    A.   Yes. I can date it very accurately
14 because there is an expiration date on the
15 package itself.
16         It says make sure to mail this back
17 by 10/31/91, so that we had to have it in the
18 mail earlier than 9/31/91, and in fact it was
19 the probably second week in September of that
20 year, and it kind of sticks in my memory base we
21 had 10,000 mailers in my living room and it took
22 up the entire living room.
23         And we had to take it to the post
24 office and the post office rejected 10,000
25 mailers. We had to bring back 10,000 mailers to

Page 43

1  the living room and resort them by Zip Code,
2  within Zip Code, subZip Code, and we were at it
3  and we almost messed up our date, but we finally
4  got it out so that everybody would have -- it
5  says free for four weeks, and everybody had it
6  so that they had sufficient amount of time to
7  make a decision on the package, so one month
8  prior to 10/31/91 it went out.
9          Let me put it this way. Two weeks,
10 two weeks -- six weeks prior to 10/31/91 it went
11 out. That's when it had to go out, otherwise
12 we'd have to reprint them.
13    Q.   Is Exhibit No. 24 a copy of a
14 document from your file?
15    A.   Yes.
16    Q.   From your files?
17    A.   Yes.
18    Q.   That was -- Exhibit 24 is a document
19 that you created and maintained in the ordinary
20 course of your work for Lookahead?
21    A.   Yes.
22    Q.   The particular copy that we've
23 marked as Exhibit 24 appears to be one that was
24 actually sent out to a perspective client; is
25 that right?

Page 44

1          MS. FUKUDA: Objection to form.
2          THE WITNESS: I believe what -- this
3  is one before the rejects because we only
4  targeted Manhattan, New York, and this is
5  Sunnyvale, California, and so this was a bad
6  label. So this is one that got rejected by the
7  post office, so that's how we came to have it,
8  this particular one.
9          (Defendant's 25 was marked
10         for identification.)
11 BY MS. DeBRUIN:
12    Q.   I'm handing you a document I've
13 marked as Exhibit No. 25. For the record, it
14 bears production numbers TMS 8881 through 8883.
15         Does Exhibit 24 -- 25, I'm sorry,
16 include a copy of the flier that we were just
17 looking at and that we had marked as Exhibit 24?
18    A.   Yes, it's the same one.
19    Q.   What is Exhibit 25?
20    A.   This is me having sent a copy of
21 this to Dick Guay and Larry Shulman of TV Data.
22    Q.   Why did you do that?
23    A.   I was -- well, part of our agreement
24 is that -- even beyond that, part of our
25 relationship was that we -- I copied them on all

Page 45

1  public correspondence, and we kept them apprised
2  on a running basis of everything we were doing.
3  I mean it was an informal partnership.
4          (Defendant's 26 was marked
5          for identification.)
6  BY MS. DeBRUIN:
7     Q.   I'm handing you a copy of a document
8  that I've marked as Exhibit 26.
9          Do you recognize Exhibit No. 26?
10 And for the record, I should state it bears
11 production numbers TMS 1105 through TMS 1186.
12    A.   This is a Personal Entertainment
13 Guide manual. It's a user manual for the
14 package.
15    Q.   Did you and your wife write this
16 manual?
17    A.   Yes, we did.
18    Q.   Did you write this manual as part of
19 your work for Lookahead Communications?
20    A.   Yes, we did.
21    Q.   What was your purpose in writing the
22 manual that we've marked as Exhibit 26?
23    A.   So that the people who were going to
24 use our system would have a manual on how it
25 works.

12 (Pages 42 to 45)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky       October 05, 2006

Page 46

1    Q.   What did you do with the manual that
2  we've marked as Exhibit 26?
3    A.   We sent it out with the disk to the
4  customers.
5    Q.   Can you -- strike that.
6        When did you send out Exhibit 26 to
7  customers?
8    A.   It was on or about the date of the
9  expiration here in, let's say, November 19 -- I
10  just want to get this straight -- November 1991.
11    Q.   What are you looking at to tell you
12  when you would have sent the user's guide?
13    A.   The expiration date on the flier.
14  Because as soon as it expired, and people were
15  sending it back, we started -- as a matter of
16  fact, it would probably have been earlier than
17  that.  We sent out the packages as soon as
18  people sent in the applications.
19        So it would have been all through
20  the month of October and -- I just want to keep
21  double-checking this date here -- the month of
22  October, November and thereafter.
23        I mean whenever applications came
24  in, people would send them in, we'd send out
25  these manuals, a disk, fliers, and then we'd see

Page 47

1  people start logging on and using the package on
2  our bulletin board.
3    Q.   And when you said October, November,
4  that was all in the 1991 time frame?
5    A.   Yes, 1991.
6    Q.   Why don't we take a short break so
7  the videographer can change the tape.
8    A.   Okay.
9        THE VIDEOGRAPHER:  This is the end
10  of tape and disk No. 1 of the Videotaped
11  Deposition of Mark Kaplinsky.  The time as
12  indicated on the video screen is approximately
13  1427 hours.
14        (Recess taken.)
15        THE VIDEOGRAPHER:  This is the
16  beginning of tape and disk No. 2 in the
17  Videotaped Deposition of Mark Kaplinsky.  The
18  time as indicated on the video screen is
19  approximately 1436 hours.
20  BY MS. DeBRUIN:
21    Q.   Mr. Kaplinsky, does Exhibit 26
22  accurately describe the Personal Entertainment
23  Guide that you marketed in 1991?
24    A.   Yes, it does.
25    Q.   Could you step through for us how

Page 48

1  the Personal Entertainment Guide that you
2  marketed in 1991 operated?
3    A.   Do you want me to go from the --
4    Q.   How the user would install --
5    A.   Assuming it's all set up.
6    Q.   Right.
7    A.   Okay.  I believe, and I'm not 100
8  percent sure of this, but I believe that we put
9  the first two weeks of listings onto each disk.
10  Now --
11    Q.   And when you refer to the disk, the
12  disk is what the user would initially receive?
13    A.   Physical 3-1/2 or 5-1/4 inch disk
14  that the user would receive in the mail.
15    Q.   What was on that disk?
16    A.   It was the operating system, but it
17  was also two weeks of data, the first two weeks
18  of data, because we wanted the user to have an
19  instant start-up experience.  We didn't want
20  them downloading up front, so it was very, very
21  time sensitive.
22        We would send out the data and --
23  I'm sorry.  We would get the data, we'd put the
24  data onto the disk, and the disk would go out to
25  the customer.  The customer would load that on

Page 49

1  their computer and they would instantly have TV
2  listings.
3    Q.   That was the very first time they
4  used the system?
5    A.   The very first time they used it.
6        And the reason for that is because
7  we wanted -- I mean we were selling a very
8  advanced concept, a new concept, and we didn't
9  want them to have to go through the difficulty
10  of having to download the listings and get
11  established with a modem.
12        And in those days the modems were
13  very flaky and it was very difficult to get the
14  modems to synch, synchronize with the bulletin
15  board, and we wanted to spare -- we wanted to
16  get them hooked on the package before they
17  potentially found out that they had problems
18  with the modem.
19        So when we sent out the package --
20  and the reason I remember this, is that it was a
21  week or two before we would see any evidence
22  that somebody was using this system on our
23  bulletin board, the lights wouldn't flash, the
24  phone calls wouldn't come in because we had
25  given them first three weeks of data on the

13 (Pages 46 to 49)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky          October 05, 2006

Page 50

1    disk, and that's also why I can pinpoint the
2    date that these disks went out to around the
3    date of the mailer because the listings had to
4    be current. Now, we had them --
5        Q.   Now, what's the process then once
6    those weeks have passed, the data that they have
7    on the disk --
8        A.   Well, can I finish answering?
9        Q.   Okay. Sure, go ahead. I'm sorry.
10       A.   When they got the disk in the mail,
11   they would put the disk -- and in those days
12   there were no formal setup mechanisms like there
13   are today with Windows.
14           We would have them put the disk into
15   the computer and copy it onto the hard drive,
16   and then we would have them type in P-E-G, PEG,
17   for Personal Entertainment Guide and instantly
18   their TV listings would appear with the opening
19   screen and it would say Personal Entertainment
20   Guide version 1.0, at least in the -- let's say
21   the final version of the DOS system.
22           At the end of the first week or
23   potentially at the end of the second week or
24   potentially at the end of the third week, they
25   would push the button -- I'm sorry -- bring up

