# EXHIBIT JJ

# REDACTED
# IN ITS
# ENTIRETY