# EXHIBIT TT



# EXHIBIT UU





# EXHIBIT VV





# EXHIBIT WW



# EXHIBIT XX

