IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC., and TV GUIDE ONLINE, LLC,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>) Case No. 05-CV-725-***<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SECOND STIPULATED AMENDMENT TO THE COURT'S
APRIL 11, 2006 PROTECTIVE ORDER**

WHEREAS, Vladimir V. Radovanov, formerly of Gemstar-TV Guide International, Inc., is no longer employed by Gemstar;

WHEREAS, Stephanie Chambers has been hired by Gemstar in Mr. Radovanov's former capacity; and

WHEREAS, TV Guide Online and TMS agree that it would serve their respective interests to amend the Court's April 11, 2006 protective order;

NOW, THEREFORE, upon consideration of the record and pursuant to the provisions of Fed. R. Civ. P. 26(c);

IT IS HEREBY ORDERED, STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1.     Paragraph 6(i) is replaced with the following:

Subject to Paragraph 19 of this Order, three in-house litigation attorneys for TV Guide Online, Ronald E. Naves, Jr., Esq., Stephanie Chambers, Esq., and Jeffrey A. Fehervari, Esq.,

whose advice and consultation are being or will be used by TV Guide Online in connection with preparation for trial or depositions in this action, including any motions made in this action.

| /s/ Steven J. Fineman | /s/ Richard K. Herrmann |
|---|---|
| Frederick L. Cottrell, III (#2555) | Richard K. Herrmann (#405) |
| Jeffrey L. Moyer (#3309) | Mary B. Matterer (#2696) |
| Steven J. Fineman (#4025) | MORRIS JAMES LLP |
| RICHARDS, LAYTON & FINGER P.A. | 222 Delaware Avenue, 10th Floor |
| One Rodney Square | Wilmington, Delaware 19801 |
| 920 North King Street | (302) 888-6800 |
| Wilmington, Delaware 19801 | rherrmann@morrisjames.com |
| (302) 651-7700 | |
| Cottrell@rlf.com | |
| Moyer@rlf.com | |
| Fineman@rlf.com | |

Robert C. Morgan
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York  10036
(212) 596-9000

Mark A. Pals, P.C.
Linda S. DeBruin
Michael A. Parks
Laura A. Hepburn
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for Tribune Media Services, Inc.*

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
Stephanie Chambers
Gemstar-TV Guide International, Inc.
6922 Hollywood Boulevard, 4th Floor
Hollywood, California  90028
(323) 817-4600

*Counsel for TV Guide Online, Inc. and TV Guide Online, LLC*

**IT IS SO ORDERED:**

DATED:_____, 2007

_____
United States Magistrate Judge

RLF1-3229879-1