IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC., and TV GUIDE ONLINE, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 05-725-***<br>)<br>) |
| TRIBUNE MEDIA SERVICES, INC., | )<br>) |
| Defendant. | )<br>) |

## ORDER

WHEREAS, this matter has been assigned to the judicial vacancy created by the elevation of the Honorable Kent A. Jordan to the United States Court of Appeals for the Third Circuit; and

WHEREAS, pursuant to this Court's Standing Orders of December 14, 2006 and June 29, 2007, this matter has been referred for pre-trial management to United States Magistrate Judge Mary Pat Thynge; and

WHEREAS, it is the goal of the Court to ensure a reasonable and fair allocation of assignments among the Court's two Magistrate Judges, consistent with the challenges facing the Court at any given time;

NOW THEREFORE IT IS HEREBY ORDERED that:

This matter is to remain assigned to the vacant judgeship but is hereby referred for pre-trial management to United States Magistrate Judge Leonard P. Stark. The reference to Judge Stark includes, but is not limited to, exploring the possibility of the parties' consenting to Magistrate Judge jurisdiction, pursuant to 28 U.S.C. § 636, and,

absent consent, preparing a report and recommendation relating to any or all case-dispositive motions.

                                                                            /s/ Gregory M. Sleet
                                                                            HONORABLE GREGORY M. SLEET

Date: Dec 3, 2007