IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. AND<br>TV GUIDE ONLINE, LLC,<br><br>    Plaintiffs,<br>    Counterclaim-Defendants,<br><br>    v.<br><br>TRIBUNE MEDIA SERVICES, INC.<br><br>    Defendant,<br>    Counterclaim-Plaintiff. | C.A. No. 05-CV-725-\*\*\*-LPS |

**TV GUIDE'S RESPONSE TO TRIBUNE MEDIA SERVICE'S
MOTION FOR LEAVE TO FILE A REPLY TO TV GUIDE'S
<u>RESPONSIVE CLAIM CONSTRUCTION BRIEF</u>**

OF COUNSEL:
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
Gemstar-TV Guide International, Inc.
6922 Hollywood Blvd.
Hollywood, California 90028
(323) 817-4600

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online,
Inc. and TV Guide Online, LLC

Dated: January 8, 2008

Plaintiff TV Guide respectfully submits this response to TMS's "Motion For Leave To File A Reply To TV Guide's Responsive Claim Construction Brief."

On December 19, 2007, Magistrate Judge Stark -- who has assumed responsibility for presiding over aspects of this case -- conducted a telephone status conference with the parties. The Court inquired about the status of pending motions and was advised about the parties' claim construction submissions and the parties' respective motions for summary judgment. As to the status of briefing, TV Guide's counsel explained that

> "The reply briefs for all the motions for summary judgment are due to be [filed] this Friday [*i.e.*, December 21] so the briefing will be complete on the summary judgment motion as of that date. The briefing is completed on the *Markman* issue."

Counsel for TMS did not in any way express disagreement that "briefing is completed on the *Markman* issue."

Nonetheless, just two days later, TMS filed its motion seeking leave to file another claim construction brief and filed with it a "reply" *Markman* brief. TMS did not consult with TV Guide before doing so.

The gist of TMS's "reply" brief is that it wants the Court to consider its arguments on the construction of the "transmit/transmitting" claim term. TV Guide has already explained in detail that: (1) TMS has repeatedly disregarded the Court's Scheduling Order with respect to claim construction proceedings (D.I. 205 and D.I. 228); and (2) several of TMS's proposed definitions for claim terms -- including the transmit/transmitting claim term -- are wholly divorced from the intrinsic record and reflect an attempt by TMS to manufacture a noninfringement defense where none exists (D.I. 205 and D.I. 228).

TV Guide has already explained in detail why TMS's proposed construction for "transmit/transmitting" is unsound as a matter of law (D.I 228 at 17-20). Therefore, despite

2

TMS's failure to comply with the Court's Scheduling Order, TV Guide does not oppose entry of TMS's December 21, 2007 "reply" brief.

OF COUNSEL:
Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
Gemstar-TV Guide International, Inc.
6922 Hollywood Blvd.
Hollywood, California 90028
(323) 817-4600

Dated: January 8, 2008

/s/
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs TV Guide Online, Inc.
and TV Guide Online, LLC

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James, LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494

I hereby certify that on January 8, 2008, I have sent by electronic mail, the foregoing document to the following non-registered participant:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com