IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC., and TV GUIDE ONLINE, LLC, ) ) ) )<br><br>Plaintiffs, ) ) )<br><br>v. )<br> )<br>TRIBUNE MEDIA SERVICES, INC., )<br> )<br>Defendant. ) | Civil Action No. 05-725-***-LPS |

### ORDER

At Wilmington this **24th** day of **January, 2008**,

WHEREAS, defendant filed a motion for leave to file a reply to plaintiffs' responsive claim construction brief (D.I. 254); and

WHEREAS, plaintiffs do not oppose the motion (D.I. 265); therefore,

IT IS HEREBY ORDERED that the motion is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE