IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TV GUIDE ONLINE INC. and<br>TV GUIDE ONLINE LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRIBUNE MEDIA SERVICES,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>Civ. No. 05-725-SLR/LPS |

**ORDER REGARDING REFERENCE**
**PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 11th day of February, 2008, the above case having been reassigned from the vacant judgeship caseload;

IT IS ORDERED that the case is hereby referred to Magistrate Judge Leonard P. Stark. Consistent with 28 U.S.C. § 636(b), Judge Stark shall:

　　1. Hear and determine (by report and recommendation) all motions to dismiss, motions for judgment on the pleadings and the following summary judgment motions: D.I. 208 and D.I. 212.

　　2. Hear and determine all discovery disputes.[1]

　　3. Conduct alternate dispute resolution.

　　4. Hear and determine all matters relating to any of the foregoing (e.g., briefing, scheduling, extensions of time.)

---

[1] With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.

5. The above caption shall be used in all subsequent filings in this action.

_____
United States District Judge