**SEALED DOCUMENT**

Case 1:05-cv-00725-SLR-LPS     Document 269     Filed 03/06/2008     Page 1 of 1