IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civ. No. 05-725-SLR/LPS |
| TRIBUNE MEDIA SERVICES, | )<br>)<br>) | |
| Defendant. | ) | |

**ORDER**

Because the Report and Recommendation released today concerning the Defendant's motion to dismiss may contain confidential information, it has been released under seal, pending review by the parties to allow them to submit a single jointly proposed redacted version of the Report and Recommendation. Such redacted version shall be submitted no later than March 13, 2008 for review by the Court. The Court will subsequently file a publicly-available version of its Report and Recommendation.

_____
UNITED STATES MAGISTRATE JUDGE

Wilmington, Delaware
March 6, 2008