IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TV GUIDE ONLINE, INC. and <br> TV GUIDE ONLINE, LLC, <br>                 Plaintiffs, <br>     v. <br> TRIBUNE MEDIA SERVICES, INC., <br>                 Defendant. | ) ) ) ) ) ) ) ) | C.A. No. 05-725 SLR |

**STIPULATION AND ORDER**

WHEREAS, on March 6, 2008, Magistrate Judge Leonard Stark issued his Report and Recommendation Concerning Defendant Tribune Media Services, Inc.'s Motion To Dismiss Plaintiff TV Guide Online Inc. For Lack Of Standing;

WHEREAS, pursuant to Federal Rule of Civil Procedure 72(b)(2) and 28 U.S.C. § 636(b)(1), objections to Magistrate Judge Stark's Report and Recommendation are due on March 20, 2008; and

WHEREAS, Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC and Defendant Tribune Media Services, Inc., as indicated by the signature of counsel below, have agreed to extend the deadline for filing objections to Magistrate Judge Stark's Report and Recommendation,

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that:

1. Any objections to the Report and Recommendation Concerning Defendant Tribune Media Services, Inc.'s Motion To Dismiss Plaintiff TV Guide Online Inc. For Lack Of Standing shall be filed on or before March 27, 2008.

2. This extension shall not affect any other deadlines in this case.

| | |
|---|---|
| ___/s/ Steven J. Fineman_____ | ___/s/ Richard K. Herrmann_____ |
| Frederick L. Cottrell, III #2555 | Richard K. Herrmann #405 |
| Steven J. Fineman #4025 | Mary B. Matterer #2696 |
| RICHARDS, LAYTON & FINGER PA | MORRIS JAMES LLP |
| One Rodney Square | 500 Delaware Avenue, 15th Floor |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 651-7700 | rherrmann@morrisjames.com |
| cottrell@rlf.com | mmatterer@morrisjames.com |
| fineman@rlf.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Tribune Media Services, Inc.* |
| *TV Guide Online, Inc. and* | |
| *TV Guide Online, LLC* | |

**SO ORDERED** this _____ day of _____, 2008.

_____
Honorable Sue L. Robinson