IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TV GUIDE ONLINE, INC., and TV GUIDE ONLINE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-725-SLR/LPS |
| TRIBUNE MEDIA SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this **24th** day of **March, 2008**.

IT IS ORDERED that a teleconference with Magistrate Judge Stark has been scheduled for **Wednesday, March 26, 2008 at 12:00 p.m.,** to discuss the parties' proposed redactions to the Report and Recommendation concerning defendant Tribune's motion to dismiss. **Plaintiffs' counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_/s/ Leonard P. Stark_
UNITED STATES MAGISTRATE JUDGE