IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC., and TV GUIDE ONLINE, LLC,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>)  C.A. No. 05-725-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

WHEREAS, on March 6, 2008, Magistrate Judge Leonard Stark issued a Report and Recommendation Concerning Defendant Tribune Media Services, Inc.'s Motion To Dismiss Plaintiff TV Guide Online Inc. For Lack Of Standing;

WHEREAS, pursuant to Federal Rule of Civil Procedure 72(b)(2) and 28 U.S.C. § 636(b)(1) and the Court's March 26, 2008 Order, TMS filed its objections to Magistrate Judge Stark's Report and Recommendation on March 27, 2008; and

WHEREAS, Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC and Defendant Tribune Media Services, Inc., have agreed to extend the deadline for filing TV Guide's response to TMS's objections to Magistrate Judge Stark's Report and Recommendation;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that:

1.     Any response by TV Guide to TMS's objections to the Report and Recommendation Concerning Defendant Tribune Media Services, Inc.'s Motion To Dismiss Plaintiff TV Guide Online Inc. For Lack Of Standing shall be filed on or before April 24, 2008.

2.      To the extent TMS moves the Court for leave to file a reply to TV Guide's response, such motion shall be filed on or before May 8, 2008.

3.      This Stipulation and Order shall not affect any other deadlines in this case.

| | |
|---|---|
| /s/ Steven J. Fineman (#4025) | /s/ Richard K. Herrmann (#405) |
| Frederick L. Cottrell, III (#2555) | Richard K. Herrmann (#405) |
| Steven J. Fineman (#4025) | Mary B. Matterer (#2696) |
| Richards, Layton & Finger P.A. | Morris James LLP |
| One Rodney Square | 222 Delaware Avenue, 10th Floor |
| 920 North King Street | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | (302) 888-6800 |
| (302) 651-7700 | rherrmann@morrisjames.com |
| Cottrell@rlf.com | mmatterer@morrisjames.com |
| Fineman@rlf.com | Attorneys for Defendant Tribune Media Services, Inc. |
| Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC | |

Of Counsel:

Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
Gemstar-TV Guide International, Inc.
6922 Hollywood Boulevard, 4th Floor
Hollywood, California 90028
(323) 817-4600

Of Counsel:

Mark A. Pals, P.C.
Linda S. DeBruin, P.C.
Michael A. Parks
Laura A. Hepburn
Meredith Zinanni
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge