IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC., and TV GUIDE ONLINE, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 05-725-SLR/LPS<br>) |
| TRIBUNE MEDIA SERVICES, INC., | )<br>) |
| Defendant. | ) |

### ORDER

At Wilmington this **13th** day of **May, 2008**.

WHEREAS, the Court has considered defendant's motion for leave to file a reply brief regarding objections to the Report and Recommendation (D.I. 279);

IT IS HEREBY ORDERED that the motion is GRANTED and defendant shall electronically file their reply brief.

_____
UNITED STATES MAGISTRATE JUDGE