IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TV GUIDE ONLINE, INC. and<br>TV GUIDE ONLINE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>TRIBUNE MEDIA SERVICES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-725-SLR/LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' RESPONSE TO TRIBUNE'S CITATION OF SUBSEQUENT AUTHORITY IN CONNECTION WITH ITS OBJECTIONS TO THE REPORT AND RECOMMENDATION CONCERNING DEFENDANT TRIBUNE'S MOTION TO DISMISS PLAINTIFF TV GUIDE ONLINE, INC. FOR LACK OF STANDING**

Christopher J. Harnett
Ching-Lee Fukuda
Stuart W. Yothers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

Ronald E. Naves, Jr.
Jeffrey A. Fehervari
Gemstar-TV Guide International, Inc.
6922 Hollywood Boulevard
Hollywood, California 90028
(323) 817-4600

Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
RICHARDS, LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com

Attorneys for Plaintiffs TV Guide Online, Inc.
and TV Guide Online, LLC

Dated: June 24, 2008

Plaintiffs TV Guide Online, Inc. ("TVGI") and TV Guide Online, LLC ("TVGL") (collectively "Plaintiffs") respectfully submit this response to Defendant Tribune Media Services, Inc.'s ("TMS") June 11, 2008 citation of the *Mars, Inc. v. Coin Acceptors, Inc.*, No. 2007-1409 (Fed. Cir. June 2, 2008) case. Contrary to TMS's assertions, the *Mars* case does not "cast doubt" on Magistrate Judge Stark's Report. To the contrary, it provides further support for his recommendation that TMS's motion to dismiss be denied.

Just like the other "new" cases cited by TMS in its Objections, the license at issue in the *Mars* case also bears no resemblance to the license agreement at issue in this action. The agreement in *Mars* makes no express reference to an "exclusive license." The Court, thus, looked at past licensing to determine whether an exclusive license could have been implied. *Mars* at 12-13. In this action, the license agreement between TVGL and TVGI expressly granted an "exclusive license" and "the exclusive right under the '078 patent to grant sublicenses to others" (D.I. 277 at 7). Under these circumstances, past licensing cannot nullify the express grant of an exclusive license (D.I. 152 at 3).

The *Mars* case also confirms that the substantive rights granted to TVGI in the license agreement are sufficient to confer standing on TVGI to bring this action in conjunction with TVGL. In *Mars*, the only right being transferred was the right to sue. The Court found that this transfer alone does not confer standing, especially in contrast to another agreement in which the "entire interest" in the patents was transferred. *Mars* at 19-20. In this action, TVGI has the responsibility of maintaining the patent, was granted an exclusive license to practice the patent and to sublicense the patent, in addition to the right to sue and recover damages (D.I. 277 at 7). As the exclusive licensee, TVGI has standing to sue along with TVGL, the patent owner.

2

| | |
|---|---|
| OF COUNSEL: | /s/ *signature*<br>Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025) |
| Christopher J. Harnett<br>Ching-Lee Fukuda<br>Stuart W. Yothers<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York  10036<br>(212) 596-9000 | RICHARDS, LAYTON & FINGER PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com |
| Ronald E. Naves, Jr.<br>Jeffrey A. Fehervari<br>Gemstar-TV Guide International, Inc.<br>6922 Hollywood Boulevard<br>Hollywood, California 90028<br>(323) 817-4600 | *Attorneys for Plaintiffs TV Guide Online, Inc. and TV Guide Online, LLC* |

Dated: June 24, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James, LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494

I hereby certify that on June 24, 2008, I have sent by electronic mail, the foregoing document to the following non-registered participant:

Mark A. Pals, P.C., Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com