Page 51

1    option No. 6 here for Schedule Transmission.
2        Q.   And you're looking referring, to
3    what exhibit?
4        A.   I'm referring to the screen shots
5    that we had discussed before.
6            And the system would automatically
7    dial the bulletin board, automatically request
8    the right database, and automatically download
9    all of the listings for either the first, second
10   or, let's say, for either one, two or three
11   weeks as were necessary, and it was in a
12   three-week rolling cycle, so the first disk we
13   gave them three weeks.
14           As the first week expired, then we'd
15   give them one week. But if they allowed two
16   weeks to expire, we gave them two weeks. And if
17   they allowed three weeks to expire, we'd give
18   them three weeks on the download.
19       Q.   Now, did all your users get the same
20   listings?
21       A.   No.
22           The users -- we had only marketed to
23   two cable lineups, and each system was
24   customized with a lineup for that particular
25   cable system. So there was a file on the system

Page 52

1    which we called the key file, and the key file
2    had the name of the cable system or a numonic
3    for the reference of the cable system and the
4    zone within the cable system. And then that
5    indicated a particular lineup so that the
6    bulletin board knew exactly the right lineup to
7    give to the customer. It was all automatic and
8    it was by virtue of the setup that we did when
9    we first sent them out the disk.
10           When people requested the disk from
11   us, in the application they specified the cable
12   system. If you look on the -- I guess page 1,
13   2 -- well, in the part where they fill out the
14   name, one of the things that they fill out was
15   the disk size, 3-1/2, 5-1/4, what modem speed
16   they had, and the cable system.
17           And that cable system was used to
18   encode the lineup for the particular cable
19   system so that everybody's lineup would be
20   correct.
21           In the early days we started with
22   two lineups, Paragon Cable and Manhattan Cable
23   TV, and the listings were proper for those two
24   lineups.
25       Q.   Now, how would that -- you referred

Page 53

1    to that information as the key; is that right?
2        A.   Yes. Ultimately, we did make it to
3    a key file.
4        Q.   How did that information get from
5    the user to your bulletin board system?
6            MS. FUKUDA: Objection to form.
7            THE WITNESS: When we would
8    customize the disk for the user, we had a
9    program where we inputted a code for the
10   particular cable system and zone.
11           For example, Manhattan Cable TV
12   might have two or three different lineups
13   depending on where in the city you were and
14   whether you were in the rebuilt areas or whether
15   you were in the older areas.
16           And we would encode that into the
17   disks that we sent to the user. From then on
18   the system would automatically request the right
19   data. I don't know if that answers the question
20   properly.
21   BY MS. DeBRUIN:
22       Q.   How would the system request the
23   right data when I, I as a user -- when a user of
24   your system would dial in to your bulletin board
25   system, how would the data be -- the correct

14 (Pages 50 to 53)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky    October 05, 2006

Page 54

1  data be requested?
2      A.   The data was automatically requested
3  by the system based on the code that we set up
4  initially.  In other words, we entered once in
5  the beginning based on them specifying the cable
6  system on the application.  We did the Data
7  entry, not them.
8      So they sent this back, the form
9  with the cable system.  We would enter the cable
10  system onto the disk.  We'd send them the disk.
11  The disk had the information that told the
12  system -- the disk had the information that
13  specified the right cable system.
14      We are the ones who actually entered
15  the information onto the disk.  We then sent the
16  disk to the customer.
17      Q.   Did that information, that key from
18  the disk, get transmitted back then from the
19  user to your system?
20      A.   Yes.
21      In the conversation between -- in
22  the automatic conversation between the system,
23  that is, the customer system to the bulletin
24  board, that key information was used as a
25  request code to the bulletin board and the

Page 55

1  bulletin board responded with the proper channel
2  lineup.
3      Q.   Now, you mentioned that initially
4  you served two different cable companies?
5      A.   Right.
6      Q.   Did you ever expand your coverage?
7      A.   Yes.  We expanded to the entire
8  nation, concentrated around 13 major cities.
9      And we had to change the way that we
10  did it based on the nature of the distribution
11  mechanism we used when we switched from our own
12  proprietary bulletin board, CompuServe, which is
13  a national bulletin board and, you know, there
14  is some technical details to do that.
15      And, you know, you'll ask me what
16  changes were made, I mean unless you want me to
17  just go into --
18      (Defendant's 27 was marked
19      for identification.)
20  BY MS. DeBRUIN:
21      Q.   Before we get to CompuServe, let me
22  hand you a document I've marked as Exhibit No.
23  27.  On the top it says Complete Weekly TV
24  Listings on your IBM PC.
25      Do you recognize Exhibit 27?

Page 56

1      A.   Yes.  This is a nonattached form
2  that we put into the manual as kind of like a
3  little sales brochure.
4      Q.   And what does Exhibit 27 mean when
5  it says -- the first bullet item says "Keyed to
6  your Cable Converter"?  Do you know what that
7  means?
8      A.   Yes.
9      That is indicating to the customer
10  that the listings that will appear on their
11  computer will be exactly the lineup that's on
12  their cable converter channel for channel.  The
13  only -- I think the only channels we didn't
14  include were the public access channels.
15      Q.   And when that says "Keyed," using
16  the word key in the way that you were using it
17  previously, the key for the data --
18      A.   Yeah.
19      It was a key file and it's also
20  keyed in the more generic sense of the word
21  keyed.  It's consistent with -- or it's exactly
22  the same, it's identical to the cable converter.
23      So what's on channel 2 is what's on
24  the computer on channel 2, and Channel 3 on the
25  converter is channel 3 on the computer, all the

Page 57

1  way up through the entire lineup.
2      (Defendant's 28 was marked
3      for identification.)
4      (Defendant's 29 was marked
5      for identification.)
6  BY MS. DeBRUIN:
7      Q.   I'm handing you two envelopes, two
8  mailing envelopes, that I've marked.  One I've
9  marked as Exhibit No. 28 and one I've marked as
10  Exhibit No. 29.
11      Do you recognize Exhibit 28 and
12  Exhibit 29?
13      A.   Yes, I do.
14      Q.   What are they?
15      A.   These represent two customers who
16  decided not to use the package and who were kind
17  enough to follow my request to send everything
18  back so we could reuse it.
19      And what these are is this is
20  exactly the kit that was sent to them, and they
21  put their own stamps and put their own label on
22  it.  And in one case it's sealed so that this
23  hasn't been opened since 1991.
24      And in this case it's open and
25  inside would be the information, the details

15 (Pages 54 to 57)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky          October 05, 2006

Page 58

1  that we sent to them which includes a manual and
2  a disk.
3      Q.   And which of the two is it that's
4  opened? Exhibit 29 is opened?
5      A.   Let me -- I just want to point out
6  something on the disk.
7          But if you look at the first number
8  on the disk here, this is the customer key. As
9  you see, it says 718 GQ.
10     Q.   What does that mean, 718 GQ?
11     A.   That happened to be -- 718 was Area
12 Code of Brooklyn, and that would have been a
13 Queens lineup at that time. I guess we had
14 expanded it out, but that's the physical key and
15 it was written on the disk, but it was also --
16 it was printed on the disk. It's also
17 physically magnetically on the disk.
18         And this number, this 718 G -- I'm
19 sorry, this 718 QO is the designator we use to
20 determine cable lineup. This 718 QO would be
21 passed out to the bulletin board, and this
22 718 QO is what instructed the bulletin board to
23 send the proper -- the proper cable lineup for
24 this particular cable lineup, which I mean
25 looking at it, it looks like a Queens lineup

Page 59

1  which would have been later on in our process.
2          The next number, the 220, is the
3  customer number. And I forget what these other
4  numbers are, but the 718 QO is the number which
5  designates the cable lineup. This is the most
6  precise designation you can have. It tells you
7  exactly what's on channels 2 through, you know,
8  the end of the cable lineup.
9      Q.   Now, what is the -- strike that for
10 a moment.
11         Did you maintain Exhibits 28 and 29
12 as part of the ordinary course of running
13 Lookahead?
14     A.   Yes, we did.
15     Q.   And why did you keep them?
16     A.   I guess the main reason is for a
17 moment like this in case anybody wanted to find
18 out what we did back then.
19         And we have photographs and pictures
20 and listings of all of the different things that
21 we've invented and all of our work. My wife
22 likes to collect things and she hardly ever
23 throws anything out.
24         But this is part of the record of
25 our invention. And this one, for example, is

Page 60

1  sealed, so it shows exactly -- this was sealed
2  by the customer. They ripped off the tag, tried
3  the package, for whatever reason, I don't know
4  what's inside, and then they sent it back. But
5  I guess we saved it for posterity for our own
6  interest.
7      Q.   What are the postmarks on the
8  exhibits?
9      A.   Okay. This one has a postmark of
10 November 26, 1991.
11     Q.   And when you say "this one," that's
12 Exhibit 28 or 29? I can't see that far, sorry.
13     A.   Sorry. Exhibit 28, November 26,
14 1991.
15         And you can see on this one here --
16 by the way, the tag that we sent out also has
17 the cable designator on it. Because what they
18 did is they pasted their label on top of our
19 label, and this has a postmark of -- I'm having
20 a little -- January 19 -- I think it's
21 January 1992. Maybe you can make it out better
22 than I can. It looks like January 1992.
23         MS. FUKUDA: Could I just take a
24 look at that as well.
25         MS. DeBRUIN: Sure.

Page 61

1  BY MS. DeBRUIN:
2      Q.   It has 1991 Christmas stamps on it,
3  so January 1992 would make sense.
4      A.   Right.
5          You know, the person held it for
6  awhile. And, as a matter of fact, I think in
7  this one they had trouble getting it to start,
8  they couldn't get the disk to be read, because I
9  think there is a letter inside explaining why
10 they couldn't use it.
11         Shall I take it out? You want me
12 to --
13     Q.   Let's move on to something.
14         Would you say that your Personal
15 Entertainment Guide was a successful product?
16         MS. FUKUDA: Objection. Leading.
17 BY MS. DeBRUIN:
18     Q.   Let me ask it this way. Was the
19 Personal Entertainment Guide a successful
20 product?
21     A.   Right. I'm not sure how you define
22 success. I say that because in and of itself,
23 the Personal Entertainment Guide only had a few
24 hundred customers and did not make money.
25         But what it did do is it perfected

16 (Pages 58 to 61)

Mark Kaplinsky    October 05, 2006

Page 62

1   the technology and it introduced us to all the
2   players in the industry, including TV Data, TMS,
3   TV Listings, Gemstar, AT&T, numerous other
4   companies that are smaller, and ultimately
5   fostered an agreement between us and Tribune
6   Media Services, the company you represent, and
7   which we contracted with later on for five
8   years. And that was very successful, both for
9   us and also for TMS.
10       So in the sense that it got us to
11  the next step, very successful. In the sense
12  that it in and of itself was a successful
13  product, not in the economic sense.
14      Q.   You mentioned the system we were
15  talking about that Exhibit 26 is the user's
16  guide for, that was the DOS system; is that
17  correct?
18      A.   Yes, right, only the DOS system.
19      Q.   Now, you mentioned some work that
20  you did with CompuServe and I'd like to talk
21  about that now.
22      A.   Right.
23          (Defendant's 30 was marked
24           for identification.)
25  ///

Page 63

1   BY MS. DeBRUIN:
2       Q.   I'm handing you an exhibit that I
3   have marked as Exhibit No. 30. For the record,
4   it bears production numbers TMS 8754 through TMS
5   8756.
6          Do you recognize Exhibit 30?
7       A.   Yes.
8          This is the press release that we
9   designed for CompuServe, and it's a -- the
10  overall form of it is it's a fax of the sales
11  brochure or sales flier or press release that we
12  made for our introduction to CompuServe, being
13  sent to Dick Guay of TV Data.
14         And as I said, we always --
15  everything we did publically, we kept·them
16  informed. We always faxed them everything that
17  went out to anybody, lawyers, CompuServe,
18  whoever.
19      Q.   Do you have any -- how did you first
20  start working with CompuServe?
21      A.   When we first put out the package in
22  Manhattan, we ended up with a lot of very
23  influential, a limited number I say -- the
24  number wasn't great, but the quality of the
25  customer was extraordinary.

Page 64

1          We had a lot of reporters for major
2   newspapers and cable companies and directors and
3   people who were in the industry. And one of the
4   people we had was the author of -- was either
5   the publisher or -- it was the editor of Video
6   Review Magazine, a national magazine. And Video
7   Review did a review of our product based on our
8   New York release and wrote a national article,
9   and at that point we started getting calls from
10  all over the country based on that article.
11         And one of those calls was from Dawn
12  Gordon, Dawn, D-a-w-n, Dawn Gordon of
13  CompuServe, and she said she'd like to use our
14  package in her consumer electronics form on
15  CompuServe.
16         (Defendant's 31 was marked
17          for identification.)
18  BY MS. DeBRUIN:
19      Q.   I'm handing you a document I've
20  marked as Exhibit 31.
21         Is Exhibit 31 a copy of the Video
22  Review article that you were referring to?
23      A.   Yes, it is.
24      Q.   Did Miss Gordon contact you?
25      A.   Yes, she did.

Page 65

1       Q.   Did you ultimately end up working
2   with CompuServe?
3       A.   Yes, we did.
4       Q.   And how did the CompuServe system
5   differ from the DOS system that you've described
6   for us earlier?
7       A.   It was -- well, there were many
8   differences. There were differences forced upon
9   us by the nature of CompuServe as a distribution
10  mechanism.
11         And then there were practical
12  considerations based on the fact that we were
13  going from just the New York area to the
14  national listings.
15         And then there was a wish list based
16  on the technical sophistication of the
17  CompuServe user base, and each one of those had
18  put upon us specific requirements. So let me
19  take them in order, if I may.
20         Our bulletin board was proprietary
21  and used proprietary mechanisms between the user
22  and the bulletin board itself. None of that
23  could be used with CompuServe.
24         In fact, the DOS program itself was
25  keyed specifically to our bulletin board and was

17 (Pages 62 to 65)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky      October 05, 2006

Page 66

1  incompatible with CompuServe. So we immediately
2  had to strip out the whole bulletin board
3  protocol, then we had to make the files in a
4  format such that people could download the
5  proper channels from CompuServe.
6       Well, we found much to our horror
7  that there were 10,000 channel lineups, and we
8  weren't going to be able to put out 10,000 files
9  every week. So what we did is we put -- linked
10 them together and we served the national
11 listings represented by what you might see on a
12 satellite TV and 13 major demographic areas like
13 Washington, D.C. and Baltimore and Philadelphia,
14 Atlanta, Denver, Los Angeles, San Francisco, the
15 largest 13 cities by demographic areas and then
16 some of the outlying areas.
17      And then because of the technical
18 sophistication of the CompuServe users, they
19 demanded that the system be done in Windows, and
20 Windows was just becoming -- just coming into
21 its own at the time, Windows 3.1.
22      And prior to that, it wasn't
23 really -- well, I mean this will be my own
24 opinion, but it had many, many bugs in it prior
25 to 3.1. 3.0 was considered to be the first

Page 67

1  useful version.
2       And so we recoded our system and we
3  did it in Windows, and we did an extensive
4  rewrite and we took all of these different
5  considerations in mind. And so the mechanism
6  for requesting the files changed, the protocols
7  changed, and basically we abandoned or DOS
8  program and we just pretty much kept it in
9  Windows. Although we did provide the DOS
10 program, very few people used it.
11      And then we had one other version
12 which we call PEG Speak, and that was
13 specifically designed for blind people, and that
14 was designed for talking machines. That's a
15 whole different thing like that.
16   Q.  On the CompuServe system, did you
17 have anything that was comparable to the key
18 that you had in the DOS system?
19   A.  Right.
20      Instead of us having to -- we had no
21 way of providing the disk to each customer, that
22 is, uploading an entire program and program
23 files and disk files was unwieldy.
24      So what we did is we compressed all
25 of the information that was necessary to support

Page 68

1  that customer into a very short key file, which
2  also included an encryption or D encryption key
3  or a key and we called it the key file. And
4  within that key file is the same sort of code
5  that I showed you on the envelope here, 718 QO,
6  or like in New York it would be 212 MO, M
7  standing for Manhattan Cable TV, 212 being the
8  Area Code of Manhattan and 0 being the basic
9  lineup.
10      And that particular code was put in
11 this little short key file of maybe only a
12 thousand bytes, 1,000 characters long, and to
13 each and every customer we would send the key
14 file.
15      So people would say or e-mail to us:
16 Please send me the key to Denver, and we'd give
17 them the Denver key. Now, the Denver key
18 included many, many, let's say, 100 channels,
19 and at that point our system was keyed by
20 cable system. Our system was keyed by
21 demographic area. And we left it up to the end
22 user to arrange the channels in the order of
23 their particular lineup.
24      Again, so we couldn't put out the
25 10,000 different lineups that existed in the

Page 69

1  country, so we'd only issue I think 13
2  demographic areas or perhaps four national. For
3  example, I think it's four national satellite
4  listings, like Dish TV, Direct TV, or whatever
5  their predecessors were. I forget the exact
6  ones -- oh, C band TV, things like that. So
7  there was about 15, 16 lineups in general, and
8  then people would mix and match those files.
9       Now, the way they requested those
10 files were they would type -- we had to use the
11 standard mechanism that CompuServe provided. We
12 didn't have any other way of doing it.
13      What I would have loved to have done
14 would have been, you know, if you're in Detroit,
15 press 13. But what would happen is if you're in
16 Detroit, you had to ask for the file by name and
17 that would have been PEG DT for Detroit, and
18 then three numbers which corresponded to the
19 week, dot zip.
20      And it was wieldy, but it was
21 something that CompuServe customers were very
22 used to, as they downloaded a lot in that
23 format. So that's how the customers downloaded
24 the proper file.
25 ///

LegaLink, a Merrill Communications Company
Tel: 312-263-3524 Fax: 312-263-3544

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky    October 05, 2006

## Page 70

1    (Defendant's 32 was marked
2    for identification.)
3  BY MS. DeBRUIN:
4    Q.   Let me hand you a document that I
5  have marked as Exhibit No. 32.  For the record,
6  it bears production numbers TMS 8884 through
7  8887.
8    Do you recognize Exhibit 32?
9    A.   Yes.
10    That was the article that was faxed
11  to Dick Guay of TV Data, the first writeup, the
12  first of two writeups that we had in the
13  CompuServe manual -- the CompuServe Magazine,
14  which I believe had a circulation of like a
15  million people.
16    Q.   On the front page, your fax cover
17  sheet to Mr. Guay, it says "130 Responses on Day
18  1."
19    What does that mean?
20    A.   It means 130 people e-mailed us for
21  keys on the first day.  Within the first 24
22  hours 130 people would ask us for, say, Detroit
23  or Baltimore, Washington or whatever.
24    Q.   Did you have -- how would you
25  characterize the number of subscribers you had

## Page 71

1  once the system was on CompuServe?
2    A.   Again, as I said, it was not a
3  commercial success.  It was only a few hundred.
4    (Defendant's 33 was marked
5    for identification.)
6  BY MS. DeBRUIN:
7    Q.   I'm handing you another document
8  that I've marked as Exhibit 33.  For the record,
9  it bears production Nos. 1281 through 1290.
10    Do you recognize Exhibit 33?
11    A.   Yes.
12    This is a text of a speech that I
13  delivered in London on behalf of IFRA, and IFRA,
14  unfortunately, is an acronym in French so I
15  can't pronounce it and I don't remember it; but
16  the IFRA is the equivalent of the national
17  newspaper, the Newspaper Association of America.
18  IFRA would be the Newspaper Association of
19  Europe.
20    Q.   Who asked you to give the speech?
21    A.   I got a call from the representative
22  from IFRA asking me to come out and give the
23  speech, and I don't know how they found me.
24    Q.   What did you talk about?
25    A.   I talked about our package and I

## Page 72

1  talked about the future of our package and the
2  future of newspaper publishing using downloading
3  systems such as CompuServe, and I described how
4  I saw the future for that.
5    And in it you will see that we
6  changed the name of PEG, from the Personal
7  Entertainment Guide to P-E-N, PEN, for the
8  Personal Entertainment Newspaper because we were
9  expanding where the -- we included articles and
10  coverage to make it much more like a TV Guide or
11  a newspaper entertainment section.
12    Q.   How did your speech go?
13    A.   They all clapped.  They seemed to
14  have liked it.
15    Q.   Did you get a good reaction from the
16  crowd?
17    A.   Yeah, we got a great reaction.
18    I was very impressed, surprised.
19    Let's see.  It was the heads of the
20  publishing empires.  I mean it was very
21  high-ranking like lords and important people,
22  and I thought they were people out of my league
23  anyway, as just amazingly important people, the
24  publishers of all the major newspapers, not the
25  editors but the publishers.

## Page 73

1    So yeah, I was really amazed I had
2  gone over as well as I did.
3    Q.   You mentioned in some of your
4  earlier testimony Tribune Media Services or TMS.
5    Are you familiar with TMS?
6    A.   Yes, I am.
7    Q.   How did you become familiar with
8  TMS?
9    A.   During the time that we were with
10  TV Data and on CompuServe, we became familiar
11  with everybody in the industry because it's a
12  very small industry, and we started entertaining
13  bids from many companies and, as I said before,
14  TV Data and United Media, and we talked about
15  bids, we talked about partnership.  They thought
16  we had something very special and wanted to
17  either partner up or buy it outright.
18    And some of the companies that we
19  talked to was Tribune Media Services, United
20  Media or TV Data, and Gemstar, TV Guide.  AT&T
21  had TMS do a demo project for them and a couple
22  of other companies, and then all of the
23  so-called rivals, like TV Host and just -- well,
24  let me strike about TV Host.  TV Host did not
25  attempt to partner with us, but GIST certainly

19 (Pages 70 to 73)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky      October 05, 2006

Page 74

1    did, Art Gavina, and a lot of other companies
2    that I didn't know, that I didn't know of.
3         But it certainly was a very -- you
4    know, I felt -- made me feel very good and very
5    important to have all these companies trying to
6    get you to partner up with them.
7    Q.    Did you ultimately develop a
8    business relationship with TMS?
9    A.    Ultimately, we signed a five-year
10   contract with TMS, Tribune Media Services, which
11   ended up being very successful.
12   Q.    Now, do you know a gentleman by the
13   name of Michael Levine?
14   A.    Yes, I do.
15   Q.    How do you know Mr. Levine?
16   A.    Shortly after we signed up with
17   TV Data and shortly after I had met Dick Guay,
18   TV Data was the more innovative, at least in my
19   opinion the more innovative company, and had
20   more contacts.
21        And Dick and United Media were
22   interested in our success, and what they would
23   do is they would call us with all kinds of
24   contacts, for example, Jim West who was the
25   person who founded both TMS and TV Data and

Page 75

1    started the whole TV listings business outside
2    of TV Guide, and one person was Michael Levine.
3         And Dick called me one day and told
4    me about Mr. Levine and asked me if I'd be
5    interested in talking to him, and I said I
6    would, and he and I developed a relationship of
7    basically inventor to inventor. And he talked
8    to me extensively about his Onstar patent and
9    all of the things he had gone through his
10   10-year court battle, his life in Florida, what
11   it's like to grow old and all kinds of personal
12   things.
13   Q.    Do you have any idea about when you
14   first became acquainted with Mr. Levine?
15   A.    It would have been -- it's a little
16   hard to do that, but I mean it would have been
17   sometime after I first met Dick Guay because
18   during the first couple of months -- so the best
19   I can pin it down is to take the Dick Guay
20   letter, my first Dick Guay letter, and see
21   whatever the date was. January 1991.
22        And within the first few months of
23   our relationship with TV Data, I had met a lot
24   of people, so sometime after January 1991, but
25   to pin down the exact date -- I mean I remember

Page 76

1    there was an initial conversation where we spoke
2    for a long, long time and then there was
3    another, a couple of subsequent conversations.
4         And then there was another
5    conversation prior to my meeting with Gemstar
6    where Levine called me and he said would I like
7    to meet Gemstar. Or if it wasn't Levine that
8    called me, it was Dick Guay that called me and
9    asked me that -- or told me that Levine had
10   introduced me to Gemstar or brought up my name
11   at Gemstar and would I like to talk to Gemstar,
12   after which time we actually did talk to
13   Gemstar.
14   Q.    Now, before we get to the Gemstar
15   meeting, in your discussions with Mr. Levine,
16   did you describe to him at all how your Personal
17   Entertainment Guide worked?
18   A.    Yes, in the greatest detail. In
19   excruciating detail, every little part.
20        I mean he would tell me all kinds of
21   things and I would tell him all kinds of things,
22   and I was pretty open with a lot of people. I
23   mean there were a lot of different inventors and
24   people who I was meeting at the time, and
25   especially after we got on with CompuServe.

Page 77

1         And, you know, I wasn't that
2    paranoid about essentially revealing trade
3    secrets. For example, I mean I told them how we
4    did our compression. I told everybody how we
5    did our compression. I'm not saying I told him
6    exclusively.
7         But we had a long conversation about
8    the Personal Entertainment Guide, and I remember
9    talking to him for a long time about that and
10   multiple conversations.
11   Q.    Now, you mentioned a meeting with
12   Gemstar?
13   A.    Yes.
14   Q.    Tell me about the meeting with
15   Gemstar. Who did you meet with?
16   A.    After I talked to Levine -- or Dick
17   Guay on the part of Levine, I did talk to Levine
18   because Levine, he gave me like kind of a
19   heads-up on who's with Gemstar and, you know,
20   what the people were like and especially Henry
21   Yuen.
22        And then we set up an appointment
23   with Henry Yuen and we went to the
24   Intercontinental Hotel, and I remember like it
25   was yesterday because it was a very, very

LegaLink, a Merrill Communications Company
Tel: 312-263-3524 Fax: 312-263-3544

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky          October 05, 2006

Page 78

1  exciting meeting and we thought that, you know,
2  this was the big time. We're talking major
3  players who weren't our friends, if you will.
4       And Mr. Yuen and about five
5  associates, vice-presidents and lawyers, sat
6  down with me in the lobby and we negotiated a
7  relationship. And, actually, we came out of
8  that meeting thinking that we were going to be
9  partnering with Gemstar.
10      And subsequently in later phone
11 conversation, we didn't realize but we had
12 misunderstood certain of the terms, and at that
13 point since we had misunderstood and they
14 didn't -- it turns out that we didn't have an
15 agreement after all, but we did come out of that
16 meeting thinking we were actually going to be
17 part of Gemstar.
18      Q.  What was it that Gemstar was
19 interested in?
20      A.  They were interested in the Personal
21 Entertainment Guide technology and us, and they
22 wanted to sign us to a five-year contract to the
23 best of my recollection on an exclusive basis.
24      Q.  Can you pinpoint at least
25 approximately when that meeting occurred?

Page 79

1       A.  If I did further research, I
2  probably could, but since you know, I'm just
3  first getting this question today --
4            (Defendant's 34 was marked
5            for identification.)
6  BY MS. DeBRUIN:
7       Q.  Let me hand you a document and see
8  if this helps you at all.
9       A.  Yes, this does help, certainly.
10      Q.  I have handed you a document that I
11 have marked as Exhibit 34.
12           What is Exhibit 34?
13      A.  It's letter from me to Roy Mankovitz
14 of Gemstar. I believe he was counsel for
15 Gemstar. And in it we describe our package and
16 our concept so, therefore, December 13, 1993
17 would be the date of our meeting with Gemstar.
18      Q.  So this --
19      A.  Or thereabouts.
20      Q.  You sent the letter before you met
21 with Gemstar?
22      A.  Yes.
23           MS. DeBRUIN: If we could go off the
24 record, please.
25           THE VIDEOGRAPHER: Please stand by.

Page 80

1  We're going off the record at the approximate
2  math time as indicated on the video screen, 1519
3  hours.
4            (Off the record.)
5            THE VIDEOGRAPHER: We are back on
6  the record at the approximate time as indicated
7  on the video screen, 1529.
8            MS. DeBRUIN: I have no further
9  questions.
10           MS. FUKUDA: I'd like to follow up
11 with some questions for you, Mr. Kaplinsky.
12
13           EXAMINATION
14 BY MS. FUKUDA:
15      Q.  Going back to your very initial
16 marketing efforts with the PEG product that you
17 had described in your testimony earlier.
18      A.  Yes.
19      Q.  You mentioned that the first effort
20 was in the 10,000 fliers that you had sent out?
21      A.  The first effort was about five or
22 six volunteers and subsequent to that 10,000
23 fliers.
24      Q.  Okay. And those fliers were only
25 sent to -- or you tried to only send those

Page 81

1  10,000 fliers to Manhattan residents?
2       A.  I think it was Manhattan and a
3  couple of the -- a couple of the contiguous
4  areas in Brooklyn and Queens.
5       Q.  Okay. And referring back to Exhibit
6  24 which is a copy of your flier --
7       A.  That will be to the best of my
8  knowledge because it's been 17 years.
9       Q.  Okay.
10      A.  You are referring to the flier, the
11 mailer?
12      Q.  Yes.
13      A.  Okay.
14      Q.  You had mentioned that this
15 particular flier here that was sent to Sunnyvale
16 California was a mistake?
17      A.  That was a mistake.
18      Q.  Why was that a mistake?
19      A.  We -- okay, that's easy.
20           Got a mailer. We had -- we had the
21 person who printed up the fliers put lables on
22 them and we bought the mailing list from
23 PC Magazine and -- let's see. I want to make
24 sure I get this right.
25           PC Magazine and -- there is another

21  (Pages 78 to 81)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky          October 05, 2006

Page 82

1   magazine just like PC Magazine, I forget the
2   name. There were two, the two top major
3   PC Magazines. One is actually PC Magazine and,
4   I'm sorry, but the name escapes me.
5          They both have circulations in the
6   millions and we demographically chose for
7   Manhattan and I believe the contiguous Zip
8   Codes, because what you do is you specify by Zip
9   Code, and for some reason or another they sent
10  us this thing from Sunnyvale, California and it
11  was just an error, so we never sent out that
12  far.
13      Q.   Why did you limit your 10,000 flier
14  mailing to just Manhattan and a couple of the
15  contiguous boroughs?
16      A.   Because of the long distance
17  charges -- well, there is several reasons. The
18  most important is because of the long distance
19  charges on the bulletin board.
20         Whereas Compu-Serve is a local
21  number, we're a 212 number in Manhattan where
22  our company was located and we weren't going to
23  ask people to pay long distance charges from
24  California or for that matter even New Jersey.
25         Only -- the only people who would be

Page 83

1   candidates for a local bulletin board would be
2   in the 718 and 212 Area Codes at that time.
3   There is more Area Codes now, the local Area
4   Codes in Manhattan.
5          So the first reason and then the
6   primary reason is because our users, our
7   customers, we didn't want to market a product
8   which required them to pay long distance phone
9   charges.
10         The second reason is for the expense
11  of carrying channels from California. We only
12  subscribed to a couple of hundred channels here
13  in the general Manhattan area, Manhattan --
14  New York area, let's say the New York database.
15  And they were charging us by the channel by the
16  week. And for our initial rollout, we only
17  wanted to pay for one demographic area.
18         So to save our customers the long
19  distance charge, we didn't think that the
20  product would be in any way viable with a
21  25-minute download from, say, California to be
22  imposed on the customer on a weekly basis and
23  also because we didn't want to pay for
24  California channels because nobody in California
25  would use that package under that basis.

Page 84

1          Eventually, we had planned to have
2   bulletin boards in every major city and then it
3   would be local charges from whatever major city
4   you were subscribing to the package.
5      Q.   You mentioned that for that -- for
6   those 10,000 mailers that you had only two
7   different cable lineups to provide TV?
8      A.   Yeah. Now that I'm looking at it,
9   we rolled out a couple more later on, but
10  initially it was Manhattan Cable TV, basic
11  lineup -- not basic but nonrebuilt, nondigital,
12  nonrebuilt, and Paragon. We called it zone zero
13  or lineup zero.
14         So there was only two lineups
15  primarily at the very beginning, then I believe
16  that we launched a couple of others in the
17  contiguous area that wouldn't require a long
18  distance charge.
19         And we were basically starting with
20  one zone and we'd add to another zone and then
21  we'd add to another zone, and our plan was to
22  add zones as we moved across the country, but
23  since we went to CompuServe, it didn't happen
24  that way. We went to the country all at once.
25      Q.   When did you add additional lineups

Page 85

1   beyond the two initial cable lineups that you
2   had?
3      A.   You know, I didn't even -- to be
4   honest with you, I didn't even notice that until
5   I saw the cable lineup QO, and 718 QO could only
6   have been Queens and, therefore, there had to
7   have been a Queens lineup because it would have
8   either been 212 MO or 213 PO.
9          So when I saw 718 QO, per se I don't
10  have any memory of that as we speak here, but
11  there is no other way it could have been. 718
12  QO can only exist for Queens.
13         So I can't tell you the exact time,
14  but it couldn't have been much after because it
15  was sometime between the time we went from
16  rolling out to Manhattan to rolling out to
17  CompuServe, sometime in there.
18      Q.   And when did you roll out with
19  CompuServe?
20      A.   Okay. That I have to refer to my
21  timeline. Okay. You're going to have to give
22  me a minute because I don't think -- the date of
23  the letter -- I'm piecing these dates together
24  by the letters and the correspondence.
25         It would be the date of the letter

LegaLink, a Merrill Communications Company
Tel: 312-263-3524 Fax: 312-263-3544

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky            October 05, 2006

Page 86

1    that I wrote to Dick Guay about CompuServe.
2    Here we go. So I'm looking at August 1991.
3        Q.    Can you tell me which exhibit --
4        A.    No. I'm sorry, wrong memo, wrong
5    memo.
6        MS. DeBRUIN: Exhibit 30.
7        THE WITNESS: It's the one where I'm
8    telling Dick Guay about CompuServe.
9    BY MS. FUKUDA:
10       Q.    Is it Exhibit 32?
11       A.    Please bear with me. Oh, here we
12   go, Exhibit 30, 5/26/92.
13       So or about -- on or before -- well,
14   no. On or about 5/26/92.
15       And this was a copy of the brochure
16   that we sent out, the press release we sent out
17   from CompuServe. I'm sorry.
18       MS. MARGARET KAPLINSKY: The
19   CompuServe magazine is dated May of '92, I
20   believe.
21       THE WITNESS: Oh, that's right.
22       MS. MARGARET KAPLINSKY: In which
23   case --
24       THE WITNESS: That means it was
25   months earlier than that. I'm sorry. I'm

Page 87

1    corrected by my wife. Okay. May '92 was
2    several months after it went live.
3    BY MS. FUKUDA:
4        Q.    Okay. Let's just -- tell me which
5    Exhibit you're looking at right now.
6        A.    All right. Here we have -- now,
7    this is the second of two articles.
8        Do we have the first article? The
9    first article has the -- that was within the
10   first month. So that can pinpoint it pretty
11   accurately. It would be the date of the first
12   article.
13       Q.    And by "the first article," you are
14   referring to which exhibit?
15       A.    I don't see it. Well, it was prior
16   to May '92. It was probably --
17       MS. MARGARET KAPLINSKY: I belive
18   you sent a fax to Dick Guay.
19       THE WITNESS: Okay. Good point. I
20   don't see it here.
21       MS. MARGARET KAPLINSKY: There are
22   other faxes to Dick Guay.
23       THE WITNESS: Okay. I don't see it
24   here. I don't see it here.
25       There is an article in a magazine

Page 88

1    called CompuServe Magazine which is prior to the
2    one we have here, I don't know how many months
3    prior, but they will accurately pin -- because
4    that was put out within the first month of our
5    rollout on CompuServe.
6    BY MS. FUKUDA:
7        Q.    It's none of the documents that are
8    in front of you right now?
9        A.    Unfortunately, no. No. Maybe --
10   here we have. Okay, we do have it.
11       MS. DeBRUIN: That's my copy, but
12   you should have that same --
13       THE WITNESS: This is the document.
14   It's the first CompuServe Magazine article as
15   opposed to the second more lengthy CompuServe,
16   and the date is October 1992.
17   BY MS. FUKUDA:
18       Q.    Okay. For the record, you are
19   looking at Exhibit 32?
20       A.    I don't have an exhibit number.
21       MS. DeBRUIN: Yes.
22       THE WITNESS: I'm looking at
23   TMS 8884. Oh, Exhibit 32, yes.
24   BY MS. FUKUDA:
25       Q.    Okay.

Page 89

1        A.    That pinpoints it exactly.
2        Q.    Okay. So your rollout for your
3    national product with CompuServe was
4    October 1992?
5        A.    Yes.
6        Q.    Okay. I know you had testified
7    earlier that there were numerous differences
8    between your initial DOS product and the
9    CompuServe version of the product?
10       A.    Right.
11       Q.    Were there differences in the way
12   that the key information was provided?
13       A.    Yes, there were, but the key -- the
14   key -- in the DOS version the key was -- or the
15   coding, the encoding of the key was by us at
16   Lookahead, and in the Windows version -- let's
17   say -- I'm going to back up a second.
18       The key file was explicitly made
19   available to the user. There was no key file
20   per se. The key file was transparent to the
21   user with the DOS version. In other words, we
22   put the key file on the disk -- let me back up.
23       Are you asking me whether it's user
24   oriented or the technical, the internal
25   specifications? Can you be more precise.

23  (Pages 86 to 89)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky      October 05, 2006

Page 90

1      Q.   Sure.  Why don't we take those two
2   products separately.
3      A.   Right.
4      Q.   Now, for your Manhattan based PEG
5   product, your initial product, what information
6   in terms of the key file that we're discussing
7   was provided on the disk that you sent to the
8   users?
9      A.   Their name, their key code.
10  Primarily, their name and their key code, and
11  their expiration date.  The key code looks like
12  this, for example, 718 Q000002200133.  718
13  refers to their Area Code.  Q is the designator
14  for their -- I don't think you'll see this in
15  any of your docs.  I think that's only apparent
16  here.
17     Q.   Okay.  And here you are referring to
18  Exhibit -- which one is that?
19     A.   This is Exhibit 29.
20     Q.   Okay.
21     A.   718 refers to their Area Code.  Q
22  refers to Queens, for example.  212 would be the
23  Manhattan Area Code, and M would be Manhattan
24  Cable TV.  P would be Paragon TV.  Zero is
25  whether it's the rebuilt lineup or the original

Page 91

1   lineup and whatever zones are necessary.  And
2   there would be 36 possibilities here, zero
3   through 9, A through Z.
4           This number here I believe is the
5   expiration date -- or maybe this number is the
6   expiration date.  It's been too many years now,
7   but one number is the customer and one number is
8   the expiration date.  So this is either customer
9   13 within that area, and 22 -- 220 is the
10  expiration date, and that's a code.  It's not an
11  actual date.
12          Between this and this and this,
13  between these three numbers here, what we had is
14  a customer number and an expiration date.  So
15  that we expected people to subscribe for -- I
16  want 26 weeks, I want 46 weeks, and we would
17  figure out what the cutoff date was and the
18  package would stop working on a particular date.
19          The key code was placed on the disk
20  by us and then the disk was sent to the
21  customer.  The customer did not place the key
22  code.  The way we knew which key code to put in
23  was based on that document that you're holding
24  there which was the application for the package.
25          Ask me more questions so that I

Page 92

1   can --
2      Q.   Okay, I will, but let's take a break
3   to change tape.
4      A.   Sure.
5           THE VIDEOGRAPHER:  This is the end
6   of tape and disk No. 2 in the Videotaped
7   Deposition of Mark Kaplinsky.  The approximate
8   time as indicated on the video screen is 1545
9   hours.
10          (Off the record.)
11          THE VIDEOGRAPHER:  This is the
12  beginning of tape and disk No. 3 in the
13  Videotaped Deposition of Mark Kaplinsky.  The
14  approximate time as indicated on the video
15  screen is 1548 hours.
16  BY MS. FUKUDA:
17     Q.   Mr. Kaplinsky, getting back to your
18  testimony about the key file that's put onto
19  your PEG disk to be mailed out to the users, you
20  were just referring to your flier which is shown
21  in Exhibit 24?
22     A.   Right.
23     Q.   You said that you pulled information
24  from that flier to create the key file?
25     A.   Yes.

Page 93

1      Q.   Just an initial question.  In your
2   user guide there is mention of a user account
3   number?
4      A.   Yes.
5      Q.   Is that the same as the key file
6   that we're talking about?
7      A.   Yes, one and the same.
8      Q.   Okay.  What information did you use
9   from the flier that's shown in Exhibit 24 in
10  order to create the key file?
11     A.   If you look at the part where the
12  people fill in their names, you will see a line
13  that says cable company.
14     Q.   Cable System, yes.
15     A.   That was the field that told us
16  whether to put in 718 QO or 212 MO or 213 PO or
17  whatever other code that was necessary at that
18  point.
19          They would say, for example,
20  Manhattan Cable TV rebuilt, and we would know to
21  put in 212 MO, so we knew generally.  I mean
22  they would come in all kinds of different
23  formats.  They'd just say Manhattan, so you
24  would question is it lower Manhattan, upper
25  Manhattan, upper Manhattan, Paragon.

24  (Pages 90 to 93)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky     October 05, 2006

Page 94

1    Most of the time we'd just say MC TV
2 or Paragon, or in some cases I think it's BQE
3 Cable or something like that later on. We knew
4 what code to put in. We had all the
5 translations, you know, all the different ways
6 people would supply their cable system.
7    Q.   So you based your key file off of
8 whatever the user would fill out under Cable
9 System on the flier?
10   A.   Right.
11       We actually called up BQE Cable and
12 Manhattan Cable and Paragon Cable and we got
13 listings of their lineups.
14   Q.   Okay. I see a line on the flier
15 that asks for the user's Area Code and telephone
16 number.
17   A.   Right.
18   Q.   If the user did not provide that
19 information, are you still able to create the
20 key file?
21   A.   Yeah. I mean the only really
22 important -- the reason for the phone number --
23 well, yes.
24       A lot of people didn't put in their
25 phone number for privacy reasons and we did send

Page 95

1 them out disks, and we just put in the generic
2 like 212 for New York or, you know, 718 for
3 Brooklyn or Queens.
4       No, we didn't need -- we did not
5 need the phone number.
6    Q.   And I see also here in your -- in
7 the flier in Exhibit 24 that there are lines for
8 filling out the user's address.
9    A.   Yes. We needed to have -- we needed
10 to be able to send them the kit, this package.
11   Q.   Did you need the user's address in
12 order to designate the proper key file for the
13 users?
14   A.   No. That was completely described
15 by the cable system.
16   Q.   Now, let's switch to the PEG system
17 that you created for CompuServe.
18   A.   Right.
19   Q.   I'm going to ask you the same
20 questions with respect to that system.
21       In the CompuServe system, did the
22 PEG also have a key file that's similar to the
23 one that you just testified to?
24   A.   It was in fact one and the same. It
25 was the same key file. It was the way we

Page 96

1 instructed the users to use it that was the big
2 difference and, of course, the program was
3 different, too.
4       People would write us an e-mail and
5 they'd say -- and I mean I didn't care what
6 their name was -- well, I guess I did care what
7 their name was, but mostly I cared what their
8 account number was from CompuServe because that
9 was -- I mean they could say any name, but this
10 is not germane.
11       The name was used to protect the
12 copyright from the TV Data -- data actually
13 listed within the print e-mails, so our person's
14 name -- let me just strike that whole thing.
15 It's not answering your question.
16       Could you please ask your question
17 again.
18   Q.   Sure. Do you mind just reading it
19 back.
20       (The record was read by
21       the reporter.)
22       THE WITNESS: Okay. The answer to
23 your question is not just similar, it was exact.
24 It was the same file.
25       The difference was the way that the

Page 97

1 customer was instructed to use it, and the
2 system itself was different, the system that
3 used the key file was different. The internals
4 of the system were the same, but the way we
5 wrapped it and we put it into Windows
6 environment rather than the DOS environment were
7 different.
8       Now, the way that would work was
9 somebody would write us an e-mail and they would
10 give us significant information, namely, their
11 CompuServe ID and their name. We used that for
12 uniqueness, but the most important thing they'd
13 give us was what of the 13 files they were going
14 to access or, let's say, the 16 files they were
15 going to access they wanted, for example,
16 Detroit or Washington, D.C. or Seattle or
17 whatever the particular area was, and then we
18 would encode that exact same file; but instead
19 of sending them a disk, all we'd do is send them
20 that one small file about a thousand bytes long,
21 approximately.
22       And that file would be sent to them
23 via the CompuServe file -- or actually be sent
24 in a CompuServe e-mail, and then they would use
25 that file in conjunction with the program that

25  (Pages 94 to 97)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky          October 05, 2006

Page 98

1  they downloaded and in conjunction with the
2  listings that they downloaded, the listings
3  having to be corresponding to the key, that is,
4  Detroit key for Detroit listings, Atlanta key
5  for Atlanta listings and so on.
6  BY MS. FUKUDA:
7      Q.    Just so I can understand --
8      A.    Please ask it again or another way.
9      Q.    So for the user of your CompuServe
10  PEG product, they would actually be presented
11  with a choice of 13 or 16 different possible
12  listings?
13      A.    That's correct.
14      Q.    And they would choose the listing
15  that they're interested in?
16      A.    Yes.
17      Q.    And at that point they'd just send
18  you an e-mail that tells you --
19      A.    Which one.
20      Q.    -- which listing they'd want?
21      A.    That is correct.
22      Q.    And in turn your system would then
23  send a key file with the designations for that
24  listing?
25      A.    Yeah. Actually -- I mean it wasn't

Page 99

1  a system. I mean we did it manually. We had a
2  little program, into the program we'd enter
3  their CompuServe ID and their name and what city
4  they were interested in, and it would grind out
5  this key because the key also contained
6  encryption data so that the listings were always
7  encrypted for copyright purposes.
8          And it would authorize one and only
9  one user for that key and one and only one city
10  for that particular user. So a particular user
11  could only use -- a Detroit key would only
12  access a Detroit listing.
13      Q.    In creating the key file for the
14  CompuServe version, the PEG product, did you
15  require the user to provide their Area Code?
16      A.    No.
17      Q.    Or how about require -- did you
18  require the user to provide their address?
19      A.    Just the city or just -- see, it's
20  really the demographic area, but the indicater
21  was -- we call it a city code.
22      Q.    Now, were there multiple channel
23  lineups available for each demographic area?
24      A.    Yes.
25      Q.    And how would your CompuServe PEG

Page 100

1  product pick which one?
2      A.    Right.
3          We had another file structure which
4  we provided to the users which had the lineups
5  within the -- so if somebody had Detroit and
6  they were -- you know, it said Cox, let's say
7  for the sake of argument Cox Zone 1, what we had
8  is like a kind of a share possibility or a share
9  capability where people who were in Cox Zone 1
10  would -- or we or anybody would upload two of
11  the libraries, the lineup for Cox Zone 1, off of
12  the Detroit listings, so that was also
13  downloadable as a file. It was called a channel
14  file.
15      Q.    I'm going to ask you to explain that
16  to me again.
17      A.    Okay.
18      Q.    If there were multiple listings
19  available for a demographic area, how would the
20  user pull up the proper one for their area?
21      A.    Maybe I think it will be useful just
22  to go through the process.
23      Q.    Sure.
24      A.    The first thing that the user would
25  do is read the verbiage on the system.

Page 101

1          The second thing the user would do
2  is download the demonstration program which had
3  canned data, but in doing so they will have
4  downloaded the program, too.
5          If they liked what they saw at that
6  point, they'd write us an e-mail and say I live
7  in Detroit, I wish to download the Detroit
8  listings, please send me a key for Detroit. We
9  would then e-mail them a key or the small file
10  for the Detroit listings.
11          Then they would download the Detroit
12  listings, let's say -- on CompuServe we had up
13  to two weeks as opposed to three weeks. They
14  would download two weeks of Detroit listings and
15  they would download the key that we e-mailed
16  them and then they would then have a generic Detroit
17  listing.
18          Beyond that, they could also go into
19  the database or, let's say, the set of files
20  within CompuServe and they can see if anybody
21  had a particular Cox lineup.
22          It was optional. Many people did
23  their own lineups, but there was some common
24  line understanding. Like, for example,
25  Manhattan Cable TV, a lot of people were on

26  (Pages 98 to 101)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky     October 05, 2006

Page 102

1  Manhattan.
2        So we had people voluntarily like,
3  you know, with Wikidata, Wikipedia or, you know,
4  shareware type of situation where people would
5  code up a particular lineup and then upload
6  those files to the library for those files.
7        So that all of the lineups for,
8  let's say, Detroit or, let's say, some of the
9  lineups, the more popular lineups for Detroit,
10 let's say, the first user in Detroit would come
11 up with a lineup and then they would upload the
12 channel file and then people would download that
13 channel file and would customize the Detroit
14 lineup.
15       And people had their favorites and
16 it wasn't necessarily based on -- it wasn't
17 necessarily based on channel -- cable company.
18 It was based on popularity of -- popularity of
19 channels.
20       So science fiction people uploaded
21 science fiction channel items, and people who
22 liked horror movies would upload horror movie
23 channel lineups, but you could also upload -- we
24 had cable company channel lineups.
25       It was the mechanism that we

Page 103

1  designed so that you could download both the
2  Detroit listings and also Detroit lineups if
3  people had uploaded.
4        Because we didn't have access to the
5  lineups ourselves, so we let the people in the
6  individual cities customize their own lineups
7  and provide it to their fellow users.
8        I know that it's probably clear as
9  mud, but you're going to try again if you like.
10    Q.  I think what, you know, I'm trying
11 to clarify here is that if a user from the
12 Detroit area wants to receive Detroit
13 information, they would receive all of the
14 information relevant to the Detroit --
15    A.  Yes.
16    Q.  -- demographic area?
17    A.  They'd receive a generic Detroit.
18    Q.  Okay.  And then they can pick and
19 choose?
20    A.  They can pick and choose or they can
21 use a channel lineup done by somebody else who
22 would have already picked and choosed for them.
23    Q.  Okay.  When you say "done by
24 somebody else," who are you referring to?
25    A.  Well, let's say I'm a user in

Page 104

1  Detroit.  Let's say I'm the first person out of
2  Detroit.  And I know I'm in, you know, Detroit
3  Cox zone zero or Detroit downtown for lack of a
4  better -- I mean this is a hypothetical channel
5  lineup.
6        I say, you know, gee, I mean are
7  there other people using Detroit?  And I can see
8  by the channel lineups that, you know, 100
9  people downloaded Detroit.  Okay, great.
10       I'll upload the file and I'll say
11 hello, everybody.  I've encoded the system -- or
12 the channel file.  I made a channel file for
13 downtown Detroit.  Anybody else would like it,
14 please have a go at it, and then other people
15 could -- that was the design of the system and
16 that's in fact what people did.
17       But they also besides Detroit
18 downtown and more commonly they would have:  I'm
19 a science fiction, you know, fan and this is my
20 channel lineup for just science fiction.  So I
21 mean it was not only just by cable companies.
22 It was also by genre interest, interest group.
23 Mostly -- let me just -- to be frank, mostly
24 people did their own.
25    Q.  Okay.  Now, this is generally with

Page 105

1  respect to the PEG product?
2     A.  Yes.
3     Q.  When the user -- let's assume that
4  they already received the disk or the file that
5  has their key file in it.
6     A.  Right.
7     Q.  Each time that the user wants to
8  obtain television programming information from
9  the PEG system, what information is transmitted
10 from the user's computer to the PEG system?
11    A.  There is two different answers for
12 the two different systems.
13    Q.  Okay.  You can break them apart.
14    A.  So if you want to break it down by
15 the DOS system or our proprietary bulletin board
16 and the CompuServe system.
17    Q.  Sure.  You can answer for both
18 separately.
19    A.  Okay.  Starting with the DOS system,
20 the DOS system was separately automated.  You
21 pressed one key which was essentially transmit,
22 and essentially this code here as we see,
23 718 GQ, da-da-da-da, was essentially the cable
24 system.  That's the key information that was
25 sent to the bulletin board.

27  (Pages 102 to 105)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky          October 05, 2006

Page 106

1    The bulletin board assembled the
2    proper channels and then the bulletin board
3    would send those proper channels and the data,
4    and it would also -- the information was how
5    many weeks were required, in other words, what's
6    the last week that I have on my database.  And
7    the system would send either one, two or three
8    weeks as was required.
9        The DOS system was proprietary.  It
10   was completely automatic.  Does that answer the
11   question on the DOS system?
12       Q.   Just to clarify, when you say
13   automatic, you mean that the key file was
14   already set in the disk?
15       A.   The key file was already set in the
16   disk and the protocol was already matched to the
17   bulletin board.  So the user only had to hit one
18   button to transmit and all the rest of the
19   conversation was automatic.
20       And, as a matter of fact, within the
21   manual, if you will refer to your manual, you
22   can see a log of the conversation between the
23   proprietary customer application and the
24   proprietary bulletin board.  The log of all the
25   files that were transmitted and all the

Page 107

1    determinations that were made is all in the log,
2    which is in the manual, so I mean that -- I mean
3    that's very specific.
4        Does that answer your question on
5    the DOS system?
6        Q.   Sure.  Okay.  Let's go, move onto
7    the CompuServe system.
8        A.   All right.
9        On the CompuServe system we had no
10   proprietary protocol.  We needed to deal with a
11   generic, what's known as TTY version or
12   generally TTY version of -- you type a character
13   one at a time and you have to type -- and
14   CompuServe will respond.
15       CompuServe was designed for the
16   entire country.  It wasn't designed just for,
17   you know, Lookahead Communications.  So we had
18   to adhere to the very elementary, what's called
19   TTY protocol.  It's essentially a question and
20   answer protocol.  What file would you like, what
21   with you like to do.  1, download a file; 2,
22   return to the menu, that sort of thing.  And you
23   had to answer those questions by hand manually.
24       There was no other reasonable way to
25   do it other than construct a very complicated

Page 108

1    terminal handler which would be different and
2    would be different for different computers and
3    different for different modems and a nightmare,
4    and the people didn't require it.
5        So the conversation within
6    CompuServe would be go to a particular forum, go
7    to a particular library within the forum, and
8    you have to manually type this out.  And then
9    within the forum on a weekly basis you'd say
10   download the following file, download the file
11   for week No. 220 from Detroit, PEG DT 0220.zip,
12   and you have to say D for download, PEG DT for
13   Detroit, 220 for week No. 220.zip, and then that
14   would come down into the library on your
15   computer or into the file -- I'm sorry into the
16   directory on your computer.
17       Once that happened, then we ran a
18   program under our program, the Personal
19   Entertainment Guide program, and it would
20   integrate all the files.  But the actual
21   handling of CompuServe was completely manual.
22   It had to be done line by line, Q and A style by
23   the user.  Does that make --
24       Q.   Okay.  How is the user then able to
25   access any information nationally --

Page 109

1        A.   Yes.
2        Q.   -- in terms of television
3    programming?
4        A.   Well, some people were -- like, for
5    example, people who lived in the middle of New
6    Jersey and picking up Philadelphia and New York,
7    and we had a policy which we actually cleared
8    with TV Data, TMS by the way, but we had a
9    policy where we would give out up to four keys,
10   I think, so that people could have like a
11   satellite Dish in Philadelphia and New York.
12   And they would have to download those three
13   files separately and then integrate them in
14   their own computer.
15       And they would ask for three
16   different keys.  Say Dear Lookahead, please send
17   me the key for satellite Philadelphia and
18   New York, and then they would go about
19   downloading all the different files and then
20   they could see the listings on the -- on the
21   Windows based system.
22       Q.   Okay.  Now, going back to your DOS
23   version of the PEG, if a user obtains a disk
24   with their key file on there, and let's say they
25   happen to be vacationing in another state and

28 (Pages 106 to 109)

60e8a755-a63c-4799-b4b6-a7fe95236a73

Mark Kaplinsky    October 05, 2006

Page 110

1  they wanted to obtain programming information
2  for another state --
3      A.   We had people that did that.
4      Q.   And what happened?
5      A.   And we gave them two keys.  And we
6  had people that also had bi-coastal, some
7  people, and what not and we'd give them -- in
8  those days it was satellite, so we'd give them
9  satellite.  We'd have to give them two different
10  keys.
11      Q.   Okay.  And how would they go about
12  requesting the two different keys?
13      A.   Well, they would specify -- well,
14  let me back up a second.
15          All right.  I'm going to have to
16  correct myself here.
17          There were people who were
18  bi-coastal and there were people on vacation.
19  We only had Manhattan and New York based on the
20  DOS system.  So what they was they just took
21  the New York key or they would take the New York
22  system.  That was not -- that was not very
23  often, let me put it to you that way.
24          When we got to the CompuServe
25  system, then there were people who were

Page 111

1  bi-coastal.  There were many people who lived in
2  multiple cities, many people on the road, and
3  then they would take multiple keys.
4          So I guess the best answer for the
5  DOS system is for all practical purposes we
6  didn't supply anything outside of New York.
7      Q.   Okay.
8          MS. MARGARET KAPLINSKY:  Excuse me.
9  Did we provide the satellite listings?
10          THE WITNESS:  No.
11          MS. MARGARET KAPLINSKY:  Okay.
12          THE WITNESS:  We supplied the
13  satellite listing by virtue of New York.
14          MS. MARGARET KAPLINSKY:  Okay.
15  BY MS. FUKUDA:
16      Q.   For any of your PEG systems, did you
17  require the user to provide their Zip Code
18  information in order to obtain television
19  programming information?
20      A.   The only time the Zip Code would
21  come in would be so we can mail these kits to
22  them, for purposes of mailing the kit only.
23  CompuServe, whereas we required the CompuServe
24  people to give us name, I believe name and
25  address, and that would have included Zip Code,

Page 112

1  but it had nothing to do with what cable system
2  they had.
3          It had everything to do with logging
4  their name onto the system so that there
5  wouldn't be copyright infringement on the
6  listings.
7      Q.   If I were a user of your DOS PEG
8  system that's described in the user manual here
9  in Exhibit 26, and let's say I've now received
10  your disk with my key file to my home which is
11  what I wanted, and now I'm going to be moving to
12  another state, how I do change the information
13  on my key file so that I could get the listings
14  for the different state?
15      A.   Okay.
16      Q.   Oh, I'm sorry, maybe that's a bad
17  question.
18          You said that only Manhattan was
19  available; right?
20      A.   You see there was a marketing plan
21  and there was -- and described in our various
22  handouts and marketing plans.  There was a
23  marketing plan for the PEG system that didn't
24  include CompuServe.
25          So before we hooked up with

Page 113

1  CompuServe, we were going to put a bulletin
2  board in every city and we were going to have it
3  run by -- well, we didn't know, but -- and in
4  every city we would replicate the franchise, so
5  to speak, that we had in New York, which was
6  people would write in and say I'm in such and
7  such a cable system, please send me a disk for
8  such and such a cable system.
9          So now you're saying -- let's just
10  say hypothetically had we used our original DOS
11  model -- and it could have been done with
12  Windows too.  I mean it was not a question of
13  DOS versus Windows.  It was the difference
14  between proprietary bulletin board versus
15  generic bulletin board, namely CompuServe.
16          CompuServe was a generic bulletin
17  board.  We had to adhere to their rules.  They
18  weren't going to customize themselves for us.
19          With our proprietary model, the
20  bulletin board, the one that is -- have you
21  shown her the picture?  There is one in the
22  picture.  The one in the picture with us at the
23  American Banking Association, that's a picture
24  of the bulletin board.  Right.  The thing in the
25  middle.

29 (Pages 110 to 113)